UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):** Wine Education Council, a Delware non-profit corporation

County of Residence: Outside the State of Arizona

County Where Claim For Relief Arose: Maricopa

**Defendant(s):** Arizona Rangers, an Arizona non-profit corporation

County of Residence: Coconino

Plaintiff's Atty(s):

**Cory L. Braddock**
**Snell & Wilmer, L.L.P.**
**400 E. Van Buren St., Suite 1900**
**Phoenix, Arizona  85004**
**602.382.6000**

**Mark Webb**
**Snell & Wilmer, L.L.P.**
**400 E. Van Buren St., Suite 1900**
**Phoenix, Arizona  85004-2202**
**602.382.6000**

Defendant's Atty(s):

II. Basis of Jurisdiction:        **4. Diversity (complete item III)**

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:- **5 Non AZ corp and Principal place of Business outside AZ**
Defendant:- **4 AZ corp or Principal place of Bus. in AZ**

IV. Origin :        **1. Original Proceeding**

**190 Other Contract**

http://www.azd.uscourts.gov/cgi-bin/generate_civil_js44.pl                4/5/2019

V. Nature of Suit:

VI. Cause of Action:      28 U.S.C. § 1332(a)(1), Breach of Contract- Failure to use charitable grant money in accordance with grant letters

VII. Requested in Complaint

    Class Action: **No**
    Dollar Demand: **in excess of $75,000**
    Jury Demand: **No**

VIII. This case **is not related** to another case.

---

**Signature:** s/ Cory L. Braddock

    **Date:** 04/05/2019

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**