1  Jared Simmons (Bar No. 018624)
   jared@sglawaz.com
2  SIMMONS & GOTTFRIED, PLLC
   8160 E. Butherus Drive, Suite 7
3  Scottsdale, Arizona  85260
   Telephone:  (480) 998-1500
4  Facsimile:  (480) 998-6074

5  Jeffrey Messing (Bar No. 009768)
   messing@bsmplc.com
6  BALL, SANTIN & MCLERAN, PLC
   2999 North 44th Street, Suite 500
7  Phoenix, Arizona  85018
   Telephone:  (602) 840-1400
8  Facsimile:  (602) 840-4411
9  *Attorneys for Defendant Arizona Rangers*

10              **IN THE UNITED STATES DISTRICT COURT**

11                      **DISTRICT OF ARIZONA**

12  Wine Education Council, a Delaware non-        Case No. CV-19-02235-PHX-DWL
    profit corporation,
13                                                 **INDEX OF EXHIBITS TO
                                                   DEFENDANT'S AMENDED
14                      Plaintiff,                 ANSWER TO COMPLAINT**

15  v.

16  Arizona Rangers, an Arizona non-profit
    corporation,
17
                        Defendant.
18

19      **EX. NO.**        **DESCRIPTION**

20         **1**      04/03/17 Letter from Veritas Endowment Fund to Anthony
                      Ramirez, Esq., General Counsel, Arizona Rangers
21
           **2**      06/05/17 Letter from American Endowment Foundation to
22                    Anthony Ramirez, Esq., General Counsel, Arizona Rangers

23         **3**      07/31/17 Letter from Veritas Endowment Fund to Anthony
                      Ramirez, Esq., General Counsel, Arizona Rangers
24
           **4**      09/05/17 Letter from Veritas Endowment Fund to Anthony
25                    Ramirez, Esq., General Counsel, Arizona Rangers

26         **5**      10/03/17 Letter from American Endowment Foundation to
27                    Arizona Rangers

28

Ball, Santin & McLeran, PLC
2999 North 44th Street, Suite 500
Phoenix, Arizona 85018
(602) 840-1400

# EXHIBIT 1

# EXHIBIT 1

**VERITAS ENDOWMENT FUND**
(A Fund of American Endowment Foundation)
5700 Darrow Road, Suite 118, Hudson, Ohio 44236
888-440-4233

April 3, 2017                                                          20383784
                                                                      Veri01
Mr. Anthony J. Ramirez, Esq.
General Counsel
Arizona Rangers
5100 W. Ina Road
Tucson, AZ  85743


The enclosed check in the amount of $45,000.00 represents a grant from Veritas Endowment Fund.

Mr. Grant G. Winthrop recommended this grant and asked that the following statement be included:

> *This grant is made pursuant to the signed request from the East Valley company to procure body armor for the Arizona Rangers, Pinal Sheriff's Office Posse, badges for the rangers, and welts access for counsel at the Arizona Rangers. In addition, a portion shall be designated to the associate ranger training and is to be used at the discretion of the commander or acting commander of the East Valley Associate Ranger Troop.*

Please do not send a tax receipt for this grant; however, any letter of acknowledgement may be addressed to:
  Mr. Grant G. Winthrop
  7500 E. Boulders Pkwy
  #51
  Scottsdale, AZ 85266

Please also inform us of any necessary changes in contact information for your organization.

Feel free to call me if you have any questions concerning this grant.

Sincerely,

Thomas J. Tobin
President
Phone: 888-440-4233 X104

Enclosure:  Check
cc:     Mr. Grant G. Winthrop

 American
Endowment
Foundation
5700 DARROW RD, STE 118, HUDSON, OH 44236

PNC Bank, N.A. 070

6-12-410

NO.  **116837**

DATE    04/03/2017

AMOUNT    $ *****45,000.00

PAY  * Forty-Five Thousand and no/100 *

TO
THE
ORDER
OF

Arizona Rangers
ATTN: Mr. Anthony J. Ramirez, Esq.
5100 W. Ina Road
Tucson, AZ 85743

From Veritas Endowment Fund

NOT NEGOTIABLE AFTER 180 DAYS
TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $10,000.00

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈116837⑈ ⑆04100012⑆ 4244305765⑈

## AMERICAN ENDOWMENT FOUNDATION

| GRANTEE # | NAME | DATE | CHECK # |
|---|---|---|---|
| 86951 | Arizona Rangers | 04/03/2017 | 116837 |

Grant #  20383784

CHECK TOTAL:    $ *****45,000.00

## AMERICAN ENDOWMENT FOUNDATION

**Please Note**

By accepting the attached check, your organization certifies to American Endowment Foundation that this grant will be used exclusively for charitable purposes, and not to:

· confer a personal benefit upon any individual who is not an appropriate beneficiary of your organization's charitable programs,
· fulfill a pre-existing, legally binding pledge,
· purchase tickets to a benefit, or goods at a charitable auction,
· be used to pay dues or membership fees,
· be used for lobbying, political contributions, or political campaigns, or
· all funds will be used in compliance with all applicable anti-terrorist financing and asset control laws, statutes and executive orders.

Please do not send a tax receipt for this grant, as it was made from a donor advised fund.
If you have any questions concerning this grant, please call Grants Administration at 888-440-4233.

CHASE

CHASE

Deposit cash or checks at a
Chase DepositFriendly(SM) ATM.
An image of your check can
be printed on your receipt.

CHASE

My Transaction Summary
••••••••••••••••••••••••••••••••••••••••••••

$45,000.00

CHASE

1-800-935-9935

CHASE

04/12/2017

Ilvane
.05

# EXHIBIT 2

# EXHIBIT 2



American Endowment Foundation

June 5, 2017

Anthony Ramirez
General Counsel
Arizona Rangers
5100 W. Ina Road
Tucson, AZ  85743

The enclosed check in the amount of $40,000.00 represents a grant to your organization.

Mr. Grant G. Winthrop recommended this grant and asked that the following statement be included:

> *This grant is made per the request from Jeff East and Anthony Ramirez dated May 15th 2017 and is to be used as the letter describes.*

Please do not send a tax receipt for this grant; however, any letter of acknowledgement may be addressed to:
Mr. Grant G. Winthrop
7500 E. Boulders Pkwy
#51
Scottsdale, AZ 85266

Please also inform us of any necessary changes in contact information for your organization.

Feel free to call the Grants Department if you have any questions concerning this grant.

Sincerely,

Thomas J. Tobin
President – American Endowment Foundation
Phone: 888-440-4233

Enclosure: Check
cc:      Mr. Grant G. Winthrop

**American Endowment Foundation**

5700 DARROW RD, STE 119, HUDSON, OH 44236

PNC Bank, N.A. 070
6-12-410

NO. **120630**

DATE  06/05/2017

AMOUNT  $****40,000.00

PAY  * Forty Thousand and no/100 *

NOT NEGOTIABLE AFTER 180 DAYS
TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $10,000.00

TO THE ORDER OF
Arizona Rangers
ATTN: Anthony Ramirez
5100 W. Ina Road
Tucson, AZ 85743

From Anonymous Fund

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈120630⑈ ⑆041000124⑆ 424430576 5⑈

**AMERICAN ENDOWMENT FOUNDATION**

| GRANTEE # | NAME | DATE | CHECK # |
|---|---|---|---|
| 86951 | Arizona Rangers | 06/05/2017 | 120630 |

Grant #  20387424

CHECK TOTAL:  $****40,000.00

**AMERICAN ENDOWMENT FOUNDATION**

**Please Note**

By accepting the attached check, your organization certifies to American Endowment Foundation that this grant will be used exclusively for charitable purposes, and not to:

· confer a personal benefit upon any individual who is not an appropriate beneficiary of your organization's charitable programs,
· fulfill a pre-existing, legally binding pledge,
· purchase tickets to a benefit, or goods at a charitable auction,
· be used to pay dues or membership fees,
· be used for lobbying, political contributions, or political campaigns, or
· all funds will be used in compliance with all applicable anti-terrorist financing and asset control laws, statutes and executive orders.

**Please do not send a tax receipt for this grant, as it was made from a donor advised fund.**
**If you have any questions concerning this grant, please call Grants Administration at 888-440-4233.**



Deposit cash or checks at a
Chase DepositFriendly(SM) ATM.
An image of your check can
be printed on your receipt.

My Transaction Summary

*******************************************

$40,000.00

1-800-935-9935

06/13/2017

Alex

Anthony J. Ramirez, Esq.
General Counsel
Arizona Rangers
1731 West Baseline Road
Suite 101
Phoenix, Arizona, 85202

May 15th 2017

Wine Education Council
c/o Grant Winthrop
929 South Brand
Glendale, CA 91204

To Whom It May Concern:

Please find attached our proposal for a $37,500.00 (thirty thousand dollars) grant to the Arizona Rangers. If the Wine Education and/or the Veritas Fund of the American Endowment Foundation, hereinafter Veritas, makes the grant it will be used per the following guidelines and for the specified purposes set forth below:

**Definitions and Terms**

The Arizona Rangers, hereinafter, ("Rangers") are a law enforcement support corporation holding tax exempt status with the Internal Revenue Service. The East Valley Ranger Company, hereinafter, ("Company") is a subset of the Rangers. It is currently commanded by Captain Jeff East, as commanding officer he has discretion over unrestricted funds allocated to the Company. If Jeff East is unwilling or unable to decide or is removed from command for any reason, then First Lieutenant Doug Sankey currently acting as Company executive officer shall assume the responsibility for the use of discretionary Company funds in this grant. If neither Captain East nor Lieutenant Sankey are able to exercise discretion over these funds for any reason, then the funds become discretionary funds of the East Valley Ranger Troop.

The East Valley Troop, hereinafter, ("Troop") is presently composed of one associate Ranger and two Associate Rangers applicants, respectively: Grant Winthrop, Vance Ownbey and Peter Steinmetz. Regardless of their application status or other members of the Troop at the time the grant is made, if it is made, these three shall be the voting members of the Troop responsible for the allocation of Troop discretionary funds. They may use the funds to so far as the use is legal, ethical and supports the Ranger mission in their learned opinion.

The General Counsel's Office of the Arizona Rangers, hereinafter ("General Counsel") is the chief legal officer of the Arizona Rangers, a non-profit corporation headquartered in Tucson Arizona. Though the primary role of the General Counsel has been legal advice to the corporation, it is now also potentially branching out into legal assistance and investigations appurtenant to the legal assistance.

In general, products will be ordered within fifteen business days of receiving the funds. Receipt of funds shall be deemed the earlier of the two: (1) twenty business days after the check was posted or (2) when the funds have cleared after deposit. Both the Company and the Troop shall be notified when the grant is made or denied via email and when the check is mailed out, if it is mailed out. If for some reason a second check is required, the Rangers shall only deposit one check and return any additional checks or destroy them. Should additional checks need to be sent, then deadlines shall be moved to be consistent with when the new check was sent. If after thirty days of notification the grant was paid, the East Valley Ranger Company, for any reason has been unable to deposit the funds the grant will be cancelled.

**Part I: East Valley Company totaling $6,500.00**

1. $3000 for one or two single action pistols to be auctioned off with at least half the proceeds of the auction to be directed to the Arizona Rangers Headquarters company. Excess not spent on the purchase of pistols shall transferred to Troop discretionary funds. The pistols must be ordered within fifteen

business days of the Company receiving the grant funds or the whole amount goes to Troop discretionary funds.

2.., $3500 discretionary Company funds, but with the intention the funds be used to buy outer carriers for the recently acquired body armor.

## Part I: East Valley Associate Ranger Troop totaling $21,000

1. 8,000 Blank PVC ID cards for Associate Ranger IDs. These cards will be procured at the sole direction and discretion of the Troop and excess cards may be used at the discretion of the Troop for other Rangers or law enforcement purposes. Excess from this facet of the grant may be applied to Troop discretionary funds, however, the cards or overlays will be ordered within fifteen days of receiving the grant.

2. $10,000 to procure authentic handmade western cowboy hats for Troop members, supporters and donors to be given out, auctioned, raffled or other such uses at the discretion of the Troop. It is intended this will pay for the bid from Watson's Hat Shop to procure regulation Ranger hats made in Arizona using traditional western style methods and tooling. Excess from this facet of the grant may be applied to Troop discretionary funds.

3. $3000 for associate ranger training or supplies to be used at the sole discretion of the Troop.

## Part III: Funds for Arizona Rangers General Counsel Totaling $10,000

1. $2500 to the office of the general counsel to subscribe to legal and investigative memberships and subscriptions.

2. $2000 for class-two night vision monocular. Excess not spent on the purchase of night vision monocular shall transferred to Troop discretionary funds. The monocular must be ordered within fifteen business days of the Company receiving the grant funds or the whole amount goes to Troop discretionary funds.

3. $5500 for thermal imaging monoculars to be shared and procured in conjunction with the Troop. The monoculars must be ordered within fifteen business days of the Company receiving the grant funds or the whole amount goes to Troop discretionary funds.

## Conclusion

We recognize that if for any reason the East Valley Ranger Troop ceases to operate all property acquired for the Troop shall be turned over to the Wine Education Council. Similarly, any Troop discretionary funds shall be turned over to the Wine Education Council should the Troop cease to operate for any reason. If for some reason the Wine Education Council is no longer a valid public charity at a time when the Troop ceases to operate then all property and funds of the East Valley Ranger troop shall go to the Pinal County Mounted Sheriff's posse.

We appreciate your past support. Thank you in advance for your time and consideration on this request.

Sincerely,

*Jeff East*

Jeff East
Captain East Valley Company

*Anthony J. Ramirez*

Anthony Ramirez
General Counsel, Arizona Rangers

# EXHIBIT 3

# EXHIBIT 3

# VERITAS ENDOWMENT FUND

(A Fund of American Endowment Foundation)
5700 Darrow Rd, Ste 118, Hudson, Ohio 44236
888-440-4233

July 31, 2017                                                    20390486
                                                                Veri01
Anthony Ramirez
General Counsel
Arizona Rangers
5100 W. Ina Road
Tucson, AZ  85743

The enclosed check in the amount of $30,000.00 represents a grant from Veritas Endowment
Fund.

Mr. Grant G. Winthrop                                    statement be
included
        This grant                                       Arizona Ranger troop.

Please be advised                                        agreement may be
addressed to:
        Mr. Grant
        7500
        P.O.
        Scottsdale

Please also info                                         our organization.

Feel free to call me                                     during this grant.

Sincerely,

Thomas J. Tobin
President
Phone: 888-440-4233

Enclosure: Check
cc:    Mr. Grant G. Winthrop

ORIGINAL CHECK HAS A COLORED BACKGROUND PRINTED ON CHEMICAL REACTIVE PAPER - SEE BACK FOR DETAILS



American
Endowment
Foundation
5700 DARROW RD, STE 118, HUDSON, OH 44236

PNC Bank, N.A. 070
8-12-410

NO.    123804

DATE    07/31/2017

AMOUNT    $ ****30,000.00

PAY  =  Thirty Thousand and no/100  -

NOT NEGOTIABLE AFTER 180 DAYS
TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $10,000.00

TO        Arizona Rangers
THE       ATTN: .Anthony Ramirez
ORDER     5100 W. Ina Road
OF        Tucson, AZ 85743

AUTHORIZED SIGNATURE

From Veritas Endowment Fund

⑈⑈123804⑈⑈  ⑊⑈0⑈1⑈0001⑈24⑈:  ⑊244305⑈26⑈5⑈⑈

ERICAN ENDOWMENT FOUNDATION

| #BE # |  | DATE | CHECK # |
|---|---|---|---|
| 355 | Arizona Rangers |  07.31.2017 | 123804 |
| rant # | 2098046 |  |  |

AMERICAN ENDOWMENT FOUNDATION

CHECK TOTAL :        $ ****30,000.00

**Please Note**

By accepting the attached check ........ .............. Foundation that this grant will be used
exclusively for charitable purposes ....... ...

- confer a personal benefit upon any individual who is not a bona fide beneficiary of your organization's charitable programs,
- fulfill a pre-existing, legally binding pledge
- purchase tickets to a benefit, or goods at a charitable auction,
- be used to pay dues or membership fees,
- be used for lobbying, political contributions, or political campaigns, or
- all funds will be used in compliance with all applicable anti-terrorist financing and asset control laws, statutes and executive orders.

**Please do not send a tax receipt for this grant, as it was made from a donor advised fund.**
If you have any questions concerning this grant, please call Grants Administration at 888-440-4233.

# EXHIBIT 4

# EXHIBIT 4

**VERITAS ENDOWMENT FUND**
(A Fund of American Endowment Foundation)
5700 Darrow Road, Suite 118, Hudson, OH 44236
888-440-4233

September 5, 2017

20392182
Ver01

Anthony J. Ramirez
General Counsel
Arizona Rangers
5100 W. Ina Road
Tucson, AZ  85743

The enclosed check in the amount of $20,000.00 represents a grant from Veritas Endowment Fund.

Mr. Grant G. Winthrop recommended this grant and asked that the following statement be included:

> This is per your request for East Valley Troop search and rescue equipment to be purchased at Troop discretion.

Please do not send a tax receipt for this grant; however, any letter of acknowledgement may be addressed to:

Mr. Grant G. Winthrop
7500 E. Boulders Pkwy
#51
Scottsdale, AZ 85266

Please also inform us of any necessary changes in contact information for your organization.

Feel free to call the Grants Department if you have any questions concerning this grant.

Sincerely,

Thomas J. Tobin
President
Phone:  888-440-4233

Enclosure:  Check
cc:      Mr. Grant G. Winthrop

ORIGINAL CHECK HAS A COLORED BACKGROUND PRINTED ON CHEMICAL REACTIVE PAPER - SEE BACK FOR DETAILS

American
Endowment
Foundation

5700 DARROW RD. STE 118, HUDSON, OH 44236

PNC Bank, N.A. 070

6-12-410

NO.    **125582**

DATE    09/05/2017

AMOUNT    $****20,000.00

PAY  * Twenty Thousand and no/100 *

NOT NEGOTIABLE AFTER 180 DAYS
TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $10,000.00

TO
THE
ORDER
OF

Arizona Rangers
ATTN: Anthony J. Ramirez
5100 W. Ina Road
One East Washington Street
Tucson, AZ 85743

From Veritas Endowment Fund

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈125582⑈ ⑆041000124⑆ 424430576 5⑈

**AMERICAN ENDOWMENT FOUNDATION**

| GRANTEE # | NAME | DATE | CHECK # |
|---|---|---|---|
| 86951 | Arizona Rangers | 09/05/2017 | 125582 |

Grant #  20392182

CHECK TOTAL:    $****20,000.00

**AMERICAN ENDOWMENT FOUNDATION**

**Please Note**

By accepting the attached check, your organization certifies to American Endowment Foundation that this grant will be used exclusively for charitable purposes, and not to:

· confer a personal benefit upon any individual who is not an appropriate beneficiary of your organization's charitable programs,
· fulfill a pre-existing, legally binding pledge,
· purchase tickets to a benefit, or goods at a charitable auction,
· be used to pay dues or membership fees,
· be used for lobbying, political contributions, or political campaigns, or
· all funds will be used in compliance with all applicable anti-terrorist financing and asset control laws, statutes and executive orders.

Please do not send a tax receipt for this grant, as it was made from a donor advised fund.
If you have any questions concerning this grant, please call Grants Administration at 888-440-4233.

# EXHIBIT 5

# EXHIBIT 5



## American Endowment Foundation

October 3, 2017

Arizona Rangers
5100 W. Ina Rd.
Tucson, AZ 85743

### *** THIS IS A REPLACEMENT CHECK FOR THE 9/1/17 GRANT ***

The enclosed check in the amount of $30,000.00 represents a grant to your organization from one of our donor advised funds. The advisor of this fund asked that we make this grant anonymously.

The advisor also asked that the following statement be included:

With thanks to Drs. Goodman and Hallert and at their request to fund East Valley Troop radio communications.

Cheryl Gerbracht in our Grants Department would be happy to relay to the advisor any letter of acknowledgement. Please call her if you have any questions concerning this grant.

Sincerely,

Thomas J. Tobin
President
Phone: 888-440-4233

Enclosure: Check

5700 Darrow Road, Suite 118 • Hudson, Ohio 44236
P:1.888.440.4233 • F. 550.656.2005

www.aefonline.org

American
Endowment
Foundation

5700 DARROW RD, STE 118, HUDSON, OH 44236

PNC Bank, N.A. 070

6-12-410

NO. **127915**

DATE    10/03/2017

AMOUNT    $****30,000.00

PAY  * Thirty Thousand and no/100 *

NOT NEGOTIABLE AFTER 180 DAYS
TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $10,000.00

TO
THE
ORDER
OF

Arizona Rangers
5100 W. Ina Rd.
Tucson, AZ 85743

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

From Anonymous Fund

⑈"127915"⑆ ⑆:041000124⑆: 4244305765"⑆

## AMERICAN ENDOWMENT FOUNDATION

| GRANTEE # | NAME | DATE | CHECK # |
|-----------|------|------|---------|
| 86951 | Arizona Rangers | 10/03/2017 | 127915 |

Grant #   20392119

CHECK TOTAL:         $****30,000.00

## AMERICAN ENDOWMENT FOUNDATION

**Please Note**

By accepting the attached check, your organization certifies to American Endowment Foundation that this grant will be used exclusively for charitable purposes, and not to:

· confer a personal benefit upon any individual who is not an appropriate beneficiary of your organization's charitable programs,
· fulfill a pre-existing, legally binding pledge,
· purchase tickets to a benefit, or goods at a charitable auction,
· be used to pay dues or membership fees,
· be used for lobbying, political contributions, or political campaigns, or
· all funds will be used in compliance with all applicable anti-terrorist financing and asset control laws, statutes and executive orders.

**Please do not send a tax receipt for this grant, as it was made from a donor advised fund.**
**If you have any questions concerning this grant, please call Grants Administration at 888-440-4233.**