Jared Simmons (Bar No. 018624)
jared@sglawaz.com
SIMMONS & GOTTFRIED, PLLC
8160 E. Butherus Drive, Suite 7
Scottsdale, Arizona 85260
Telephone: (480) 998-1500
Facsimile: (480) 998-6074

Jeffrey Messing (Bar No. 009768)
messing@bsmplc.com
BALL, SANTIN & MCLERAN, PLC
2999 North 44th Street, Suite 500
Phoenix, Arizona 85018
Telephone: (602) 840-1400
Facsimile: (602) 840-4411
*Attorneys for Defendant Arizona Rangers*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| Wine Education Council, a Delaware non-profit corporation,<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br>Arizona Rangers, an Arizona non-profit corporation,<br><br>　　　　　　　　　　　Defendant.<br><br>and Related Third-Party Action. | Case No. CV-19-02235-PHX-MTL<br><br>**EXHIBITS IN SUPPORT OF DEFENDANT/THIRD PARTY PLAINTIFF ARIZONA RANGERS' MOTION FOR SUMMARY JUDGMENT** |
|---|---|

Defendant/Third Party Plaintiff Arizona Rangers provides the following exhibits in support of its Motion for Summary Judgment:

| **Index of Exhibits in Support of<br>Defendant/Third Party Plaintiff Arizona Rangers'<br>Motion for Summary Judgment** ||
|---|---|
| 1. | June 8, 2020 Declaration of Arizona Rangers' representative, Harold Stephen "Steve" Lant |
| 2. | Bylaws of the Arizona Rangers (AZRANGERS 217-244) |

| | **Index of Exhibits in Support of Defendant/Third Party Plaintiff Arizona Rangers' Motion for Summary Judgment** |
|---|---|
| 3. | Rules and Regulations of the Arizona Rangers (AZRANGERS 172-216) |
| 4. | Donor Advised Fund Program Description and Application of Veritas Endowment Foundation (WINTHROP 225-244) |
| 5. | Recommendation Submission Confirmations re: Arizona Rangers to American Endowment Foundation (WINTHROP 245-246, 217-218, 192-193, 266-267, 205-207, 334-335) |
| 6. | Six Letters and Donation/Grant Checks from American Endowment Foundation to Arizona Rangers (AZRANGERS 1572-1575, 1577-1584) |
| 7. | Excerpts from Document Production of Robert Cressman in Response to Wine Education Council's Subpoena (CRESSMAN 308, 28-35, 36-41, 56-57, 122-126, 133-134, 138-143, 145-149, 692-697) |
| 8. | Assignment and Assumption Agreement (WEC 109-113) |
| 9. | Document production from American Endowment Foundation in response to Arizona Rangers' February 25, 2020 Subpoena (AZRANGERS 5237-5292, AEF 1-50) |
| 10. | Chase Bank Account Statements of Arizona Rangers' East Valley Company from March 21, 2017 to December 20, 2017 (AZRANGERS 49-72) |
| 11. | April 25, 2018 Report prepared by Lt. Steve Koons and Maj. Steve Lant of the Arizona Rangers (AZRANGERS 2576-2593) |
| 12. | American Express Statements for Account ending 8-11004 for June 2017 to December 2017 (WINTHROP 35-79) |
| 13. | Excerpts from MIDR Disclosures made by Grant Winthrop (WINTHROP 22, 110-122, 126-127, 186, 362-363) |
| 14. | March 5, 2020 Letter from Henry + Horne and related 2019 email correspondence (HHORNE 374-376, AZRANGERS 128-129, 1043-1044) |
| 15. | East Valley Company Minutes for December 6, 2016, January 3, 2017, February 7, 2017, March 7, 2017, April 4, 2017, May 2, 2017 and June 6, 2017 (AZRANGERS 318-322) |

Ball, Santin & McLeran, PLC
2999 North 44th Street, Suite 500
Phoenix, Arizona 85018
(602) 840-1400

| | **Index of Exhibits in Support of Defendant/Third Party Plaintiff Arizona Rangers' Motion for Summary Judgment** |
|---|---|
| 16. | Correspondence regarding the American Express card (AZRANGERS 571, 1985) |
| 17. | Recommendation Submission Confirmations re: Wine Education Council to American Endowment Foundation (WINTHROP 217-218, 205-207, 337, 345-346) |
| 18. | Wine Education Council's June 26, 2018 First Amended Complaint in U.S. District Court for the Central District of California, Western Division, Case No. 2:17-CV-05879 |
| 19. | April 28, 2020 Letter from Wine Education Council (AZRANGERS 3378-3382) |
| 20. | December 30, 2017 Email from Grant Winthrop (AZRANGERS 2484-2487) |
| 21. | May 29, 2020 Letter from Wine Education Council (AZRANGERS 5235-5236) |
| 22. | Minutes from June 24, 2017 Board of Directors' Meeting (AZRANGERS 1871-1878) |
| 23. | Excerpts from MIDR Disclosures made by Wine Education Council (WEC 55-68, 81-82, 97-103) |
| 24. | Wine Education Council's May 13, 2020 Fifth Supplemental Responses to Mandatory Initial Discovery Requests |
| 25. | March 20, 2017 Request Letter (AZRANGERS 395) |
| 26. | Information from the State Bar of Arizona about Anthony Ramirez and Grant Winthrop bar admissions, along with list of American Bar Association approved law schools (AZRANGERS 1609-1617) |
| 27. | May 15, 2017 Request Letter (AZRANGERS 7-8) |
| 28. | October 26, 2016 Email from Winthrop (AZRANGERS 836) |
| 29. | November 24, 2017 Email from then-State Treasurer Maj. Tim Cummings regarding the purported "Troop" members (AZRANGERS 2172-2183) |

| | **Index of Exhibits in Support of<br>Defendant/Third Party Plaintiff Arizona Rangers'<br>Motion for Summary Judgment** |
|---|---|
| 30. | Correspondence re: the Westlaw account (AZRANGERS 526-527, 531-532, 533-541, 626-629, 650-651, 871, 971, 973-980, 981-984, 985-986, 987-990, 997, 1854, 1972-1974, 2540-2543, 2544, 2555, 2568) |
| 31. | AZRangers.gov Email Roll Out Ledger (AZRANGERS 1120-1132) |
| 32. | Arizona Rangers' East Valley Company Roster as of October 2019 with personal information redacted (AZRANGERS 125-127) |
| 33. | Excerpts from Document Production of Aaron Fritz in Response to Wine Education Council's Subpoena (AFRITZ 2, 12, 14, 23, 60-62) |
| 34. | April 4, 2019 Email from Winthrop (AZRANGERS 153) |
| 35. | August 17, 2017 Email from Winthrop (AZRANGERS 678-679) |
| 36. | Supporting Invoices (AZRANGERS 710-800, 829-835) |
| 37. | Wine Education Council's January 10, 2020 Response to Arizona Rangers' First Set of Interrogatories |

RESPECTFULLY SUBMITTED this 8th day of June 2020.

BALL, SANTIN & MCLERAN, PLC

By: /s/ Kesha A. Hodge
Jeffrey Messing
Kesha A. Hodge
2999 North 44th Street, Suite 500
Phoenix, Arizona 85018
*Attorneys for Defendant Arizona Rangers*

-and-

SIMMONS & GOTTFRIED, PLLC
By: Jared C. Simmons
8160 E. Butherus Drive, Suite 7
Scottsdale, Arizona 85260
*Attorneys for Defendant Arizona Rangers*

**CERTIFICATE OF SERVICE**

I certify that on this 8th day of June 2020, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Cory L. Braddock, Esq.<br>cbraddock@swlaw.com<br>Mark Webb, Esq.<br>mwebb@swlaw.com<br>SNELL & WILMER, LLP<br>One Arizona Center<br>400 E. Van Buren, Ste. 1900<br>Phoenix, AZ  85004-2202<br>*Attorneys for Plaintiff*<br>*Wine Education Council* | Alexander Michael del Rey Kolodin<br>Alexander.Kolodin@KolodinLaw.com<br>KOLODIN LAW GROUP PLLC<br>3443 N. Central Ave. Ste. 1009<br>Phoenix, AZ 85012<br>*Attorneys for Third Party Defendant /*<br>*Third Party Counterclaimant*<br>*Grant G. Winthrop* |

/s/ Kesha A. Hodge