Exhibit 1

## DECLARATION UNDER OATH OF

## HAROLD STEPHEN "STEVE" LANT

I, Harold Stephen "Steve" Lant, hereby provide the following declaration under oath:

1.      I am over the age of eighteen years and I have personal knowledge of the facts set forth in this Declaration, except for those things stated on information and belief, and as to those, I believe them to be true.

2.      I am providing this Declaration in connection with the Motion for Summary Judgment being filed by Defendants/Third-Party Plaintiff Arizona Rangers in U.S. District Court, District of Arizona, Case No.: CV-19-02235-PHX-MTL in the case filed by Plaintiff Wine Education Council.

3.      I am a Major in Arizona Rangers and have served on Arizona Rangers' Board of Directors since March 2018 as the State Treasurer of Arizona Rangers.

4.      I received my Bachelor of Art in Business Administration from University of Puget Sound.  I was a certified public accountant in the State of Washington and retired in 1992.  My principal employment history in chronological order consisted of the following: Pete Marwick Mitchell, CPAs (Associate), Washington Iron Works (Accounting Supervisor), Rogers Olympic Foundry (Comptroller), American Sheet Metal (Comptroller), and Fricke, Lant, & Co., CPAs (Partner).

5.      Arizona Rangers is an unpaid, volunteer civilian auxiliary available to assist and support law enforcement in Arizona.

Declaration of Steve Lant
Page 2

6.      Arizona Rangers operate throughout the State of Arizona through twenty-one satellite companies, which are not separate legal entities.  The satellite companies are the equivalent of separate posts of the same organization.  The Companies are known by the name of the organization and the geographical areas from which a particular Company draws its members. For example, the Company primarily based in the East Valley area of Maricopa County is known as Arizona Rangers – East Valley Company.

7.      Arizona Rangers has an elected board of directors which governs the organization and is the only body authorized to make decisions on behalf of the organization.  A true copy of the bylaws of the Arizona Rangers is attached to the Motion for Summary Judgment as **Exhibit 2**.

8.      Before becoming a full member of the Rangers, each volunteer must serve a probationary period while they complete training.  A true copy of the applicable Rules and Regulations of the Arizona Rangers is attached to the Motion for Summary Judgment as **Exhibit 3**.

9.      This case concerns six donations totaling $175,000 that Third-Party Defendant Grant G. Winthrop ("Winthrop") solicited on behalf of Arizona Rangers from American Endowment Foundation ("AEF") between November 2016 and September 2017.

10.      At the time Winthrop solicited the donations and Arizona Rangers received the funds, Winthrop was either a probationary ranger or an associate member of the Arizona Rangers East Valley Company.

11.      Arizona Rangers created an ad hoc Development Committee on or about June 24, 2017 and, on or about said date, Winthrop was appointed to the ad hoc Committee.

Declaration of Steve Lant
Page 3

However, the funds at issue in this litigation were neither solicited or pre-authorized by Arizona Rangers Board of Directors nor solicited as part of Winthrop's involvement in the ad hoc Development Committee.

12.    The six donations were made in the form of six separate checks, accompanied by cover letters.  True copies of the donation letters and donation checks from AEF to Arizona Rangers are collectively attached to the Motion for Summary Judgment as **Exhibit 6**.

13.    In all six instances, Winthrop, as the donor advisor, recommended Arizona Rangers as the recipient of the funds and dictated the terms of the restrictions on the funds, if any. Copies of the Recommendation Forms that Winthrop submitted to AEF suggesting donations to Arizona Rangers are collectively attached to the Motion for Summary Judgment as **Exhibit 5**.

14.    The letters that AEF sent to the Arizona Rangers with each of its checks, repeated verbatim the language Winthrop included in his six separate recommendations.

15.    All six donation checks were deposited into a Chase Bank account ending 3268 held by "Arizona Rangers Company 16", the checking account for Arizona Rangers - East Valley Company.  Copies of the statements for the Arizona Rangers - East Valley Company Chase Bank account are collectively attached to the Motion for Summary Judgment as **Exhibit 10**.

16.    In December 2017, the Board of Directors for Arizona Rangers asked myself and Lt. Steve Koons, another member of Arizona Rangers, to review the grants/donations received by the East Valley Company from AEF during 2016 and 2017.

Declaration of Steve Lant
Page 4

17.     Lt. Steve Koons and I prepared a report dated April 25, 2018, summarizing our finding and conclusions.  A true copy of our April 25, 2018 report is attached to the Motion for Summary Judgment as **Exhibit 11**.  Henry + Horne CPA was not involved in the preparation of the April 25, 2018 report.  Excerpts of communications from Henry + Horne CPA are collectively attached to the Motion for Summary Judgment as **Exhibit 14**.

18.     Between July 2017 and October 2017, Winthrop charged $70,807.56 to an American Express card he opened in or around July 2017 under the Arizona Rangers' name (without the advance approval of Arizona Rangers' Board of Directors) for dozens of purchases purportedly on behalf of Arizona Rangers.  The American Express account ended 8-11004.

19.     Copies of the statements for American Express Card ending 8-11004 produced by Winthrop are collectively attached to the Motion for Summary Judgment as **Exhibit 12**.  The card was linked to Winthrop's personal account and the statements were mailed to his residence at 7500 E. Boulders Pkwy, Unit 51, Scottsdale, Arizona 85266.

20.     Those charges were then paid through the Arizona Rangers - East Valley Company Chase Bank account, via an auto-bill pay feature.  Excerpts of the communications regarding the American Express account are collectively attached to the Motion for Summary Judgment as **Exhibit 16**.

21.     Copies of the available invoices that substantiate the purchases/expenditures funded by the donations are collectively attached to the Motion for Summary Judgment as **Exhibit 36**.

22.     Winthrop controlled how the vast majority of the funds were used.

Declaration of Steve Lant
Page 5

23.    The inspection conducted by myself and Lt. Steve Koons did not disclose any evidence that the American Express card ending 8-11004 was used by anyone on behalf of Arizona Rangers, other than Winthrop.

24.    Other expenditures were made between December 2016 and December 2017 via a Chase credit card ($51,124.10) and checks were also written on the East Valley Company Chase Bank account ($26,200.62) for fundraising, operating expenses, donations, equipment, supplies, and training – all either directed by Winthrop or voted on by the East Valley Company with Winthrop's input and approval.

25.    A true and correct copy of the minutes from Arizona Rangers' Board of Directors meetings dated June 24, 2017 is attached to the Statement of Facts in Support of Motion for Summary Judgment as **Exhibit 22**.

26.    True and correct copies of the minutes from Arizona Rangers East Valley Company meetings dated December 6, 2016, January 3, 2017, February 7, 2017, March 7, 2017, April 4, 2017, May 2, 2017 and June 6, 2017 are collectively attached to the Motion for Summary Judgment as **Exhibit 15**.

27.    Of the $175,000 received from AEF, the donation letters stated $121,300 was designated or intended for a specific use, $41,200 was discretionary for use by East Valley Company or the East Valley Company "Troop", and $12,500 was entirely unrestricted.

28.    "Troop" is not a recognized unit or term within Arizona Rangers.

29.    The donation letters did not require Arizona Rangers to segregate the funds. The funds were all deposited in the same account.

Declaration of Steve Lant
Page 6

30.    The donation letters did not require Arizona Rangers to provide proof of its use of funds for specific purchases attributable to any of the donations.

31.    The Arizona Rangers spent the full amount of the $10,000 donation that was received on or about November 30, 2016.  The donation was consumed by the expenditures reflected below in Table 1:

*Table 1*

Donation/Grant 1:  The cover letter accompanying the November 30, 2016 check stated:

*"Thank you for all your efforts on behalf of the people of Arizona."*

| Breakdown | Proposed | Actual | | Funds Received | 11/30/2016 |
|---|---|---|---|---|---|
| Discretionary | 10,000.00 | 10,134.83 | | | |
| **Total** | **10,000.00** | **10,134.83** | -134.83 | | |

| Breakdown | Form of Payment | Date | Payee | Description | Amount |
|---|---|---|---|---|---|
| Discretionary | CK 1080 | 12/23/2016 | J. East | Business Dinner | 165.67 |
| | Chase CC | 2/1/2017 | Scorpion Corp. | Ammunition for EVC | 1,595.92 |
| | CK 1091 | 3/10/2017 | Desert Mana | Desert Mana Food Bank | 500.00 |
| | CK 1093 | 3/18/2017 | State HQ | 60 Yr. Gala Donation | 500.00 |
| | CK 1095 | 3/27/2017 | Sunshine Acres | Donation to Sunshine Acres Childrens Orphanage | 2,000.00 |
| | Chase CC | 3/27/2017 | CW Neilson | Badges | 271.20 |
| | CK 1107 | 5/13/2017 | AZ Rangers HQ. | Invoice #238 - BI on R. Mack | 25.00 |
| | AmEx | 6/8/2017 | Union 76 | automotive gasoline | 33.59 |
| | AmEx | 7/20/2017 | Daves Uniform | Richard Mack uniform | 168.12 |
| | AmEx | 7/20/2017 | Daves Uniform | Richard Mack uniform | 57.36 |
| | AmEx | 7/22/2017 | Daves Uniform | Richard Mack uniform | 991.75 |
| | AmEx | 8/2/2017 | Boulders Resort | food | 115.00 |
| | AmEx | 8/12/2017 | Spago | Donor Dinner -- TD | 566.83 |
| | AmEx | 8/15/2017 | Spago | Donor Dinner -- GH and MG | 1,679.84 |
| | AmEx | 8/17/2017 | Parkway Grille | Donor Lunch -- SA | 97.31 |
| | AmEx | 8/20/2017 | Capital Grill | food | 46.87 |
| | AmEx | 8/31/2017 | Mastros | Development Dinner - fail | 286.41 |

Declaration of Steve Lant
Page 7

| | | | | | |
|---|---|---|---|---|---|
| | AmEx | 9/10/2017 | Amazon | 5.11 Rigid Hand Cuff Case | 21.40 |
| | AmEx | 10/1/2017 | Langham Hotel | Business Develp Trip. (Room) | 1,012.56 |
| | | | | **Total** | **10,134.83** |

32.     The March 20, 2017 letter, attached to the Motion for Summary Judgment as **Exhibit 25,** was not preapproved by Arizona Rangers' Board of Directors.

33.     From the second donation of $45,000 that was received on or about April 3, 2017, Arizona Rangers expended $19,921.80 for body armor, donated $2,000 to Sunshine Acres, spent $2,004.65 towards new badges (although not from Symbol Arts) and paid $12,335.28 for two non-transferrable access keys for two-year Westlaw subscription (2017-2019) for use by Anthony Ramirez ("Ramirez") and Winthrop; all totaling $36,261.73. The balance of the second donation was used within the discretion of the East Valley Company.  The donation was consumed by the expenditures reflected below in Table 2:

*Table 2*

Donation/Grant 2:  The cover letter accompanying the April 3, 2017 check stated:

*"This grant is made pursuant to the signed request from the East Valley company to procure body armor the the (sic) Arizona Rangers, Pinal Sheriff's Office Posse, badges for the rangers, and welts (sic) access for counsel at the Arizona Rangers. In addition, a portion shall be designated to the associate ranger training and use to be used at the discretion of the commander or acting commander of the East Valley Associate Ranger Troop."*

Per the March 20, 2017 request referenced, the $45,000 was to be used as followed: $23,000 for body armor, $2,500 to match a grant to Sunshine Acres, $2,800 for new Arizona Rangers badges and $12,000 for Westlaw access, leaving $4,700 to procure equipment and provide associate ranger training for the East Valley Company at the discretion of its commander.

| **Breakdown** | **Proposed** | **Actual** | | **Funds Received** | 4/3/2017 |
|---|---|---|---|---|---|
| Body Armor | 23,000.00 | 19,921.80 | | | |

Declaration of Steve Lant
Page 8

| | | |
|---|---|---|
| Sunshine Acres Don. | 2,500.00 | 2,000.00 |
| Badges | 2,800.00 | 2,004.65 |
| Westlaw | 12,000.00 | 12,335.28 |
| Discretionary for Training & Use by EV Troop | 4,700.00 | 8,967.09 |
| **Total** | **45,000.00** | **45,228.82** |

-228.82

| Breakdown | Form of Payment | Date | Payee | Description | Amount |
|---|---|---|---|---|---|
| Body Armor | Chase CC | 4/17/2017 | Universal Police Supply | Body Armor (16 Level II units for EVC and 10 for PCSO. | 19,921.80 |
| Sunshine Acres Don. | CK 1110 | 6/9/2017 | Sunshine Acres Orphanage | Donation from East Valley Co. for Explorers Program | 2,000.00 |
| Badges | Chase CC | 5/4/2017 | Amazon | Chip Java JCOP Cards (10pk) & 2 images | 49.00 |
| | Chase CC | 5/4/2017 | Amazon | Fargo 84061 Fluorescent Ribbon | 128.24 |
| | AmEx | 6/14/2017 | Universal Police Supply | badges and wallets for associate rangers | 1,808.65 |
| | AmEx | 8/4/2017 | Lowe's Co | glue to adhere badges to wallets | 18.76 |
| Westlaw | Chase CC | 4/21/2017 | Westlaw | Legal Service (2 year Subscription 2017-18) | 12,335.28 |
| Discretionary for Training & Use by EV Troop | AmEx | 6/16/2017 | Amazon | 2 of AlcoHAWK PT500 Breathalyzer Alcohol Detector | 271.42 |
| | AmEx | 6/30/2017 | Questproduc | PT500 Breathalyzer mouth pieces | 250.00 |
| | Chase CC | 6/15/2017 | Amazon | Misc. law enforcement Assistance Books for Pro Devel | 414.58 |
| | AmEx | 8/4/2017 | Scottsdale Gun Club | ammunition | 71.78 |
| | CK 1118 | 8/4/2017 | AZ Rangers HQ. | Donation from East valley Company | 5,000.00 |
| | AmEx | 8/9/2017 | International E-Z Popup | pop up tent with Arizona Ranger logo | 1,528.96 |
| | AmEx | 9/10/2017 | Amazon | mtech usa mt-s 4508t hands cuff thumb cuff | 95.52 |
| | AmEx | 9/10/2017 | Amazon | Taser Pulse Battery Pack | 29.56 |

Declaration of Steve Lant
Page 9

| | AmEx | 9/10/2017 | Daves Uniform | Misc. (see receipt) | 1,305.27 |
|---|---|---|---|---|---|

45,228.82

34.     Excerpts of the communications regarding Westlaw are collectively attached to the Motion for Summary Judgment as **Exhibit 30**.

35.     The May 15, 2017 letter, attached to the Motion for Summary Judgment as **Exhibit 27**, was not preapproved by Arizona Rangers' Board of Directors.

36.     From the third donation of $40,000 that was received on or about June 5, 2017, Arizona Rangers spent $3,659.95 for the single action pistol that was auctioned off, $6,605.89 for ID cards, $10,055.80 for Cowboy hats, $85.34 for legal and investigative subscriptions, $9,693.99 for night and thermal imaging monoculars, and $2,716.34 to purchase outer carriers for the body armor; all totaling $32,817.31.  More than $3,000 was also spent to procure equipment and provide associate ranger training for the East Valley Company at the discretion of its commander or acting commander.  The balance was used within the discretion of the East Valley Company, as provided for by the terms of the June 5, 2017 donation.  The donation was consumed by the expenditures reflected below in Table 3:

*Table 3*

Donation/Grant 3:  The cover letter accompanying the June 5, 2017 check stated:

*"This grant is made per the request from Jeff East and Anthony Ramirez dated May 15th, 2017 and is to be used as the letter describes."*

Pere the May 15, 2017 request referenced, the $40,000 was to be used as followed: $3,000 for one or two single action pistols to be auctioned off, $8,000 for ID cards, $10,000 for Cowboy hats, $2,500 for legal and investigative subscriptions, $2,000 for night monoculars, $5,500 for thermal imaging monoculars, $3,500 discretionary but with the intent that the

Declaration of Steve Lant
Page 10

funds be used to purchase outer carriers for the body armor, $3,000 to procure equipment and provide associate ranger training for the East Valley Company/"Troop" at the discretion of its commander or acting commander, and the remaining $2,500 was unrestricted.

| Breakdown | Proposed | Actual | | |
|---|---|---|---|---|
| Pistol to be Auctioned | 3,000.00 | 3,659.95 | **Funds Received** | 6/5/2017 |
| Discretionary (Carriers) | 3,500.00 | 2,716.34 | | |
| PVC ID Cards | 8,000.00 | 6,605.89 | | |
| Cowboy Hats | 10,000.00 | 10,055.80 | | |
| Legal and Investigative Subscriptions | 2,500.00 | 85.34 | | |
| Class Two Night Monoculars and Thermal Imaging Monoculars | 7,500.00 | 9,693.99 | | |
| Discretionary for Training & Supplies by EV Troop | 3,000.00 | 3,423.84 | | |
| Unrestricted | 2,500.00 | 2,624.37 | | |
| **Total** | **40,000.00** | **38,865.52** | 1,134.48 | |

| Breakdown | Form of Payment | Date | Payee | Description | Amount |
|---|---|---|---|---|---|
| Pistol to be Auctioned | CK 1113 | 6/15/2017 | Wilson Combat/Sankey | To reimburse Sankey for 1911 .45 due to AZR Credit card rejection; for auction. | 3,659.95 |
| Discretionary (Carriers) | Chase CC | 11/14/2017 | Universal Police Supply | Outer Carriers for EVC Rangers (~16) | 2,716.34 |
| PVC ID Cards | AmEx | 6/15/2017 | ID wholesalers | ID card hologram cards | 3,630.90 |
| | Chase CC | 5/4-8/2017 | Amazon | Dual Side ID Card Printer | 2,688.00 |
| | AmEx | 9/6/2017 | Amazon | 2 of w/ HiCo SILVER 2 Track Mag Stripe Cards for printer and 6 Ranger hostory books | 118.00 |
| | AmEx | 9/26/2017 | Amazon | PVC Cards (10 units) | 59.00 |
| | AmEx | 9/12/2017 | Amazon | 25 ID Cards Security Hologram overlay | 40.99 |

Declaration of Steve Lant
Page 11

| | | | | | |
|---|---|---|---|---|---:|
| | AmEx | 9/24/2017 | Amazon | PVC Chip Cards (100 units) | 69.00 |
| Handmade Cowboy Hats | CK 1111 | 6/21/2017 | Watson Hats | Hats for Donors | 9,400.00 |
| | AmEx | 10/18/2017 | Watsons Hat Shop | Cowboy hat; Recruiting of Associate Ranger (BD) | 655.80 |
| Legal and Investigative Subscriptions | Chase CC | 6/30/2017 | Truthfinder | Investigative Service | 27.78 |
| | Chase CC | 6/30/2017 | Truthfinder | Investigative Service | 2.00 |
| | Chase CC | 7/28/2017 | Truthfinder | Investigative Service | 27.78 |
| | Chase CC | 8/28/2017 | Truthfinder | Investigative Service | 27.78 |
| Class Two Night Monoulars and Thermal Imaging Monoculars | AmEx | 7/6/2017 | Optics Planet | Drone thermal imager and WPT night vision | 9,693.99 |
| Discretionary for Training & Supplies by EV Troop | Chase CC | 5/18/2017 | Amazon | Surefire Flashlights (3) | 805.77 |
| | AmEx | 8/29/2017 | Amazon | 8x Surefire Lights, Cold Case Homicide updated text and CR123 | 625.03 |
| | AmEx | 9/6/2017 | Amazon | Ranger History Books | 73.60 |
| | AmEx | 9/9/2017 | Scottsdale Gun Club | Ammunition for practice & range rental | 167.24 |
| | AmEx | 9/10/2017 | Amazon | C2 Training Cartridges | 79.95 |
| | AmEx | 9/10/2017 | Amazon | Taser C2 Practice Training Cartridges | 139.98 |
| | AmEx | 9/20/2017 | Scottsdale Gun Club | Range rental & misc. | 53.99 |
| | AmEx | 10/3/2017 | Scottsdale Gun Club | Range rental & misc. | 62.10 |
| | AmEx | 10/5/2017 | Universal Police Supply | Baton; pistol cover | 179.44 |
| | AmEx | 10/15/2017 | Daves Uniform | See receipt | 1,236.74 |
| Unrestricted | AmEx | 9/5/2017 | Capital Grill | Meet with professional investigator re background check bid -dutch | 69.01 |
| | AmEx | 9/7/2017 | Mastros | Recruitment dinner -- WR and HK | 622.48 |

Declaration of Steve Lant
Page 12

| AmEx | 9/16/2017 | Capital Grill | Business Development (Winthrop); Food/Beverage | 200.85 |
|---|---|---|---|---|
| AmEx | 9/20/2017 | Scottsdale Gun Club | Business Development (Winthrop) & Qual. | 538.82 |
| AmEx | 9/30/2017 | GOSQ.COM Rod Chambers | Service: Airport transfer from Van Nuys to Hotel | 150.00 |
| AmEx | 10/1/2017 | Langham Hotel | Business Develp Trip. (Room) | 1,043.21 |

38,865.52

37.    At the time that the June 5, 2017 donation was made, Vance Ownbey and Peter Steinmetz were only applicants (*i.e.*, non-voting members) of Arizona Rangers.

38.    Neither Steinmetz nor Ownbey ever became a member (probationary or otherwise) of Arizona Rangers. A true copy of the November 24, 2017 email from then State Treasurer Major Tim Cummings regarding the "Troop" members is attached to the Motion for Summary Judgment as **Exhibit 29**.

39.    Arizona Rangers East Valley Company was at active company at the time of the June 5, 2017 donation.   The East Valley Company continues to exist, with thirty-plus members as of October 25, 2019 and is still an active company.  A true copy of the roster of Arizona Rangers' East Valley Company (redacted to remove private information) as of October 25, 2019 is attached to the Motion for Summary Judgment as **Exhibit 32**.

40.    The full amount of the fourth donation of $30,000 that was received on July 31, 2017 has been consumed by the expenditures reflected below in Table 4:

*Table 4*

Donation/Grant 4:  The cover letter accompanying the July 31, 2017 check stated:

"*This grant is to be divided equally between the company and the associate ranger troop.*"

Declaration of Steve Lant
Page 13

| Breakdown | Proposed | Actual |
|---|---|---|
| Company | 15,000.00 | 12,171.29 |
| Associate Troop | 15,000.00 | 18,486.91 |
| **Total** | **30,000.00** | **30,658.20** |

| Funds Received | 7/31/2017 |
|---|---|

-658.20

| Breakdown | Form of Payment | Date | Payee | Description | Amount |
|---|---|---|---|---|---|
| Company | AmEx | 9/10/2017 | Amazon | Images of America Book | 14.72 |
| | AmEx | 9/12/2017 | Daves Uniform | Misc. (see receipt) | 299.45 |
| | AmEx | 9/18/2017 | The UPS Store | Mail to Assoc. Rangers (CA) | 196.16 |
| | AmEx | 9/20/2017 | The UPS Store | Mail to Assoc. Rangers (CA) | 22.57 |
| | CK 1119 | 9/20/2017 | Gunsight Academy | AZ Ranger ammo for Firearms Course | 200.00 |
| | CK 1123 | 9/21/2017 | HQ | $25/per EVC Rangers to attend 60th Gala Celebration | 750.00 |
| | AmEx | 9/25/2017 | The UPS Store | Mail to Assoc. Rangers (CA) | 108.23 |
| | Chase CC | 9/30/2017 | Gunsight Academy | AZ Ranger participation in Firearms Course | 500.00 |
| | AmEx | 10/25/2017 | UPS Store | Mail to Assoc. Rangers (CA) | 80.16 |
| | PENDING | | Body Armor Level II - for EVC Rangers | 20 Units @ $500/per. | 10,000.00 |
| Troop | AmEx | 9/26/2017 | Cutter Flight Management | Bus. Devel; R/T flight PHX to LA to meet Donors | 9,214.90 |
| | AmEx | 9/30/2017 | Spago Restr. | Business Development (Winthrop); Dinner | 1,342.79 |
| | AmEx | 10/1/2017 | Langham Hotel | Business Develp Trip. (Room) + transport | 1,639.56 |
| | AmEx | 10/1/2017 | Patina Restr. | Business Development (Winthrop); Dinner | 3,760.60 |
| | AmEx | 10/24/2017 | Maestro's Restr. | Business Development (Winthrop); Dinner | 1,029.06 |
| | CK 2001 | 12/31/2017 | A. Squire | Youth Rodeo participation sponsorship | 1,500.00 |

30,344.03

Declaration of Steve Lant
Page 14

41.    From the fifth donation of $30,000 that was received on or about September 1, 2017, Arizona Rangers has spent $8,255.73 of these funds for radio equipment as reflected by the expenditures shown below in Table 5:

*Table 5*

Donation/Grant 5:  The cover letter accompanying the September 1, 2017 check stated:

"*With thanks to Drs. Goodman and Hallert and at their request to fund East Valley Troop radio communications.*"

| Breakdown | Proposed | Allocated | | Funds Received | 9/1/2017 |
|---|---|---|---|---|---|
| Radio Communications | 30,000.00 | 8,255.73 | | | |
| **Total** | **30,000.00** | **8,255.73** | 21,744.27 | | |

| Breakdown | Form of Payment | Date | Payee | Description | Amount |
|---|---|---|---|---|---|
| Radio Communications | AmEx | 8/24/2017 | Amazon | Iridium 9575 Extreme Satellite Phone with Prepaid SIM Card | 1,066.06 |
| | AmEx | 8/24/2017 | Amazon | Iridium 9575 Extreme with 500 prepaid minutes and Pelican Case | 2,069.00 |
| | AmEx | 8/30/2017 | Amazon | Iridium 9575 Extreme Satellite Phone with Prepaid SIM Card | 1,184.00 |
| | AmEx | 9/1/2017 | Amazon | Iridium 9575 Extreme Satellite Phone with Prepaid SIM Card | 1,184.00 |
| | AmEx | 9/6/2017 | Amazon | Iridium 9575 Extreme Satellite Phone with Prepaid SIM Card | 2,360.48 |
| | AmEx | 9/6/2017 | Amazon | Iridium Satellite Phone Global Prepaid SIM Card with 75 Minutes | 121.00 |
| | AmEx | 9/7/2017 | Universal Police Supply | Radio Holders | 241.78 |
| | AmEx | 9/10/2017 | Amazon | Maxpedition CP-L Radio holder | 29.41 |

8,255.73

Declaration of Steve Lant
Page 15

42.    The balance of the fifth donation, $21,744.27, is in the possession of the organization and Arizona Rangers intends to use the funds from the fifth donation consistent with the stated restrictions.

43.    From the sixth and final donation of $20,000 that was received on or about September 5, 2017, Arizona Rangers has spent $14,876.55 for search-and-rescue equipment as reflected by the expenditures shown below in Table 6:

*Table 6*

Donation/Grant 6:  The cover letter accompanying the September 5, 2017 check stated:

"*This is per your request for East Valley Troop search and rescue equipment to be purchased at Troop discretion.*"

| Breakdown | Proposed | Allocated | | Funds Received | 9/5/2017 |
|---|---|---|---|---|---|
| Search & Rescue Equip | 20,000.00 | 14,876.55 | | | |
| **Total** | **20,000.00** | **14,876.55** | 5,123.45 | | |

| Breakdown | Form of Payment | Date | Payee | Description | Amount |
|---|---|---|---|---|---|
| Search & Rescue Equip | AmEx | 9/8/2017 | Universal Police Supply | Badges and Helmets | 5,661.74 |
| | AmEx | 9/10/2017 | Amazon | 5.11 tactical SOMS 2.o bag | 259.07 |
| | AmEx | 9/10/2017 | Amazon | Adventure Medical Kits Travel Medic First Aid Kits | 44.85 |
| | AmEx | 9/10/2017 | Amazon | Triage Pack; Topical Treatments pack; Med. Unit Pack | 238.00 |
| | AmEx | 9/10/2017 | Amazon | travel john disposable | 31.32 |
| | AmEx | 9/11/2017 | Amazon | Maxpedition Gear Sug, Gloves, Pouch | 32.61 |
| | AmEx | 9/22/2017 | Universal Police Supply | Baton (1) | 140.53 |
| | AmEx | 10/15/2017 | Amazon | Leatherman (1) | 69.85 |

Declaration of Steve Lant
Page 16

| | | | | |
|---|---|---|---|---|
| AmEx | 10/15/2017 | Optics Planet | Lensatic Compass (4); Earplugs (2); SurefireM612 ScoutLight (1), Armasight Sirius Night Vision Monoclar (1), Ballistic Helmet (1), Surefire G2X Pro flashlight (5), FIIR Systems Scout Marine Thermal Vision Camera (1); ATN Mich helmet Mount Kit (1) | 5,170.80 |
| AmEx | 10/15/2017 | Optics Planet | Leatherman, Swiss Multi-Tool (2), Camelback (2); Surefire Aviator Flashlight (3) | 1,636.78 |
| AmEx | 10/19/2017 | Optics Planet | Armasight Sirius Gen2+ Night Vision Monocular (1) Wenger Sport frame (1) | 1,591.00 |

14,876.55

44.     These purchases of the search-and-rescue equipment were made exclusively on the American Express card by Winthrop. The remaining, $5,123.45, is in the possession of the organization and Arizona Rangers intends to use the funds from the sixth donation consistent with the stated restrictions.

45.     When the Board of Directors for Arizona Rangers raised concerns about how the donations were procured/spent and questioned the propriety of the American Express card, Winthrop withdrew from Arizona Rangers in or about May 2018 and demanded reimbursement of the $175,000 and/or for the turnover of the purchased supplies/equipment to WEC.

46.     Of the $53,700 that was unrestricted or discretionary ($41,200 was discretionary for use by East Valley Company or the East Valley Company "Troop", and $12,500 was completely unrestricted), Winthrop, using the American Express card, personally spent $23,301.30 for business/relationship development dinners and travel

Declaration of Steve Lant
Page 17

(including a private round-trip flight from Phoenix, AZ to Van Nuys, CA, and back on a chartered King Air 200), which he stated was to secure resources and additional donors for Arizona Rangers.  Those expenditures consisted of the following:

*Table 7*

| Expenditures for Business/Relationship Development | | | |
|---|---|---|---|
| **Date** | **Vendor** | **Description** | **Amount** |
| 8/12/2017 | Spago | Donor Dinner -- TD | 566.83 |
| 8/15/2017 | Spago | Donor Dinner -- GH and MG | 1,679.84 |
| 8/17/2017 | Parkway Grille | Donor Lunch -- SA | 97.31 |
| 8/20/2017 | Capital Grill | Food | 46.87 |
| 8/31/2017 | Mastros | Development Dinner - Fail | 286.41 |
| 9/5/2017 | Capital Grill | Meet with professional investigator re background check bid - Dutch | 69.01 |
| 9/7/2017 | Mastros | Recruitment dinner -- WR and HK | 622.48 |
| 9/16/2017 | Capital Grill | Business Development (Winthrop); Food/Beverage | 200.85 |
| 9/20/2017 | Scottsdale Gun Club | Business Development (Winthrop) & Qual. | 538.82 |
| 9/26/2017 | Cutter Flight Management | Business Development; Round trip flight from PHX to LA to meet Donors | 9,214.90 |
| 9/30/2017 | GOSQ.COM Rod Chambers | Service: Airport transfer from Van Nuys to Hotel | 150.00 |
| 9/30/2017 | Spago Restr. | Business Development (Winthrop); Dinner | 1,342.79 |
| 10/1/2017 | Langham Hotel | Business Development Trip. (Room) | 1,012.56 |
| 10/1/2017 | Langham Hotel | Business Development Trip. (Room) | 1,043.21 |
| 10/1/2017 | Langham Hotel | Business Development Trip. (Room) + transport | 1,639.56 |
| 10/1/2017 | Patina Restr. | Business Development (Winthrop); Dinner | 3,760.60 |
| 10/24/2017 | Maestro's Restr. | Business Development (Winthrop); Dinner | 1,029.06 |

**23,301.10**

47.    In its January 10, 2020 Response to Interrogatories, WEC admitted that it and a "non-party Rangers group that is still supported, at least nominally," by WEC has certain inventory which was purchased with the donations/grants from AEF in its possession, custody and control.

Declaration of Steve Lant
Page 18

48.    Using the disclosed invoices, the value of the inventory which was purchased

with the donations/grants from AEF that is now in the possession, custody and control of

WEC and its aligned party is about $25,693.84.

*Table 8*

| Inventory with WEC and its aligned party | | |
|---|---|---|
| **Quantity** | **Inventory with WEC** | **Price** |
| 1 | sample ranger hat | 1,044.00 |
| 1 | 2016 manufactured thermal imager with 17 hours logged with logbook with batteries removed in manufacturer case | 6,999.00 |
| 1 | body armor manufactured in 2016 due to expire in 2021 | 1,014.85 |
| 1 | helmet | 920.00 |
| 6 | sample ranger ID cards | |
| 1 | 2017 Taser with two practice units, due to expire in 2022, in packaging unused | 97.05 |
| 1 | hydration pack | 549.95 |
| 2 | ranger patches | |
| 1 | Surefire Flashlight | 298.59 |
| 1 | Cold Case Homicide Investigation (book) | 56.49 |
| **Quantity** | **Inventory with Non-Party Group that WEC Supports** | **Price** |
| 4 | IFAKs | |
| 3 | IIA vests | 2,474.85 |
| 3 | Iridium 9575 | 4,433.24 |
| 3 | light patrol bags | 239.99 |
| 3 | camelback hydration packs | 225.00 |
| 11 | badge wallets | |
| 11 | Associate Rangers Badges | |
| 1 | Leatherman | 69.85 |
| 7 | Surefire Flashlights | 1,006.98 |
| 6 | Ranger hats | 6,264.00 |

25,693.84

49.    Beginning in February 2018, a G Suite email for each Arizona Ranger was

rolled out company by company.  Prior to, only the webmaster and a test group within the

Declaration of Steve Lant
Page 19

Peoria Company had official email addresses ending azrangers.gov, which were created in July and August 2017. A true copy of the Arizona Rangers' Email Addresses Roll Out Ledger is attached to the Motion for Summary Judgment as **Exhibit 31**.    Up until the G Suite email, rangers used their personal email addresses, a practice that still continues.

I declare under penalty of perjury under the law of the State of Arizona that the foregoing is true and correct.

EXECUTED this ___8___ th day of June 2020.


_____

HAROLD STEPHEN "STEVE" LANT