Exhibit 2

Revised 3-18-2017

# BY-LAWS
# OF THE
# ARIZONA RANGERS



**MISSION STATEMENT:**

The Arizona Rangers, on request, will provide law enforcement support and assistance to any federal, state, or local law enforcement agency within the State of Arizona.  Also, on request, the Arizona Rangers can provide security services for community and civic organizations.  The Arizona Rangers provide support for the youth and youth organizations within Arizona.  Additionally, the Arizona Rangers participate in activities which keep alive the history and traditions of the old west.

Approved by the MEMBERSHIP Mar. 19, 2016, Sept. 17, 2016, Mar. 18, 2017

AZRANGERS 000217

Revised 3-18-2017

## **TABLE OF CONTENTS**

**MISSION STATEMENT**……………………………………………………… Page 1

**GENERAL**………………………………………………………….......... Page 3

**DEFINITIONS**…………………………………………………….. Page 3

**ARTICLE I: NAME.** …………………………………………….......... Page 4

**ARTICLE II: PURPOSE**…………………………………………. Page 4

**ARTICLE III: STRUCTURE AND ORGANIZATION**……………….......... Page 6

**ARTICLE IV: MEMBERSHIP**………………………………………... Page 10

**ARTICLE V: OFFICERS**……………………………………………. Page 14

**ARTICLE VI: MEETINGS**…………………………………………. Page 20

**ARTICLE VII: DISCIPLINARY PROCESS**……………………………. Page 21

**ARTICLE VIII: UNIFORM and APPAREL COMMITTEE**…………………. Page 24

**ARTICLE IX: ARIZONA RANGERS DOCUMENTS UPDATES**……………. Page 25

**ARTICLE X: ARIZONA RANGERS MUSEUM**………………………. Page 26

**ARTICLE XI: REVISION OR AMENDMENT TO THE BY-LAWS**…………Page 27

AZRANGERS 000218

Revised 3-19-2016

## GENERAL:

These by-laws describe the organizational structure along with the duties/responsibilities and powers of the various officers and members of the Arizona Rangers.  They also include the schedule for required meetings and procedure for amending said by-laws.

## DEFINITIONS:

### ARTICLES OF INCORPORATION:

Those legal documents filed with the Arizona Corporation Commission, original or amended, establishing the Arizona Rangers as a corporation and allowing the Arizona Rangers to operate as such within the State.

### BOARD OF DIRECTORS:

The group of elected Corporate Officers, no less than three (3) and no more than ten (10), vested with the management of the affairs of the Arizona Rangers Organization.

### BOARD OF GOVERNORS:

The group consisting of the BOARD OF DIRECTORS, and the elected COMPANY COMMANDERS, (one from each Chartered Arizona Rangers Company) who, as a body, conduct the general affairs of the Arizona Rangers organization.
(Synonymous with the term GOVERNING BOARD).

### COMPANY:

An operating entity of persons (Rangers) chartered by the Corporation to do business.

### MEMBER:

Any person having membership rights in the Arizona Rangers in accordance with its Articles of Incorporation and its Bylaws.

### HEADQUARTERS:

The "BOARD OF DIRECTORS", and other appointed positions, which, as a body, manages, or assists in managing the Corporate Affairs of the Arizona Rangers.

### RANGER IN GOOD STANDING:

Any member who meets the attendance, duty, financial requirements, and is free from any current negative finding of the disciplinary hearing board.

AZRANGERS 000219

Revised 3-19-2016

# GOVERNING DOCUMENTS:

Arizona Revised Statutes
Arizona Rangers' By-Laws
Arizona Rangers' Rules & Regulations
Arizona Rangers' General Policy & Procedures
All additional approved Arizona Rangers' manuals

## ARTICLE 1: NAME

The name of the Corporation shall be the ARIZONA RANGERS, a non-profit organization.

## ARTICLE II: PURPOSE

**A. The Arizona Rangers purpose is to:**

(1)    Render, when called upon by any Federal, State, County or Local Law
Enforcement Authority, such law enforcement assistance as may be required,
and within the capabilities of the Arizona Rangers, but only under the direction
and supervision of such authority.

(2)    Provide financial and material support for youth organizations and activities, which contribute to
the growth, education, and good citizenship of the State's youth.

(3)    Serve as a constant reminder of the tradition and honor of the State's original Territorial Rangers,
by keeping alive the rich and colorful western heritage while at the same time, serving as models
of patriotism for Arizona and our nation; engaging in activities, which keep the spirit and history
of the Arizona Rangers alive as it relates to the Old West.

(4)    Support activities, which in the judgment of the voting membership are deemed
to be of benefit to all parties involved.

**B. Legislative Recognition:**

1.    The Arizona Rangers and their mission were recognized with Legislative Act amending title 41 of
the ARS by adding chapter 40 (signed by Governor Jane Hull 4/30/2002.)

2.    Chapter 40 Arizona Rangers Article 1: General Provision 41-4201. Arizona Rangers

AZRANGERS 000220

Revised 3-19-2016

3. Section 1: "THE ARIZONA RANGERS ARE AN UNPAID, NONCOMMISSIONED CIVILIAN AUXILIARY THAT IS AVAILABLE FOR THE PURPOSE OF ASSISTING AND SUPPORTING LAW ENFORCEMENT IN THIS STATE. THE ARIZONA RANGERS DO NOT POSSESS ANY LAW ENFORCEMENT OR INVESTIGATIVE POWERS THAT ARE NOT PROVIDED OR ESTABLISHED IN LAW FOR ALL CITIZENS OF THIS STATE. LAW ENFORCEMENT SUPPORT AND ASSISTANCE SERVICES ARE PROVIDED ONTHE REQUEST OF, AND UNDER THE DIRECTION, CONTROL AND SUPERVISION OF, ESTABLISHED LAW ENFORCEMENT OFFICIALS OR OFFICERS."

4. Section 2: "The purpose of this act is to recognize the Arizona Rangers who formed in 1901, disbanded in1909, and reestablished in 1957 by original Arizona Rangers. The present day Arizona Rangers are an unpaid, all volunteer law enforcement support and assistance civilian auxiliary in this state. The present day Arizona Rangers provide youth support and community service and preserve the tradition, honor and history of the 1901-1909 Arizona Rangers. The Arizona Rangers, past and present are a most valuable and important part of the historical heritage of dedicated, unselfish and honorable service to this state and the citizens of this state."

AZRANGERS 000221

Revised 3-19-2016

## ARTICLE III: STRUCTURE AND ORGANIZATION

### A. CORPORATION:

1.  The ARIZONA RANGERS shall consist of a STATE HEADQUARTERS staff, and as many COMPANIES as the membership can support. The bodies governing the Arizona Rangers are the BOARD OF DIRECTORS and the BOARD OF GOVERNORS.

2.  The STATE HEADQUARTERS shall consist of the BOARD OF DIRECTORS and all appointed positions deemed necessary to carry out the administrative functions of the Arizona Rangers.

3.  The BOARD OF DIRECTORS shall consist of incumbent elected positions of the State Headquarters. The Board of Directors shall conduct the corporate business of the Arizona Rangers.

4.  The BOARD OF GOVERNORS shall consist of the incumbent elected positions of the State Headquarters and the incumbent, elected Commander of each Company. The Governing Board shall establish the policies of the Arizona Rangers through the acceptance of the voting membership. Former State Commanders may be invited to attend a Board of Governors meeting, at the request of a majority of the Board of Directors, to serve in an advisory capacity as a resource for the organization with no voting rights.

5.  The COMPANY shall consist of officers elected by the Company's membership and members who have joined the Arizona Rangers and remain members in good standing.

### B. BOARD OF DIRECTORS:

1.  The Board of Directors are those officials of Headquarters, consisting of the State Commander, Deputy State Commander, State Secretary, State Treasurer, State Training Officer, State Community Relations Officer, and the four (4) State Area Commanders each of whom are elected to their positions. The Board of Directors shall number not less than three (3), nor more than ten (10) individuals.

2.  All members of the Board of Directors must have been a Ranger in good standing continuously for the immediate previous twelve (12) month period prior to standing for election to the Board of Directors and remain a Ranger in good standing during their tenure as a member of the Board. Failure to retain Ranger in good standing status will require the individual to vacate their position on the Board.

AZRANGERS 000222

Revised 3-19-2016

3. Actions of the Board of Directors shall be governed by Arizona Statute, the Articles of Incorporation and the Bylaws of the Arizona Rangers.

    a. Board of Director Responsibilities:

        (1) Make unbiased decisions to advance the mission and purpose of the Arizona Rangers.

        (2) Act in an urgent manner in determining a course of action for any situation considered emergent, and correct any potentially damaging situation which could jeopardize the mission, or reputation, of the Arizona Rangers.

        (3) Consult, and advise, with respect to any matter concerning the business of any Arizona Rangers Company upon request by said Company Commander.

        (4) Edit, or re-draft, all proposals submitted, without changing the intent and/ or meaning of any proposal, or recommend procedures for presentation at the next Governing Board meeting.

## C. BOARD OF GOVERNORS:

I. Members of the Board of Governors shall consist of the incumbent elected positions from the State Headquarters staff and the incumbent elected Company Commander from each Chartered Company.

2. Actions of the Board of Governors shall be governed by any and all governing documents.

    a. **Board of Governors Responsibilities:**

    (1)    Establish the policies that govern the Arizona Rangers. Decisions shall be made in an unbiased manner to meet the mission and goals of the Arizona Rangers.

    (2)    Examine, and act on, all proposals and motions for proposed changes to the governing documents and Articles of Incorporation. A majority vote will be required to accept, table or defeat the proposal or motion. Following the vote, one (1) of the following will apply:

        a. If the proposal is a General Membership voting issue it shall be passed on to the next General Membership meeting for General Membership vote.

AZRANGERS 000223

Revised 3-19-2016

    b.  If the proposal does not require General Membership vote, the proposal shall be immediately binding.

    c.  If tabled, the proposal will be re-presented at the next governing board meeting.

    d.  If defeated, the proposal may be re-proposed one (1) year following defeat, not before.

(3)    Examine the official records pertaining to any Ranger on order of the State Commander or by a majority vote of the Board of Governors, as a result of any action (disciplinary or otherwise) taken against the subject Ranger.

(4)    Take possession (as directed by the Deputy State Commander) of Ranger related items and records of any Ranger who, having been charged, following a review of the Board of Inquiry, may possibly temporarily suspend the Ranger from his/her position until, or unless, the disciplinary process by the hearing board would determine otherwise.

## D. STATE APPOINTED OFFICERS: (SPECIAL STAFF OFFICERS)

1.  State appointed positions are necessary to help manage the Arizona Rangers. The State Commander may appoint sufficient special staff officers as necessary to assist in managing the Arizona Rangers organization.

2.  All Rangers appointed to non-elected special staff positions shall require Board of Directors approval (as determined by a majority vote) before assuming such positions.

3.  Special Staff Officers have no vote with respect to Board of Directors' or Board of Governors' issues. Each appointed officer retains their voting rights concerning issues on the General Membership and Company level.

## E. COMPANY:

1.  In order to remain an active Company, there must be at least five (5) active, voting members.

2.  Companies operate within an area determined by the Deputy State Commander, with Board of Governors approval in order to prevent Companies from competing within the same area.

3.  The Company shall have four (4) Rangers who are elected to their position by their Company voting membership. The Company Officers are: Commander, Executive Officer, Treasurer and Internal Affairs Officer.

AZRANGERS 000224

Revised 3-19-2016

4.  The Company Commander may also appoint Rangers, chosen from the Company Roster who shall assist in managing Company affairs.

    **a.  Company Responsibilities:**

        (1)    Conduct one general business meeting on a monthly basis. Meetings are open with the exception of discussions concerning sensitive issues at which time non-voting members and guests will be asked to leave the room. Closed meetings do not exclude members of the Board of Directors.

        (2)    Hold a monthly training session.

        (3)    Fulfill work duties, whether donations are received or not, to the best of its ability, including requested assistance from other companies.

        (4)    Make an earnest attempt, when called upon, to assist law-enforcement in the performance of any request for assistance.

AZRANGERS 000225

Revised 3-19-2016

## ARTICLE IV:  MEMBERSHIP

### A.  RANGER:

1.  Defined as any citizen of the United States of America or a National of the United States of America, who is a permanent resident in the State of Arizona for at least six (6) months of each calendar year, and has attained the age of twenty-one (21) years; has attended the Arizona Ranger Training Academy; possesses a current valid Arizona CCW (concealed carry weapons permit); passed all required background checks; has qualified with his/her duty firearm to current acceptance standards; has satisfactorily served and completed a minimum ninety (90) day probationary period as defined in the rules and regulations; who has taken the Ranger Oath of Allegiance after a vote of acceptance by the voting membership; and has signed the 'DISPUTE RESOLUTION, BINDING INDIVIDUAL ARBITRATION AGREEMENT, AND WAIVER OF JURY TRIAL' document.

    2. Any full member of the general membership, in good standing, may exercise the right to vote or hold office.

### B.  PROBATIONARY RANGER:

1.  Defined as any Arizona Ranger Candidate who has met the basic requirements for acceptance into the Arizona Rangers and has taken the Ranger Oath of Allegiance, is serving a minimum ninety (90) day period of observation, and has signed the 'DISPUTE RESOLUTION, BINDING INDIVIDUAL ARBITRATION AGREEMENT, AND WAIVER OF JURY TRIAL' document.

    **2.** Probationary Rangers do not have the right to vote or hold office.

### C.  LIFETIME RANGER:

1.  Title conferred on  an Arizona Ranger who has met one of the following:

    a.    Defined as any Arizona Ranger who has been accepted by the General Membership and who has given meritorious service to the Arizona Ranger organization in accordance with the process outlined in the Rules & Regulations.

    b.    Has been elected State Commander of the Arizona Rangers and served a full term in office as State Commander.

    c.    Served as an active Ranger in good standing for a period of ten (10) years.

AZRANGERS 000226

Revised 3-18-2017

### D. ASSOCIATE RANGERS:

1. Defined as personnel who wish to assist in a position within the Rangers organization that does not constitute that of an active Ranger and have met the basic requirements as outlined below:
   (a) submitted completed application
   (b) possess a valid Arizona Conceal carry permit (i.e. CCW) – although the individual CANNOT BE ARMED while serving as an Associate
   (c) has signed the 'DISPUTE RESOLUTION, BINDING INDIVIDUAL ARBITRATION AGREEMENT, AND WAIVER OF JURY TRIAL' document

2. Associate Rangers shall <u>NOT</u> wear the Arizona Ranger uniform or badge. They will NOT participate in any work or duty considered hazardous. The Associate Rangers can be utilized, or serve, at either the Company or Headquarters level.

3. Associate Rangers while working with, or representing, the Arizona Rangers in that capacity, shall NOT be armed.

4. The Arizona Rangers Corporation shall not be held responsible, or liable for any injury, or injuries, inflicted upon, or sustained by any Associate Ranger while working in that capacity with the Arizona Rangers.

5. Associate Rangers are NOT covered under any of the Arizona Rangers insurance policies.

6. Associate Rangers do not have the right to vote or hold elective office.

### E. HONORARY MEMBERSHIP:

1. An honor bestowed on an individual, who has given valuable assistance to the Arizona Rangers; Honorary Members may attend meetings, however, they do not have the right to vote, hold office, or present themselves as an active Arizona Ranger. Any Ranger in good standing may nominate an individual for Honorary Membership. The Board of Governors shall approve all Honorary Ranger nominations.

### F. CADET MEMBERSHIP:

1. Defined as any youth over the age of 14 years but not older than 21 years who, under direct supervision, performs a variety of routine tasks in an approved apprenticeship program as outlined in the Arizona Rangers Policies and Procedures.

AZRANGERS 000227

Revised 3-18-2017

## G. EMERITUS ARIZONA RANGER

1. Defined as a member of the organization who has served the organization as an active Arizona Ranger, in good standing, for at least five (5) years and no longer wishes to, or is able to, perform the duties of an active Arizona Ranger, but can still contribute and participate in the organization in a worthwhile capacity.

2. To be considered for this classification the individual MUST:
   (a) be deemed to have significant knowledge and capability to assist the organization
   (b) be nominated by their Company Commander or a member of the Board of Directors
   (c) be approved by the Board of Directors
   (d) maintain a current Arizona CCW

3. Limitations on individuals with this designation include:
   (a) Emeritus Arizona Rangers shall NOT wear a firearm or duty belt when representing the Arizona Rangers in any way.
   (b) Emeritus Arizona Rangers will NOT accompany, or physically assist an active Arizona Ranger who is performing any duty assignment which could be considered hazardous.
   (c) Emeritus Arizona Rangers will NOT wear the Arizona Rangers badge, or any badge, which may give the public the perception that the individual is an active Arizona Ranger.
   (d) Emeritus Arizona Rangers may support any assignment not requiring the wearing of the Arizona Rangers uniform, badge, or firearm.
   (e) Emeritus Arizona Rangers are NOT permitted to hold elective office at any level.

4. Emeritus Arizona Rangers may wear a uniform as described in the Uniform & Apparel Rules and Guidelines document.

5. Emeritus Arizona Rangers are NOT covered by any Arizona Rangers insurance policies.

6. Emeritus Arizona Rangers will maintain their right to vote.

AZRANGERS 000228

Revised 3-19-2016

### H.  BANNED PERSONS:

1.  A "Banned Person" is an individual member who has exhibited, or demonstrated, but not limited to, such egregious conduct, behavior, or verbal utterances and/or statements so as to put the Arizona Ranger organization in a disparaging position or a bad light (public perception), as determined by a majority of the Board of Governors or the general membership.
    Actions of the individual to warrant such a designation could include, for example, malfeasance to the extent that irreparable harm is done to the organization, as determined by a majority of the Board of Governors or the general membership.

    a.  Banned individuals no longer eligible for membership include:
        Charles Bart; Robert Gowens; Artt Smasch aka Alexander Sominski; William Kenny; George Bringe; Nona Samson; Dennis Koenig; Denham Crafton; David Gossen; Steve Day; Rory Vertigan; Dana Myatt; Mark Ziemann; Hank Williams; Oren Lamm; Pat Frazier; S.A Everly.

2.  No Banned Person shall be admitted to membership of any kind unless:

    a.  All other applicable membership requirements have been fulfilled; and such action as to each such person is separately approved by: (i) the affirmative vote, at the Annual Membership Meeting, of 90% of those members entitled to vote at such time (either in person or by proxy pursuant to A.R.S. § 10-3724); and (ii) the BOD; and (iii) the BOG.

    b.  Pursuant to A.R.S. § I0-11023(B), the provisions of this subsection cannot and shall not be amended or repealed by the BOD.

    c.  Pursuant to A.R.S. §§ I0-11003(A)(5), 10-11021, and I0-11023(A), the foregoing amendment would be conditioned upon the affirmative vote, at the Annual Membership Meeting, of 90% of those members entitled to vote at such time (either in person or by proxy pursuant to A.R.S. § 10-3724).

    d.  If such is to occur, the foregoing amendment would be adopted in accordance with the terms of A.R.S. § 10-11003.

AZRANGERS 000229

Revised 3-19-2016

**ARTICLE V: OFFICERS**

**A. HONORARY CHIEF OF THE ARIZONA RANGERS:**

    **1.  GOVERNOR OF THE STATE OF ARIZONA:**

        a.  The Board of Directors of the Arizona Rangers, shall by virtue of the office, offer to the serving Governor of the State of Arizona, the honorary title and position of Chief Ranger of the Arizona Rangers, with appropriate badge and identification provided.

        b.  The Governor, as Chief Ranger of the Arizona Rangers, may serve as a non-voting advisory member of the Board of Governors of the Arizona Rangers.

**B.  ELECTED STATE OFFICERS**:

    **1.  STATE COMMANDER:**

        a.  The Chief Executive· Officer of the Arizona Rangers shall act as Chairman of the Board of Directors, Chairman of the Board of Governors, and Chairman of any regular or special Meeting of the General Membership.

        b.  Shall exercise general supervision over any activity concerning the Arizona Rangers.

        c.  With Board of Directors approval, shall appoint, as needed, non-elected Officials to the Headquarters Staff.

        d.  With Board of Governors approval, shall appoint, as needed, vacant elected positions.

    **2.  DEPUTY STATE COMMANDER:**

        a.  In the absence of the State Commander, the Deputy State Commander shall assume the authority and responsibility of the State Commander.

        b.  Shall assist the State Commander.

        c.  Shall, in an unbiased manner, appoint a Disciplinary Hearing Board, should the State Commander be charged.

        d.  Shall serve as the State Internal Affairs Officer for the organization.

AZRANGERS 000230

Revised 3-19-2016

e.  Will direct investigation of any incident in which firearms, or force, have been used involving Rangers.

f.  Shall, in the event that an Area Commander is absent from his/her position, assume the role of the Area Commander until that Area Commander returns (or is replaced, in the event of resignation).

## 3.  STATE SECRETARY:

a.  Shall be responsible for, and keep, an accurate record of all meetings of the Board of Directors, Board of Governors, and the General Membership.

b.  Will transmit minutes of all meetings to all companies within three (3) weeks, with the exception of Board of Directors closed meetings which will be submitted to the Board of Directors and the State Curator of Records. A recording Secretary must be present to keep records at all meetings.

c.  The State Secretary shall:

    (1)  Compile and maintain a Board of Governors roster

    (2)  Provide a quarterly Company status report based on inputs from the individual Companies.

    (3)  Maintain, and distribute governing documents providing Company Commanders with current copies.

    (4)  Provide for the filing of any and all amendments to the Articles of Incorporation and Arizona Ranger trademarks.

## 4.  STATE TREASURER:

a.  Shall maintain accurate records of receipts and disbursements.

b.  Shall receive, deposit funds and issue receipts for all monies received.

c.  Shall prepare and file Federal and State financial reports as required.

d.  Shall disburse funds as directed by the voting Rangers and pay as required recurring corporate expenses per a Board of Directors pre-approved list of named expenses

AZRANGERS 000231

Revised 3-19-2016

and/or as provided in the By-laws and the standing Rules and Regulations. An itemized list of all expenses paid, through current date in fiscal year, is to be submitted at the next Board of Directors meeting.

e.   Shall provide for the purchase of uniform items (badges, patches, etc.) to maintain standardization within the Corporation.

f.   Shall prepare semi-annual and annual reports to the Board of Governors.

g.   Shall, at the expiration of the term of office, prepare the financial statement for the term; present the books and records for audit at close of term, or upon request of the State Commander and/or Board of Governors; and deliver to his or her successor in office all money, books and property of the Arizona Rangers.

## 5.   STATE TRAINING DIRECTOR:

a.   Shall act as training coordinator for the Arizona Rangers.

b.   Shall maintain and continually upgrade a training standard for all firearms qualification, and/or re-qualification required of all Rangers, as well as certification for any other weapons, or equipment, that the Rangers could be asked to use, such as baton.

c.   Shall provide individual firearms qualification records and other training records, to a centralized location as provided by the State Curator of Records.

d.   Any new or change in training standards from current written standards will be presented to, and approved by, the Board of Governors (as determined by a majority vote).

e.   Shall assist the State Deputy Commander, at his/her request, in the investigation of any incident in which firearms, or force, have been used involving Rangers.

## 6.   STATE COMMUNITY RELATIONS OFFICER:

a.   Shall establish and maintain relationships with the news media, and civic organizations.

b.   Shall assist Companies in establishing and maintaining public relations.

Page 16

AZRANGERS 000232

    c.  Shall perform other duties of community relations as requested and approved by the State Commander.

## 7.  AREA COMMANDERS:

    a.  Four (4) in number: one (1) for each area; Northern, Central, Southeast and Southwest.

    b.  Area Commanders, having command authority within their assigned area, shall act as liaisons between the State Commander and the Arizona Ranger Companies within their area of command.

    c.  Shall provide guidance and assistance to the Arizona Ranger Companies within their area in all matters pertaining to the Arizona Rangers organization.

    d.  Shall report to the Deputy State Commander.

    e.  In the event the Deputy State Commander is temporarily absent from his/her position (e.g., vacation, etc.), shall report to the State Commander.

## 8.  REMOVAL OF ELECTED STATE OFFICERS

The elected State Officers of the organization may be removed prior to the end of their elected term of office for a variety of offenses.  Among those offenses are:

    a.  Failure to perform the duties for which they were elected

    b.  Present a clear and present danger to the safety and/ or well-being of other Rangers or members of the public

    c.  Repeated violation and non-adherence to the governing documents of the organization

    d.  Have been arrested by local, state, or federal law enforcement

Effecting the removal requires following the standard disciplinary process unless:

    (1) The individual presents an imminent danger to another or others (as determined by a majority of the Board of Directors)

    (2) The individual is incarcerated

AZRANGERS 000233

Revised 3-19-2016

**COMPANY OFFICERS:**

1. **COMPANY COMMANDER:**

   a. Shall lead their Company in compliance with the current governing documents.

   b. Shall act as Chairperson of all Company meetings, except for training sessions or exercises.

   c. Shall represent the Company at all State Board of Governors and General Membership Meetings, either in person or by designee.

   d. Shall appoint non-elected Company officials as the Company needs would require.

   e. Shall refer to Company Level Company Commander's manual for any specific functions.

2. **COMPANY EXECUTIVE OFFICER:**

   a. Shall take minutes and keep accurate records and rosters of all business transacted at Company meetings, with exact wording being made of all motions, and the voting results.

   b. In the absence of the Company Commander, he or she shall assume all of the authority and responsibility of the Company Commander.

   c. Transmit reports as required.

   d. Refer to Company Level Executive Officer's manual for any specific functions.

3. **COMPANY TREASURER:**

   a. Shall maintain accurate records of the Company's receipts, disbursements and property.

   b. Shall receive and deposit funds, membership dues and issue receipts for all assets received.

Page 18

AZRANGERS 000234

Revised 3-19-2016

    c.   Shall disburse funds as directed by the Company's Voting Membership and/or as provided in the governing documents.

    d.   Shall refer to Company Level Treasurer's manual for any specific functions.

### 3.  INTERNAL AFFAIRS OFFICER:

    a.   Shall maintain a personnel file for each Arizona Ranger within their Company.

    b.   Shall investigate all applications for membership or re-instatement and process them in accordance with the procedures dictated in the current governing documents.

    c.   Shall investigate incidents and complaints at the discretion of the Company Commander and provide reports to the Company Commander. If said complaint is against the Company Commander, said complaint should then be referred to the Area Commander.

AZRANGERS 000235

Revised 3-19-2016

## ARTICLE VI: MEETINGS

1.  General Membership meetings shall be held at least semi-annually. The annual meeting shall be held in March and the semi-annual meeting held in September of each year, at a place designated by the State Commander. General Membership meetings are open to all Rangers and invited guests.

2.  One Regular meeting of the Board of Directors, and of the Board of Governors must be held sometime before each General Membership meeting. The meetings may be closed versus open, at the State Commanders discretion depending on the sensitivity of the matters to be discussed.

3.  Regular meetings of the Board of Governors, the Board of Directors and of the General Membership may not be held without prior written notice.

4.  Emergency meetings of the Board of Directors and/or Board of Governors may be held without prior written notice due to the urgency of the situation. In such cases, where physically meeting is impractical, or cannot be accomplished in a timely manner, the meeting may be held via electronic means either by teleconference (audio only) or any manner of the electronic meetings (audio and video) available (e.g., "skype". "go to meeting", etc.)

5.  Company business meetings will be held monthly at a time and place chosen by a majority of the Company's voting membership. Guests, in general, are welcome. Meetings may be closed vs. open, at the Company Commanders discretion depending on the sensitivity of the matters to be discussed.

6.  A quorum constitutes fifty-one percent (51%) of voting Rangers in good standing. A quorum must be present in order to conduct a business. The only exception shall be meetings of the General Membership at which time, general proxy signatures added to the number of members present, shall determine if a quorum is achieved.

7.  A recording secretary must be selected, and be present, to keep records at all meetings.

8.  All meetings at any level; Board of Directors, Board of Governors, Company, or General Membership shall be open unless specific criteria are met as described in the following paragraph "Closed Meetings".

9.  Closed Meetings – a meeting may be closed at the discretion of the officiating Board or body if it involves (a) disciplinary action, (b) financial information of the organization (this does not apply to sworn Rangers), (c) personal/private information of an individual Ranger(s), or (d) at the request of the individual Ranger if he/she is the subject of the discussion.

AZRANGERS 000236

Revised 9-17-2016

## ARTICLE VII: DISCIPLINARY PROCESS

1. Initiation of the disciplinary process can occur at the State level or at the Company level by one of two mechanisms. ·

    a. Presentation of Formal Charges

    b. Immediate Suspension

2. Presentation of Formal Charges:

    a. Any Arizona Ranger in good standing shall have the right to submit charges with the intent to remove from office, discipline, or dismiss from the Arizona Rangers, an Officer, Officers, Ranger, or Rangers.

    b. All charges shall be submitted in writing to the Company Commander (if a Company issue), or to the Deputy State Commander (if charges involve a Company Commander or State Officer), or to the State Commander (if the charges implicate the Deputy State Commander).

    c. In the event charges are submitted to the Company Commander, the Company Commander must forward an informational copy of all stated charges to the Deputy State Commander and the applicable Area Commander.

    d. In the event charges are submitted to a Company Commander and the Company Commander fails to take any action on said charges within thirty (30) days from the date the charges are submitted, the Deputy State Commander may then treat the matter as if it were a State disciplinary matter and take action as set forth below.

    e. The State Secretary (if State issue) or Executive Officer (if Company issue) shall notify the Ranger or Rangers so charged, stating the charges, and shall present to the accused options that the accused may wish to pursue.  The notification shall be by certified mail with return receipt requested.

3. Immediate Suspension:

    **a.** Suspension from all duty assignments may be initiated by any OIC (Officer in Charge), the Company Commander, or the Deputy State Commander, at any time, if the conduct/ activity of an accused is an endangerment to members of the Arizona Ranger organization or the Public at large.  The suspension may be immediate and given verbally.

    **b.** A written report must be submitted to the Company Commander of the accused, or to the Deputy State Commander and State Commander if the accused is a Company Commander or a State Officer, justifying the reason for the suspension, within five (5)

AZRANGERS 000237

Revised 9-17-2016

working days. The written report must reference the specific conduct and/or activity constituting the grounds for the action taken.

4.   Board of Inquiry:

Arizona Rangers Boards of Inquiry are called to examine all particulars concerned with the event in question, and to determine facts, cause and whether formal charges are merited.

    a.   The Company Commander (if a Company issue), or the Deputy State Commander shall appoint three (3) individuals to serve as a Board of Inquiry.  The membership of the Board may be chosen from the Ranger membership at large, and may include non-Rangers, if appropriate.

    b.   The Board shall attempt to resolve the disputes by evidence gathering, conflict resolution, discussion or any other method that will not jeopardize the Ranger organization, yet bring about resolution of the issue bringing about the charges, within fourteen (14) days of being appointed.

    c.   A written report of the findings of the Board, and/or outcomes (if any) shall be presented to the Company or Deputy State Commander within seven (7) days following conclusion of the Board's investigation.

    d.   Unless the Board of Inquiry was the result of an Immediate Suspension action, the Board shall determine the merit of the charges and if they are unable to resolve the issue, and feel the charges are warranted, the process can then continue to a formal hearing. At this point, with the charges having been determined to be warranted, the accused will then be suspended from all Ranger activities pending final disposition of the charges.

5.   Hearing Boards:

    a.   At the Company level, the Hearing Board shall consist of the Company Commander, who by virtue of the office, shall chair the Board and conduct the hearing.  The Executive Officer shall serve as the recorder and along with the Treasurer, Internal Affairs Officer, Training Sergeant, and Duty Sergeant serve as the Board.  The Company Commander will vote to break a tie if one of the members finds it necessary to recuse himself/herself.

    b.   At the State level, the Hearing Board shall consist of the Deputy State Commander, who by virtue of the office shall chair the Board and conduct the hearing.  The State Secretary shall serve as the recorder and have no vote.  The other Board members will consist of the State Commander, the appropriate Area Commander, the State Treasurer, and three (3) Company Commanders. The State Commander will vote only to break a tie.

    c.   In either case (State or Company level), a Sergeant of Arms will be present to maintain order, but will not have a vote.

AZRANGERS 000238

Revised 9-17-2016

6. Hearing Procedure:

    a. The procedure shall be an administrative hearing and therefore conducted as such. The State Secretary, or Company Executive Officer will read the charges and the accused will be given the opportunity to answer same. From this point, the Deputy State Commander or Company Commander will conduct the hearing and hear from all concerned.

    b. After all parties have been heard, the Board will decide, by majority vote, if the charges are to be sustained or dropped. The Board shall then advise the accused, within ten (10) working days of its decision.

    c. Should the accused not agree with a Hearing Board decision, he/she/they may, within ten (10) working days of decision, appeal said decision to the Board of Directors in writing with copies to each Board member. The Board of Directors will then review the Hearing Board decision, and within ten (10) working days shall determine, by majority vote, whether to agree with the Hearing Board's decision or to reverse it. The accused shall be notified within ten (10) working days of the Board of Directors' decision. This decision is FINAL.

7. Resignation

Any Arizona Ranger or Probationary Ranger who resigns at the Company or Organizational level, AND is the subject in any investigation or of any Board of Inquiry or Hearing Board, will not be eligible for membership until that investigation is resolved and/or any Board of Inquiry or Hearing Board, has reached a conclusion. Readmission to the Arizona Rangers will be contingent on the results of that investigation, or the aforementioned Boards and completing all requirements for application as delineated in the by-laws and Rules and Regulations.

AZRANGERS 000239

Revised 3-19-2016

## ARTICLE VIII:  UNIFORM and APPAREL COMMITTEE

Since not only the conduct, but the appearance of each Ranger reflects on the organization as a whole and is of such importance, it is imperative that a permanent Uniform and Apparel Committee be established and charged with making sure all uniform and apparel standards are consistent across the organization.

It is the duty of the Uniform and Apparel Committee to:

(1) Assure all uniforms and equipment worn by the Arizona Rangers are standardized and consistent across the State to the maximum extent possible.

(2) Review and update the Uniform and Apparel Guidelines as necessary.

(3) Refer to the applicable Company Commander any Ranger who fails to, or refuses to comply with the guidelines set forth and approved by the organization.  If violations continue, the non-compliance will be referred to the Deputy State Commander for action.

(4) Review any suggestions for changes to the Uniform and Apparel Guidelines that are submitted by individual Companies or individual Rangers.  If suggestions are accepted by the Committee, they are then to be submitted to the Board of Governors for approval (by majority vote).

AZRANGERS 000240

Revised 3-19-2016

## ARTICLE IX:  ARIZONA RANGERS DOCUMENTS UPDATES

The Articles of Incorporation, Governance Documents, and other documents of the Arizona Rangers shall be reviewed on a periodic basis to determine the need, or desire, to change those documents on the part of the Board of Governors or General Membership.  A special committee shall be formed to accomplish this task.

1.  Articles of Incorporation shall be reviewed annually, or as needed, and updated as necessary to reflect any changes in business address or statutory agent.

2.  Arizona Rangers By-laws shall be reviewed annually, or sooner, and updated as necessary.

3.  Arizona Rangers Rules and Regulations shall be reviewed annually, or sooner, and updated as necessary.

4.  Arizona Rangers General Policies and Procedures shall be reviewed annually, or sooner, and updated as necessary.

5.  Arizona Rangers Uniform and Apparel Guidelines shall be reviewed annually, or sooner, and updated as necessary.

6.  All other Arizona Rangers approved manuals shall be reviewed annually, or sooner, and updated as necessary.

AZRANGERS 000241

Revised 3-19-2016

## ARTICLE X:  ARIZONA RANGERS MUSEUM

1. The Arizona Rangers Corporation shall maintain a museum(s) to chronicle the history and exploits of the Arizona Rangers.  It shall be a physical place, that is, repository, to house artifacts, memorabilia, photos, and stories of the original Territorial Rangers as well as the modern day Rangers. These items could include reproductions and other items associated with the time periods depicted.
2. The museum shall be available to the public.

3. Since the museum, including any sub-museums, annexes, or satellite facilities represents the public image of the Arizona Rangers and their history, organizational oversight shall be provided by the State Community Relations Officer.

4. The day to day operations of the museum(s) shall be under the direction of the State Historian.

5. All changes, modifications, initiation or development of displays and/or programs for the museum(s) must be submitted to, and approved by, the State Historian, the State Community Relations Officer, and if more than $250.00 the entire Board of Directors.

6. All monies received from the sale of Arizona Ranger souvenirs and paraphernalia, or donations received, related to any Museum(s) activities shall belong to, and be the property of, the Arizona Rangers Corporation.

7. An Arizona Ranger Museum Trust Fund shall be established to hold all funds collected, as a result of museum activities, for the benefit of the museum(s).

AZRANGERS 000242

Revised 3-18-2017

## ARTICLE XI: REVISION OR AMENDMENT TO THE BY-LAWS

### A.  REVISION OR AMENDMENT TO THE BY-LAWS:

1.  Prior to presentation to the General Membership for vote, all proposed By-Law amendments, or revisions, shall first have been reviewed and accepted by the Board of Governors. If not accepted as presented the amendment or revision will be returned to the submitter with the rationale for the return.

2.  Prior to a vote to revise or amend the By-laws at any meeting, the General Membership must have received a minimum thirty (30) day notice of all of the proposed By-Law amendments, or revisions. If a 30 day notice has not been given by the Board of Governors, proposals shall not be voted on at any General Membership Meeting.

3.  By-Laws may be changed by either revision or amendment by an affirmative two-thirds (2/3) of the votes cast by the General Membership at any General Membership Meeting. Votes are counted by adding the ballots cast by those members who have voted.

4.  Failed amendments must be accepted by the Board of Governors before being presented again to the General Membership for a vote.

AZRANGERS 000243

Revised 3-19-2016



AZRANGERS 000244