Exhibit 3



# RULES and REGULATIONS
# of the
# ARIZONA RANGERS

Approved 3-18-2017

AZRANGERS 000172

# TABLE OF CONTENTS

Page

I.      Oath of Allegiance……………………………………………………………..3

II.     Company Charter…………………………………………………………………4

III.    Membership……………………………………………………………………7

IV.     Officers…………………………………………………………………… 20

V.      Elections……………………………………………………………………… 23

VI.     Finances……………………………………………………………………... 26

VII.    Records/ Reports………………………………………………………………  29

VIII.   Supplemental Guidelines (Company)…………………………………………  32

IX.     Disciplinary Action…………………………………………………………  33

X.      Flags…………………………………………………………………………  36

XI.     Achievement, Performance, and Service Awards…………………………………  37

XII.    Uniforms/ Accessories………………………………………………………  45

XIII.   Political Endorsements………………………………………………………  45

XIV.    Revision or Amendment to the Rules and Regulations…………………………...  45

2

## I.    Oath of Allegiance:

An oath shall be administered to all Arizona Rangers Members and members elected to, or appointed to Office.  The oath shall be administered by the outgoing Officer or another Officer of the Arizona Rangers Organization selected for this purpose.

    a.  The following oath shall be administered all newly accepted Probationary Ranger members joining the Arizona Rangers Organization, and again when the Probationary member becomes  an Arizona Ranger:

> "I (state your name) do solemnly swear that I will support and uphold the Constitution of the United States of America, the Laws of the State of Arizona, and the By-laws of the Arizona Rangers, according the best of my abilities, so help me God."

    b.  The following oath will be administered to elected or appointed officers prior to assuming their position:

> "I (state your name) do solemnly swear that I will perform the Duties as prescribed in the Arizona Rangers By-laws, of the Office of (name of office) of the Arizona Rangers, to the best of my ability so help me God."

AZRANGERS 000174

## II.    Company Charter:

### A. <u>Obtaining an Arizona Rangers Charter</u>

1.  The Deputy State Commander, or his/her designee, will coordinate the
    formation of any new company, if deemed practical by the Arizona Rangers
    Corporation that a new Company of Arizona Rangers be formed.  He/she will:
    a.  Determine the geographical area in which the company will operate.
    b.  Determine if evidence exists that there is local law enforcement and
        community support for a company in that geographic area.
    c.  Propose a name for the company:
        i.   The name will be based on the geographical area in with
             the company will operate.
        ii.  Names of individuals, living or deceased, shall not be
             used.
    d.  Determine whether a Detachment or Probationary Company is appropriate
        to initiate establishment of a new company.  During their existence, both
        the Detachment and Probationary Company serve as a satellite of the parent
        company (the parent company can be any active chartered Arizona Rangers
        Company in good standing – usually close in proximity, geographically.)
        i.    Detachment is the designation if between two (2) and four
              (4) active Arizona Rangers, in good standing, will be
              members of, and starting, the new entity
        ii.   Probationary Company is the designation if five (5) or more
              active Arizona Rangers, in  good standing, will be members
              of and starting the new entity
        iii.  Probationary Rangers do not count in the formation of the
              new satellite entity. (Once a new company has been
              established and granted a charter, they may transfer or join
              that new company)
    e.  The length of time a satellite exists can vary
        i.   A Detachment will exist for a minimum of three (3) months
             up to one (1) year.  If after three (3) months they are able to
             increase their membership to five (5) or more members, they
             may petition the BOD to be classified as a Probationary
             Company for such a period of time such that all members
             have been active Arizona Rangers, in good standing for at
             least three (3) months.
        ii.  A Probationary Company will exist / operate for a minimum
             of three (3) months before they can become a chartered
             Arizona Rangers Company.
    f.  Attending meetings during initial three month (3) period and as a satellite

AZRANGERS 000175

      i. Detachment members must attend all scheduled meetings of the parent company during their entire time of existence.

     ii. Probationary Company members must, at a minimum, attend the business meetings of the parent company until such time as they are granted a charter.

  g. Provide a written report to the Board of Directors, substantiating that all of the criteria have been met.

2. The following requirements must be met to become an Arizona Rangers Company:

  a. A minimum of five (5) active Rangers who meet the required standards of membership are needed to request status as a proposed Company.

  b. The request to form the company shall be presented by the Deputy State Commander to the Board of Directors.

  c. A favorable vote by the Board of Directors to proceed with formation of the company.

  d. Officers of the new company, elected by its proposed members, shall have taken the Oath of Office administered by the State Commander or his/her delegate.

  e. Receive a favorable majority vote of the Board of Governors at it next regular meeting to grant Charter.

  f. Company Charter, if granted, shall be filed with the County Recorder of the County in which the Company is located.

## B. Retention of Charter

For a company to retain its standing, the following requirements must be met:

1. Have a minimum of five (5) members in good standing.
2. Hold minimum one (1) regular meeting each calendar month.
3. Have paid its dues to Headquarters.
4. Perform its business in accordance with the Arizona Rangers Bylaws, Rules and Regulations, and Training Directives.

## C. Dissolution of Charter

1. Companies failing to meet the requirements listed under B. (above), shall no longer be considered "in good standing" and shall lose their voting rights at

AZRANGERS 000176

State Meetings.  Dissolution of the Company's Charter shall follow if any of the aforementioned discrepancies are not corrected.

2. Ninety (90) days shall be provided for a company not in compliance to B.1. (above) to bring it membership up to the required five (5) members. Dissolution of the Company's Charter shall follow if this discrepancy is not corrected within the timeframe specified.

3. An Arizona Rangers Company may vote to disband and relinquish its charter, Should this occur, the Company Charter shall be dissolved and the Company disbanded.


<u>In addition:</u>

a. All monies, property and records of the disbanded company will be relinquished to the State Headquarters.  The State Treasurer shall take control of, and account for, all monies turned over to Headquarters; all records and written documentation shall be sent to the State Curator of Records to be filed in the State Archives; and all physical property shall be directed to the State Deputy Commander for redistribution, if appropriate.

b. Members of a disbanded company who are members in good standing may request transfer to any active company. The active company shall notify State Headquarters via the transfer report form(s) (AR Form s-310, AR form s-315) of the transfer and acceptance of the member into the company.  The transferring member shall not be charged additional dues or re-instatement fees.

AZRANGERS 000177

## III.  Membership:

1.  GENERAL:
    A.  <u>Members in Good Standing</u>:
        1)  Shall have right granted them, specific to the membership category, that he/she is a member of.
        2)  Shall have taken the oath of allegiance.
        3)  Shall have his/ her name appearing on the corporate roster/directory.

    B.  <u>Active and Inactive Members</u>:
        1)  Active Members are those members who perform all the duties and meet all of the expectations of an Arizona Ranger.
        2)  Inactive Members are those members who cannot perform, or are not allowed to perform the duties expected of an Arizona Ranger. Situations for which inactive status may be designated are presented in Table III-1 along with the consequences for that particular situation. Members on Inactive status shall have no membership rights.

| Condition and/or Situation | Inactive Duration | Corrective Action | Failure to comply with Corrective Action within Inactive Duration |
|---|---|---|---|
| | | | |
| Failure to possess a current valid Arizona CCW and Arizona Rangers ID | 30 days maximum | have valid Arizona CCW and Ranger ID | Suspension from Arizona Rangers organization (unless delay is caused by State of Arizona – relative to CCW issuance timeframe) |
| Failure to have current firearms qualification | 30 days maximum | Current firearms qualification | Suspension from Arizona Rangers organization (unless special circumstances are substantiated as determined by Company Commander or unless caused by condition which requires Ranger to request LOA) |
| More than 60 days in arrears on dues or any other monies due the Arizona Rangers organization | 30 days maximum (beyond the 60 days) | Current with respect to all financial obligations to the organization | Suspension from Arizona Rangers organization (unless special arrangements have been made with Board of Directors) |
| Three (3) consecutive <u>unexcused</u> absences from Company meetings | 30 days maximum (past 3 unexcused absences) | Return to Company with intent to regularly attend meetings as | Termination from Arizona Rangers organization |

AZRANGERS 000178

| | | accepted by Company Command Staff | |
|---|---|---|---|
| General LOA greater than 180 days | 180 days | Return to active duty, with completion of any required training requirements | Termination from Arizona Rangers organization (honorable discharge*) |
| Military LOA greater than 1 year | at request of Ranger | Return with completion of all investigative and training requirements | Honorable discharge |

Table III-1 Inactive Status

*unless during that LOA period and inactive period the Ranger was found guilty of a felony, incarcerated, or in any other way has brought discredit upon the Arizona Rangers organization

C. Expectations:
   (Of all members with the exception of Inactive and Honorary members.)

   1) Understand the purpose of the Arizona Rangers.
   2) Understand and uphold the Arizona Rangers By-laws.
   3) Shall be familiar with the Training requirements of the Arizona Rangers and strive to fulfill them.
   4) Shall be familiar with the Arizona Rules and Regulations and strive to abide by them.
   5) Shall safeguard all Arizona Rangers property, equipment and records that may come into the Ranger member's possession.
   6) Shall maintain up to date paid dues and assessments.
   7) Shall maintain a Code of Conduct deemed acceptable to the Arizona Rangers Corporation, as delineated in the Arizona Rangers' Policies and Procedures.
   8) Shall strive to improve the welfare of the Arizona Rangers Corporation.
   9) Shall attempt attendance at all Company business meetings and training sessions.
   10) Shall strive to work eight (8) duty hours per month in performance of Arizona Rangers activities.

8

11) Shall exercise the right to vote, if a voting member, on any item brought to the membership for vote.

D.  <u>Membership Rights</u>:

(Of all members, with the exception of Inactive, members on LOA, Associate, Probationary and Honorary Rangers.)

1)  Shall have the right to one vote at semi-annual corporate General Membership meetings and at meetings of said member's company.
2)  May have the floor at any meeting of the corporate membership or company, provided said member is in order.
3)  May submit a motion, amendment to a motion, resolution, proposal, or any other matter including revisions or an amendment to the Arizona Rangers By-laws, or the Rules and Regulations, in their proper order and time.
4)  Upon request, may examine the books or records of their associated company, or of Headquarters, at any company or semi-annual General Membership meeting.
5)  Under adverse accusation, may request a hearing, as provided elsewhere in the By-laws, and/or the Rules and Regulations.
6)  May, in writing, accuse any officer or member of conduct deviating from the By-laws, or the Rules and Regulations.
7)  Upon written notice, may withdraw from the organization at any time.
8)  May submit the name of any member, for consideration of an elected or appointed, Headquarters or Company officer's position.
9)  May propose any number of new applicants, but must follow the proper procedures, as delineated in the Arizona Rangers' Rules and Regulations, for proposal of new members.
10) May debate on any subject in its proper time and place, staying within a time limit specified by majority vote of the membership, if a time limit has been imposed.
11) Shall have the right to transfer from one company to another, if in good standing, and if acceptance to the receiving company has been approved by a majority vote of the receiving company.
12) Shall have the right to request leaves of absence (LOA) for any period up to, but not more than, one hundred and eighty (180) days.

2.  PROBATIONARY PROCESS:

<u>Automatic rejection</u> of any applicant shall occur if the applicant is found to have a prior felony conviction or a <u>misdemeanor</u> conviction on their record except as noted in the following.  An applicant <u>may</u> be allowed admission to the Arizona Rangers Organization if the Board of Directors, on review of the <u>misdemeanor</u> charge, votes to allow the applicant to continue the process.  No weapons training or any other training will be given an applicant until the applicant is sworn in as a Probationary Ranger.

AZRANGERS 000180

A.  <u>Applicant Initiation</u>:

An application will be accepted from an applicant seeking membership in the Arizona Rangers, <u>only</u> after the applicant has been apprised of the following. (A Review Committee consisting of elected Company Officers will present the information.)

1)  The principles and purpose of the Arizona Rangers.
2)  The requirements of membership.
3)  The dues, assessments and cost of uniform items that will be required.
4)  The investigation that will be conducted.
5)  The amount of time required for Arizona Rangers activities.

Any applicant who volunteers, or visibly demonstrates, a medical condition which may prevent him/her from accomplishing any tasks or duties anticipated of an Arizona Ranger, must present a statement from the applicant's physician that the condition is temporary or that it will not impact the applicant's ability to perform the necessary duties.  Failure to provide a requested medical statement will be grounds to deny membership to the applicant.

B.  <u>Pre-Appointment Background Investigation</u>

1)  Basic Policy
   a.  No person will be appointed as an Arizona Ranger or Associate Arizona Ranger without a resultant favorable Pre-Appointment Background Investigation.  The goal of the Pre-Appointment Background Investigation is to determine an applicant's suitability, reliability and trustworthiness to serve as an Arizona Ranger or Associate Arizona Ranger.  As part of the application process, an oral interview will be conducted with the applicant by three or more Arizona rangers from the Company (to determine applicant's suitability to become an Arizona ranger); there will also be verification of US citizenship, valid driver's license, and valid Arizona CCW.
   b.  Only the following officials are authorized to request Pre-appointment Background Investigations on individuals under their jurisdiction:
      1.  Company Commanders and Company Internal Affairs Officers
      2.  State Commander and State Internal Affairs Officer (i.e., Deputy State Commander), and the State Commander's Adjutant.
   c.  The scope of the Investigation conducted will be limited to the extent necessary to determine an applicant's suitability for appointment to the Arizona Rangers.  Only the minimum investigation to satisfy a requirement may be requested.  The Board of Directors (BOD) must

10

give prior approval to establish investigative requirements in addition to, or at variance with those established here.

d. The applicable appointed HQ Staff and State Internal Affairs Officer (Deputy State Commander) is responsible for establishing the procedures and scope of Pre-Appointment investigations for the Arizona Rangers. In addition to this regulation, the HQ Staff and State Internal Affairs Officer will publish operational guidance on Pre-Appointment Background Investigation procedures, as required. The following Arizona Rangers personnel are authorized to conduct the following components of Pre-Appointment investigations:

   i. Company Internal Affairs Officer: Local Inquiries (LI) of applicant and references, employments and local agency files and records.

   ii. State Internal Affairs Officer (Deputy State Commander) or the State Commander's Adjutant: Local Inquiries (LI) of applicant references, employments and local agency files and records, National Inquiries (NI) of applicant residences, employments, driving and other license records, credit checks, state and national agency criminal records checks, reviews of national security records and files.

e. Cost of Pre-Appointment Investigations:

   i. The State Secretary/ Deputy State Commander/ State Commander's Adjutant will survey contract investigative services every 24 months, or as needed, and make recommendations to the State Commander on the selection/ retention of investigative contractors/ services based on cost benefit analysis.

   ii. The cost of Pre-Appointment investigations will be borne by applicants or the individual Companies in which they are applying, at the discretion of those Companies.

   iii. Company Treasurers will collect investigative fees from applicants, if required, and forward such fees to HQ Staff

   iv. The HQ Staff will deposit investigative fees for disbursement to the appropriate investigative services/ contractors by the State Treasurer.

f. Any former Arizona Ranger, or inactive Ranger, who has been in an inactive status for twelve (12) months or more, will be the subject of a new Pre-Appointment investigation prior to reappointment. In addition, such individuals must complete the stipulated ninety (90) day probationary period with its training and performance requirements (including attending ARTA and qualifying with his/her firearm) prior to re-appointment as an Arizona Ranger.

AZRANGERS 000182

2) Types of Investigations

    a. The term Pre-Appointment Background Investigation describes an inquiry by the Arizona Rangers to determine the eligibility of an applicant for appointment as an Arizona Ranger or Associate Arizona Ranger. At the direction of the State Commander, it may also apply to other civilian personnel performing sensitive functions for the Arizona Rangers. Investigations conducted for other Internal Affairs purposed may have an impact on suitability and other Internal Affairs determinations, but are not Pre-Appointment Investigations. (Examples of other types are investigations of criminal activity, misconduct and malfeasance.)

    b. Pre-Appointment Investigations consist of two components:

        i. National Inquiries (NI). The NI includes a search of national, state, county, and local records and files related to: criminal records, department of corrections records, sex offender registry information, address verification reports, national wanted fugitive search, driving records, employment credit reports, employment background references, educational references and diploma verification, and professional license reports.

        ii. Local Inquiries (LI). The LI includes:

            a) A review of all local sources of information to include Local Law Enforcement, Court and Motor Vehicle Department Records.

            b) Written or personal contacts with an applicant's or Ranger's employer(s), personal and professional references, to determine suitability, reliability and trustworthiness for appointment as an Arizona Ranger.

            c) When adverse or questionable information is developed during a Pre-Appointment Investigation the investigation will be expanded to the extent necessary to substantiate or disprove that information. A personal interview with the subject will be conducted, when necessary, to resolve or clarify any derogatory or negative suitability information which any threaten the subject's appointment to the Arizona Rangers.

3) Investigative Requirements for Appointment as an Arizona Ranger

    a. A pre-Appointment Investigation consisting of a LI and NI are required for an applicant for appointment or re-appointment as an Arizona Ranger.

AZRANGERS 000183

    b. A Pre-Appointment Investigation consisting of a LI and NI are required for appointment or re-appointment as an Associate Arizona Ranger.

    c. A Pre-Appointment Investigation may be required for civilian contractors of the Arizona Rangers. The determination of the level of investigation will be made based on the level of access to Arizona Rangers operations, assets, and records. This requirement will be clearly disclosed in the contract by the responsible Arizona Rangers officer.

    d. The authority to deny appointment for suitability, trustworthiness, reliability or good judgment is vested in the requesting Commander and subject to final review and approval by the State Commander. Any person who has been denied appointment or terminated as a result of an unfavorable adjudication of their Pre-Appointment Investigation will not be reinstated or restored to duty; unless the concerned Commander finds that such reinstatement or restoration is clearly consistent with the best interests of the Arizona Rangers.

    e. Any Arizona Ranger knowing any adverse information about an applicant and failing to provide that information in a timely manner to the appropriate Company Commander, Company Internal Affairs Officer and/or the HQ Internal Affairs Officer (i.e., Deputy State Commander) may be subject to disciplinary action, suspension or dismissal.

4) Reciprocity

    a. Investigations will not be duplicated when a previously conducted investigation meets the scope and standards for appointment of an Arizona Ranger or Associate Arizona Ranger.

    b. Previously conducted investigations by, Federal, State and Local Government Agencies will be mutually and reciprocally accepted.

    c. When there is reason to believe that the Arizona Rangers have previously conducted a Pre-Appointment Investigation on an applicant, the concerned Company will contact the HQ Internal Affairs Officer to verify that an investigation was completed and that the results were entirely favorable.

Whenever potentially disqualifying information is developed by a Company on an applicant, such information will be forwarded to the State Internal Affairs Officer within 10 days for appropriate action.

AZRANGERS 000184

    5)   Forms and Distribution

       a.   All original forms and supporting documentation submitted to the Arizona Rangers, during the application process, will be transferred to the State Archives.

       b.   All documents submitted by an applicant become the property of the Arizona Rangers Corporation and will not be returned to an applicant or appointed Ranger.

C. <u>Evaluation:</u>

    1)   Upon presentation of a completed favorable investigation and a current State of Arizona Concealed Weapons Permit (AZ CCW), the Company shall conduct an Oral Review Board whose results will be communicated to the Company, after which the Company Commander shall take a vote of the membership for the acceptance or rejection of the applicant as a Probationary Ranger (acceptance requires a simple majority vote).

    2)   If the result is acceptance, the Company Commander will instruct the Internal Affairs Officer to notify the applicant to be present at the next regular meeting of the company.

    3)   If the vote is rejection, the Company Commander will instruct the Company Executive Officer to write a tactful letter to the applicant stating that after due consideration and investigation the applicant was declined admittance to the Arizona Rangers.

<u>Note</u>: Any adverse information, regarding an applicant presented before the Company vote, will not be disclosed outside of the meeting. This is privileged information and will remain the property of, and within, the Arizona Rangers.

D. <u>Acceptance:</u>

    1)   The applicant shall be administered the Oath of Allegiance at the next Company meeting, or at another appropriate time.

    2)   Once the probationary process has been completed, the new Ranger will continue to wear the gold colored metal badge and carry the Arizona Ranger Identification Card.

    3)   The applicant shall pay the initiation fee (which may include a badge deposit), or, at the discretion of the Company be covered by Company funds.

AZRANGERS 000185

E.  Probationary Period:

1)  The Probationary Arizona Ranger shall remain on probation for a minimum period of ninety (90) days.
2)  The Probationary Arizona Ranger shall obtain a complete uniform  as required, shall perform a minimum of twenty-four (24) hours of duty, and shall attend all company meetings (unless absence is excused) during the ninety (90) day period.
3)  Prior to performing any duty assignments, the Probationary Ranger must qualify with his/her duty weapon.
4)  While performing any duty assignments, the Probationary Ranger must, at all times, be paired with an Arizona Ranger.
5)   The Probationary Ranger shall remain on probation until he/she has passed all training requirements (including successfully attending ARTA) to the standards approved by the Board of Governors; as well as met the performance standards of the organization as determined by the Company to which he/she is applying.
6)  During the probationary period, the Probationary Ranger shall become completely familiar with the Arizona Rangers expectations.
7)  While a Probationary Ranger, the individual shall not have a vote for any Company or State level elections or functions.


F.  Final Disposition:

At the end of the ninety (90) day probationary period, a vote of the company's voting membership will be taken to determine future status of the probationer. Simple majority vote shall determine one of the following outcomes.

1)  An additional probationary period of any number of days, or number of additional duty assignments, may be requested of the probationer if the FTO and/or voting members of the company feel it is warranted for any reason.
2)  A vote of non-acceptance by the voting membership will result in expulsion of the Probationary Ranger from the Arizona Rangers Organization without any means for recourse.
3)  A vote of acceptance by the voting membership shall provide for the Probationary Ranger to repeat the Oath of Allegiance of the Arizona Rangers at the next Company meeting.  On taking the Oath, the Ranger is granted active Ranger status along with all the rights and privileges thereof.

AZRANGERS 000186

3. LIFE MEMBERSHIP PROCESS:

    A.  <u>Initiation Procedure:</u>

        1)  Nomination for Life membership may be made by any Ranger requesting Life Membership of by any other Ranger in good standing that feels a particular Ranger worthy.  Life Membership may be awarded posthumously.

        2)  Nomination for life membership shall be submitted in writing to the Board of Governors for approval.

        3)  The Board of Governors shall review the Nominee's service record, which shall be provided in writing by the State Curator, along with any other documentation submitted, after which a vote of approval to accept the Life Membership nomination shall occur.  An affirmative vote of a majority of the Board of Governors is required for acceptance.

        4)  Following an affirmative vote of the Board of Governors, Life Membership is granted to a nominee if a majority of the General Membership members who choose to submit ballots, confirms approval. (ballots are counted from the votes cast)

        5)  Life Membership shall not be granted if the vote either of the Board of Governors or of the General Membership does not carry.

    B.  <u>General Rules:</u>

        1)  All Life Members shall wear the insignia of the highest rank attained, but will have no authority except that pertaining to a currently held elected or appointed office.

        2)  A badge will be allowed similar to the standard Arizona Ranger badge with the words "Life Member" on its panel.  This badge may be worn with the uniform instead of the standard badge. The badge shall be the property of the Life Member.

        3)  Life Members wishing to remain active must pay dues, as would any other active Arizona Ranger member.

        4)  Active members obtaining Life Membership shall retain that designation as long as they remain members in good standing and no disciplinary action has been taken against them which resulted in termination from the organization.

        5)  Inactive members with Life Membership (including retirees) shall retain that designation

        6)  Life Members will have their name, rank, and ID number recorded in the Scroll of Life Members

AZRANGERS 000187

4.  HONORARY MEMBERSHIP PROCESS:

    A.  <u>Procedure:</u>
        1)  Any person may be nominated for Honorary Membership by a voting member of the Arizona Rangers.   Reasons for the nomination shall be stated.
        2)  A 90% favorable vote of those members casting ballots is required of the Board of Governors before any nominee is presented Honorary Membership.
        3)  On acceptance of an individual for Honorary Membership, a Plaque may be issued bearing an engraved replica of the Arizona Ranger badge.  The plaque, if issued, shall become the property of the Honorary Member.

5. HONORABLE DISCHARGE:

Any Ranger, who has served as an active Arizona Ranger in good standing during the previous twelve (12) month period, may request an Honorable Discharge on resigning from the Arizona Rangers Organization.

    1)  The original letter of resignation, addressed to the member's Company Commander, shall specifically request an honorable discharge.
    2)  The Company Commander shall send, within thirty (30) days of receipt of the letter of resignation, to the State Commander:
        a.  Verification that the Ranger has satisfactorily served as a member in good standing during the previous twelve (12) month period.
        b.  His/her recommendation to grant or to deny honorable discharge.
    3)  The State Commander, based on the recommendation of the Company Commander, and a check of the Corporate files/archives, will either grant or deny honorable discharge.
        a.  If granted honorable discharge, the Company Commander shall present the award to the resigning Ranger at an appropriate time.
        b.  If honorable discharged is denied, the Company Commander will inform the resigning Ranger of the decision, stating reasons for denial.

    4)   Documentation of the decision shall be placed in the Ranger's Corporate File.

AZRANGERS 000188

6. LEAVES OF ABSENCE (LOA):

A. General LOA

Any Arizona Ranger, for personal reasons, may request a leave of absence from the Arizona Rangers. The following rules shall apply.

1) General LOA is allowed up to and including one hundred eighty (180) days.
2) Return to duty status may occur at any time prior to one hundred eighty (180) days.
3) If general LOA time greater than one hundred eighty (180) days is required, the Ranger shall become inactive.
4) If the number of LOA days added to the number of inactive ranger days has extended to one (1) year or more, the Ranger shall be required to complete the investigative and training requirements, including the stipulated ninety (90) day probationary period in order to return to active Arizona Ranger status.
5) Rangers on general LOA are exempt from payment of dues and assessments and shall not have the right to vote.

B. Medical LOA:

Due to the nature of the duties, assignments and activities of the Arizona Rangers, certain medical conditions may/ will preclude an individual from participating as a full Ranger.

Any Ranger, who, under advice of a physician, temporarily cannot function in their capacity as an Arizona Ranger, shall, upon request, be placed on medical leave. The following apply:

1) Should the medical condition causing medical LOA be considered permanent and the Ranger unable to function in a regular capacity, he/she may be offered the option to become an Associate Arizona Ranger without any additional investigations a requirements.
2) A physician written release to duty, which shall include all limitations, shall be presented to the State Commander or to the Company Commander before resuming any Arizona Rangers activity.
3) While on medical leave, the Ranger is exempt from all Ranger responsibilities, including payment of dues and assessments.
4) Medical leave will be subject to a six (6) month review.
5) Rangers on Medical LOA shall not have the right to vote.

AZRANGERS 000189

6) Any Ranger on Medical LOA for greater than one (1) year shall be asked to resign from the Arizona Rangers with consideration given for honorable discharge.

C.  <u>Military LOA:</u>

 Military leave may be granted to any Ranger who is in Military service, or is a civil service employee of the Military, for TDY assignments, upon notification of military orders to their respective Company Commander. The following apply:

1) Ranger Military LOA time shall coincide with TDY dates.
2) Request for Military LOA should be made of the Company Commander during a monthly meeting and should be duly recorded in the minutes.
3) If Military LOA has extended to one (1) year or more, the Ranger shall become inactive, and shall be required to complete the investigative and training requirements in order to return to active Arizona Ranger status.
4) Rangers on military LOA are exempt from payment of dues and assessments and shall not have the right to vote.

7.  MEMBERSHIP TERMINATION:

Any Probationary Ranger or Arizona Ranger leaving the Arizona Rangers Corporation for <u>ANY</u> reason, shall be required to return all  records, monies, and property belonging to the Corporation, which shall include the Arizona Ranger badge (if applicable), ID card and/or any other property considered Arizona Rangers property.

19

## IV.   Officers:

1. Rank:

    A. <u>EX-OFFICIO</u>:

       Governor of the State of Arizona – Honorary Chief Ranger

    B.  <u>STATE – ELECTED</u>:

       1. State Commander ………………………...................Colonel
       2. Deputy State Commander…………….Lieutenant Colonel
       3. State Secretary……………………………………Major
       4. State Treasurer……………………………………Major
       5. State Training Officer……………………………..Major
       6. State Community Relations Officer…………………Major
       7. State Area Commanders……………………………..Major

    C.  <u>STATE – APPOINTED</u>:

       1. State Chaplain…………………………………First Lieutenant
       2. State Sergeant-at-Arms……………….............First Lieutenant
       3. State Historian………………………… ……...First Lieutenant
       4. State Legal Advisor………………………….. First Lieutenant
       5. State Curator of Records………………………First Lieutenant
       6. State Law Enforcement Liaison……….. ……..First Lieutenant
       7. Others as Needed………………………Rank to be Determined

    D.  <u>COMPANY – ELECTED</u>:

       1. Company Commander……………………………….Captain
       2. Company Executive Officer…………………First Lieutenant
       3. Company Treasurer………………………Second Lieutenant
       4. Company Internal Affairs Officer………...Second Lieutenant

    E.  <u>COMPANY – APPOINTED</u>:

       1. Duty Sergeant………………………………...Master Sergeant
       2. Training Sergeant……………………………...Master Sergeant
       3. Sergeant-at-Arms………………………… ………….Sergeant
       4. Chaplain………………………………………………Sergeant
       5. Mounted Patrol Supervisor…………………………...Sergeant
       6. Public Relations………………………………………Sergeant

AZRANGERS 000191

7. Historian……………………………………………….Sergeant
8. Law Enforcement Coordinator………….................Sergeant
9. Bicycle Patrol Supervisor………………….............Sergeant
10. Others as Needed………………………………..Sergeant

2. Appointed Positions:

A. <u>HEADQUARTERS</u>:

1. Should the State Commander, or the Company Commander see no need for one or more of the <u>APPOINTED</u> Officer positions, none will be appointed.

2. Any voting member of the Arizona Rangers, in good standing continuously for the previous twelve (12) months, may be recommended for an appointed officer's position to the State Headquarters Staff.

3. The State Commander shall make recommendations for to all appointed officer positions to the Headquarters Staff.

4. A favorable majority vote of the Board of Governors is required before a candidate may assume an appointed officers position on the Headquarters staff.

5. Appointed positions to the Headquarters Staff are expected to fill the position for a length of time to coincide with the term of office of the State Commander, or until the position's delegated job is complete.

6. Any Ranger recommended to, or filling an appointed officer's position, may decline appointment, or may resign the position at any time.

B. <u>COMPANY</u>:

1. The Company Commander shall appoint officers to Company appointed officer positions.

2. Appointed officers do not require membership vote for approval to assume an appointed position.

3. Although not mandatory, it is <u>preferable</u> that candidates for appointed company office are selected from members who have been in good standing continuously for the previous twelve (12) months.

AZRANGERS 000192

3. Leaving Office:

    A. All past/former State Commanders who have satisfactorily served their full term in Office, and remain active members of the Arizona Rangers in any category of membership, can become a member of any of the active chartered Companies of the organization, retaining the rank of Colonel.

    B. All past /former elected Headquarters Officers, (excluding Life Members), who have served their full term in Office, shall return to their home Company at the rank of Ranger, unless they subsequently become elected or are appointed to a position with rank at State or Company level, at which time they will assume the rank of the position.

    C. All past/former Company Officers (excluding Life Members) shall revert to the rank of Ranger on leaving office, unless they subsequently become elected to, or are appointed to a position with rank, at which time why will assume the rank  of that position.

AZRANGERS 000193

## V.    Elections:

### 1. Headquarters:

#### A. <u>General Rules:</u>

1.  Any active Ranger of the Arizona Rangers, in good standing continuously for the previous twelve (12) months, may be nominated for the Board of Directors.

2.  A Nominations/Elections Committee shall be appointed by the State Commander at the semi-annual general membership meeting held in September of each year, to select and <u>recommend</u> qualified personnel for nomination at the annual March meeting, and to direct the election process at the annual general membership meeting and as needed throughout the year in the event of a special election.

3.  Election of officers to the Board of Directors, and the swearing in of newly elected officers, shall be at the annual general membership meeting held in March.

4.  The offices of State Commander, State Treasurer, Northern Area and Central Area Commanders, and Community Relations Officer shall be elected on even numbered years.

1.  The offices of Deputy State Commander, State Secretary, Southeast and Southwest Area Commander, and State Training Director shall be elected on odd numbered years.

2.  In the event a vacancy on the Board of Directors occurs mid-term and the State Commander calls a special election, instead of appointing an interim replacement, the election will follow the same process at the next scheduled membership meeting.

3.  Voting by proxy is only permitted in conjunction with the elections for office on the Board of Directors.  Members may vote in three ways: (1) by written ballot at their Company meeting; (2) by hand or written ballot at the membership meeting the election is being held; or in rare cases (3) by appointing a proxy to cast their vote.

Proxy voting is not permitted at the Company level and is only permitted in the election of officers.

AZRANGERS 000194

B. <u>Nomination Process:</u>

1. The Chair of the Nominations/ Elections Committee shall control the meeting during the election process, following proper procedure, including but not limited to:

    a. Nominations are to be made for offices in order, from highest to lowest.

    b. Nominations for each office shall be complete prior to the opening of nominations for the next office.

    c. Nominations for office can be either by voice from the floor at the annual or semi-annual meeting or in written form by letter or email as directed by the State Chair of the Nominations/ Elections Committee.

    d. There shall be no limit to the number of nominations for each office.

    e. Any nominee has the right to decline any nomination.

    f. Voting shall take place on completion of the nomination process for each office, or after nominations for all offices have taken place; the rule of which to follow announced by the Nominations/Elections Committee before the nomination process.

2. Members of the Nominations/Elections Committee may make nominations from the floor.

3. Any member of the Nomination/Election Committee nominated for an office, shall be excused from the Nomination/Election Committee.

C. <u>Vote Process:</u>

1. The vote shall be by ballot, except when only one candidate has been nominated for an office, in which case a vote may be undertaken by show of hands.

2. The Nominations/Elections Committee shall collect all ballots and will tabulate the vote. After recording the vote of those present with the Secretary, and after adding in all proxy votes, the winner shall be announced.

3. All ballots must be maintained, in a secure manner, for a period of thirty (30) days (minimum) after the election. During the thirty day period, if

AZRANGERS 000195

the voting is questioned, or the results have been contested in any way, the ballots shall not be destroyed until all issues concerning the voting and/or election are resolved to the satisfaction of the Board of Directors.

4. Proxy voting is allowed for voting members not present.

D.  Proxy Voting:

Delegates (usually the Company Commanders) casting votes for a voting Ranger not present, should remain impartial.  If the absent Ranger has a voting preference, he/she should state so to his/her delegate before the election.  The delegate should cast each proxy vote according to the wishes of each absentee member.

1. Proxies shall be specific, for one vote per each item presented for vote.

2. Members voting by proxy shall be verified as voting Members by checking the Company's roster.

3. Legitimate proxy votes shall be added to the ballot votes cast during the election; the total tally used to determine the election outcome.

2. Companies:

A.  Elections:

1. Election of company officers shall be held during the April meeting of each company, in general following the rules noted for State elections.  Candidates elected shall be installed at the following May meeting or at another appropriate time in May.

2. Any vacancy occurring in a Company officer position may be filled by special election within the Company, or by appointment by the Company Commander with the approval of the company. A vacancy so filled will be for the remainder of the term of office of the person being replaced.

3. The Company election process shall not make use of the proxy voting system.

AZRANGERS 000196

# VI.  Finances

A. All assets (i.e. monies, property, supplies, equipment and records) held at either the Company level or Headquarters are the property of the Arizona Rangers Corporation.   Rangers entrusted with custodianship of Arizona Ranger assets shall implement reasonable safeguards including adequate physical security and a system of books and records.

Rangers who have been appointed custodian of Arizona Ranger assets shall surrender all Arizona Rangers assets along with a proper accounting when leaving office or when called upon to do so by vote of the Board of Directors or Executive Board at the Company level.

B. Bank Accounts

   1. All bank accounts hall be maintained at federally insured institutions

   2.  Signatories on Headquarters accounts shall be the State Commander, Deputy Commander, and the Treasurer or other state officers as may be designated by the Board of Directors.

   3. Signatories on the Company bank accounts shall be the Captain and Treasurer.

   4. At the Treasurer's recommendation and Board of Directors approval funds in excess of anticipated current requirements may be transferred into an interest bearing account.

C. Headquarters

1. Dues and assessments shall be recommended by the Board of Directors and approved by the Board of Governors.

   a. Quarterly dues shall be levied upon the companies as follows:

      1) $.80 per Ranger (including Probationary and Associate Rangers) per month

      2) $8.00 per new Ranger (including Probationary and Associate Rangers)

   b. Companies shall pay Headquarters the greater of:

      1) 30% of donations received pursuant to duty services provided

      2) $16 per Ranger (including Probationary Rangers)

The 30% shall not include fund raising activities approved by the Board of Directors, donations or gifts received that are unrelated to performance of a corresponding duty.

   c. The Board of Directors shall determine the level and scope of insurance to cover both the Arizona Rangers organization and individual Rangers pursuant to the performance of authorized and official duties.   Rangers (including Probationary) will pay a monthly assessment for their pro rata share of the insurance premium.  Any surplus of assessments received over premiums paid will be used to reduce future insurance assessments and will not be used for general operating purposes.

AZRANGERS 000197

d. Companies shall not be assessed under a, b, c, above for Inactive Rangers or Rangers on LOA

2. Disbursements

   a. The Board of Directors shall approve all disbursements.

   b. The BOD may provide on-going approval for repetitive administrative disbursements.

3. Record Keeping and Reporting

   a. Appropriate accounting records shall be maintained pursuant to ARS Title 10 (10-11601). A set of accounts shall be mandated by the Board of Directors.  All funds received by Arizona Rangers Headquarters will available for general operating purposes unless otherwise restricted.

   b. Separate accounts will be established for:

      1)  Insurance assessments paid to Headquarters by Ranger Companies.

      2)  Insurance premiums paid by Headquarters to the insurance underwriter (or their designee).

   c. The Treasurer shall prepare and present to the Board of Directors and Board of Governors a monthly Headquarters financial statement.

   d. The annual Headquarters financial statement shall be available at the March general membership meeting.

   e. Pursuant to ARS Title 10 (10-11602) any Ranger, in good standing for the preceding six months, is entitled (upon written request)  to inspect and copy of the Arizona Rangers most recent annual report.


D.  Company

   1.  Revenue

      a. Companies shall collect assessments established by the Board of Directors.

      b. Companies may collect dues from its members sufficient to meet its obligations to State Headquarters and operational requirements.

      c. Companies are authorized to organize a booster club and retain 100% of proceeds.

      d. Proceeds from one annual fundraising  activity will be exempt from the 30% paid to Headquarters so long as a written request is submitted to, and approved by, the Board of Directors no less than 30 days in advance of the event.

AZRANGERS 000198

2. Disbursements

The following will be approved by a majority vote of Company Rangers:

    a. All disbursements.

    b. Routine, repetitive administrative expenses may be pre-approved.

    c. Discretionary expenditure authority, up to $100, to the Company Commander and/or Treasurer.

3. Record Keeping and Reporting

    a. Companies shall maintain appropriate accounting records including:

        1) A detailed inventory of all real property shall be maintained showing acquisition, cost and/or estimated value.

        2) Company owned supplies

        3) Badge deposits

        4) Amounts owned to or by the Company

    b. The following reports should be submitted to the State Treasurer,( with copies to the State Commander, State Secretary, Area Financial Coordinator, Company Commander and State Archives)  no later than the 15th day of each succeeding month and will be made available to Company Rangers.

        1) A monthly accounting report, in a format mandated by the State Treasurer.

        2) A copy of the corresponding monthly bank statement.

        3). Quarterly assessment worksheet.

AZRANGERS 000199

# VII. Records/ Reports

A. Each Company shall be required to maintain an accurate set of the following <u>monthly records</u>:

1. <u>Meeting Minutes</u> from:

   a. Monthly business meetings.
   b. Special meetings, committees, etc.

2. <u>Financial Records</u>:

   a. Each Company will maintain a Company Ledger, updated monthly, listing all cash activity, with entries listed as per IRS guidelines, even if not activity for the month has occurred. For each year, the Ledger shall begin January 1st, and end at the end of each year.
   b. Per IRS regulation a "Donation" is considered such, only if the transaction was given to a non-profit organization, or would otherwise comply with IRS standards.  Ledgers should <u>state clearly</u>, the recipient of the cash transaction, with specific mention of "<u>donation</u>", if the transaction was a donation.

3. <u>Duty/Training Log</u>

   a. The monthly Duty/Training Log, shall include the names of each company member, shall list monthly hours of duty, the year to date total of each, and the Company totals of each for the month and for the year-to-date.
   b. A new log shall begin on January 1st of each year and end at years end.

4. <u>Training Records</u>

   a. Each Company, for each training course presented/attended, shall maintain separate training records, in addition to the "training hours" entered in the Duty/Training Log.

   The course, the date of training, list of those attending, hours attended, and the Instructor should be listed on each record.

   b. A monthly summary of all Company training activity shall also be maintained, even if the Company had no training activity for the month.

29

5. <u>Company Roster</u>

    a. Company Rosters shall be maintained by each Company and shall be updated monthly.

    b. Company Rosters should list all members, member ID number, member status (Probationary, etc.), member position/ title, address, telephone number(s), and Email addresses at a minimum.

B. Copies of Monthly Records shall be sent to appropriate officer of the state Headquarters Staff on a monthly basis.

1. The following State officials shall receive a copy of <u>all</u> records listed above <u>except</u> for that listed under VII.A.4, "Training", part "a".

    a. State Commander.

    b. Deputy State Commander.

    c. State Secretary.

    d. State Treasurer.

    e. Area Commander (of the Company).

    f. State Curator of Records.

2. The State Training Director (or his/her designees) shall receive a copy of all <u>training records</u> on a monthly basis, particularly those listed under VII.A.4, "Training", part "a".

3. Computerized records may be kept and sent by e-mail, however, financial reports shall be submitted on the electronic proforma document provided by the State Treasurer along with copies of the bank statements.

C. <u>Companies sending records and/or reports received later than 30 days of month's end shall be issued a warning by the responsible Area Commander. If no records and/or reports are received within 15 days after a warning is given, the Company, and its members shall lose all voting rights until the required records and/or reports are submitted.</u>

D. Hours Definition:

1. <u>LEA Hours</u>: To include all hours spent assisting and/or supporting any law enforcement agency and travel time to and from the duty.

AZRANGERS 000201

2.  <u>Duty Hours</u>: To include all hours in performance of company work on site for clients, and travel time to and from the duty.

3.  <u>Administrative Hours</u>: To include hours spent in preparation of meetings, record keeping, record preparation, and attendance at meetings.

4.  <u>Training Hours</u>: To include hours spent in attendance at training meetings and/or exercises, travel to and from training meetings and/or exercises, or serving as an Instructor for a training meeting or exercise.

AZRANGERS 000202

# VIII. Supplemental Guidelines (Company)

A. Supplemental Guidelines are rules a Company may wish to accept as guidelines within which the Company shall operate.

B. A majority vote of the Company membership is required to initiate a set of Supplemental guidelines, or to change, amend or propose any new rule to the existing set of Supplemental Guidelines.

C. Company Supplemental Guidelines are optional.

D. Company Supplemental Guidelines and/or changes that do not degrade any element of the Corporation's governing documents must be presented to the responsible Area Commander for information only.

E. There are no limits on the number of rules that the Company may adopt.

F. No Supplemental Guideline shall be in conflict, nor shall it duplicate, any rule already enacted in the Arizona Rangers By-laws.

G. No Company Supplemental Guideline shall prohibit an Arizona Ranger from carrying any personal (optional) equipment for which he/she is currently qualified, and authorized by the Company Commander.

AZRANGERS 000203

## IX.  Disciplinary Action:

1.  Adverse Action:

    A.  Any Ranger who, through due process, has been found guilty of any charge brought against them, may have one (1) or more of the following imposed:

        1)  <u>Written unfavorable communication</u>

        2)  <u>Dismissal</u> from the Arizona Rangers.

        3)  <u>Removal from office with reduction in rank, if applicable.</u>

        4)  <u>Suspension</u> for a specified time period.

        5)  <u>Probation</u> for a specified time period.

    B.  <u>Board of Directors Responsibilities</u> in cases involving charges brought against any <u>officer</u> shall include:

        1)  Taking possession of the records of any officer with charges pending against him/her.
        2)  Temporarily suspending the officer from his/her position until a hearing is held by a non-biased quorum of the Board of Directors to determine outcome of the charges.
        3)  Assigning one of its members to the office in the event of dismissal or suspension, until such time an election is held, or until such time an appointment is made, or until reinstatement occurs to fill the position, The Board member shall:

            a.  Assume the responsibilities of the vacated position, and be fully responsible for the safekeeping and handling of any and all records and property that comes into their possession.
            b.  Become fully responsible for record keeping, including the submission of required reports, which are associated with the vacated position.

        4)  Retrieve the officer's ID Card, badge (if applicable), and any other Arizona Rangers property, if the charges have been sustained and the disciplinary action is dismissal from the Arizona Rangers.

AZRANGERS 000204

2.  Automatic Dismissal:

Dismissal from the Arizona Rangers may be automatic, or by decision of a Hearing Board, with concurrence of the Governing Board.  Below are violations that warrant AUTOMATIC DISMISSAL.

A.  <u>Arrest with conviction</u> of any Federal, State, or Local statute.
B.  Any Ranger with Federal, State, or Local charges pending against him/her, who attempts to use their membership in the Arizona Rangers Organization as a defense for their actions, <u>UNLESS</u> those charges are a result of action by the individual in the performance of his/her duty as an Arizona Ranger (e.g., after a necessary take-down in the line of duty, an assault and battery charge is levied against the Ranger).
C.  One who, having been sworn in as an Arizona Ranger, has subsequently been found to have falsified his/her application, or credentials
D.  Any Ranger who's repeated oral statements, or conduct (e.g., sleeping on duty when not authorized, or abandoning/ leaving duty post without authorization), disrupts, diminishes or otherwise caused the public or the law enforcement community to view the Arizona Rangers in a unfavorable light.
E.   Failure to follow lawful order or direction given by a law enforcement officer.

3.  Hearing Board Decision:

Below are violations that may result in:

- Dismissal,
- Removal from Office with Reduction in Rank, if applicable
- Suspension,
- Probation,
- Written unfavorable communication

following an adverse decision of a Hearing Board.

A.  Intentional violation of Federal, State, or Local statutes, or the Arizona Rangers By-laws
B.  Misrepresentation of oneself as a Certified Police Officer or a Law Enforcement Officer.
C.  Consuming any intoxicating beverage while on duty; being under the influence of alcohol in a public place while on duty; reporting for duty with the odor of alcohol on their breath; or reporting for duty as a

AZRANGERS 000205

Ranger when his or her judgement or physical condition has been impaired by alcohol OR medication.

D.  Illegally possessing any controlled substance (on or off duty).
E.  Knowingly ingesting any controlled or other dangerous substance, unless as prescribed by and taken in accordance with directions of a licensed medical practitioner (on or off duty).
F.  Willful or intentional statement made by any Arizona Ranger Officer or Ranger, in a record or report that is falsified.
G.  Initiating false charges, or spreading false or malicious rumors, against another Ranger.
H.  Repeated violation of safety standards adopted by the Arizona Rangers.
I.  Conduct unbecoming an Arizona Ranger, including the unacceptable performance or non-performance of duties.
J.  Using the Arizona Rangers Organization to promote personal gain or profit.
K.  Abuse of authority, or obvious harassment, of fellow Rangers.
L.  Failure to comply with lawful orders from the OIC while on duty.(depending on the nature of the order/ situation this could result in an immediate suspension)
M.  Arguing with fellow Rangers while in uniform and in public places.
N.  Repeated failure to respond to telephone calls from Company or State Officers or other superiors, without justification.

## 4. Immediate Suspension

Actions that would, or could, result in immediate suspension from duty include:

A.  Cowardice in the line of duty
B.  Refusal to obey a lawful order from a law enforcement officer (would also be guilty of a misdemeanor)
C.  Insubordination (failure to obey a lawful order from the OIC or any superior officer)
D.  Felony arrest
E.  Indictment for a felony charge
F.  A complaint, while on duty, from any supervising Law Enforcement agency on a Ranger's conduct
G.  Mishandling of firearms (including leaving firearm unattended)

AZRANGERS 000206

## X.  Flags

    1.  Flags shall have designs based on the Arizona Rangers shoulder patch
    2.  Placed on the flag shall be the motto:

       "FEW BUT PROUD, THEN AND NOW"

    3.  The Company may place their company name on the flag
    4.  Headquarters and Company flags are optional

AZRANGERS 000207

# XI. Achievement, Performance, and Service Awards

A. General
   1. Achievement and Performance awards recognize distinguished, meritorious, and commendable service to the Arizona Rangers and the State of Arizona.  Achievement and Performance awards include:
      a.    Distinguished Service Medal – Wheeler Medal
      b.    Meritorious Service Medal – Mossman Medal
      c.    Commendation Medal – Tafolla-Hall Medal
      d.    Achievement Medal – Rynning Medal
   2. Service Awards are created to recognize honorable service with the Arizona Rangers for specified periods of time.
   3. Arizona Rangers Form a-015 must be used to document requests for, and issuance of, Achievement and Performance awards.
   4. Arizona Rangers Form a-016 must be used to document requests for, and issuance of, Service awards.
   5. Headquarters will procure above specified awards with the cost of such awards being borne by the organization.

B. Achievement and Performance Awards
   1. Distinguished Service Medal – Wheeler Medal



      a.    Criteria:
            The Arizona Rangers Distinguished Service Medal is awarded to any individual who, while serving as an Arizona Ranger, has distinguished himself/herself by exceptionally meritorious service to the Arizona Rangers or the State of Arizona in a duty or series of duties of great responsibility. The service provided, and results achieved, must be well beyond exceptional performance of normal and routine duties.
            The performance must be such as to merit recognition for service which is clearly exceptional such as, but not limited to: action taken to save a life or prevent serious injury to others; prevention of loss of public or private property of significant value or importance to the State of Arizona; action taken to prevent or terminate criminal activity which resulted in, or had the potential to result in serious loss of life or physical injury; etc. Exceptional performance of normal duty is not justification for award of the Distinguished Service Medal.

      b.    Justification for Nomination:
            Distinguished service must be documented and be of such a level as to positively impact the entire Ranger organization.  Justification for award may accrue by virtue of exceptionally meritorious service in a succession

37

of positions of increasing responsibility where results achieved mark the individual as a distinguished Ranger and citizen.

    c.   Nomination Procedure:

        Nomination for award of the Distinguished Service Medal must be made by an Arizona Ranger who has direct knowledge of the particularly distinguished service performed. The nomination document (AR Form a-015) must clearly set forth the exceptional and distinguished service performed by the nominee, and be endorsed by a minimum of two (2) other Arizona Rangers who have knowledge of the distinguished service and can attest to its importance to the State of Arizona and its citizens.

    d.   Review of Nomination and Approval of Award:

        Nominations for the award, accompanied by its two endorsements, will be forwarded through the appropriate Area Commander to the State Commander. The appropriate area Commander will conduct a personal inquiry to assure that all the facts contained in the nomination are true and correct and meet the justification for nomination and award of this prestigious medal. When the facts presented in the nomination are NOT sufficient to support the criteria for award of the Distinguished Service Medal, the Area Commander may recommend a lesser award. The State Commander will present the nomination for award to the Board of Directors for their review, and on approval of the Board of Directors, present the Distinguished Service Medal.

2.   Meritorious Service Medal – Mossman Medal

    a.   Criteria:

        The Meritorious Service Medal is awarded to any Arizona Ranger who has performed outstanding and meritorious service to the Arizona Rangers and the State of Arizona in a duty or series of duties of significant responsibility that does not meet the threshold for nomination of the Distinguished Service Medal. The performance of duty must be such as to merit recognition for service which is recognized as exceptional in either a singular exemplary assignment or in a series of significant and challenging assignments. Examples of such meritorious service include, but are not limited to: prevention of loss of public or private property of importance to the State of Arizona; performance of duty that prevented a significant hazard to the safety of the nominated Ranger or others; service and action

AZRANGERS 000209

that brought significant positive recognition to the Arizona Rangers; etc. Exceptional performance of normal duty will not, alone, justify this award.

b.  Justification for Nomination:
This award may accrue by virtue of documented exceptionally meritorious service in a succession of responsible positions at the Company or State Headquarters level.

c.  Nomination Procedure:
Nomination for award of the Meritorious Service Medal must be made by an Arizona Ranger who has direct knowledge of the particularly meritorious service performed. The nomination document (AR Form a-015) must clearly set forth the exceptional and meritorious service(s) performed by the nominee and endorsed by a minimum of two (2) other Arizona Rangers who have knowledge of the meritorious service(s) performed and can attest to its importance to the organization or the State of Arizona and its citizens.

d.  Review of Nomination and Approval of Award:
Nominations for the award, accompanied by its two endorsements, will be forwarded through the appropriate Area Commander to the State Commander.  The appropriate area Commander will conduct a personal inquiry to assure that all the facts contained in the nomination are true and correct and meet the justification for nomination and award of this prestigious medal.  When the facts presented in the nomination are NOT sufficient to support the criteria for award of the Meritorious Service Medal, the Area Commander may recommend a lesser award.  The State Commander will present the nomination for award to the Board of Directors for their review, and on approval of the Board of Directors, present the Meritorious Service Medal.

3.  Commendation Medal – Tafolla-Hall Medal



a.  Criteria:
The Commendation Medal is awarded to any Arizona Ranger who has performed outstanding and commendable service to the Arizona Rangers or the State of Arizona in an assignment or assignments of significant responsibility that do not meet the threshold for nomination of the

39

Meritorious Service Medal.  The performance of duty must be such as to merit recognition for service which is clearly recognized as exceptional in either a singular exemplary assignment, or in a series of significant and challenging assignments.  Examples of such commendable duty include, but are not limited to: prevention of loss of public or private property of importance to the State of Arizona; performance of duty that prevented a significant hazard to the safety of the nominated Ranger or others; service and action that brought significant positive recognition to the Arizona Rangers; the exemplary performance of an assignment or multiple assignments where the stated objectives and levels of performance have been exceeded to an exceptional degree; etc.  Performance of normal duty assignments and tasks that are routine in nature will, not alone, justify this award.

b.  Justification for Nomination:
This award may accrue by virtue of documented commendable service in a succession of responsible positions at either the Company or State Headquarters level.

c.  Nomination Procedure:
Nomination for award of the Commendation Medal must be made by an Arizona Ranger who has direct knowledge of the commendable service or services performed. The nomination document (AR Form a-015) must clearly set forth the commendable service or act performed by the nominee and endorsed by a minimum of two (2) other Arizona Rangers who have knowledge of the commendable service or act performed and can attest to its importance to the organization and/or the State of Arizona and its citizens.

d.  Review of Nomination and Approval of Award:
Nominations for the award, accompanied by its two endorsements, will be forwarded through the appropriate Area Commander to the State Commander.  The appropriate area Commander will conduct a personal inquiry to assure that all the facts contained in the nomination are true and correct and meet the justification for nomination and award of this prestigious medal.  When the facts presented in the nomination are NOT sufficient to support the criteria for award of the Commendation Medal, the Area Commander may recommend a lesser award.  The State Commander will present the nomination for award to the Board of Directors for their review, and on approval of the Board of Directors, present the Commendation Medal.

AZRANGERS 000211

4.   Achievement Medal – Rynning Medal



a.   Criteria:
   The achievement Medal is awarded to any Arizona Ranger or Associate
   Arizona Ranger who has performed outstanding service to the Arizona
   Rangers or the state of Arizona in an assignment, or assignments, of trust
   and responsibility.  The performance of duty must be such as to merit
   recognition for service which is clearly recognized as exceptional in either
   a singular assignment, or in a succession of significant and challenging
   assignments.  Performance of normal duty assignments, and tasks that are
   routine in nature, will not alone justify this award.

b.   Justification for Nomination:
   This award may accrue by virtue of documented outstanding
   service in a succession of responsible positions as either a Ranger or
   Associate Ranger, actively supporting Arizona Ranger operations and
   assignments at either the Company or State Headquarters level.

c.   Nomination Procedure:
   Nomination for award of the Achievement Medal must be made by
   a Company Commander who has direct knowledge of the outstanding
   service or services performed. The nomination document (AR Form a-
   015) must clearly set forth the outstanding service or act performed by the
   nominee and endorsed by a minimum of two (2) Arizona Rangers
   who have knowledge of the outstanding service performed and
   can attest to its importance to the Arizona Rangers organization and/or the
   State of Arizona and its citizens.

d.   Review of Nomination and Approval of Award:
   Nominations for the award, accompanied by its two endorsements, will be
   forwarded through the appropriate Area Commander to the State
   Commander.  The appropriate area Commander will conduct a personal
   inquiry to assure that all the facts contained in the nomination are true and
   correct and meet the justification for nomination and award of this
   medal.  When the facts presented in the nomination are NOT
   sufficient to support the criteria for award of the Achievement

41

Medal, the Area Commander may recommend a lesser award.  The State Commander will present the nomination for award to the Board of Directors for their review, and on approval of the Board of Directors, present the Achievement Medal.

C.  Service Awards

1.  Criteria:
    The Arizona Rangers Service Award is awarded to any Arizona Ranger for continuous honorable service over a designated period of time.  A Ranger nominated for the Service Award must not have been the subject of any disciplinary action that resulted in a formal letter of censure or discipline, suspension, reduction in grade or rank, removal from an elected or appointed position for any act of omission or commission that reflected discredit on the Arizona Rangers.  The Service Award is awarded for the following periods of service:

    a.  5 years – awarded for five continuous years of active Ranger service



    b.  10 years – awarded for ten continuous years of active Ranger service



    c.  15 years – awarded for fifteen continuous years of active Ranger service



    d.  20 years – awarded for twenty continuous years of active Ranger service



    e.  25 years – awarded for twenty-five continuous years of active Ranger service



AZRANGERS 000213

2.  Justification for Nomination:
    The award may be awarded by virtue of documented honorable service after 5, 10, 15, 20, and 25 years.

3.  Nomination Procedure:
    Nomination for award of the Service Medal must be made by the subject Ranger's Company Commander utilizing the request for service award form (AR Form a-016), and supported by documentation of length of honorable service.

4.  Review of Nomination and Approval of Award:
    Nominations will be forwarded by the nominee's Company Commander to the Area Commander who will verify honorable service and recommend the award to the State Commander. The State Commander will present the nomination for award to the Board of Directors for their review and approval.

D.  Other Awards/ Decorations Authorized:

1.  Ranger of the Year Award:



An honor conferred on an individual each year for work and/or service for the Arizona Rangers organization which is viewed as above and beyond the routine tasking of their normal duty assignments. To receive this honor the individual must be nominated by a member of the organization and receive a majority of the votes cast at the annual general membership meeting in March.

2.  Life Member:



An honorary title conferred on an Arizona Ranger who has met one of the following criteria:

AZRANGERS 000214

a.   An Arizona Ranger who has been accepted by the General Membership and who has given meritorious service to the Arizona Rangers organization

b.   An elected State Commander of the Arizona Rangers who has served a full term in office as State Commander.

c.   An active Arizona Ranger, who has served in that capacity, in good standing, for a period of ten (10) years.

3.  Veterans Service decoration:



A decoration available to those Arizona Rangers members who have served honorably in the Armed Forces of the United States.  Evidence of honorable discharge must be substantiated by a DD Form 214 or NGB-22.

a.   Request Procedure:
     The subject Ranger's Company Commander will submit the request form (AR Form a-017) to the State Secretary who will confirm all required information is present.

b.   Review and Approval:
     Upon confirming all required information and substantiating evidence is present, the State Secretary will send the request form and evidence to the State Archives, and notify the Company Commander he/she may proceed with procurement of the decoration and present it to the subject Ranger.

AZRANGERS 000215

## XII. Uniforms/ Accessories

Rules and guidelines for uniform, apparel, accessories, and appearance are contained in the "Uniform & Apparel (including accessories) Rules and Guidelines" document.

## XIII. Political Endorsements

No member of the Arizona Rangers organization shall speak for, or against, any political candidate or political issue in the name of the Arizona Rangers, This is in no way meant to constrain any Arizona Rangers member's personal support for, or against, any political candidate or political issue, or to constrain the Arizona Rangers Corporation from seeking political influence.

## XIV.    Revision or Amendment to the Rules and Regulations

The Rules and Regulations of the Arizona Rangers may be changed, modified, amended, or updated in any manner by a majority vote of the Board of Directors and Board of Governors.

AZRANGERS 000216