# Exhibit E

**Snell & Wilmer**

ONE ARIZONA CENTER
400 E. VAN BUREN, SUITE 1900
PHOENIX, AZ 85004-2202
602.382.6000 P
602.382.6070 F

**Cory L Braddock**
**(602) 382-6336**
**cbraddock@swlaw.com**

July 20, 2022

Office of the Secretary of State
Attn: Administration
1700 W. Washington St., Fl. 7
Phoenix, AZ 85007-2808

  Re: Public Records Request - Secretary of State Official Authorization of Use of the Great Seal of Arizona to Arizona Rangers

Dear Ms. Hobbs:

  The below cordially constitutes a public records request pursuant to Title 39, Arizona Revised Statutes, § 39-121, *et seq*. This request seeks records relating to the Secretary of State's approval of State Seal usage by the Arizona Rangers.[1] This request will be used for non-commercial purposes, as defined by A.R.S. § 39-121.03(D).

  Pursuant to Title 41, Arizona Revised Statutes, § 41-130, a "person may use, display or otherwise employ any facsimile, copy, likeness, imitation or other resemblance of the great seal of this state only <u>after</u> obtaining the approval of the secretary of state." [Emphasis added.] The Arizona Rangers' badges and logo appear to incorporate the Great Seal of Arizona. *See, e.g.*, **Exhibit A**, attached hereto. As such, this request seeks the Secretary's records for the Arizona Rangers' usage of the seal, including, but not limited to, the Arizona Rangers' application, the Secretary's certificate of approval, and any rules or other guidelines or instructions promulgated, issued, or otherwise provided with reference to the Rangers' use of the Seal.

  Thank you, and please feel free to contact me with any questions, or any copying and/or postage fees associated with my request.

---

[1] By statute, the Arizona Rangers "are an unpaid, noncommissioned civilian auxiliary that is available for the purpose of assisting and supporting law enforcement in this state. The Arizona rangers do not possess any law enforcement or investigative powers that are not provided or established in law for all citizens of this state. Law enforcement support and assistance services are provided on the request of, and under the direction, control and supervision of, established law enforcement officials or officers." A.R.S. § 41-4201.

ALBUQUERQUE BOISE DENVER LAS VEGAS LOS ANGELES LOS CABOS ORANGE COUNTY
PHOENIX PORTLAND RENO SALT LAKE CITY SAN DIEGO SEATTLE TUCSON WASHINGTON, D.C.

AZSOS000001

# Snell & Wilmer

Office of the Secretary of State, Public Records Request
July 20, 2022
Page 2

                                                                                 Very truly yours,

                                                                                  Snell & Wilmer

                                                                                  Cory L Braddock

CLB

Enclosure

4868-0101-3799



AZSOS000003



**KATIE HOBBS**
SECRETARY OF STATE

August 15, 2022

**Via Email**

Mr. Corey L. Braddock
Snell & Wilmer
One Arizona Center
400 E. Van Buren, Ste. 1900
Phoenix AZ 85004
cbraddock@swlaw.com

**Re: Public Records Request**

Dear Mr. Braddock:

We received your public records request dated July 20, 2022, seeking "records for the Arizona Rangers' usage of the seal, including, but not limited to, the Arizona Rangers' application, the Secretary's certificate of approval, and any rules or other guidelines or instructions promulgated, issued, or otherwise provided with reference to the Rangers' use of the Seal."

A search of our records did not result in any results. If you should have any further questions, please feel free to contact me directly.

Sincerely,

Amy B. Chan
General Counsel
achan@azsos.gov
602-542-6167

AZSOS000004