Donald L. Myles, Jr., Bar #007464
Clarissa B. Reiman, Bar #020271
Justin M. Ackerman, Bar #030726
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7842
dmyles@jshfirm.com
creiman@jshfirm.com
jackerman@jshfirm.com

Attorneys for Defendant/Third-Party Plaintiff
Arizona Rangers

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Wine Education Council, a Delaware non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>Arizona Rangers, an Arizona non-profit corporation,<br><br>Defendant. | NO. 2:19-cv-02235-PHX-SMB<br><br>**DEFENDANT/THIRD-PARTY PLAINTIFF ARIZONA RANGERS' APPLICATION FOR ATTORNEYS' FEES AND TAXABLE COSTS** |
| Arizona Rangers, an Arizona non-profit corporation,<br><br>Defendant/Third-Party Plaintiff,<br><br>v.<br><br>Grant G. Winthrop, an individual,<br><br>Third-Party Defendant. | |

Defendant/Third-Party Plaintiff Arizona Rangers ("AZR") request an award of attorneys' fees and taxable costs in the total amount of $248,125.96. LRCiv. 54.2 provides that this Court has discretion to award attorneys' fees to a party that is: (1) eligible and (2) entitled to such fees so long as the requested fees are (3) reasonable. As more fully set forth in this Motion, as supported by exhibits attached hereto, AZR is

11088167.1

1   eligible and entitled to its requested fees and taxable costs as the successful party on

2   Winthrop's breach of contract counterclaims under A.R.S. § 12-341.01.  Moreover, as

3   more fully set forth below, AZR's requested fees are narrowly tailored to the issues they

4   prevailed on and imminently reasonable for the amount of skill, experience and significant

5   time it took to reach this final resolution in AZR's favor.

6   **I.      AZR IS ELIGIBLE AND ENTITLED TO ALL OF ITS REQUESTED
           ATTORNEYS' FEES.**

7
8              Pursuant to A.R.S. § 12-341.01, LRCiv 54.2(c)(1), (2), and the authorities

9   cited below, AZR respectfully submit that it is eligible and entitled to an award of

10  $244,260.50 in attorneys' fees as the successful party on Grant Winthrop's counterclaims

11  in this action.

12  **A.      The Parties' Claims.**

13             Before addressing why AZR is entitled to fees, it is important to understand

14  the landscape of the claims that were at issue in this lawsuit.  As the Court is well aware,

15  Plaintiff Wine Education Council ("WEC") filed suit against AZR on April 5, 2019. [Doc.

16  1].  The primary thrust of WEC's lawsuit against AZR was for (1) improper expenditure

17  of grant funds and (2) return of unused grant funds and property purchased with grant

18  funds pursuant to a recovery clause WEC asserted existed in all of the grants obtained by

19  AZR.  [*Id.* at ¶¶ 11-13, 23-25, 27-33, 34-40-49].  On May 31, 2019, AZR amended its

20  answer as against WEC and filed its third party complaint against Grant G. Winthrop

21  ("Winthrop"). [Doc. 16].

22             AZR answered WEC's Complaint asserting that the AZR properly spent all

23  grant funds award to it. [Docs. 16, 109]. However, given that it was Grant Winthrop who

24  solicited, obtained, and spent the grant funds, AZR filed a third party complaint against

25  Winthrop alleging that, to the extent a Court ever found any grant funds were improperly

26  spent, Winthrop breached the duties he owed to AZR and was liable for such alleged

27  improper expenditures. [See *id.*].  Thus, entirely as a result of WEC's allegations of

28  improper grant fund expenditures, AZR conditionally alleged Winthrop breached his duty

2

of fiduciary duty to the Rangers [*id.* at ¶¶ 111-131] and was negligent in his expenditure of the grant funds [*id.* at ¶¶ 132-137].[1]

Leaving no stone unturned, Winthrop then asserted counterclaims against AZR on March 10, 2020, for (1) breach of contract, (2) abuse of process, and (3) unjust enrichment. [Doc. 64].   Winthrop then later amended his counterclaim to expand his existing claims and assert additional breach of contract claims.  [Doc. 132].

**B.**   **The Court May Award AZR Attorneys' Fees Under A.R.S. § 12-341.01.**

A.R.S. § 12-341.01(A) gives this Court discretion to award the "successful party" reasonable attorney's fees "[i]n any contested action arising out of a contract, express or implied."  Here, in particular the Court has discretion, and should, award fees in order "to mitigate the burden of the expense of litigation to establish a just . . . defense." A.R.S. § 12-341.01(B); *see also Med. Protective Co. v. Pang*, 25 F. Supp. 3d 1232, 1241 (D. Ariz. 2014) ("Attorneys' fees can be awarded [under A.R.S. § 12-341.01] when a party successfully defends claims brought against them.").

When ascertaining who is the "successful party" under A.R.S. § 12-341.01(A), this Court has broad discretion in making that determination.  *See Bobrow v. Bobrow*, 241 Ariz. 592, 598, ¶ 25 (App. 2017) ("The superior court, in its discretion, role, and experience, may determine the prevailing party from all the circumstances[.]"); *Fulton Homes Corp. v. BBP Concrete*, 214 Ariz. 566, 572, ¶ 24, 155 P.3d 1090, 1096 (App. 2007).   Moreover, Arizona Courts have held that "[i]n cases involving various competing claims, counterclaims and setoffs all tried together, the successful party is the net winner." *Berry v. 352 E. Virginia, L.L.C.*, 228 Ariz. 9, 13, ¶ 22, 261 P.3d 784, 788 (App. 2011) (quoting *Ayala v. Olaiz*, 161 Ariz. 129, 131, 776 P.2d 807, 809 (App.1989)). Under the totality of the litigation rule, the Court reviews the multiple claims and whether the parties succeeded on these claims to determine which party is the successful party.

---

[1] The Arizona Rangers initially filed its answer and third party complaint against Winthrop on May 31, 2019. [Doc. 16]. It later amended its third party complaint on June 26, 2020. [Doc. 109]. For purposes of this application for fees, the Arizona Rangers focus on the allegations of the operative third party complaint.

*Berry,* 261 P.3d at 788–89. There are no strict factors, rather the trial court is afforded discretion in reviewing the totality of the litigation. *See Pioneer Roofing Co. v. Mardian Constr. Co.,* 152 Ariz. 455, 733 P.2d 652, 664 (App. 1986).

Finally, "[i]t is well-established that a successful party on a contract claim may recover not only attorneys' fees expended on the contract claim, but also fees expended in litigating an 'interwoven' tort claim." *Ramsey Air Meds, L.L.C. v. Cutter Aviation, Inc*., 198 Ariz. 10, 13, ¶ 17, 6 P.3d 315, 318 (App. 2000). "Claims are interwoven when they are based on the same set of facts and involve common allegations, which require the same factual and legal development." *Skydive Arizona, Inc. v. Hogue*, 238 Ariz. 357, 369, ¶ 52, 360 P.3d 153, 165 (App. 2015). Thus, "claims are so interrelated that identical or substantially overlapping discovery would occur, there is no sound reason to deny recovery of such legal fees." *Zeagler v. Buckley*, 233 Ariz. 37, 39, ¶ 9, 219 P.3d 247, 249 (App. 2009).

## C.   Winthrop's Non-Contractual Counterclaims Were Interwoven With His Contractual Counterclaims.

Here, there can be no dispute that Winthrop's counterclaims against AZR for abuse of process and unjust enrichment all stemmed from his breach of contract claims.  Winthrop's abuse of process and unjust enrichment claims all stemmed from the same set of facts and involved the same common allegations, which required the same factual and legal development.  Specifically, with regard to Winthrop's claims for abuse of process and unjust enrichment, both claims stemmed from the same allegations that AZR alleged in its Third Party Complaint that Winthrop improperly spent grant funds as alleged by WEC.  [*See* Doc. 64].  For example, Winthrop's breach of contract claim alleged damages for AZR's failure to reimburse him for expenditures charged to his personal credit card [*Id.* at ¶ 49-50], which formed the same basis for Winthrop's unjust enrichment claim.  [*Compare id.* at ¶¶ 49-50 *with id.* at ¶¶ 53-54].  In addition, Winthrop's abuse of process claim was based on the same or similar facts as his contract claims with regard to the expenditure of grant funds.  [*See id.* at ¶¶ 42-46].  Finally, AZR's litigation

4

and defense of these claims involved the same discovery and motion practice as required on Winthrop's breach of contract claims.

Thus, Winthrop's contract and non-contract claims are so interrelated that identical or substantially overlapping discovery and development of the case necessarily occurred in litigating these claims, and there is "no sound reason" to deny AZR fees for defending against all of Winthrop's counterclaims. *Zeagler*, 223 Ariz. at 39, ¶ 9.

**D.    AZR Is The "Successful Party" Under A.R.S. § 12-341.01 On Winthrop's Breach of Contract Counterclaims And Associated Interwoven Claims.**

Litigation in this matter took place over a long and winding road to reach a final resolution of the claims at issue. As more fully set forth below, a careful review of the procedural history and rulings of this Court leads to only one conclusion, AZR fully prevailed on all of Winthrop's counterclaims, including his breach of contract claims. Thus, AZR is entitled to its requested (and narrowly tailored) attorneys' fees under A.R.S. § 12-341.01 as the "successful party."

**1.    The Court Dismissed Some Of Winthrop's Counterclaims Against AZR Early On In This Litigation.**

On July 15, 2020, the Court granted AZR's motion to dismiss Winthrop's claim for abuse of process. [Doc. 123]. Winthrop subsequently amended his counterclaim to include a breach of the covenant of good faith and fair dealing, as well as for common-law indemnity. [Doc. 132]. The Court thereafter partially dismissed Winthrop's claims for breach of contract and breach of the covenant of good faith and fair dealing. [Doc. 176].

**2.    Discovery And AZR's First Motion for Summary Judgment.**

Discovery then proceeded in earnest on WEC's improper expenditure claims, AZR's third party complaint against Winthrop, and other issues in this matter. Then, on June 8, 2020, AZR filed its initial motion for summary judgment against WEC, arguing (among other things) that the factual record demonstrates that all funds obtained by the Rangers across all six grants were properly spent. [See Doc. 98]. In response, WEC

1  and Winthrop requested Rule 56(d) relief to obtain further discovery to prove up their
2  claims [Doc. 107], which this Court granted, extending fact discovery until October 2,
3  2020 [Doc. 122]. At no point in WEC or Winthrop's briefing in this regard did either
4  party assert that WEC was no longer pursuing a claim based on improper grant fund
5  expenditures. Indeed, WEC's briefing argued that further discovery was necessary so it
6  could obtain the necessary evidence to support its improper expenditure claims against the
7  Arizona Rangers. [*See* Doc. 107 at 6-9 (asserting additional discovery was needed to
8  demonstrate an issue of material fact regarding whether the Arizona Rangers materially
9  breached the limitations imposed by the grants)]. Thus, as of the initial summary
10  judgment motion WEC continued to assert its improper grant fund expenditure theory
11  against AZR.

12      Discovery proceeded from June 2020 until October 2, 2020. At no point did
13  WEC ever seek leave to amend its Complaint during the discovery that followed to
14  withdraw its allegations regarding improper grant fund expenditures. Indeed, both John
15  Winthrop and Grant Winthrop asserted during their respective depositions that grant funds
16  were (somehow) misappropriated, despite not giving any specific facts on what funds
17  were improperly spent.

18      At the conclusion of expanded discovery, WEC failed to withdraw its
19  Complaint allegations regarding improper grant fund expenditures. Indeed, WEC's final
20  Supplemental disclosure statement ("MIDP"), filed on October 30, 2020, at the close of
21  discovery in this matter, still alleged the Arizona Rangers improperly spent grant funds as
22  the basis for its breach of contract, breach of duty of good faith, and unjust enrichment
23  claims.[2]

24  _____

25  [2] *See* Doc. 193-12 (WEC 10th Supplemental MIDP) at 24 ("The Arizona Rangers
    failed to spend the money in accordance with the restrictions. Therefore, the Arizona
26  Rangers are bound by 'law' and 'good conscience' to return the grant money.") (citation
    omitted); *id.* at 24 ("By failing to spend the grant money in accordance with the grant
27  letters, Arizona Rangers acted in bad faith to prevent WEC from receiving the benefits
    they are entitled to in the agreement, namely the misused and/or unused funds."); *id.* at
28  24-25 ("Rangers also misled the original donor as to how the funds would be used so that
    upon receipt of the grant funds, Arizona Rangers could use the grant money as they

**3. During The Second Round Of AZR's Summary Judgment Motions It Prevailed On All But One Small Portion Of Winthrop's Counterclaims.**

**a. WEC Conceded Its Improper Grant Expenditure Claim Against AZR, Thereby Mooting AZR's Third Party Complaint Against Winthrop.**

Despite maintaining a claim throughout the entirety of this action that AZR improperly spent grant funds, WEC took a diametrically different position as part of Winthrop's summary judgment motion on AZR's third party complaint claims. Specifically, attached to Winthrop's motion was a declaration from John Winthrop (Grant Winthrop's father), asserting the following:

> 4. *WEC's damages claims in this action are based <u>entirely on the Arizona Rangers' failure to return funds and equipment</u> as required by the following language in the May 15, 2017 Grant Proposal*, which reads as follows:
>
> > We recognize that if for any reason the East Valley Ranger Troop ceases to operate all property acquired for the Troop shall be turned over to [WEC]. Similarly, any Troop discretionary funds shall be turned over to [WEC] should the Troop cease to operate for any reason.
>
> 5. *WEC's claims in this litigation <u>are not based on any part of any allegation that the specific items purchased with grant funds were improper when purchased</u>*.
> …
> 10. Accordingly, WEC's damages in this matter consist of the following:
>
> - Category 1 Damages consisting of $36,600 + $8,810 (Westlaw Refund); and

---

sought fit, without consideration for the donor's instructions."); *id.* at 25 ("Arizona Rangers were enriched by spending grant money in ways that were not authorized by the specific grants. WEC was impoverished by Arizona Rangers' spending, as WEC is the intended beneficiary to any money that was not spent in accordance with the grant letters. Third, the misappropriation of the grant money by Arizona Rangers is the direct cause that entitles WEC to the misused and/or unused grant money. Fourth, Arizona Rangers cannot justify the use of the funds for purposes other than those established in the grant letters, as there was an agreement that the funds would be used for express purposes.").

- Category 2 Damages consisting of $55,918.68.

> Thus, WEC's *total damages relating to the Rangers' refusal to return unused funds and equipment to WEC once the East Valley Ranger Troop ceased to exist totals $101,328.68, as well as WEC's attorneys' fees and costs in prosecuting WEC's claims*.

[Doc. 193-14, ¶¶ 4-10 (emphasis added)]. Thus, according to John Winthrop, WEC's claims against AZR were based "entirely" on the Arizona Rangers purported failure to "return funds and equipment" and not at all whatsoever for the purported improper expenditures of grant funds (which again was the basis of AZR's third party complaint against Grant Winthrop).

Despite AZR's consistent position in this action on the contingent nature of its claims against Winthrop, and despite WEC's declaration in the record, Winthrop moved for summary judgment on AZR's third party complaint. The primary thrust of this motion, as this Court itself recognized, was a straw man argument that AZR's claim against Winthrop were based on something other than Winthrop's expenditure of grant funds. [*See* Doc. 232 at 10:20-12:10]. The Court held that "[i]n light of the contingent nature of AZR's claim, the Court's resolution granting summary judgement against WEC's claim for misuse or misappropriation of the funds also resolved AZR's claim against Mr. Winthrop. [*id.* at 12:22-24 ("Mr. Winthrop's argument seeking summary judgment due to his lack of involvement with the 'turnover provision' of the letter is also denied as moot because no such claim was made or brought through this litigation.")].

As such, as argued and requested by AZR, this Court denied as "moot" Winthrop's request for summary judgment on AZR's third party complaint. [Doc. 232 at 12:18-21 ("In light of the contingent nature of AZR's claim, the Court's resolution granting summary judgement against WEC's claim for misuse or misappropriation of the funds also resolved AZR's claim against Mr. Winthrop. As such, Mr. Winthrop's request for summary judgment on AZR's claims *is __denied__ as moot*.") (emphasis added); *see also* Doc. 202 at 13:23-14:18 (requesting the Court hold AZR's third party complaint against

8

1    Winthrop be deemed moot in light of WEC's declaration withdrawing its claims for

2    improper grant fund expenditures)].  It bears repeating that Winthrop specifically argued

3    against the Court's ultimate finding in his reply briefing, arguing that the Court should

4    enter summary judgment in his favor on AZR's third party complaint – something the

5    Court expressly refused to do.  [*Compare* Doc. 219 *with* Doc. 232 at 12:15-21].  Thus,

6    AZR entirely prevailed on Winthrop's attempt to seek summary judgment on its third-

7    party complaint.[3]

8                              b.    **AZR Prevailed On All Of Winthrop's Counterclaims
                                    Except For A Singular Issue – Reimbursement For $499.97
9                                   Spent To Prototype Badges.**

10           Following a second round of summary judgment motions filed by AZR,

11   WEC and Winthrop, the Court granted AZR summary judgment on "all Mr. Winthrop's

12   claims except for his claim for reimbursement for the $499.97 spent to prototype badges."

13   [Doc. 232 at 22].

14           In so doing, the Court expressly found that AZR was entitled to summary

15   judgment against Winthrop for any claim "of damages based upon statements made in the

16   parties' court documents", [*id.* at 14:22-15:16:4], that Winthrop failed to carry his burden

17   at summary judgment to prove he was entitled to any claim for lost wages [*id.* at 16:5-19],

18   that Winthrop's claimed damages were speculative and inappropriate [*id.* at 16:20-17:15],

19   and most importantly, that Winthrop could not actually present evidence showing an

20   actual implied contract existed between AZR and Winthrop regarding keeping reasonable

21   safeguards in place regarding the grant funds.  [*Id.* at 17:16-19:10].  Thus, the Court

22   granted AZR's motion for summary judgment on Winthrop's breach of contract claim

23   related to grant safeguards.  [*Id.*].

24           Winthrop's only other breach of contract claim against AZR was predicated

25   on AZR reimbursing him for purchases that were "authorized in executing [AZR's] affairs

26   _____

27       [3] It is not lost on AZR that Winthrop's summary judgment practice surrounding
     AZR's third party complaint was a clear attempt to position Winthrop as a "successful
     party" on AZR's contingent breach of contract claims against Winthrop – something this
28   Court expressly ruled against Winthrop on and ruled in AZR's favor.

or were beneficial to [AZR]." [*Id.* at 19:11-15]. Here, the Court eliminated all of Winthrop's claims in favor of AZR in this regard except for a singular claim for reimbursement for $499.97 that Winthrop spent to prototype badges. [*Id.* at 19:11-22:18]. The Court held there was sufficient fact issues for that particular expenditure to be a jury question. [*Id.*].

Finally, the Court then dismissed Winthrop's breach of good faith and fair dealing and unjust enrichment claims in favor of AZR, with only the narrow exception being his claim for $499.97 that Winthrop spent to prototype badges. [*Id.* at 22:20-24:16].

### 4. Following Summary Judgment AZR Also Prevailed On Winthrop's And WEC's Combined Motion For Sanctions.

Just before the second round of summary judgment motions were briefed, WEC and Winthrop had also jointly filed a motion seeking case dispositive sanctions against AZR. [*See* Doc. 178]. AZR substantively responded [Doc. 184] and also moved to strike this motion as improper and untimely. [Docs. 182, 196]. AZR also requested its attorneys' fees for preparing its response and motion to strike. [*Id.*]. This Court agreed, and granted AZR's motion to strike, finding that Winthrop/WEC's Motion for Spoliation and Sanctions was untimely and violated the Court's Case Management Order (Doc. 234).

### 5. Winthrop Voluntarily Dismissed His Remaining Breach Of Contract Counterclaim Related For The $499.97 Spent To Prototype Badges With Prejudice.

Following the Court's summary judgment and sanctions rulings, the parties prepared for trial. Just before trial, however, AZR and WEC reached a settlement. [Docs. 280, 287]. Winthrop then dismissed his sole remaining counterclaim against AZR for $499.97 spent to prototype badges, with prejudice. [*See* Docs. 281, 284].

***

With the voluntary dismissal of Winthrop's $499.97 badge claim with prejudice, AZR fully prevailed on all of Winthrop's breach of contract claims and associated interwoven counterclaims. This is squarely reflected in the final Rule 54(b) judgment entered in this action. [*See* Doc. 286 ("Judgment is hereby entered *in favor of*

*Defendant/Third-Party Plaintiff Arizona Rangers*") (emphasis added)].    As set forth above, AZR prevailed on every single one of Winthrop's counterclaims, including all of his breach of contract claims, except one small portion of that claim related to $499.97 Winthrop spent to prototype badges.    And the sole claim AZR did not prevail on, Winthrop voluntarily dismissed with prejudice, making AZR the successful party on **all** of Winthrop's breach of contract claims and other interwoven tort claims.    Winthrop himself cannot deny this was the outcome of the litigation – as even his Motion to Dismiss his remaining claim admitted AZR prevailed on all his breach of contract claims.   [*See* Doc. 281 at 1 (recognizing the Court partially dismissed Winthrop's breach of contract claims under Docs. 123, 132, and 176 in AZR's favor and that "the Court granted summary judgment on 'all Mr. Winthrop's claims except for his claim for reimbursement for the $499.97 spent to prototype badges" in Doc. 232)].   In addition, as set forth above AZR successfully defended Winthrop's attempt to obtain summary judgment in his favor on AZR's Third Party Complaint and prevailed on Winthrop/WEC's attempt to obtain case dispositive sanctions against AZR.

Thus, viewing the ligation as a whole, AZR is the "successful party" on all of Winthrop's breach of contract claims and for all fees it has claimed in this fee application.

## II.    AZR'S REQUESTED ATTORNEYS' FEES ARE REASONABLE UNDER LRCIV 54.2(c)(3).

The attached affidavit of Justin M. Ackerman (**Exhibit 1**) establishes the reasonableness of the fees requested under LRCiv 54.2(c)(3).   An itemized statement of fees and charges is attached as Exhibits A and B to Justin M. Ackerman affidavit.   Factors to consider in determining whether the amount of fees is reasonable include:

> (A) The time and labor required of counsel;
> (B) The novelty and difficulty of the questions presented;
> (C) The skill requisite to perform the legal service properly;
> (D) The preclusion of other employment by counsel because of the acceptance of the action;
> (E) The customary fee charged in matters of the type involved;

11088167.1

(F) Whether the fee contracted between the attorney and the client is fixed or contingent;

(G) Any time limitations imposed by the client or the circumstances;

(H) The amount of money, or the value of the rights, involved, and the results obtained;

(I) The experience, reputation and ability of counsel;

(J) The "undesirability" of the case;

(K) The nature and length of the professional relationship between the attorney and the client;

(L) Awards in similar actions; and

(M) Any other matters deemed appropriate under the circumstances.

LRCiv 54.2(c)(3); *see also Schweiger v. China Doll Restaurant*, 138 Ariz. 183, 187, 673 P.2d 927, 931 (App. 1983) (referencing similar factors). Based on the foregoing factors, the fees AZR incurred and requested herein were reasonable and necessary to defend Winthrop's claims. [Exhibit 1, Ackerman affidavit at ¶ 17.]

As this Court is well aware, counsel for Winthrop and WEC left no stone unturned in this litigation. Discovery was voluminous, multiple discovery disputes were raised, multiple dispositive motions were filed, and litigation of almost every issue imaginable occurred in this action. And as set forth above, despite a literal deluge of allegations and pleadings levied by Winthrop in this case against AZR, AZR fully prevailed on all of Winthrop's claims. This required significant time from all counsel involved on behalf of AZR. Thus, given the time involved to litigate this case by experienced counsel, the complex legal issues involved, and the undisputedly favorable result obtained by AZR against Winthrop, the requested fees are reasonable.

In addition, Mr. Ackerman's affidavit demonstrates that the qualities of ARZs' advocates (including their education, experience, professional standing, and skill) warrant the fees requested. [Exhibit 1, Ackerman affidavit at ¶¶ 2-11]. At the beginning of this matter, AZR's claims and defenses were handled by the law firm of Ball, Santin & McLeran. [*Id.* at ¶ 9]. During which, most of the work was performed by attorneys Jeffery Messing and Kesha Hodge. [*Id.*]. Roughly half way through this case, AZR's

claims and defenses transitioned to the law firm of Jones, Skelton and Hochuli.  During which, most of the work was performed by attorneys, Don Myles, John Masterson, Justin Ackerman, and Clarissa Reiman.  [*Id.* at ¶¶ 2-4].  Mr. Myles was lead counsel.  [*Id.* at ¶ 5].  He developed the defense strategy, took Plaintiff's deposition, and prepared the case for trial.   [*Id.*].    Mr. Ackerman assisted in strategizing on litigation tactics and proceedings, performing legal research, drafting major dispositive motions (including the motions for summary judgment, motions in limine, and other motions), and preserving the appellate record in this matter. [*Id.* at ¶ 2-3]. Mr. Masterson and Ms. Reiman assisted in discovery, case strategy, and trial preparation.   [*Id.* at ¶¶ 6-7].

The partners' services for Ball, Santin, & McLeran were billed at $300.00/hour, associate time was billed at $250.00/hour, and law clerk/paralegal rates were $125.00/hour.  [*Id.* at ¶ 13].  The partners' services for Jones, Skelton, & Hochuli were billed at $210.00/hour, associate time was billed at $180.00/hour, and law clerk/paralegal rates were $100.00/hour.  [*Id.* at ¶ 12].  These rates are at or well below what attorneys and paralegals with similar experience and expertise typically charge in similar cases in this legal community. [Exhibit 1, Ackerman affidavit at ¶ 16].

Finally, AZRs' attorneys not only provided high-quality legal services, but they provided those services efficiently and effectively – particularly when compared to the fees Winthrop has requested.  AZR's requested fees are reasonable in the sense that they are extremely limited in focus to the specific issues it won on in this action.  Importantly, AZR is seeking their attorneys' fees related to the defense of Winthrop's counterclaims for breach of contract, abuse of process and unjust enrichment.  As set forth above, AZR's litigation of these claims were all interwoven with the core breach of contract claim, and therefore, as the successful party on these claims, AZR seeks its fees that are interwoven with those claims.  In this regard, AZR seeks, in broad categories, the following fees as the successful party in this action:

- Fees AZR expended for reviewing Winthrop's counterclaim pleadings.

- Fees AZR expended for conducting discovery targeted to Winthrop's counterclaims.
- Fees AZR expended for briefing an early motion to dismiss Winthrop's abuse of process, breach of contract, and good faith and fair dealing counterclaims.
- Fees AZR expended for briefing AZR's first motion for summary judgment.
- Fees AZR expended for briefing AZR's second motion for summary judgment on Winthrop's counterclaims.
- Fees AZR expended for responding to Winthrop's motion for summary judgment on AZR's third party complaint.
- Fees AZR expended for briefing and responding to Winthrop/WEC's motion for spoliation sanctions.

In seeking these fees, AZR has taken extraordinary care to collate their fees incurred and seek only those fees directly related to time spent on the foregoing issues. In so doing, AZR eliminated a significant amount of its expended fees from the instant fee application. Thus, while AZR incurred over $467,000.00 in fees, it only claims $244,260.50 in fees now. [*Id.* at ¶ 15]. In other words, AZR is only requesting roughly *half* its fees in this action.

In short, AZRs' requested fees are reasonable given counsels' experience, time spent on this heavily contested litigation, their below-market rates, the successful result obtained, and the limited and targeted nature of the requested fees.

## III.    AZR IS ENTITLED TO REIMBURSEMENT OF PARALEGAL AND LAW CLERK SERVICES.

AZRs' fee request includes fees for paralegal services. [*See* Exhibit 1, Ackerman affidavit at Exs. A and B]. These services are also recoverable under A.R.S. § 12-341.01. *Centrust Mortg. Corp. v. PMI Mortg. Ins. Co.,* 166 Ariz. 50, 59, 800 P.2d 37, 46 (App. 1990); *Cont'l Townhouses E. Unit One Ass'n v. Brockbank,* 152 Ariz. 537, 544, 733 P.2d 1120, 1127 (App. 1986); *Aries v. Palmer Johnson, Inc.,* 153 Ariz. 250, 735 P.2d 1373 (App. 1987); *Matter of Liquidation of Azstar Cas. Co. Inc*., 189 Ariz. 27, 29, 938 P.2d 76, 78 (App. 1996).

14

11088167.1

IV.   **AZR IS ENTITLED TO FEES FOR PREPARING THE INSTANT MOTION.**

Finally, AZR's fee request includes fees for legal services spent in preparing this fee request and its supporting documentation.  [*See* Exhibit 1, Ackerman affidavit at **Ex. B**].   These amounts are recoverable as well.  *Gametech Int'l, Inc. v. Trend Gaming Sys., L.L.C.*, 380 F. Supp. 2d 1084, 1101 (D. Ariz. 2005) ("Arizona law supports the recovery of attorneys' fees incurred in preparing a fee application.") (citing *Schweiger v. China Doll Rest., Inc.,* 673 P.2d 927, 932 (Ct. App. 1983).  In this regard, because this amount is an ongoing cost, including whatever fees and costs that will be expended in briefing this Motion, but also responding to Winthrop's fee application, AZR reserves the right to supplement this application with their final fees and costs incurred at the conclusion of the briefing on this issue.

V.   **AZR IS ENTITLED TO TAXABLE COSTS.**

Because AZR is the successful party, it is also entitled to taxable costs.  *See* Fed.R.Civ.P. 54; LRCiv. 54.1.   In this regard, AZR request $3,865.46 in costs which includes $3,710.46 in deposition costs. [*See* Exhibit 1, Ackerman affidavit at ¶¶ 18-20].   Once again, these costs were narrowly tailored to the issues AZR prevailed on over Winthrop.

VI.   **CONCLUSION.**

For the foregoing reasons, AZR requests an award of attorneys' fees in the amount of $244,260.50 and an award of $3,865.46 for non-taxable costs for a total award of **$248,125.95**.

15

11088167.1

1   DATED this 28th day of October 2022.

2                                            JONES, SKELTON & HOCHULI, P.L.C.

3

4                                      By /s/ Justin M. Ackerman

5                                            Donald L. Myles, Jr.
                                             Clarissa B. Reiman

6                                            Justin M. Ackerman
                                             40 North Central Avenue, Suite 2700

7                                            Phoenix, Arizona  85004
                                             Attorneys for Defendant/Third-Party

8                                            Plaintiff Arizona Rangers

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

16

1

## **STATEMENT OF CONSULTATION**

2

3

4

Pursuant to LRCiv 54.2, on October 27, 2022, undersigned counsel for

AZR, Justin Ackerman and Clarissa Reiman, met with counsel for Grant Winthrop, Cory

Braddock, to discuss the Parties respective requests for fees in this action.  The Parties

discussed their respective positions in good faith, but after personal consultation and good

faith efforts to do so, the Parties were unable to satisfactorily resolve all disputed issues

relating to attorneys' fees, necessitating the instant Motion.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

11088167.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of October, 2022, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/Karen Gawel

11088167.1

*EXHIBIT 1*

1   Donald L. Myles, Jr., Bar #007464
    Clarissa B. Reiman, Bar #020271
2   Justin M. Ackerman, Bar #030726
    JONES, SKELTON & HOCHULI, P.L.C.
3   40 North Central Avenue, Suite 2700
    Phoenix, Arizona  85004
4   Telephone:  (602) 263-1700
    Fax:  (602) 200-7842
5   dmyles@jshfirm.com
    creiman@jshfirm.com
6   jackerman@jshfirm.com

7   Attorneys for Defendant/Third-Party Plaintiff
    Arizona Rangers
8

9               UNITED STATES DISTRICT COURT

10              DISTRICT OF ARIZONA

11  Wine Education Council, a Delaware non-profit        NO. 2:19-cv-02235-PHX-SMB
    corporation,
12                                                       **AFFIDAVIT IN SUPPORT OF**
                                            Plaintiff,   **DEFENDANT/THIRD-PARTY**
13                                                       **PLAINTIFF ARIZONA RANGERS'**
                                                         **REQUESTS FOR ATTORNEYS'**
14          v.                                           **FEES AND RELATED COSTS**
                                                         **AGAINST GRANT G. WINTHROP**
15  Arizona Rangers, an Arizona non-profit
    corporation,
16
                                           Defendant.
17
    ──────────────────────────────────
18  Arizona Rangers, an Arizona non-profit
    corporation,
19
                          Defendant/Third-Party Plaintiff,
20
            v.
21
    Grant G. Winthrop, an individual,
22
                               Third-Party Defendant.
23
    ──────────────────────────────────
24  STATE OF ARIZONA        )
                            ) ss
25  County of Maricopa      )

26
27          **Justin M. Ackerman,** being first duly sworn, upon his oath deposes and says:

28                  1.      I am an attorney with the law firm of Jones, Skelton and Hochuli, P.L.C.

11099388.1

who was primarily responsible for filing the Defendant/Third-Party Plaintiff Arizona Rangers' Application For Attorneys' Fees And Taxable Costs and one of the attorneys involved in defending the Arizona Rangers ("AZR") in *Wine Education Council v Arizona Rangers*, NO. 2:19-cv-02235-PHX-SMB. I have personal knowledge of the facts stated herein, and am competent to testify as to such facts.

## **BACKGROUND**

2.      I graduated from Phoenix School of Law, valedictorian and *summa cum laude,* in 2013 and am currently a partner at Jones, Skelton & Hochuli. Before I joined Jones, Skelton & Hochuli in 2014, I clerked on the Arizona Court of Appeals and Division One, where I concentrated my practice in the area of appeals and dispositive motions. I am admitted to practice law in the following Courts: Arizona Supreme Court, United States District Court for the District of Arizona and the United States Court of Appeals for the Ninth Circuit.

3.      Throughout my representation of AZR in this case, I was involved in strategizing on litigation tactics and proceedings, performing legal research, drafting major dispositive motions (including the motions for summary judgment, motions in limine, and other motions), and preserving the appellate record in this matter.

4.      In addition, my partners, Don Myles and John Masterson, and associate[1] Clarissa B. Reiman, were involved with strategizing litigation and discovery, drafting motions, and preparing this matter for trial, which was scheduled to commence on November 7, 2022, but was eventually vacated after the parties reached settlement in the lawsuit Wine Education Counsel brought against AZR.

5.      Mr. Myles graduated from Southwestern University, College of Law, in 1982 and has been practicing law ever since. Mr. Myles was lead counsel. He developed the defense strategy, took Plaintiff's deposition, and prepared the case for trial.

6.      Mr. Masterson graduated from University of Arizona, James E. Rogers

---

[1] During this litigation, in April 2022, I was elevated from an associate to a partner at Jones, Skelton & Hochuli. Therefore, time pre-April 2022 was been billed at an associate rate and my time post-April 2022 was billed at a partner rate.

2

College of Law in 1981 and has been practicing law ever since.  Mr. Masterson assisted in discovery, case strategy, and trial preparation.

7.      Ms Reiman graduated from the University of Akron, College of Law, in 2000, and returned to the practice of law in 2019 when she joined Jones, Skelton & Hochuli.  Ms. Reiman assisted in discovery, case strategy, and trial preparation.

8.      I was also assisted in this case by paralegals Jacqlyn Knop and Lea Ann Scharr.

9.      Prior to Jones, Skelton and Hochuli's representation of AZR, Ball, Santin & McLeran had represented AZR beginning May 2019.  Both Jeffrey Messing and Kesha Hodge, with Ball, Santin & McLeran, represented and defended AZR  in this lawsuit.

10.     Mr. Messing graduated from Yale Law School in 1981 and has been practicing law ever since.  Mr. Messing's billings are billed under the moniker "JBM."

11.     Ms. Hodge graduated from Arizona State University, School of Law, and was admitted to the bar in 2002 and has been practicing law since.  Ms. Hodge's billings are billed under the moniker "KAH."

## REASONABLENESS OF RATE AND TIME SPENT

12.     Jones, Skelton & Hochuli was retained by Lloyds of London and Gallagher Bassett, formerly Western Litigation, to defend AZR in this lawsuit.  Pursuant to their retainer agreement, Lloyds of London and Gallagher Bassett's hourly rates are $210 for partners, $180 for associates and $100 for paralegals.

13.     Before Jones, Skelton & Hochuli was retained by AZR, Ball, Santin & McLeran represented AZR at an hourly rate of $300 for partners, $250 for associates and $125 per hour for paralegals.

14.     From May 15, 2019 until the Court entered Judgment in favor of AZR, Jones, Skelton & Hochuli and Ball, Santin & McLeran expended a combined 1,126.62 hours of legal services to AZR, all in connection with defending against Grant Winthrop's claims against AZR.  A task-based itemized statement of time by Ball, Santin & McLeran is attached as **Exhibit A**. and a tasked-based itemized statement of time by Jones, Skelton & Hochuli is

3

attached as **Exhibit B**.  In addition, the fee agreement for Ball, Santin & McLeran is attached as **Exhibit C** and the fee agreement for Jones, Skelton & Hochuli is attached as **Exhibit D**. Pursuant to these fee agreements AZR and/or Lloyds of London/Gallagher Basset have paid or will pay the fees requested in this application.

15.    The total amount of attorneys' fees incurred in defending this case up to entry of judgment on October 14, 2022 in AZR's favor is $467,556.00.  Of that amount, $244,260.50 was incurred in defending against the Mr. Winthrop's Counterclaim.  Thus, AZR has eliminated $223,295.50, from its fee application, exercising significant discretion in the fees and costs sought in their fee application.

16.    The billing rates for these lawyers and paralegals are reasonable and necessary in light of the ability, training, experience, education and professional standing of the lawyers/paralegals that rendered the services. These rates are considerably lower than those charged by other lawyers/paralegals in the Phoenix legal community with similar skill and experience in defending similar types of cases.

17.    I have reviewed and approved the time and charges set forth in the task-based itemized statement, and it is my opinion that the time spent in rendering legal services as reasonable and necessary under the circumstances.  I exercised billing judgment statements and in reaching this conclusions.

## REASONABLENESS OF EXPENSES

18.    A total of $3,865.46 in related taxable expenses were incurred in defending against Grant Winthrop's counterclaim, including $3,710.46 in deposition costs.  A task-based itemized statement  of taxable costs is attached hereto as **Exhibit E.**

19.    In addition, supporting documents for those taxable costs as set forth in Exhibit E are attached following the chart in Exhibit E.

20.    I have reviewed and approved the expenses set forth in the task-based itemized statement, and it is my opinion that the expenses are reasonable and necessary under the circumstances.  I exercised billing judgment in reviewing the statement and in reaching this opinion.

4

1

2      FURTHER AFFIANT SAYETH NAUGHT.

3

4            Justin M. Ackerman

5

6          SUBSCRIBED AND SWORN to before me, the undersigned Notary Public, on this

7      28th day of October 2022, by Justin M. Ackerman.

8

9                                                    Notary Public

10     My Commission Expires:

11     MARCH 14, 2024

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

11099388.1



*EXHIBIT A*

| Date | Description | Person | Time | Amount |
|------|-------------|--------|------|--------|
| 5/14/2019 | WORK ON THIRD PARTY COMPLAINT AND MOTION FOR LEAVE TO FILE (3.1); TELEPHONE CONFERENCE AND E-MAILS WITH J. SIMMONS RE SAME (.2) (NO CHARGE) | JBM | 3.1 | $ 930.00 |
| 5/16/2019 | E-MAIL C. BRADDOCK RE PROPOSED THIRD PARTY COMPLAINT (.2) (NO CHARGE); REVIEW CHASE CHECKING ACCOUNT STATEMENTS AND DEPOSIT SLIPS (.9); REVISE MANDATORY INITIAL DISCOVERY RESPONSES IN LIGHT OF SAME (1.1); TELEPHONE CONFERENCE WITH C. BRADDOCK RE CASE MANAGEMENT CONFERENCE (.3) (NO CHARGE) | JBM | 2 | $ 600.00 |
| 5/27/2019 | WORK ON JOINT CASE MANAGEMENT REPORT (.5); E-MAIL C. BRADDOCK AND M. WEBB RE PROPOSED THIRD PARTY COMPLAINT (.4) | JBM | 0.9 | $ 270.00 |
| 5/28/2019 | WORK ON JOINT CASE MANAGEMENT REPORT (.8); TELEPHONE CONFERENCE WITH E. CARTER RE [REDACTED] (.3); REVISE MANDATORY INITIAL DISCLOSURE RESPONSE (.6); DRAFT MOTION FOR LEAVE TO FILE AND FINALIZE AMENDED ANSWER AND THIRD PARTY COMPLAINT (.5) | JBM | 2.22 | $ 660.00 |
| 5/30/2019 | E-MAILS WITH J. SIMMONS [REDACTED] | JBM | 0.4 | $ 120.00 |
| 6/2/2019 | REVIEW LETTER FROM WINTHROP;S ATTORNEY AGREEING TO ACCEPT SERVICE AND E-MAIL J. SIMMONS RE SAME (.3); WORK ON REVISIONS TO JOINT CASE MANAGEMENT REPORT IN LIGHT OF SAME (.6); E-MAILS WITH J. SIMMONS RE SAME (.2); E-MAIL M. WEBB RE REVISIONS TO JOINT CASE REPORT (.2) | JBM | 1.3 | $ 390.00 |
| 6/4/2019 | E-MAIL AND TELEPHONE CONFERENCE WITH D. PETERSON RE ACCEPTANCE OF SERVICE (.2) (NO CHARGE) | JBM | 0.2 | $ - |
| 6/5/2019 | DRAFT ACCEPTANCE OF SERVICE FOR COUNSEL FOR GRANT WINTHRUP (.2) (NO CHARGE) | JBM | 0.2 | $ - |
| 6/6/2019 | E-MAIL D. PETERSEN RE WAIVER OF SERVICE LOGISTICS (.3); REVIEW SIGNED SCHEDULING ORDER (.4) | JBM | 0.7 | $ 210.00 |
| 6/7/2019 | FILE WAIVER OF SERVICE FOR G. WINTHROP (.1) (NO CHARGE) | JBM | 0.1 | $ - |
| 7/22/2019 | REVIEW SETTLEMENT OFFER (.8); REVIEW ANSWER TO 3RD PARTY COMPLAINT (.6) | JBM | 1.4 | $ 420.00 |
| 8/5/2019 | WORK ON DISCOVERY DISPUTE LETTER TO J. CURRY (1.4); E-MAILS AND TELEPHONE CONFERENCES WITH J. SIMMONS [REDACTED] (.2); TELEPHONE CONFERENCE WITH D. PETERSON RE POSSIBLE SETTLEMENT NEGOTIATIONS (.3) | JMB | 1.9 | $ 570.00 |
| 8/6/2019 | WORK ON ANALYSIS OF WINTHROP DISCLOSURE REQUIREMENTS AND TELEPHONE CONFERENCE WITH J. SIMMONS RE SAME (.8) | JBM | 0.8 | $ 240.00 |
| 8/8/2019 | TELEPHONE CONFERENCE WITH J. SIMMONS [REDACTED] (.1) (NO CHARGE) | JBM | 0.1 | $ - |
| 8/12/2019 | E-MAILS WITH J. SIMMONS [REDACTED] (.3) | JBM | 0.3 | $ 90.00 |
| 8/21/2019 | REVIEW G. WINTHROP MANDATORY INITIAL DISCLOSURE AND TELEPHONE CONFERENCE WITH J. SIMMONS RE STRATEGY IN LIGHT OF SAME (.8) | JBM | 0.8 | $ 240.00 |
| 8/23/2019 | INITIAL REVIEW OF G. WINTHROP DOCUMENT PRODUCTION (.9); E-MAIL AND TELEPHONE CONFERENCES WITH J. SIMMONS RE SAME (.3) (NO CHARGE) | JBM | 0.9 | $ 270.00 |
| 9/26/2019 | E-MAILS WITH J. SIMMONS [REDACTED] (.2) | JBM | 0.2 | $ - |

| Date | Description | Person | Time | Amount |
|------|-------------|--------|------|--------|
| 10/19/2019 | E-MAILS WITH J. SIMMONS ████████████████████ █) | JBM | 0.2 | $ 60.00 |
| 10/21/2019 | WORK ON REQUESTS FOR ADMISSIONS, REQUESTS FOR PRODUCTION AND INTERROGATORIES TO GRANT WINTHROP (1.9) | JBM | 1.9 | $ 570.00 |
| 10/23/2019 | TELEPHONE CONFERENCE WITH J. SIMMONS ████████████████ ████████ | JBM | 0.4 | $ 120.00 |
| 10/25/2019 | REVIEW NEWLY PRODUCED DOCUMENTS FOR PRODUCTION (1.9); TELEPHONE CONFERENCE WITH M. DROLL RE DISCOVERY RESPONSES (.4); WORK ON DISCOVERY RESPONSES TO GRANT WINTHROP (3.3) | JBM | 5.6 | $ 1,680.00 |
| 10/28/2019 | FINALIZE DISCOVERY RESPONSES TO WINTHROPS REQUESTS (1.2); WORK ON DISCOVERY RESPONSES TO PLAINTIFF'S REQUESTS, E-MAIL M. DROLL RE SAME (2.7) | JBM | 3.9 | $ 1,170.00 |
| 11/14/2019 | E-MAILS WITH J. SIMMONS ████████ | JBM | 0.2 | $ - |
| 11/19/2019 | E-MAILS WITH C. BRADDOCK AND D. PETERSON RE DISCOVERY DISPUTE AND TELEPHONE CONFERENCE WITH J. SIMMONS RE SAME | JBM | 0.3 | $ 90.00 |
| 11/20/2019 | TELEPHONE CONFERENCE WITH J. SIMMONS ████████████████ ████████ | JBM | 1.1 | $ 330.00 |
| 11/21/2019 | REVIEW OF DOCUMENTS WINTHROP CITED TO DENY REQUESTS FOR ADMISSIONS | JBM | 0.9 | $ 270.00 |
| 11/22/2019 | TELEPHONE CONFERENCES AND E-MAIL WITH J. SIMMONS RE SETTLEMENT NEGOTIATIONS AND DISCOVERY DISPUTE (.3) (NO CHARGE); MULTIPLE E-MAILS WITH C. BRADDOCK RE SAME | JBM | 0.4 | $ 120.00 |
| 12/2/2019 | E-MAILS AND TELEPHONE CONFERENCES WITH J. SIMMONS ████████████████ (.5) | JBM | 0.5 | $ 150.00 |
| 12/16/2019 | E-MAILS WITH J. SIMMONS AND C. BRADDOCK ████████ (.3) | JBM | 0.3 | $ 90.00 |
| 12/18/2019 | E-MAILS FROM C. BRADDOCK ████████ AND TELEPHONE CONFERENCE WITH J. SIMMONS RE SAME (.4) | JBM | 0.4 | $ 120.00 |
| 12/24/2019 | E-MAILS AND TELEPHONE CONFERENCES WITH J. SIMMONS ████████████ (.3) | JBM | 0.3 | $ 90.00 |
| 12/30/2019 | E-MAILS WITH J. SIMMONS ████████████ (.3) | JBM | 0.3 | $ 90.00 |
| 1/7/2020 | E-MAILS AND TELEPHONE CONFERENCES WITH C. BRADDOCK, B. SCHNEIDER AND J. SIMMONS ████████ (.4) | JBM | 0.4 | $ 120.00 |
| 1/13/2020 | REVIEW PROPOSED G. WINTHROP AMENDED ANSWER TO COUNTER CLAIM (.4); TELEPHONE CONFERENCES WITH J. SIMMONS RE SAME (.2); ████████ (1.2) | JBM | 1.8 | $ 540.00 |
| 1/14/2020 | ████████████████████ (.4) | JBM | 0.4 | $ 120.00 |
| 1/15/2020 | BRIEF REVIEW OF G. WINTHRUP MOTION FOR LEAVE TO AMEND AND TELEPHONE CONFERENCE WITH J. SIMMONS RE STRATEGY IN CONNECTION WITH SAME (.9) | JBM | 0.9 | $ 270.00 |

| Date | Description | Person | Time | Amount |
|------|-------------|--------|------|--------|
| 1/17/2020 | TELEPHONE CONFERENCE WITH J. SIMMONS ▮▮▮▮▮▮ (.4); REVIEW AND J. CURRY E-MAIL ▮▮▮▮▮ AND TELEPHONE CONFERENCE WITH J. SIMMONS RE SAME (.3); ▮▮▮▮▮▮▮▮ (.7) | JBM | 1.7 | $ 510.00 |
| 1/19/2020 | WORK ON MEDIATION STATEMENT (7.4) | JBM | 7.4 | $ 2,220.00 |
| 1/20/2020 | REVIEW WEC MEDIATION STATEMENT (.8); REVIEW G. WINTHROP MEDIATION STATEMENT (.6) | JBM | 1.4 | $ 420.00 |
| 1/21/2020 | TELEPHONE CONFERENCES WITH J. SIMMONS AND B. SCHNEIDER AND E-MAIL COUNSEL RE MEDIATION LOGISTICS (.4) | JBM | 0.4 | $ 120.00 |
| 1/23/2020 | ATTEND SETTLEMENT CONFERENCE (7.5) | JBM | 7.5 | $ 2,250.00 |
| 1/24/2020 | REVIEW MEDIATION MEMO IN PREPARATION FOR ATTENDING BOARD MEETING | JBB | 0.3 | $ 90.00 |
| 1/25/2020 | ▮▮▮▮▮▮ (.9); ▮▮▮▮▮▮▮ (1.2) | JBM | 2.1 | $ 630.00 |
| 1/27/2020 | REVIEW AND EDIT RESPONSE TO MOTION FOR LEAVE TO AMEND (2.1); REVIEW WEC'S AMENDMENT TO MIDR (.8); WORK ON UPDATED CASE ANALYSIS (1.6) | JBM | 4.5 | $ 1,350.00 |
| 1/30/2020 | E-MAILS WITH C. BRADDOCK RE APPROVAL OF JOINT REPORT RE SETTLEMENT CONFERENCE (.2); REVIEW A. KOLODIN E-MAIL RE JOINT STATEMENT RE SETTLEMENT DISCOVERY (.3); WORK ON FACTUAL BACKGROUND AND CASE STRATEGY (.8) | JBM | 1 | $ 300.00 |
| 2/3/2020 | REVIEW G. WINTHROP REPLY IN SUPPORT OF MOTION FOR LEAVE (.9) | JBM | 0.9 | $ 270.00 |
| 2/3/2020 | REVIEW WINTHROP'S REPLY IN SUPPORT OF MOTION FOR LEAVE TO AMEND (0.2) (NO CHARGE); ▮▮▮▮▮▮▮ (5.7) | KAH | 5.7 | $ 1,425.00 |
| 2/19/2020 | COMMUNICATION WITH COLETTE KAMPS AT HENRY + HORNE CPA REGARDING SUBPOENA (0.2) (NO CHARGE); DISCUSSION WITH JARED SIMMONS REGARDING SCHEDULED DEPOSITIONS AND REVIEW CORRESPONDENCE FROM HUGH FOX AND DOUG SANKEY FOR CONTACT INFO (0.4) (NO CHARGE); DRAFT AND FINALIZE DETAILED LETTER TO COUNSEL FOR WEC AND WINTHROP ON THEIR NOTICES OF DEPOSITION (3.8); TELEPHONE CALL WITH STEVE LANT REGARDING DISCOVERY REQUESTS (0.4); EMAIL TO MIKE MONTALVO REGARDING THE EMAIL PRODUCTION (0.3) | KAH | 4.5 | $ 1,125.00 |
| 2/21/2020 | EMAIL OF ITEMS NEEDED TO STEVE LANT (0.3) (NO CHARGE); REVIEW THE POSITION STATEMENT FROM WEC AND WINTHROP REGARDING THE ELECTRONIC DISCOVERY DISPUTE (0.3) (NO CHARGE); DRAFT THE POSITION STATEMENT OF ARIZONA RANGERS IN REBUTTAL (2.1); FINALIZE 4TH SUPPLEMENTAL MIDR (1.9); FINALIZE THE POSITION STATEMENT ON THE NOTICES OF DEPOSITION ISSUE (0.8 | KAH | 4.8 | $ 1,200.00 |
| 2/24/2020 | REVIEW C. BRADDOCK LETTER RE DEPOSITION DISCOVERY DISPUTE AND WORK ON RESPONSE (.6); TELEPHONE CONFERENCES WITH J. SIMMONS ▮▮▮▮ (.7) (NO CHARGE); CONFERENCE WITH J. SIMMONS AND K. HODGE ▮▮▮▮▮ ▮▮▮▮▮▮▮▮S (.6) (NO CHARGE); REVIEW AND EDIT REVISED JOINT STATEMENT (.4) | JBM | 1 | $ 300.00 |

| Date | Description | Person | Time | Amount |
|------|-------------|--------|------|--------|
| 2/24/2020 | REVIEW EMAILS AND MATERIALS RECEIVED FROM STEVE LANT (0.3) (NO CHARGE); REVIEW CORRESPONDENCE FROM CORY BRADDOCK REGARDING THE CONTINUED DISCOVERY DISPUTE REGARDING THE NOTICES OF DEPOSITION (0.4); DRAFT LETTER IN REPLY (2.1); CONDUCT MEET AND CONFER WITH CORY BRADDOCK AND ALEXANDER KOLODIN (1.1); FINALIZE AND FILE JOINT STATEMENT ON DISCOVERY DISPUTE ON THE NOTICES OF DEPOSITION (0.4); CORRESPONDENCE WITH STEVE LANT REGARDING UPCOMING DEPOSITIONS (0.2) (NO CHARGE) | KAH | 4 | $ 1,000.00 |
| 2/25/2020 | MULTIPLE TELEPHONE CONFERENCES AND E-MAILS WITH J. SIMMONS ████████ ████████████████████ (1.4) | JBM | 1.4 | $ 420.00 |
| 2/26/2020 | WORK ON DISCOVERY OUTLINE AND RELATED ISSUES (1.9) | JBM | 1.9 | $ 570.00 |
| 2/27/2020 | REVIEW A. KOLODON E-MAIL RE G. WINTHROP DEPOSITION AND E-MAIL S WITH J. SIMMONS AND K. HODGE RE SAME (.3) (NO CHARGE); BRIEF REVIEW OF ADDITIONAL DOCUMENTS FOR PRODUCTION (1.1); WORK ON DISCOVERY E-MAILS TO C. BRADDOCK AND A. KOLODON (.7) (NO CHARGE) | JBM | 1.1 | $ 330.00 |
| 2/27/2020 | CORRESPONDENCE WITH ALEXANDER KOLODIN REGARDING THE DEPOSITION LOCATIONS (0.2); FINALIZE ARIZONA RANGERS' FIFTH SUPPLEMENTAL MIDRS (2.5) | KAH | 2.7 | $ 675.00 |
| 3/3/2020 | REVIEW AND EDIT JOINT DISCOVERY STATEMENT, WORK ON DISCOVERY SCHEDULE ANALYSIS IN LIGHT OF INSURANCE ISSUE (.9); CONFERENCE RE AEF PRELIMINARY SUBPOENA RESPONSE (.4) | JBM | 1.3 | $ 390.00 |
| 3/3/2020 | CALL WITH CORY BRADDOCK AND ALEXANDER KOLODIN REGARDING THE COURT-ORDERED JOINT SUPPLEMENT AND A PROPOSED STIPULATION TO EXTEND THE CASE MANAGEMENT ORDER GUIDELINES (0.4); REVISE THE DRAFT SUPPLEMENT (0.1); DISCUSSION WITH GREGORY AMEND, COUNSEL FOR AMERICAN ENDOWMENT FOUNDATION, REGARDING THE SUBPOENA AND DEPOSITION (0.5); DRAFT PROPOSED JOINT MOTION TO AMEND SCHEDULING ORDER (.8) | KAH | 1.8 | $ 450.00 |
| 3/4/2020 | EMAIL AND TELEPHONE CALL WITH COLETTE KAMPS REGARDING THE HENRY + HORNE'S RESPONSE TO THE SDT FROM WINE EDUCATION COUNCIL (0.3); DRAFT AND FINALIZE THE SIXTH SUPPLEMENTAL MANDATORY INITIAL DISCOVERY RESPONSES (1.9); REVIEW HENRY + HORNE PROPOSED PRODUCTION FOR PRIVILEGE (0.5); CORRESPONDENCE WITH OPPOSING COUNSEL REGARDING DISCOVERY DISPUTES (0.2); CORRESPONDENCE WITH CORY BRADDOCK REGARDING THE RULE 30(B)(6) REPRESENTATIVE OF ARIZONA RANGERS (0.3) | KAH | 3.2 | $ 800.00 |
| 3/5/2020 | MULTIPLE E-MAILS WITH C. BRADDOCK AND TELEPHONE CONFERENCE WITH J. SIMMONS RE DEPOSITION DATES AND IMPACT OF PENDING DISCOVERY MOTIONS (.3); CONFERENCES AND TELEPHONE CONFERENCES WITH J. SIMMONS AND K. HODGE RE ORAL ARGUMENT PREPARATION (.7) | JBM | 1.1 | $ 330.00 |
| 3/5/2020 | CORRESPONDENCE WITH MIKE MONTALVO REGARDING EMAIL ADDRESSES/ARCHIVE (0.2); PREPARE FOR DISCOVERY DISPUTE HEARING (2.6) | KAH | 2.8 | $ 700.00 |

| Date | Description | Person | Time | Amount |
|------|-------------|--------|------|--------|
| 3/6/2020 | REVIEW ORDER GRANTING MOTION TO AMEND AND EXTENDING DISCOVERY SCHEDULE (.4); REVIEW AND EDIT INSURANCE CLAIM LETTER (.3) | JBM | 0.7 | $ 210.00 |
| 3/6/2020 | PREPARE FOR AND ATTEND DISCOVERY DISPUTE HEARING (.9); PREPARE AND FINALIZE TENDER OF DEFENSE ON POLICY NO. MML-12130-19 TO ONE BEACON (1.8); REVIEW MINUTE ENTRY FOR PROCEEDINGS (0.1) (NO CHARGE) | KAH | 2.7 | $ 675.00 |
| 3/9/2020 | WORK ON REPLY TO COUNTERCLAIM (2.1); REVIEW CORRESPONDENCE WITH INSURANCE CARRIER AND WORK ON RESPONSE (.3) (NO CHARGE) | JBM | 2.1 | $ 630.00 |
| 3/13/2020 | WORK ON RESPONSES TO G. WINTHROP SECOND SET OF DISCOVERY REQUESTS (.8) | JBM | 0.8 | $ 240.00 |
| 3/13/2020 | CONFERENCE CALL WITH CORY BRADDOCK AND ALEXANDER KOLODIN REGARDING DEPOSITION SCHEDULING, ETC. | KAH | 0.6 | $ 150.00 |
| 3/16/2020 | REVIEW G. WINTHROP SUBPOENA TO AMERICAN EXPRESS AND E-MAILS WITH J. SIMMONS, K. HODGE AND OPPOSING COUNSEL RE OBJECTIONS (.6); ██████████ (.3) (NO CHARGE) | JBM | 0.6 | $ 180.00 |
| 3/16/2020 | REVIEW AND OBJECT TO SUBPOENA TO AMERICAN EXPRESS TO BE ISSUED BY GRANT WINTHROP (0.3); REVIEW CORRESPONDENCE FROM TRAVELERS REGARDING POLICY NO. T2004322 (0.1) (NO CHARGE; REVIEW PROPOSAL OF INSURANCE FOR D&O POLICY RECEIVED FROM STEVE LANT FOR JANUARY 23, 2017 TO JANUARY 23, 2018 AND REACH OUT TO BROKER FOR COPY OF THE POLICY (0.2); REVIEW TRAVELERS POLICY 106452973 RECEIVED FROM BRETT RUSTAND (0.4) | KAH | 0.9 | $ 225.00 |
| 3/17/2020 | CALL WITH DOUG SANKEY (0.5); CALL WITH STEVE LANT (0.2) REGARDING MISSING INFORMATION NEEDED TO RESPOND TO WINTHROP'S DISCOVERY REQUESTS | KAH | 0.7 | $ 175.00 |
| 3/18/2020 | FINALIZE RESPONSE TO WINTHROP'S SECOND SET OF DISCOVERY TO ARIZONA RANGERS (1.9); REVIEW D&O POLICY 106452973 WITH TRAVELERS (0.2) (NO CHARGE); COMMUNICATIONS WITH GREGORY AMEND REGARDING THE CANCELLATION AND RESCHEDULING OF AEF'S DEPOSITION (0.1) (NO CHARGE) | KAH | 1.9 | $ 475.00 |
| 3/19/2020 | REVIEW AND EDIT REPLY TO COUNTERCLAIM (.5); BRIEF REVIEW OF D. SANKE DOCUMENTS FOR PRODUCTION (.4) | JBM | 0.9 | $ 270.00 |
| 3/20/2020 | WORK ON DAMAGE ANALYSIS (.9); WORK ON INSURANCE COVERAGE ANALYSIS (1.2); CONFERENCE WITH J. SIMMONS AND WORK ON DISCOVERY STRATEGY IN LIGHT OF SAME (.4) (NO CHARGE); REVIEW MINUTE ENTRY RE PENDING DISPUTES (.5) | JBM | 2.1 | $ 630.00 |
| 3/20/2020 | E-MAILS WITH TRAVELERS RE COVERAGE ISSUES (.3) (NO CHARGE); ████████████████ (1.1); WORK ON MOTION TO DISMISS (.5) | JBM | 1.6 | $ 480.00 |
| 3/23/2020 | E-MAILS WITH S. LANT RE CORPORATE STRUCTURE (.4) (NO CHARGE); E-MAILS WITH TRAVELERS INSURANCE RE STATUS OF INSURANCE CLAIM (.3) (NO CHARGE); REVIEW 2019 DENIAL OF WINTHROP'S CLAIM (.5); REVIEW AND EDIT MOTION TO DISMISS THIRD PARTY CLAIM (1.9 | JBM | 2.4 | $ 720.00 |

| Date | Description | Person | Time | Amount |
|---|---|---|---|---|
| 3/23/2020 | REVISE DRAFT MOTION TO DISMISS ABUSE OF PROCESS COUNTERCLAIM (.6); FINALIZE REPLY TO COUNTERCLAIM (0.2) (NO CHARGE); REVIEW AND RESPOND TO CORRESPONDENCE FROM ANNA CHOPOVA REGARDING CLAIM NO. T1911332 (0.2) (NO CHAGE); DRAFT AND FINALIZE NOTICE OF SERVICE OF DISCOVERY (0.3) (NO CHARGE) | KAH | 0.6 | $ 150.00 |
| 3/26/2020 | FINALIZE, FILE AND SERVE DEFENDANTS SEVENTH SUPPLEMENTAL MIDR (0.4); CORRESPONDENCE TO CORY BRADDOCK AND ALEXANDER KOLODIN REGARDING THEIR SUBPOENAS AND REQUESTING PRODUCTION OF ANY DOCUMENTS RECEIVED (0.2) | KAH | 0.6 | $ 150.00 |
| 3/28/2020 | CONTINUE WORK ON INSURANCE CLAIM PRESENTATION (.6); WORK ON EXHIBITS FOR USE IN G .WINTHROP DEPOSITION (.7) | JBM | 1.3 | $ 390.00 |
| 4/3/2020 | LENGTHY CORRESPONDENCE TO WINTHROP'S COUNSEL REGARDING THE INCOMPLETE NATURE OF HIS DISCLOSURE AND REQUESTING SUPPLEMENT | KAH | 0.4 | $ 100.00 |
| 4/6/2020 | BRIEF REVIEW OF WINTHROP'S RESPONSE TO MOTION TO DISMISS ABUSE OF PROCESS CLAIM AND TELEPHONE CONFERENCE WITH J. SIMMONS RE SAME (1.6) | JBM | 1.6 | $ 480.00 |
| 4/6/2020 | REVIEW WINTHROP'S RESPONSE IN OPPOSITION TO MOTION TO DISMISS ABUSE OF PROCESS COUNTERCLAIM (.3) (NO CHARGE) | KAH | 0.3 | $ - |
| 4/7/2020 | | JBM | 1.9 | $ 570.00 |
| 4/7/2020 | WORK ON REPLY IN SUPPORT OF MOTION TO DISMISS ABUSE-OF-PROCESS COUNTERCLAIM (5.9); UPDATE TO OPPOSING COUNSEL REGARDING REQUEST FOR SUPPLEMENTAL TEXT MESSAGES FROM ADDITIONAL RANGERS (0.3) (NO CHARGE) | KAH | 5.9 | $ 1,475.00 |
| 4/8/2020 | CONTINUE WORK ON REPLY IN SUPPORT OF MOTION TO DISMISS ABUSE-OF-PROCESS COUNTERCLAIM | KAH | 3.2 | $ 800.00 |
| 4/9/2020 | TELEPHONE CONFERENCE WITH J. SIMMONS (.2) (NO CHARGE); WORK ON REPLY IN SUPPORT OF MOTION TO DISMISS (3.3) | JBM | 3.3 | $ 990.00 |
| 4/9/2020 | CONTINUE WORK ON REPLY IN SUPPORT OF MOTION TO DISMISS ABUSE-OF-PROCESS COUNTERCLAIM (2.9); CORRESPONDENCE WITH ANDREW WILSON REGARDING BOND NO. 067-S-1065295 AS POTENTIAL COVERAGE FOR WEC/WINTHROP'S CLAIMS (0.2) (NO CHARGE) | KAH | 2.9 | $ 725.00 |
| 4/13/2020 | FINALIZE REPLY IN SUPPORT OF MOTION TO DISMISS (.7) | JBM | 0.7 | $ 210.00 |
| 4/13/2020 | FINALIZE AND FILE REPLY IN SUPPORT OF MOTION TO DISMISS ABUSE-OF-PROCESS COUNTERCLAIM (0.8) (NO CHARGE); FINALIZE, FILE AND SERVE DEFENDANT'S EIGHTH SUPPLEMENTAL MIDR (1.6); CORRESPONDENCE TO CORY BRADDOCK AND ALEXANDER KOLODIN REGARDING THE TEXT MESSAGES REQUEST (0.2) (NO CHARGE) | KAH | 1.6 | $ 400.00 |
| 4/16/2020 | WORK ON DISCOVERY DEMAND UPDATES AND DEMANDS (.9) (NO CHARGE) | JBM | 0.9 | $ - |

| Date | Description | Person | Time | Amount |
|------|-------------|--------|------|--------|
| 4/16/2020 | CORRESPONDENCE TO WINE EDUCATION COUNCIL REGARDING THE MISSING LETTER FROM THE HENRY + HORNE DISCLOSURE (0.3); FOLLOW UP EMAIL TO GREG AMEND REGARDING AN UPDATE ON AMERICAN ENDOWMENT FOUNDATION'S SUBPOENA RESPONSE (0.2); CORRESPONDENCE TO ALEX KOLODIN REGARDING CERTAIN OUTSTANDING DISCOVERY DISPUTES (0.2) | KAH | 0.7 | $ 175.00 |
| 4/17/2020 | E-MAILS WITH A. KOLODIN RE OUTSTANDING DISCLOSURE SUPPLEMENTATION (.3) (NO CHARGE) | JBM | 0.3 | $ - |
| 4/17/2020 | REVIEW WINTHROP'S FIRST SUPPLEMENTAL MIDR (.4) (NO CHARGE) | KAH | 0.4 | $ - |
| 4/18/2020 | REVIEW WINTHROP'S SUPPLEMENTAL DISCLOSURE AND DRAFT E-MAIL RE DEFECT / INADEQUACIES (.7) | JBM | 0.7 | $ 210.00 |
| 4/20/2020 | WITH J. SIMMONS RE STATUS OF DISCOVERY AND DEPOSITION STRATEGY (.4) (NO CHARGE); BRIEF REVIEW OF KEY S. KOONS DOCUMENTS IN CONNECTION WITH SAME (.5) (NO CHARGE) | JBM | 0.9 | $ - |
| 4/21/2020 | MULTIPLE E-MAILS WITH G. WINTHROP LAWYERS RE INCOMPLETE DISCOVERY REQUESTS E-MAIL RE REQUESTED MEET AND CONFER RE RULE 12(C) MOTION (.8) | JBM | 0.8 | $ 240.00 |
| 4/21/2020 | EMAIL FROM AND TO MATTHEW SCHWEIGER PROVIDING UPDATE AND REQUESTING TIME TO DISCUSS THE WEC/WINTHROP CLAIMS (0.2) (NO CHARGE); TELEPHONE CALL WITH MATTHEW SCHWEIGER TO DISCUSS THE CLAIM (0.5); CORRESPONDENCE WITH ALEX KOLODIN REGARDING TIME FOR A MEET AND CONFER AND OTHER ISSUES (0.3) (NO CHARGE) | KAH | 0.5 | $ 125.00 |
| 4/22/2020 | COMMUNICATIONS WITH CORY BRADDOCK REGARDING THE PROPOSED DEPOSITIONS (0.2) (NO CHARGE); CORRESPONDENCE WITH ANNA CHOPOVA REGARDING THE FORTHCOMING COVERAGE LETTER (0.2) (NO CHARGE); CONTINUED CORRESPONDENCE WITH ALEX KOLODIN REGARDING THE MEET AND CONFER ON WINTHROP'S PROPOSED MOTION FOR JUDGMENT ON THE PLEADINGS (0.5); TELEPHONIC DISCUSSIONS WITH MATTHEW SCHWEIGER REGARDING THE TIMELINESS OF B295THE CLAIM (0.6); EMAIL TO BRETT RUSTAND REQUESTING A COPY OF THE 2018-2019 D&O POLICY WITH ONE BEACON (0.1) (NO CHARGE); FOLLOW UP EMAIL TO MATTHEW SCHWEIGER PRESENTING ARGUMENT ON THE TIMELINESS OF THE CLAIM (0.8) | KAH | 1.9 | $ 475.00 |
| 4/23/2020 | WORK ON AMENDED THIRD PARTY CLAIM INCLUDING RESEARCH RE SCOPE OF INDEMNITY AND AGENT'S LIABILITY FOR BREACH OF DUTY (2.4); TELEPHONE CONFERENCES AND E-MAILS WITH OPPOSING COUNSEL RE DISCOVERY DISPUTES ███████████████ ██████ (1.8) | JBM | 4.2 | $ 1,260.00 |
| 4/23/2020 | MEET AND CONFER WITH ALEX KOLODIN AND CORY BRADDOCK REGARDING THE MOTION FOR JUDGMENT ON THE PLEADINGS AND THE INADEQUATE DISCLOSURE FROM WINTHROP (0.6); REVIEW POLICY FROM BRETT RUSTAND (0.3) (NO CHARGE); REVIEW LETTER FROM CORY BRADDOCK REGARDING THE HENRY + HORNE DISCLOSURE (0.2) (NO CHARGE); REVIEW WEC'S FOURTH SUPPLEMENTAL MIDP AND ATTACHMENTS (0.2) (NO CHARGE) | KAH | 0.6 | $ 150.00 |
| 4/24/2020 | E-MAIL WITH ONE BEACON RE COVERAGE ISSUE (.1) (NO CHARGE); ███████████ ██████ (1.1) | JBM | 1.1 | $ 330.00 |

| Date | Description | Person | Time | Amount |
|------|-------------|--------|------|--------|
| 4/26/2020 | BRIEF REVIEW OF WINTROP MOTION TO DISMISS AND E-MAILS WITH J. SIMMONS AND K. HODGE RE SAME (.2) (NO CHARGE) | JBM | 0.2 | $        - |
| 4/27/2020 | DETAILED REVIEW OF MOTION FOR JUDGMENT ON THE PLEADINGS (2.3); E-MAIL WITH AMERICAN ENDOWMENT FOUNDATION RE SUBPOENA RESPONSE (.1) (NO CHARGE) | JBM | 2.3 | $   690.00 |
| 4/27/2020 | REVISE AND AMEND THIRD-PARTY COMPLAINT (3.5); REVIEW WINTHROP'S MOTION FOR JUDGMENT ON THE PLEADINGS (0.3) (NO CHARGE); UPDATE FROM GREG AMEND (0.1) (NO CHARGE) | KAH | 3.5 | $   875.00 |
| 4/28/2020 | REVIEW C. BRADDOCK E-MAIL CONFIRMING STATUS AND TIMING OF WINTHROP AS WEC AND RESULTS PRIVILEGE CLAIM (.8); DRAFT E-MAIL RESPONSE (.2); TELEPHONE CONFERENCE WITH J. SIMMONS RE SAME (.1) (NO CHARGE); WORK ON AMENDED THIRD PARTY COMPLAINT (3.8) | JBM | 4.8 | $ 1,440.00 |
| 4/28/2020 | REVIEW LENGTHY LETTER FROM CORY BRADDOCK REGARDING THE PRIVILEGE BETWEEN WEC AND WINTHROP (.3) (NO CHARGE) | KAH | 0.3 | $        - |
| 4/29/2020 | CONTINUE WORK ON AMENDED COMPLAINT (1.6); AND RESPONSE TO MOTION TO DISMISS THIRD PARTY COMPLAINT (2.1); REVIEW TRAVELER'S DENIAL LETTER (.3) (NO CHARGE) | JBM | 3.7 | $ 1,110.00 |
| 4/29/2020 | ████████████████ (3.9); REVIEW LETTER FROM ANNA CHOPOVA DENYING COVERAGE FOR CLAIM (0.4) | KAH | 4.3 | $ 1,075.00 |
| 4/30/2020 | CONTINUE WORK ON RESPONSE TO MOTION TO DISMISS (1.4) | JBM | 1.4 | $   420.00 |
| 4/30/2020 | ████████████████ DRAFT RESPONSE TO WINTHROP'S MOTION FOR JUDGMENT ON THE PLEADINGS | KAH | 5.2 | $ 1,300.00 |
| 5/1/2020 | REVISE RESPONSE TO MOTION FOR JUDGMENT ON THE PLEADINGS (3.9); DRAFT CONTROVERTING CERTIFICATE OF GOOD FAITH CONSULTATION (0.4); REDLINE THE PROPOSED AMENDED THIRD-PARTY COMPLAINT (0.3) | KAH | 4.5 | $ 1,150.00 |
| 5/2/2020 | CONTINUE WORK ON RESPONSE TO DISMISS (4.2) | JBM | 4.2 | $ 1,260.00 |
| 5/2/2020 | FINALIZE REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED THIRD PARTY COMPLAINT (2.2); REVIEWING MOTION TO COMPEL COMPLIANCE AS TO ANGELIC GROVE (0.1) (NO CHARGE) | JBM | 2.2 | $   550.00 |
| 5/3/2020 | CONTINUE WORK ON RESPONSE TO MOTION TO DISMISS INCLUDING J. SIMMONS REVISIONS (1.8) (NO CHARGE) | JBM | 1.8 | $        - |
| 5/4/2020 | REVISE RESPONSE TO MOTION FOR JUDGMENT ON THE PLEADINGS TO INCLUDE ARGUMENTS REGARDING THE LACK OF CAUSATION AND DAMAGES | KAH | 1.5 | $   375.00 |
| 5/7/2020 | FINALIZE, FILE AND SERVE DEFENDANT'S NINTH SUPPLEMENTAL MIDR AND NOTICE OF SERVICE (.8); FINALIZE RESPONSE TO MOTION FOR JUDGMENT ON THE PLEADINGS AND ATTACHMENTS, INCLUDING PROPOSED AMENDED THIRD-PARTY COMPLAINT (1.1); PREPARE AND FINALIZE LETTER TO TRAVELERS PROVIDING SUPPLEMENTAL INFORMATION (0.4) (NO CHARGE) | KAH | 1.9 | $   475.00 |
| 5/8/2020 | DRAFT AND FINALIZE MOTION TO AMEND THE CASE MANAGEMENT ORDER AND FOR LEAVE TO FILE AMENDED THIRD-PARTY COMPLAINT (3.0); REVIEW ADDITIONAL TRAVELERS' POLICIES RECEIVED FROM ANDREW WILSON (0.1) (NO CHARGE) | KAH | 3 | $   750.00 |

| Date | Description | Person | Time | Amount |
|------|-------------|--------|------|--------|
| 5/16/2020 | REVIEW WINTHROP REPLY IN SUPPORT OF MOTION TO DISMISS THIRD PARTY (1.1) | JBM | 1.1 | $ 330.00 |
| 5/18/2020 | REVIEW LETTER FROM COZEN ON BEHALF OF ONE BEACON DENYING COVERAGE AND DISCUSSION WITH JEFFREY MESSING AND JARED SIMMONS REGARDING SAME (0.3) (NO CHARGE); CORRESPONDENCE TO WINTHROP'S COUNSEL REGARDING THE VAGUE AND BROAD SUBPOENA TO VERVE HOSTING (0.1) (NO CHARGE) | KAH | 0.5 | $     - |
| 5/20/2020 | CORRESPONDENCE WITH ALEXANDER KOLODIN REGARDING THE VERVE HOSTING SUBPOENA (0.1) (NO CHARGE); ▮▮▮▮▮▮▮▮▮▮▮▮ ABILITY TO CONTROL/DEMAND THE INDIVIDUAL RANGERS PRIVATE EMAIL ACCOUNTS AND TELEPHONES (1.4) | KAH | 1.4 | $ 350.00 |
| 5/21/2020 | WORK ON DISCOVERY / MOTION STRATEGY (.3); REVIEW AND EDIT DISCOVERY DEMAND LETTER TO C. BRADDOCK (.3) | JBM | 0.6 | $ 180.00 |
| 5/21/2020 | CORRESPONDENCE WITH CORY BRADDOCK REGARDING RESCHEDULING DEPOSITIONS (0.1) (NO CHARGE); FURTHER FOLLOW UP WITH GREG AMEND REGARDING AMERICAN ENDOWMENT FOUNDATION'S PRODUCTION TO SDT (0.1) (NO CHARGE) | KAH | 0.2 | $     - |
| 5/22/2020 | TELEPHONE CONFERENCE WITH M. DROLL RE STATUS AND STRATEGY (1.1); BRIEF REVIEW OF G. WINTHROP RESPONSE TO MOTION FOR LEAVE TO AMEND AND RESEARCH RE REPLY (2.1) | JBM | 3.2 | $ 960.00 |
| 5/26/2020 | WORK ON REPLY IN SUPPORT OF MOTION FOR LEAVE TO APPEND (.9); WORK ON DISCOVERY DISPUTE LETTER TO C. BRADDOCK (1.5) (NO CHARGE) | JBM | 0.9 | $ 270.00 |
| 5/26/2020 | MEET AND CONFER WITH CORY BRADDOCK AND JARED SIMMONS REGARDING DEPOSITIONS, CORRESPONDENCE BETWEEN THE PARTIES, AND DISCOVERY DISPUTE (1.5); PREPARE LENGTHY CONFIRMING LETTER TO CORY BRADDOCK (0.5); ▮▮▮▮▮▮▮▮▮▮▮▮▮ (2.2); REVIEW ADDITIONAL EMAILS FROM HUGH FOX (0.3) (NO CHARGE) | KAH | 4.2 | $ 1,050.00 |
| 5/27/2020 | ▮▮▮▮▮▮▮▮▮▮▮▮▮ (4.1); COMMUNICATION WITH VERVE HOSTING AND MIKE MONTALVO REGARDING THE SUBPOENA FROM WINTHROP (0.4) (NO CHARGE) | KAH | 4.1 | $ 1,025.00 |
| 5/28/2020 | CONTINUE WORK ON REPLY IN SUPPORT OF MOTION TO AMEND (2.4); BRIEF REVIEW OF WEC'S MOTION TO COMPEL ANGEL GROVE (.4) (NO CHARGE) | JBM | 2.4 | $ 720.00 |
| 5/29/2020 | REVIEW AND EDIT PROPOSED STIPULATION TO EXTEND CASE MANAGEMENT SCHEDULE (.4); REVIEW AND EDIT FINAL VERSION OF REPLY IN SUPPORT OF MOTION TO AMEND (.8) | JBM | 1.2 | $ 360.00 |
| 5/29/2020 | MEET AND CONFER WITH CORY BRADDOCK AND ALEX KOLODIN ON DISCOVERY ISSUES (0.2) (NO CHARGE); CORRESPONDENCE FROM AND TO GREG AMEND REGARDING AMERICAN ENDOWMENT FOUNDATION DOCUMENTS (0.2) (NO CHARGE) | KAH | 0.4 | $     - |
| 6/9/2020 | REVIEW WEC'S JOINT DISCOVERY DISPUTE STATEMENT AND WORK ON RESPONSE (.6) | JBM | 0.6 | $ 180.00 |
| 6/9/2020 | REVIEW LETTER AND CORRESPONDENCE FROM WINTHROP'S ATTORNEY REGARDING HIS OBJECTIONS TO THE SUBPOENA DIRECTED TO WINE EDUCATION COUNCIL (.3) N/C | KAH | 0.3 | $     - |

| Date | Description | Person | Time | Amount |
|------|-------------|--------|------|--------|
| 6/9/2020 | REVIEW WINTHROP'S DISPUTE LETTER RE AEF SUBPOENA AND WORK ON RESPONSE (.2) N/C | JBM | 0.2 | $ - |
| 6/11/2020 | MEET AND CONFER WITH KOLODIN LAW FIRM RE: WINTHROP'S OBJECTIONS TO AEF SUBPOENA (0.6); EMAILS WITH CORY BRADDOCK REGARDING THE DISCOVERY DISPUTE STATEMENT AND IS ATTEMPT TO CHANGE THE ISSUE AFTER THE FACT (0.7); CORRESPONDENCE WITH GREG AMEND REGARDING THE DOCUMENT AT ISSUE (0.4) | KAH | 1.7 | $ 425.00 |
| 6/18/2020 | FINALIZE ARIZONA RANGERS' RESPONSES TO WINE EDUCATION COUNCIL'S SECOND SET FOR REQUEST FOR ADMISSIONS, INTERROGATORIES, AND REQUEST FOR PRODUCTION (2.7); REVIEW SCREENSHOTS RECEIVED FROM ALEXANDER KOLODIN (0.2) | KAH | 2.9 | $ 725.00 |
| 6/19/2020 | REVIEW G. WINTHROP SUPPLEMENTAL PRODUCTION (.4); BRIEF REVIEW OF C. BRADDOCK MEET AND CONFER LETTER (.3) | JBM | 0.3 | $ 90.00 |
| 6/24/2020 | PREPARE FOR AND ATTEND ORAL ARGUMENTS ON THE MOTION TO AMEND CASE MANAGEMENT ORDER AND WINTHROP'S MOTION FOR JUDGMENT ON THE PLEADINGS (1.8); DISCUSSION WITH CORY BRADDOCK (0.1) | KAH | 1.9 | $ 475.00 |
| 6/26/2020 | REVIEW WINE EDUCATION COUNCIL'S MOTION TO DENY OR DEFER DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO EXPEDITE BRIEFING ON PLAINTIFF'S MOTION (0.4); FINALIZE AMENDED THIRD PARTY COMPLAINT (0.2) | KAH | 0.6 | $ 150.00 |
| 7/10/2020 | REVIEW G. WINTHROP SUPPLEMENTAL DISCLOSURE (.2) (NO CHARGE) | JBM | 0.2 | $ - |
| 7/10/2020 | REVIEW WINTHROP'S SECOND SUPPLEMENTAL MIDP (.1) (NO CHARGE) | KAH | 0.1 | $ - |
| 7/11/2020 | (.5); E-MAILS WITH J. SIMMONS AND K. HODGE RE SAME (.4) | JBM | 0.9 | $ 270.00 |
| 7/11/2020 | DRAFT AND FINALIZE APPLICATION AND AFFIDAVIT FOR ENTRY OF DEFAULT AGAINST THIRD-PARTY DEFENDANT GRANT WINTHROP | KAH | 0.7 | $ 175.00 |
| 7/12/2020 | (.6) | JBM | 0.6 | $ 180.00 |
| 7/13/2020 | REVIEW WINTHROP MOTION TO DISMISS (1.1); REVIEW A. KOLODON VOICE MAIL RE DEFAULT AND TELEPHONE CONFERENCE WITH J. SIMMONS RE SAME (.2) (NO CHARGE) | JBM | 1.1 | $ 330.00 |
| 7/13/2020 | REVIEW WINTHROP'S MOTION TO DISMISS THIRD-PARTY CLAIMS (0.5); VOICEMAIL FROM AND TELEPHONE CALL TO ALEX KOLODIN (0.2) (NO CHARGE); PREPARE NOTICE OF WITHDRAWAL APPLICATION FOR ENTRY OF DEFAULT (0.2) DRAFT RESPONSE IN OPPOSITION TO WINTHROP'S MOTION FOR DISMISS (2.5) | KAH | 3.2 | $ 800.00 |
| 7/14/2020 | CONTINUE TO DRAFT RESPONSE IN OPPOSITION TO WINTHROP'S MOTION FOR DISMISS (4.6) | KAH | 4.6 | $ 1,150.00 |
| 7/15/2020 | REVIEW ORDER GRANTING WEC'S 56(D) MOTION (.4); REVIEW ORDER GRANTING AZ RANGERS' MOTION TO DISMISS WINTHROP'S COUNTERCLAIM (.3); WORK ON RESPONSE TO WINTHROP'S RULE 12(B)(6) MOTION TO DISMISS (1.9) | JBM | 2.6 | $ 780.00 |
| 7/15/2020 | REVIEW ORDER GRANTING ARIZONA RANGERS' MOTION TO DISMISS WINTHROP'S CLAIM FOR ABUSE OF PROCESS (0.2) | KAH | 0.2 | $ 50.00 |
| 7/16/2020 | CONTINUE WORK ON RESPONSE TO WINTHROP'S RULE 12(B)(6) MOTION TO DISMISS THIRD PARTY CLAIM (1.7); TELEPHONE CONFERENCE AND E-MAILS WITH J. SIMMONS RE SAME (.3) (NO CHARGE) | JBM | 1.7 | $ 510.00 |

| Date | Description | Person | Time | Amount |
|------|-------------|--------|------|--------|
| 7/16/2020 | REVISE AND FINALIZE DRAFT RESPONSE IN OPPOSITION TO WINTHROP'S MOTION FOR DISMISS (2.1) | KAH | 2.1 | $ 525.00 |
| 7/21/2020 | REVIEW G. WINTHROP MOTION TO SUBSTITUTE COUNSEL (.2); TELEPHONE CONFERENCE WITH J. SIMMONS RE SAME, STATUS AND STRATEGY (.4) | JBM | 0.6 | $ 180.00 |
| 7/23/2020 | REVIEW G. WINTHROP REPLY IN SUPPORT OF MOTION TO DISMISS (.5); TELEPHONE CONFERENCE WITH J. SIMMONS RE SAME (.3) (NO CHARGE) | JBM | 0.5 | $ 150.00 |
| 7/23/2020 | REVIEW WINTHROP'S REPLY IN SUPPORT OF HIS RULE 12(B)(6) MOTION TO DISMISS (.3); AND DISCUSS SAME WITH JEFFREY MESSING AND JARED SIMMONS (.3) (NO CHARGE) | KAH | 0.3 | $ 75.00 |
| 7/24/2020 | ███████████████████████████████████ | MLG | 1.7 | $ 212.50 |
| 8/5/2020 | WORK ON RULE 30(B)(6) DEPOSITION NOTICE TO WEC (.4); REVIEW G. WINTHROP AMENDED COUNTERCLAIM AND THIRD PARTY COMPLAINT (.5); E-MAILS WITH J. SIMMONS AND K. HODGE RE SAME (.3) | JBM | 1.2 | $ 360.00 |
| 8/5/2020 | DRAFT AMENDED NOTICE OF DEPOSITION FOR RULE 30(B)(6) REPRESENTATIVE OF WINE EDUCATION COUNCIL (0.7); REVIEW THE AMENDED COUNTERCLAIM AND THIRD-PARTY COMPLAINT AGAINST JEFFREY EAST FILED BY WINTHROP (0.3) | KAH | 1 | $ 250.00 |
| 8/6/2020 | DETAILED ANALYSIS OF WINTHROP AMENDED COUNTERCLAIM AND THIRD PARTY CLAIM (1.4); ████████ (.8); █████████████████ (.9); REVIEW AND EDIT MOTION TO STRIKE (.6); WORK ON STRATEGY FOR G. WINTROP DEPOSITION (.4) (NO CHARGE) | JMB | 3.7 | $ 1,110.00 |
| 8/6/2020 | CONFERENCE CALL WITH CORY BRADDOCK AND JARED SIMMONS REGARDING DEPOSITION PROTOCOL (0.6); DRAFT MOTION TO STRIKE THE THIRD-PARTY COMPLAINT AGAINST JEFFREY EAST FROM THIS ACTION (5.8) | KAH | 6.4 | $ 1,600.00 |
| 8/7/2020 | REVIEW COURT ORDERS RE G. WINTHROP DEFECTIVE SUMMONS (.2) (NO CHARGE) | JBM | 0.2 | $ - |
| 8/7/2020 | REVIEW ORDER RE MOTION TO STRIKE BRIEFING SCHEDULE AND ARGUMENT (.2) (NO CHARGE); WORK ON MOTION TO DISMISS AMENDED COUNTERCLAIM (.9) | JBM | 0.9 | $ 270.00 |
| 8/10/2020 | DRAFT MOTION TO DISMISS WINTHROP'S AMENDED COUNTERCLAIMS | KAH | 5.5 | $ 1,375.00 |
| 8/10/2020 | ELECON WITH JUDGE'S JUDICIAL ASSISTANT RE MOTION TO STRIKE; HAND DELIVER MOTION TO JUDICIAL ASSISTANT (.4) (NO CHARGE) | MLG | 0.4 | $ - |
| 8/12/2020 | CONTINUE WORK ON MOTION TO DISMISS WINTHROP'S AMENDED COUNTERCLAIMS | KAH | 5.2 | $ 1,300.00 |
| 8/13/2020 | REVIEW AND EDIT MOTION TO DISMISS G. WINTHROP AMENDED COUNTERCLAIM (3.4);  REVIEW AND ANALYZE RESPONSE TO MOTION TO STRIKE WITH THIRD PARTY COMPLAINT (3.2) | JBM | 6.6 | $ 1,980.00 |
| 8/13/2020 | REVIEW WINTHROP'S RESPONSE TO MOTION TO STRIKE THE THIRD-PARTY COMPLAINT AGAINST JEFFREY EAST FROM THIS ACTION | KAH | 0.2 | $ 50.00 |

| Date | Description | Person | Time | Amount |
|------|-------------|--------|------|--------|
| 8/14/2020 | REVIEW FOR PRIVILEGE THE EMAIL PRODUCTION FROM THE AZRANGERS.GOV AND AZRANGERS.US ASSIGNED TO RICHARD ELLIS, DANIEL FOGLTON AND SEAN WURM AND PREPARE ARIZONA RANGERS' FOURTEENTH SUPPLEMENTAL RESPONSES TO MANDATORY INITIAL DISCOVERY RESPONSES (4.1); REVISE AND CONTINUE TO DRAFT MOTION TO DISMISS WINTHROP'S AMENDED COUNTERCLAIMS (2.2); PROVIDE STEVE LANT WITH THE SELECT EMAILS FROM THE AZRANGERS.GOV DISCLOSURES FOR HIS REVIEW FOR THE RULE 30(B)(6) REPRESENTATIVE DEPOSITION (0.4) | KAH | 6.7 | $ 1,675.00 |
| 8/14/2020 | ARRANGE AND SET UP VIRTUAL DEPOSITION FOR WEC AND WINTHROP | MLG | 0.9 | $ 112.50 |
| 8/15/2020 | CONTINUE WORK ON MOTION TO DISMISS WINTHROP AMENDED COUNTERCLAIM (1.2) | JBM | 1.2 | $ 360.00 |
| 8/16/2020 | REVIEW AND EDIT REPLY IN SUPPORT OF MOTION TO STRIKE WINTHROP'S THIRD PARTY COMPLAINT (1.4) | JBM | 1.4 | $ 420.00 |
| 8/16/2020 | DRAFT REPLY IN SUPPORT OF MOTION TO STRIKE THIRD-PARTY COMPLAINT AGAINST JEFFREY EAST FOR THIS ACTION | KAH | 5.1 | $ 1,275.00 |
| 8/17/2020 | DEPOSITION PREP WITH STEVE LANT (1.2); FINALIZE AND FILE REPLY IN SUPPORT OF MOTION TO STRIKE THIRD-PARTY COMPLAINT AGAINST JEFFREY EAST FOR THIS ACTION (0.3); FINALIZE AND FILE MOTION TO DISMISS WINTHROP'S AMENDED COUNTERCLAIMS (0.3); REVIEW COVERAGE LETTER FROM LLOYD'S OF LONDON (0.3); TELEPHONE CALL TO DON MYLES RE SAME (0.4); EMAIL WITH | KAH | 2.8 | $ 700.00 |
| 8/19/2020 | REVIEW ORDER GRANTING MOTION TO STRIKE WINTHROP THIRD PARTY COMPLAINT AGAINST EAST (.3); E-MAIL D. MYLES RE SAME (.2); MULTIPLE E-MAILS WITH D. MYLES RE FILE TRANSFER LOGISTICS AND WORK ON SAME (,4); REVIEW AND EDIT RESPONSE TO C. BRADDOCK DISCOVERY DISPUTE LETTER (.4); REVIEW CRESSMAN DEPOSITION NOTICE (.1) (NO CHARGE); BRIEF WORK ON CRESSMAN DEPOSITION STRATEGY (.8 | JBM | 2.1 | $ 630.00 |
| 8/19/2020 | REVIEW ORDER GRANTING ARIZONA RANGERS' MOTION TO STRIKE THE THIRD-PARTY COMPLAINT AGAINST JEFFREY EAST FROM THIS ACTION (0.1); DRAFT RESPONSE LETTER TO BRADDOCK'S CORRESPONDENCE REQUESTING STEVE LANT'S NOTES (0.8) PREPARE THE FILE FOR TRANSITION TO DON MYLES (1.5) | KAH | 2.4 | $ 600.00 |
| 8/20/2020 | VOICEMAIL FROM AND TELEPHONE CALL WITH STEVE LANT IN PREPARATION FOR HIS UPCOMING DEPOSITION AS THE RANGERS' RULE 30(B)(6) REPRESENTATIVE AND THE AREAS OF INQUIRY (1.7) | KAH | 1.7 | $ 425.00 |
| 8/20/2020 | WORK ON FILE TRANSFER ISSUES AND LOGISTICS AND DEPOSITION STRATEGY / OUTLINES (.5) | JBM | 0.5 | $ 150.00 |
| 8/20/2020 | CALL WITH DON MYLES REGARDING THE TRANSITION OF THE CASE (0.5); FINALIZE LETTER TO BRADDOCK REGARDING FOR STEVE LANT'S NOTES (0.2) | KAH | 0.7 | $ 175.00 |
| 8/21/2020 | DRAFT 2ND AMENDED DEPOSITION TO ADD VIDEOGRAPHER RE WINTHROP DEPO AND WEC DEPO; FINALIZE, FILE AND NOTICE; SEVERAL CALLS WITH ESQUIRE DEPOSITION RE SAME TO INCLUDE VIDEO, TROUBLESHOOTING AND CORRECTING DEPO START TIME  ON OUTLOOK; UPLOAD COPY OF 2ND AMENDED NOTICE TO ESQUIRE | MLG | 1.4 | $ 175.00 |
| 8/21/2020 | CALL WITH DON MYLES REGARDING THE STATUS OF THE CASE, TRANSITION, ETC. (0.5); UPDATE TO JARED SIMMONS (0.1) (NO CHARGE) | KAH | 0.5 | $ 125.00 |

| Date | Description | Person | Time | Amount |
|------|-------------|--------|------|--------|
| 8/24/2020 | CONFERENCES WITH K. HODGE AND TELEPHONE CONFERENCE WITH D. MYLES RE CRESSMAN DEPOSITION STRATEGY (.8); BRIEF RESEARCH RE POWER TO WAIVE CORPORATE ATTORNEY / CLIENT PRIVILEGE (.6) | JBM | 1.4 | $ 420.00 |
| 8/24/2020 | PREPARE FOR, ATTEND AND DEFEND DEPOSITION OF ROBERT CRESSMAN | KAH | 4.8 | $ 1,200.00 |
| 8/25/2020 | MEETING WITH A. RAMIREZ DEPOSITION (1.5) | JBM | 1.5 | $ 450.00 |
| 8/25/2020 | MEETING WITH ANTHONY RAMIREZ IN PREPARATION FOR HIS UPCOMING DEPOSITION (1.5) | KAH | 1.5 | $ 375.00 |
| 8/25/2020 | PREPARE FOR, ATTEND AND DEFEND DEPOSITION OF ANTHONY RAMIREZ | KAH | 4.3 | $ 1,075.00 |
| 8/26/2020 | CONFERENCES WITH K. HODGE AND TELEPHONE CONFERENCES WITH A. RAMIREZ RE DEPOSITION TESTIMONY AND STRATEGY (.7) | JBM | 0.7 | $ 210.00 |
| 8/27/2020 | MULTIPLE E-MAILS AND TELEPHONE CONFERENCES WITH D. MYLES RE DISCOVERY AND MOTION PRACTICE STATUS AND STRATEGY (1.0) | JBM | 1 | $ 300.00 |
| 8/27/2020 | SS | KAH | 0.8 | $ 200.00 |
| 8/28/2020 | REVIEW DOCUMENTS IN PREPARATION OF UPCOMING DEPOSITIONS OF WEC'S RULE 30B6 REPRESENTATIVE AND GRANT WINTHROP | KAH | 3.8 | $ 950.00 |
| 8/31/2020 | REVIEW G. WINTHROP RESPONSE TO MOTION TO DISMISS COUNTERCLAIM (1.1); TELEPHONE CONFERENCES WITH K. HODGE AND D. MYLE'S (.3); (1.2) | JBM | 2.6 | $ 780.00 |
| 8/31/2020 | PREPARE SUMMARY OF KEY POINTS FOR UPCOMING DEPOSITIONS OF WEC'S RULE 30B6 REPRESENTATIVE AND GRANT WINTHROP (1.2); CALL WITH DON MYLES REGARDING SAME (0.3); REVIEW WINTHROP'S RESPONSE TO THE MOTION TO DISMISS (0.2); TELEPHONE CALL TO CORY BRADDOCK AND CONFIRMING EMAIL REGARDING SAME (0.5) | KAH | 2.2 | $ 550.00 |
| 9/1/2020 | RESEARCH RE SCOPE OF DAMAGES FOR BREACH OF IMPLIED COVENANT IN CONNECTION WITH REPLY IN SUPPORT OF MOTION TO DISMISS G. WINTHROP COUNTERCLAIM (.8) | JBM | 0.8 | $ 240.00 |
| 9/1/2020 | MISCELLANEOUS COMMUNICATIONS WITH COUNSEL REGARDING THE UPCOMING DEPOSITIONS AND EXHIBITS (0.4) (NO CHARGE); DRAFT REPLY IN SUPPORT OF MOTION TO DISMISS WINTHROP'S AMENDED COUNTERCLAIMS (4.5) | KAH | 4.5 | $ 1,125.00 |
| 9/2/2020 | REVIEW WEC'S 8TH SUPPLEMENTAL DISCLOSURE STATEMENT (.2) (NO CHARGE); WORK ON REPLY IN SUPPORT OF MOTION TO DISMISS G. WINTHROP'S AMENDED COUNTERCLAIM (.5) (NO CHARGE) | JBM | 0.7 | $     - |
| 9/2/2020 | CORRESPONDENCE WITH DON MYLES REGARDING THE PROPOSED DEPONENTS, EXHIBITS, AND OTHER DISCOVERY CONCERNS (1.0); (0.8); CONTINUE TO DRAFT REPLY IN SUPPORT OF MOTION TO DISMISS WINTHROP'S AMENDED COUNTERCLAIMS (3.9) | KAH | 5.7 | $ 1,425.00 |
| 9/3/2020 | CONFERENCES AND TELEPHONE CONFERENCES WITH K. HODGE, J. SIMMONS AND D. MYLES (.7); REVIEW AND EDIT REPLY IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIM (.8 | JBM | 1.5 | $ 450.00 |

| Date | Description | Person | Time | Amount |
|------|-------------|--------|------|--------|
| 9/3/2020 | PREPARE FOR AND ATTEND DEPOSITION OF WINE EDUCATION COUNCIL'S RULE 30(B)(6) REPRESENTATIVE (6.2); CONFERENCE WITH CORY BRADDOCK REGARDING THE RESPONSE TO MOTION TO DISMISS AND THE OPPORTUNITY TO AMEND, IF HE BELIEVES THE CONCERNS CAN BE CORRECTED BY AMENDMENT (0.4) (NO CHARGE) | KAH | 6.2 | $ 1,550.00 |
| 9/4/2020 | WORK ON REPLY IN SUPPORT OF MOTION TO DISMISS AMENDED COUNTERCLAIM (3.2) (NO CHARGE); CONFERENCES WITH K. HODGE AND TELEPHONE CONFERENCES WITH D. MYLES RE G. WINTHROP DEPOSITION STRATEGY (.3) | JBM | 0.3 | $ 90.00 |
| 9/4/2020 | PREPARE FOR AND ATTEND DEPOSITION OF GRANT WINTHROP (4.3); FURTHER CONFERENCE WITH CORY BRADDOCK REGARDING THE RESPONSE TO MOTION TO DISMISS AND THE OPPORTUNITY TO AMEND, IF HE BELIEVES THE CONCERNS CAN BE CORRECTED BY AMENDMENT (0.3) (NO CHARGE) | KAH | 4.3 | $ 1,075.00 |
| 9/8/2020 | REVIEW AND EDIT DECLARATION IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO DISMISS (.2) (NO CHARGE) | JBM | 0.2 | $ - |
| 9/8/2020 | FINALIZE REPLY IN SUPPORT OF MOTION TO DISMISS WINTHROP'S AMENDED COUNTERCLAIMS (0.5) (NO CHARGE) | KAH | 0.5 | $ - |
| 9/10/2020 | TELEPHONE CONFERENCE WITH D. MYLES AND J. SIMMONS ████████████ (.4) (NO CHARGE) | JBM | 0.4 | $ - |
| 9/10/2020 | MEETING WITH DON MYLES AND JARED SIMMONS ████████████ ████████ (.4) (NO CHARGE) | KAH | 0.4 | $ - |
| 9/16/2020 | PREPARE INSERTS FOR DON MYLES FOR UPDATED MANDATORY INITIAL DISCOVERY RESPONSES FOR FINAL SUPPLEMENTATION | KAH | 6.2 | $ 1,550.00 |
| 9/21/2020 | REVIEW EMAILS FORWARDED (FROM TIM CUMMINGS) FROM DON MYLES TO DETERMINE IF ALREADY PRODUCED AND CORRESPONDENCE REGARDING SAME (0.4); REVIEW AND RESPOND TO MULTIPLE CORRESPONDENCE REGARDING DISCOVERY AND UPCOMING DEPOSITIONS (0.4) | KAH | 0.8 | $ 200.00 |
| 9/22/2020 | REVIEW LETTER FROM CORY BRADDOCK REGARDING DISCOVERY DISPUTE AND FORWARD COMMENTS ON SAME TO DON MYLES (0.4); REVIEW FILE AND PROVIDE PRIOR LETTERS REQUESTING SUPPLEMENTATION FROM WINE EDUCATION COUNCIL AND WINTHROP ON VARIOUS ISSUES AND FORWARD SAME TO DON MYLES (0.2); DRAFT ADDITIONAL INSERTS FOR FACTUAL AND LEGAL ARGUMENT SECTIONS OF UPDATED MANDATORY INITIAL DISCOVERY RESPONSES FOR FINAL sUPPLEMENTATION (2.7) | KAH | 3.3 | $ 825.00 |
| 9/23/2020 | REVIEW WINTHROP'S THIRD SUPPLEMENTAL DISCLOSURE STATEMENT AND PROVIDE COMMENT ON SAME TO DON MYLES (0.2); REVIEW FILE AND PREPARE AND PROVIDE CLARISSA REIMAN WITH WRITTEN OUTLINE WITH RECORD CITES FOR THE SUPPLEMENTAL RESPONSES FOR THE DISCOVERY, AS REQUESTED IN CORY BRADDOCK'S SEPTEMBER 22, 2020 LETTER (2.1); FINALIZE THE INSERTS FOR UPDATED MANDATORY INITIAL DISCOVERY RESPONSES FOR FINAL SUPPLEMENTATION (1.4) | KAH | 3.7 | $ 925.00 |
| 11/12/2020 | DISCUSSION WITH JARED SIMMONS REGARDING DON MYLES' INQUIRY ABOUT DISMISSING THE THIRD-PARTY CLAIMS AGAINST GRANT WINTHROP | KAH | 0.4 | $ - |

| Date | Description | Person | Time | Amount |
|---|---|---|---|---|
| 11/17/2020 | DISCUSSION WITH JARED SIMMONS REGARDING MATTER AND POTENTIAL SETTLEMENT ISSUES | KAH | 0.4 | $              - |
| 12/4/2020 | FINALIZE AND FILE MOTION FOR BALL SANTIN & MCLERAN TO WITHDRAW AS ATTORNEYS FOR ARIZONA RANGERS (.4) (NO CHARGE) | KAH | 0.4 | $              - |
| 1/4/2021 | ███████████████ (1.1); REVISE LETTER TO GENA SHUGA REGARDING ARIZONA RANGERS' DEMAND FOR REIMBURSEMENT (0.2) | KAH | 1.3 | $       325.00 |
| 1/4/2021 | BRIEF REVIEW OF G. WINTHROP SPOLIATION MOTION AND E-MAILS WITH D. MYLES RE SAME (.8); E-MAILS WITH K. HODGE AND J. SIMMONS RE SAME (.4) (NO CHARGE) | JBM | 0.8 | $       240.00 |
| 1/25/2021 | REVIEW AND EDIT DRAFT MOTION TO STRIKE MOTION FOR SANCTIONS (.6); E-MAIL J. ACKERMAN RE SAME (.1) (NO CHARGE) | JBM | 0.6 | $       180.00 |
| 1/28/2021 | REVIEW AND EDIT DRAFT RESPONSE TO MOTION FOR SANCTIONS (.8) | JBM | 0.8 | $       240.00 |
| 1/29/2021 | REVISE DECLARATION INS OPPOSITION TO DEFENDANTS' RESPONSE TO SPOLIATION MOTION | KAH | 1 | $       250.00 |
| 2/16/2021 | PER DON MYLES REQUEST REVIEW AND EDIT MOTION FOR SUMMARY JUDGMENT RE WINE EDUCATION COUNSEL (.6); REVIEW AND EDIT MOTION FOR SUMMARY JUDGMENT RE WINTHROP (.4); TELEPHONE CONFERENCE WITH D. MYLES RE SAME (.2) | JBM | 1.2 | $       360.00 |
| 2/16/2021 | PER REQUEST OF DON MYLES, REVIEWED PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT AS TO WEC AND WINTHROP, AND PROVIDE FEEDBACK (0.4) | KAH | 0.4 | $       100.00 |
| 3/30/2021 | REVIEW AND EDIT RESPONSE TO WINTROP MOTION FOR SUMMARY JUDGMENT, E-MAILS WITH J. ACKERMAN RE SAME (.7) | JBM | 0.7 | $       210.00 |
| 4/21/2021 | REVIEW AND EDIT REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT RE COUNTERCLAIM (.9); TELEPHONE CONFERENCE WITH J. ACKERMAN RE SAME (.3) | JBM | 1.2 | $       360.00 |
| 7/29/2021 | REVIEW COURT'S ORDER RULINGS ON MULTIPLE PENDING MOTIONS FOR SUMMARY JUDGMENT AND TELEPHONE CONFERENCE WITH J. SIMMONS ███████████ (.6) | JBM | 0.6 | $       180.00 |
| | TOTAL | | 348.72 | $  101,025.00 |

# *EXHIBIT B*

| Date | Attorney | Name | Rev Hrs | Rev Amt | Rev Rate | Invoice | Status | Narrative |
|------|----------|------|---------|---------|----------|---------|--------|-----------|
| 04/21/2020 | 0011 | Myles, Donald L. | 2.80 | 588.00 | 210.00 | 10700795 | Billed | Receipt and review of documents from Western Litigation along with policy and all pleadings for initial review analysis regarding representation of Arizona Rangers. |
| 08/18/2020 | 0011 | Myles, Donald L. | 4.20 | 882.00 | 210.00 | 10704444 | Billed | Review of underlying pending motions, case file and discovery forwarded by Kesha Hodge representing the Arizona Rangers. |
| 08/19/2020 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10704444 | Billed | Receipt and review email correspondence from Kesha Hodge regarding case status. |
| 08/21/2020 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10704444 | Billed | Extended telephone conference with Jeff Messing and Kesha Hodge regarding case status and upcoming depositions. |
| 08/21/2020 | 0011 | Myles, Donald L. | 5.20 | 1,092.00 | 210.00 | 10704444 | Billed | Comprehensive review of underlying pleadings and motions regarding updated case status and evaluation. |
| 08/21/2020 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10704444 | Billed | Email correspondence with Kesha Hodge and Jeff Messing regarding upcoming depositions and Notice of Association of counsel. |
| 08/24/2020 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10704444 | Billed | Email correspondence with Kesha Hodge regarding Zoom Depositions of witness/clients. |
| 08/25/2020 | 0745 | Reiman, Clarissa B. | 0.20 | 36.00 | 180.00 | 10704444 | Billed | Review scheduling order to determine status of case. |
| 08/25/2020 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10704444 | Billed | Preparation and filing of Notice of Association of Counsel. |
| 08/25/2020 | 0011 | Myles, Donald L. | 0.50 | 105.00 | 210.00 | 10704444 | Billed | Updated status report to Erica Bachmann regarding current case status and evaluation. |
| 08/25/2020 | 0011 | Myles, Donald L. | 3.10 | 651.00 | 210.00 | 10704444 | Billed | Comprehensive review of pleadings, motions and exhibits, as well as, deposition exhibits for Anthony Ramirez regarding case status and evaluation. |
| 08/26/2020 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10704444 | Billed | Telephone conference with Erica Bachmann regarding current case status and association of counsel. |
| 08/26/2020 | 0011 | Myles, Donald L. | 4.10 | 861.00 | 210.00 | 10704444 | Billed | Review of pleadings and Motion for Summary Judgment regarding current case status and evaluation. |
| 08/27/2020 | 0745 | Reiman, Clarissa B. | 0.40 | 72.00 | 180.00 | 10704444 | Billed | Review email correspondence exchanges between attorneys to ███████████████████████. |
| 08/27/2020 | 0745 | Reiman, Clarissa B. | 0.80 | 144.00 | 180.00 | 10704444 | Billed | Conference with Kesha Hodge, Jeff Messing, and Jared Simmons co-counsel ██████████ |
| 08/27/2020 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10704444 | Billed | Extended telephone conference with Jeff Messing and Kesha Hodge regarding transition of case and upcoming depositions. |
| 08/27/2020 | 0011 | Myles, Donald L. | 0.60 | 126.00 | 210.00 | 10704444 | Billed | Extended telephone conference with Jeff Messing and Kesha Hodges regarding case status and upcoming depositions. |
| 08/27/2020 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10704444 | Billed | Multiple email correspondence with Erica Bachmann regarding case status and upcoming depositions in response to motions. |

| 08/27/2020 | 0050 | Masterson, John T. | 0.40 | 84.00 | 210.00 | 10704444 | Billed | Review and analysis of Arizona Ranger's Motion to Dismiss Third Party Defendant's Amended Counterclaims. |
| 08/28/2020 | 0011 | Myles, Donald L. | 5.80 | 1,218.00 | 210.00 | 10704444 | Billed | Comprehensive review of deposition exhibits, pleadings and Motion for Summary Judgment regarding deposition preparation and updated case status and evaluation. |
| 08/30/2020 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10704444 | Billed | Multiple email correspondence with Snell & Wilmer regarding case status, depositions and exhibits for Grant Winthrop. |
| 08/30/2020 | 0011 | Myles, Donald L. | 5.50 | 1,155.00 | 210.00 | 10704444 | Billed | Comprehensive review of pleadings and discovery regarding preparation for Grant Winthrop and 30(b)(6) depositions. |
| 08/31/2020 | 0745 | Reiman, Clarissa B. | 1.00 | 180.00 | 180.00 | 10704444 | Billed | Review Arizona Ranger's Amended Answer to Complaint and Third Party Complaint against Winthrop and attached exhibits to analyze facts and issues in case. |
| 08/31/2020 | 0745 | Reiman, Clarissa B. | 0.50 | 90.00 | 180.00 | 10704444 | Billed | Review Third Party Defendant Winthrops' answer to analyze facts and issues in case. |
| 08/31/2020 | 0745 | Reiman, Clarissa B. | 1.00 | 180.00 | 180.00 | 10704444 | Billed | Review Grant Winthrop's motion to amend answer, Arizona's objection to motion to amend answer, substitution of counsel, and report on settlement discussions and the Parties' joint statement of discovery dispute. |
| 08/31/2020 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10704444 | Billed | Multiple email correspondence with Erica Bachmann regarding current case status and Plaintiff's damages. |
| 08/31/2020 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10704444 | Billed | Extended telephone conference with Corey Braddock regarding upcoming depositions and exhibits. |
| 08/31/2020 | 0011 | Myles, Donald L. | 7.10 | 1,491.00 | 210.00 | 10704444 | Billed | Comprehensive review of file in preparation of deposition exhibits for upcoming Wine Education Counsel and Grant Winthrop depositions. |
| 08/31/2020 | 0745 | Reiman, Clarissa B. | 1.00 | 180.00 | 180.00 | 10704444 | Billed | Review Grant Winthrop's counterclaim against AZ Rangers to analyze facts, claims and issues and attached exhibits. |
| 09/01/2020 | 0050 | Masterson, John T. | 0.60 | 126.00 | 210.00 | 0 | Billed | Review and analysis of Winthrop's Response in Opposition to Arizona Rangers Motion to Dismiss Amended Counterclaims to further evaluate and prepare defense and need for any additional discovery. |
| 09/01/2020 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 0 | Billed | Email correspondence with Plaintiff's counsel regarding exhibits for the upcoming deposition. |
| 09/01/2020 | 0011 | Myles, Donald L. | 8.50 | 1,785.00 | 210.00 | 0 | Billed | Comprehensive review of current exhibits in preparation for deposition of 30(b)(6) and Grant Winthrop. |
| 09/01/2020 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 0 | Billed | Email correspondence with Erica Bachmann regarding case status and deposition exhibits to be used. |
| 09/01/2020 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10706359 | Billed | Email correspondence with Plaintiff's counsel regarding exhibits for the upcoming deposition. |
| 09/01/2020 | 0050 | Masterson, John T. | 0.60 | 126.00 | 210.00 | 10706359 | Billed | Review and analysis of Winthrop's Response in Opposition to Arizona Rangers Motion to Dismiss Amended Counterclaims to further evaluate and prepare defense and need for any additional discovery. |

| 09/01/2020 | 6165 | Seek, Marci D. | 0.60 | 60.00 | 100.00 | 10706359 | Billed | Strategy and analysis re: Prepare clean exhibits for use during Zoom video deposition of Grant Winthrop and 30(b)(6) witnesses including correspondence with other counsel and court reporter. |
| 09/01/2020 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10706359 | Billed | Email correspondence with Erica Bachmann regarding case status and deposition exhibits to be used. |
| 09/01/2020 | 0011 | Myles, Donald L. | 8.50 | 1,785.00 | 210.00 | 10706359 | Billed | Comprehensive review of current exhibits in preparation for deposition of 30(b)(6) and Grant Winthrop. |
| 09/02/2020 | 0745 | Reiman, Clarissa B. | 1.80 | 324.00 | 180.00 | 0 | Billed | Review Plaintiff and Third Party Defendant's MIDP and exh bits to analyze facts and issues in case. |
| 09/02/2020 | 0745 | Reiman, Clarissa B. | 1.50 | 270.00 | 180.00 | 0 | Billed | Continue reviewing exhibits disclosed with Plaintiff's and Third Party Defendants Disclosure Statement to analyze facts and issues in case and determine discovery strategy. |
| 09/02/2020 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10706359 | Billed | Extended telephone conference with Erica Bachmann regarding case status, upcoming deposition and evaluation of case. |
| 09/02/2020 | 0745 | Reiman, Clarissa B. | 1.50 | 270.00 | 180.00 | 10706359 | Billed | Continue reviewing exhibits disclosed with Plaintiff's and Third Party Defendants Disclosure Statement to analyze facts and issues in case and determine discovery strategy. |
| 09/02/2020 | 6165 | Seek, Marci D. | 7.90 | 790.00 | 100.00 | 10706359 | Billed | Continue prepare/create electronic deposition exhibits for 30b6 an Winthrop's zoom depositions and upload to Court reporter and parties. |
| 09/02/2020 | 0745 | Reiman, Clarissa B. | 1.80 | 324.00 | 180.00 | 10706359 | Billed | Review Plaintiff and Third Party Defendant's MIDP and exh bits to analyze facts and issues in case. |
| 09/02/2020 | 0050 | Masterson, John T. | 0.40 | 84.00 | 210.00 | 10706359 | Billed | Review and analysis of Plaintiff's 8th Supplemental Mandatory Initial Discovery Responses for further evaluation of depositions needed. |
| 09/03/2020 | 0011 | Myles, Donald L. | 4.00 | 840.00 | 210.00 | 0 | Billed | Review of exh bits in preparation of deposition of Grant Winthrop. |
| 09/03/2020 | 0011 | Myles, Donald L. | 4.00 | 840.00 | 210.00 | 10706359 | Billed | Review of exh bits in preparation of deposition of Grant Winthrop. |
| 09/04/2020 | 0011 | Myles, Donald L. | 6.60 | 1,386.00 | 210.00 | 0 | Billed | Preparation for and attendance at deposition of Grant Winthrop. |
| 09/04/2020 | 0011 | Myles, Donald L. | 0.60 | 126.00 | 210.00 | 0 | Billed | Review and analysis of draft Reply in Support of Motion to Dismiss from Kesha Hodge and email regarding same. |
| 09/04/2020 | 0011 | Myles, Donald L. | 6.60 | 1,386.00 | 210.00 | 10706359 | Billed | Preparation for and attendance at deposition of Grant Winthrop. |
| 09/07/2020 | 0745 | Reiman, Clarissa B. | 0.40 | 72.00 | 180.00 | 10706359 | Billed | Review and revise correspondence to Erica Bachmann, at Lloyds of London, regarding status, deposition summary of Grant Winthrop, counter defendant, and evaluation. |
| 09/07/2020 | 0745 | Reiman, Clarissa B. | 1.50 | 270.00 | 180.00 | 0 | Billed | Continue reviewing pleadings in Pacer ████████████ |
| 09/07/2020 | 0745 | Reiman, Clarissa B. | 1.50 | 270.00 | 180.00 | 10706359 | Billed | Review and analyze court orders in Pacer to determine the status of claims and litigation. |

| 09/07/2020 | 0011 | Myles, Donald L. | 0.60 | 126.00 | 210.00 | 0 | Billed | Review changes to draft Reply in Support of Motion to Dismiss. |
|---|---|---|---|---|---|---|---|---|
| 09/07/2020 | 0011 | Myles, Donald L. | 1.40 | 294.00 | 210.00 | 0 | Billed | Review of deposition notes in preparation of status and evaluation report to Erica Bachmann. |
| 09/07/2020 | 0745 | Reiman, Clarissa B. | 1.50 | 270.00 | 180.00 | 10706359 | Billed | Continue reviewing pleadings in Pacer ███████████ |
| 09/07/2020 | 0011 | Myles, Donald L. | 1.40 | 294.00 | 210.00 | 10706359 | Billed | Review of deposition notes in preparation of status and evaluation report to Erica Bachmann. |
| 09/07/2020 | 0011 | Myles, Donald L. | 0.60 | 126.00 | 210.00 | 10706359 | Billed | Review changes to draft Reply in Support of Motion to Dismiss. |
| 09/08/2020 | 0745 | Reiman, Clarissa B. | 0.50 | 90.00 | 180.00 | 0 | Billed | Review case and determine strategy of discovery and how to resolve matter. |
| 09/08/2020 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 0 | Billed | Email correspondence to and from Cory Braddock regarding deposition scheduling and experts. |
| 09/08/2020 | 0011 | Myles, Donald L. | 3.00 | 630.00 | 210.00 | 0 | Billed | Comprehensive review of exhibits to Motion for Summary Judgment and Motion regarding additional Statement of Facts and refiling Motion for Summary Judgment pending completed depositions. |
| 09/08/2020 | 0011 | Myles, Donald L. | 3.50 | 735.00 | 210.00 | 0 | Billed | Comprehensive review of exhibits and Motion for Summary Judgment in preparation of upcoming deposition of Arizona Rangers. |
| 09/08/2020 | 0050 | Masterson, John T. | 0.50 | 105.00 | 210.00 | 10706359 | Billed | Review and analysis of Reply in Support of Motion to Dismiss Third Party Defendant Grant G. Winthrop's Amended Counterclaims and case evaluations for conference call. |
| 09/08/2020 | 0011 | Myles, Donald L. | 3.50 | 735.00 | 210.00 | 10706359 | Billed | Comprehensive review of exhibits and Motion for Summary Judgment in preparation of upcoming deposition of Arizona Rangers. |
| 09/08/2020 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10706359 | Billed | Email correspondence to and from Cory Braddock regarding deposition scheduling and experts. |
| 09/08/2020 | 0745 | Reiman, Clarissa B. | 0.50 | 90.00 | 180.00 | 10706359 | Billed | Review case and determine strategy of discovery and how to resolve matter. |
| 09/08/2020 | 0011 | Myles, Donald L. | 3.00 | 630.00 | 210.00 | 10706359 | Billed | Comprehensive review of exhibits to Motion for Summary Judgment and Motion regarding additional Statement of Facts and refiling Motion for Summary Judgment pending completed depositions. |
| 09/09/2020 | 0690 | Ackerman, Justin M. | 0.70 | 126.00 | 180.00 | 0 | Billed | Review and analysis of prior Motion for Summary Judgment and anticipated revised Motion for Summary Judgment arguments. |
| 09/09/2020 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 0 | Billed | Extended email correspondence with Kesha Hodge and Jared Simmons regarding outstanding motions, depositions and deposition preparation. |
| 09/09/2020 | 0011 | Myles, Donald L. | 4.60 | 966.00 | 210.00 | 0 | Billed | Review of exhibits of deposition, preparation of exhibits/emails for depositions of Arizona Rangers Dugas Kooms. |

| 09/09/2020 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10706359 | Billed | Extended email correspondence with Kesha Hodge and Jared Simmons regarding outstanding motions, depositions and deposition preparation. |
|---|---|---|---|---|---|---|---|---|
| 09/09/2020 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10706359 | Billed | Telephone conference with Jared Simmons regarding case status and zoom meeting calls to prepare Rangers for deposition testimony. |
| 09/09/2020 | 0690 | Ackerman, Justin M. | 0.70 | 126.00 | 180.00 | 10706359 | Billed | Review and analysis of prior Motion for Summary Judgment and anticipated revised Motion for Summary Judgment arguments. |
| 09/10/2020 | 0745 | Reiman, Clarissa B. | 0.40 | 72.00 | 180.00 | 0 | Billed | Conference with Kesha Hodge, Jeff Messing, and Jared Simmons regarding status of discovery, status of motions, and strategy. |
| 09/10/2020 | 0690 | Ackerman, Justin M. | 1.20 | 216.00 | 180.00 | 0 | Billed | Continue review and analysis of filed Motion for Summary Judgment. |
| 09/10/2020 | 0690 | Ackerman, Justin M. | 0.80 | 144.00 | 180.00 | 0 | Billed | Analysis of record pre and post Motion for Summary Judgment for issues related to Rule 56(d) relief. |
| 09/10/2020 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 0 | Billed | Multiple email correspondence with Defense Counsel regarding upcoming depositions and meetings with clients for deposition prep. |
| 09/10/2020 | 0011 | Myles, Donald L. | 0.00 | 0.00 | 0.00 | 0 | Billed | Extended telephone conference with Jared Simmons and Kesha Hodge regarding case status and coordination of depositions and preparation. |
| 09/10/2020 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 0 | Billed | Extended telephone conference with Jared Simmons and Kesha Hodge regarding pending Motion for Summary Judgment, discovery depositions by Plaintiff and Court Order eliminating number of depositions. |
| 09/10/2020 | 0050 | Masterson, John T. | 0.40 | 84.00 | 210.00 | 10706359 | Billed | Attendance at conference call with Jeff Messing, Kesha Hodge, Jared Simmons, and Don Myles. |
| 09/10/2020 | 0050 | Masterson, John T. | 0.00 | 0.00 | 0.00 | 10706359 | Billed | Brief review of qualifications of expert Ellis Carter and areas for testimony. |
| 09/10/2020 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10706359 | Billed | Extended telephone conference with Jared Simmons and Kesha Hodge regarding pending Motion for Summary Judgment, discovery depositions by Plaintiff and Court Order eliminating number of depositions. |
| 09/10/2020 | 0690 | Ackerman, Justin M. | 0.80 | 144.00 | 180.00 | 10706359 | Billed | Analysis of record pre and post Motion for Summary Judgment for issues related to Rule 56(d) relief. |
| 09/10/2020 | 0745 | Reiman, Clarissa B. | 0.40 | 72.00 | 180.00 | 10706359 | Billed | Conference with Kesha Hodge, Jeff Messing, and Jared Simmons regarding status of discovery, status of motions, and strategy. |
| 09/10/2020 | 0690 | Ackerman, Justin M. | 1.20 | 216.00 | 180.00 | 10706359 | Billed | Continue review and analysis of filed Motion for Summary Judgment. |
| 09/10/2020 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10706359 | Billed | Multiple email correspondence with Defense Counsel regarding upcoming depositions and meetings with clients for deposition prep. |

| 09/10/2020 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10706359 | Billed | Extended telephone conference with Jared Simmons and Kesha Hodge regarding case status and coordination of depositions and preparation. |
|---|---|---|---|---|---|---|---|---|
| 09/11/2020 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 0 | Billed | Email correspondence with Jared Simmons and Cory Braddock regarding depositions and witnesses to be called at trial. |
| 09/11/2020 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10706359 | Billed | Email correspondence with Jared Simmons and Cory Braddock regarding depositions and witnesses to be called at trial. |
| 09/12/2020 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 0 | Billed | Email correspondence with Jared Simmons and Cory Braddock regarding depositions scheduled for the week and deposition preparation. |
| 09/14/2020 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 0 | Billed | Multiple email correspondence with Jared Simmons regarding deposition prep and dates for five Rangers being deposed by Plaintiff. |
| 09/14/2020 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10706359 | Billed | Multiple email correspondence with Jared Simmons regarding deposition prep and dates for five Rangers being deposed by Plaintiff. |
| 09/15/2020 | 0745 | Reiman, Clarissa B. | 0.30 | 54.00 | 180.00 | 0 | Billed | Review and draft email exchanges with all co-counsel regarding discovery and depositions. |
| 09/15/2020 | 0745 | Reiman, Clarissa B. | 0.30 | 54.00 | 180.00 | 0 | Billed | Email exchanges with Cory Braddock, WEC's attorney, regarding deposition of Steve Lants, with AZ Rangers. |
| 09/15/2020 | 0745 | Reiman, Clarissa B. | 0.30 | 54.00 | 180.00 | 10706359 | Billed | Review and draft email exchanges with all co-counsel regarding discovery and depositions. |
| 09/22/2020 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10706359 | Billed | Telephone conference with Erica Bachmann regarding case and evaluation. |
| 09/22/2020 | 0011 | Myles, Donald L. | 1.20 | 252.00 | 210.00 | 10706359 | Billed | Review of Winthrop's transcript regarding facts for inclusion in Motion for Summary Judgment. |
| 09/22/2020 | 0011 | Myles, Donald L. | 0.10 | 21.00 | 210.00 | 10706359 | Billed | Email correspondence with Jared Simmons regarding Board Meeting. |
| 09/22/2020 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10706359 | Billed | Attendance at Zoom Board Meeting regarding case status and evaluation. |
| 09/23/2020 | 0745 | Reiman, Clarissa B. | 1.60 | 288.00 | 180.00 | 10706359 | Billed | Review Arizona Rangers's responses to WEC's and Winthrop's Request for Production of Documents to draft letter to Cory Braddock, opposing counsel, regarding discovery dispute. |
| 09/23/2020 | 0745 | Reiman, Clarissa B. | 2.00 | 360.00 | 180.00 | 10706359 | Billed | Review AZ Rangers disclosure statements, supplemental disclosure statements, and exhibits to respond to Cory Braddock, opposing counsel, regarding discovery dispute. |
| 09/23/2020 | 0011 | Myles, Donald L. | 0.60 | 126.00 | 210.00 | 10706359 | Billed | Correspondence from Plaintiff's counsel regarding outstanding discovery and motions to compel further production of documents |

| 09/23/2020 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10706359 | Billed | Email correspondence to and from Jared Simmons regarding representation, reimbursement and discussion with Rangers regarding reservation of rights letter. |
|---|---|---|---|---|---|---|---|---|
| 09/23/2020 | 0011 | Myles, Donald L. | 0.60 | 126.00 | 210.00 | 10706359 | Billed | Telephonic conference with Plaintiff's counsel following deposition regarding case status, discovery and settlement discussions. |
| 09/24/2020 | 0745 | Reiman, Clarissa B. | 1.30 | 234.00 | 180.00 | 10706359 | Billed | Review Arizona Rangers' responses to Wnthrop and WEC's Non-Uniform Interrogatories to draft letter to Cory Braddock, opposing party, regarding discovery dispute. |
| 09/24/2020 | 0745 | Reiman, Clarissa B. | 1.70 | 306.00 | 180.00 | 10706359 | Billed | Continue review of AZ Ranger's disclosure statements, supplemental disclosure statements and exh bits to draft letter to Cory Braddock, opposing counsel, to address discovery dispute. |
| 09/24/2020 | 0745 | Reiman, Clarissa B. | 1.00 | 180.00 | 180.00 | 10706359 | Billed | Draft correspondence to Cory Braddock, opposing counsel, addressing discovery dispute as to AZ Rangers' responses to WEC's and Winthrop's Non-Uniform Interrogatories. |
| 09/24/2020 | 0745 | Reiman, Clarissa B. | 1.60 | 288.00 | 180.00 | 10706359 | Billed | Draft correspondence to Cory Braddock, opposing counsel, addressing discovery dispute as to AZ Rangers' responses to WEC's Request for Production of Documents. |
| 09/24/2020 | 0745 | Reiman, Clarissa B. | 0.60 | 108.00 | 180.00 | 10706359 | Billed | Draft correspondence to Cory Braddock, opposing counsel, regarding dispute over AZ Rangers responses to Whinthrop's Request for Production of Documents. |
| 09/24/2020 | 0745 | Reiman, Clarissa B. | 0.60 | 108.00 | 180.00 | 10706359 | Billed | Draft correspondence to Cory Braddock, opposing counsel, regarding dispute over production of Steve Lant's notes. |
| 09/24/2020 | 0011 | Myles, Donald L. | 1.50 | 315.00 | 210.00 | 10706359 | Billed | Receipt and review of Plaintiff's Third Supplemental Disclosure Statement and multiple exhibits regarding case status and evaluation. |
| 09/24/2020 | 0011 | Myles, Donald L. | 0.60 | 126.00 | 210.00 | 10706359 | Billed | Review of documents regarding Defendant's disclosure obligations under Court Order. |
| 09/24/2020 | 0011 | Myles, Donald L. | 1.50 | 315.00 | 210.00 | 10706359 | Billed | Review correspondence from Plaintiff's counsel regarding discovery disputes and preparation of initial reply and supplementation of Interrogatories and Request for Production. |
| 09/25/2020 | 0745 | Reiman, Clarissa B. | 1.60 | 288.00 | 180.00 | 10706359 | Billed | Review correspondence and email exchanges between Kesha Hodge, AZ Rangers' prior counsel, and Cory Braddock, opposing counsel, in April, May, June and July, 2020, regarding discovery disputes and meet and confer regarding discovery issues. |
| 09/25/2020 | 0745 | Reiman, Clarissa B. | 1.10 | 198.00 | 180.00 | 10706359 | Billed | Continue drafting correspondence to Cory Braddock, opposing counsel, addressing discovery disputes. |
| 09/25/2020 | 0745 | Reiman, Clarissa B. | 0.80 | 144.00 | 180.00 | 10706359 | Billed | Review Winthrop's and WC's Non-Uniform Interrogatories responses to determine if there are outstanding discovery due. |
| 09/25/2020 | 0745 | Reiman, Clarissa B. | 1.00 | 180.00 | 180.00 | 10706359 | Billed | Review Winthrop's and WEC's responses to our Request for Production of Documents to determine if there is outstanding discovery due. |

| 09/25/2020 | 0745 | Reiman, Clarissa B. | 1.00 | 180.00 | 180.00 | 10706359 | Billed | Draft correspondence to Cory Braddock, opposing counsel, to address additional discovery due and owing by Winthrop and WEC. |
|---|---|---|---|---|---|---|---|---|
| 09/25/2020 | 0011 | Myles, Donald L. | 0.80 | 168.00 | 210.00 | 10706359 | Billed | Final preparation of letter to Plaintiff's counsel regarding discovery disputes. |
| 09/25/2020 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10706359 | Billed | Multiple email correspondence with Kesha Hodge regarding new evidence regarding storage unit and response to Plaintiff's request for updated discovery. |
| 09/28/2020 | 0011 | Myles, Donald L. | 1.40 | 294.00 | 210.00 | 10706359 | Billed | Review and completion of notes on Grant Winthrop deposition. |
| 09/28/2020 | 0011 | Myles, Donald L. | 1.50 | 315.00 | 210.00 | 10706359 | Billed | Review of notation and facts for Motion for Summary Judgment on the Anthony Ramirez deposition. |
| 09/30/2020 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10706359 | Billed | Multiple email correspondence with Coy Braddock regarding extension of discovery deadline and request to depose two additional witnesses. |
| 10/01/2020 | 0745 | Reiman, Clarissa B. | 0.70 | 126.00 | 180.00 | 10708326 | Billed | Review WEC and Winthrop's Motion to Extend Certain Discovery Deadlines and Motion for Expedited Briefing on Plaintiff on Motion to Extend Certain Deadlines. |
| 10/01/2020 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10708326 | Billed | Receipt and review Minute Entry Order from Judge disqualifying himself from the case. |
| 10/01/2020 | 0011 | Myles, Donald L. | 0.80 | 168.00 | 210.00 | 10708326 | Billed | Receipt and review of Plaintiff's comprehensive Motion to Continue Discovery and depositions and Motion for Sanctions failure to disclose all documents. |
| 10/02/2020 | 0745 | Reiman, Clarissa B. | 0.70 | 126.00 | 180.00 | 10708326 | Billed | Draft and revise Joint Motion to Extend Discovery Deadline and allow Plaintiff to take two additional depositions. |
| 10/02/2020 | 0745 | Reiman, Clarissa B. | 0.30 | 54.00 | 180.00 | 10708326 | Billed | Draft and revise proposed order to Extend Discovery Deadline and allow additional depositions. |
| 10/02/2020 | 0745 | Reiman, Clarissa B. | 0.60 | 108.00 | 180.00 | 10708326 | Billed | Draft multiple email exchanges with Kesha Hodge and Jared Simmons, co-counsel, regarding joint motion to extend discovery deadlines and proposed order. |
| 10/02/2020 | 0745 | Reiman, Clarissa B. | 0.30 | 54.00 | 180.00 | 10708326 | Billed | Draft multiple email exchanges with Shalayne Pillar, opposing counsel, regarding joint motion and proposed order to extend discovery deadline. |
| 10/02/2020 | 0745 | Reiman, Clarissa B. | 0.30 | 54.00 | 180.00 | 10708326 | Billed | Review Third-Party Defendant Winthrop's fourth supplemental MIDP responses. |
| 10/08/2020 | 0745 | Reiman, Clarissa B. | 0.10 | 18.00 | 180.00 | 10708326 | Billed | Review court's order granting Joint Motion to Extend Discovery Deadline to October 30, 2020. |
| 10/08/2020 | 0745 | Reiman, Clarissa B. | 0.20 | 36.00 | 180.00 | 10708326 | Billed | Draft email correspondence to Cory Braddock, counsel for WEC and Winthrop, and Greg Amend, counsel for AEF, regarding court's order granting extension of discovery deadline, and AEF's Rule 30(b)(6) deposition. |
| 10/08/2020 | 0011 | Myles, Donald L. | 0.00 | 0.00 | 0.00 | 10708326 | Billed | Receipt and review of Minute Entry Order extending deadline for discovery. |

| 10/13/2020 | 0745 | Reiman, Clarissa B. | 0.50 | 90.00 | 180.00 | 10708326 | Billed | Multiple email exchanges with Cory Braddock, plaintiff's counsel, regarding discovery issues and depositions of American Endowment Foundation, Doug Sankey, and Aaron Fritz. |
| 10/13/2020 | 0745 | Reiman, Clarissa B. | 0.60 | 108.00 | 180.00 | 10708326 | Billed | Extended Telephone conference with Steve Lant, AZ Member, regarding his knowledge of documents responsive to the discovery disputes. |
| 10/14/2020 | 0745 | Reiman, Clarissa B. | 0.50 | 90.00 | 180.00 | 10708326 | Billed | Extended telephone conference with Cory Braddock, plaintiff's counsel, to meet and confer regarding discovery disputes. |
| 10/16/2020 | 0745 | Reiman, Clarissa B. | 0.30 | 54.00 | 180.00 | 10708326 | Billed | Draft email exchanges with Cory Braddock, Plaintiff's counsel, regarding discovery and depositions that need to be completed before October 30,2020 deadline. |
| 10/19/2020 | 6241 | Knop, Jaclyne A. | 0.10 | 10.00 | 100.00 | 10708326 | Billed | Receive and respond to various emails form plaintiff's counsel regarding the remaining testimonies of the members of AZ Rangers. |
| 10/20/2020 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10708326 | Billed | Multiple email correspondence with Jeff Messing and Kesha Hodge regarding case status, upcoming motions and handling the oral arguments. |
| 10/23/2020 | 0745 | Reiman, Clarissa B. | 0.20 | 36.00 | 180.00 | 10708326 | Billed | Review email correspondence from Cory Braddock, opposing counsel, regarding discovery dispute. |
| 10/23/2020 | 0745 | Reiman, Clarissa B. | 0.40 | 72.00 | 180.00 | 10708326 | Billed | Draft email exchanges with Shalayne Pillar, opposing counsel, regarding discovery dispute. |
| 10/25/2020 | 0745 | Reiman, Clarissa B. | 0.30 | 54.00 | 180.00 | 10708326 | Billed | Draft email exchanges with Shalayne Pillar, opposing counsel, regarding discovery. |
| 10/30/2020 | 0745 | Reiman, Clarissa B. | 1.80 | 324.00 | 180.00 | 10708326 | Billed | Draft and revise AZ Ranger's 15th cumulative MIDP responses. |
| 10/30/2020 | 0745 | Reiman, Clarissa B. | 0.90 | 162.00 | 180.00 | 10708326 | Billed | Initial review of Grant Winthrop's 5th supplemental responses to MIDP. |
| 11/04/2020 | 0690 | Ackerman, Justin M. | 0.40 | 72.00 | 180.00 | 10710342 | Billed | Review and analysis of discovery for Renewed Motion for Summary Judgment arguments. |
| 11/08/2020 | 0011 | Myles, Donald L. | 1.80 | 378.00 | 210.00 | 10710342 | Billed | Review exhibits motion dismiss and deposition testimony of Grant Winthrop regarding preparation for hearing on motion to dismiss. |
| 11/12/2020 | 0745 | Reiman, Clarissa B. | 1.00 | 180.00 | 180.00 | 10710342 | Billed | Review pleadings in preparation for November 19, 2020 court hearing. |
| 11/12/2020 | 0011 | Myles, Donald L. | 1.20 | 252.00 | 210.00 | 10710342 | Billed | Conference and review of motions to dismiss regarding supplementation and conference call with plaintiff's counsel Cory Braddock regarding same. |
| 11/12/2020 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10710342 | Billed | Email correspondence to and from Cory Braddock regarding case status and motion to dismiss Winthrop's claim. |
| 11/13/2020 | 0745 | Reiman, Clarissa B. | 0.80 | 144.00 | 180.00 | 10710342 | Billed | Review Procedural Rules on how to proceed with oral argument on Winthrop's Motion to Dismiss. |
| 11/13/2020 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10710342 | Billed | Extended telephone call with Cory Braddock regarding pending motion to dismiss claims against Grant Winthrop and hearing next week. |

| 11/13/2020 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10710342 | Billed | Telephone call Cory Braddock regarding attorney fees associated with motion to dismiss. |
|---|---|---|---|---|---|---|---|---|
| 11/13/2020 | 0011 | Myles, Donald L. | 0.80 | 168.00 | 210.00 | 10710342 | Billed | Receipt and review letter from Cory Braddock regarding motion to dismiss Grant Winthrop and related discovery issues. |
| 11/13/2020 | 0011 | Myles, Donald L. | 3.80 | 798.00 | 210.00 | 10710342 | Billed | Comprehensive review of motion to dismiss and associated exhibits regarding case status evaluation and initial preparation of oral argument and motion to dismiss. |
| 11/13/2020 | 0745 | Reiman, Clarissa B. | 0.50 | 90.00 | 180.00 | 10710342 | Billed | Review and analyze correspondence from Cory Braddock, counsel for Grant Winthrop, regarding his request for dismissal of AZ Ranger's third party complaint claims against Grant Winthrop. |
| 11/13/2020 | 0690 | Ackerman, Justin M. | 0.80 | 144.00 | 180.00 | 10710342 | Billed | Analysis regarding Motion to Dismiss and conversion into Motion for Summary Judgment. |
| 11/13/2020 | 0011 | Myles, Donald L. | 0.80 | 168.00 | 210.00 | 10710342 | Billed | Receipt and review letter from Cory Braddock regarding Motion to Dismiss Grant Winthrop and related discovery issues. |
| 11/13/2020 | 0011 | Myles, Donald L. | 3.80 | 798.00 | 210.00 | 10710342 | Billed | Comprehensive review of Motion to Dismiss and associated exhibits regarding case status, evaluation and initial preparation of oral argument Motion to Dismiss. |
| 11/17/2020 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10710342 | Billed | Email correspondence with Jared Simmons regarding oral argument on Motion to Dismiss and Plaintiff's Third-Party Complaint. |
| 11/17/2020 | 0011 | Myles, Donald L. | 1.20 | 252.00 | 210.00 | 10710342 | Billed | Review of Minute Entry Order of the Court regarding pending motions and motions to be heard at oral argument. |
| 11/18/2020 | 0011 | Myles, Donald L. | 4.50 | 945.00 | 210.00 | 10710342 | Billed | Review of pleadings and documentation regarding preparation for oral argument on Motion for Judgment on Pleadings and Motion to Dismiss. |
| 11/19/2020 | 0011 | Myles, Donald L. | 3.50 | 735.00 | 210.00 | 10710342 | Billed | Preparation for and attendance at oral argument regarding Motion to Dismiss. |
| 11/20/2020 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10710342 | Billed | Telephone conference with Mike Droll regarding update for board meeting on case status. |
| 11/23/2020 | 0745 | Reiman, Clarissa B. | 0.30 | 54.00 | 180.00 | 10710342 | Billed | Draft email exchanges with Cory Braddock, plaintiff's counsel, regarding the parties' respective Motion to Dismiss. |
| 11/23/2020 | 0745 | Reiman, Clarissa B. | 0.80 | 144.00 | 180.00 | 10710342 | Billed | Review pleadings for the respective parties' Motion to Dismiss to determine issues for oral argument. |
| 11/24/2020 | 0011 | Myles, Donald L. | 0.60 | 126.00 | 210.00 | 10710342 | Billed | Review in finalization of comprehensive status and evaluation report. |
| 11/24/2020 | 0011 | Myles, Donald L. | 1.10 | 231.00 | 210.00 | 10710342 | Billed | Review and finalization of case status and evaluation. |
| 11/25/2020 | 0011 | Myles, Donald L. | 4.20 | 882.00 | 210.00 | 10710342 | Billed | Review of deposition transcripts regarding drafting Statement of Facts for Motion for Summary Judgment. |
| 11/30/2020 | 0745 | Reiman, Clarissa B. | 1.00 | 180.00 | 180.00 | 10710342 | Billed | Continue drafting Factual Background Section of Evaluation Letter. |
| 11/30/2020 | 0745 | Reiman, Clarissa B. | 1.00 | 180.00 | 180.00 | 10710342 | Billed | Continue drafting Analysis Section of WEC's Breach of Contract and Bad Faith Claim against the insured, the AZ Rangers. |

| Date | Code | Name | Hours | Amount | Rate | Invoice | Status | Description |
|------|------|------|-------|--------|------|---------|--------|-------------|
| 11/30/2020 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10710342 | Billed | Review of Disclosure Statement to include expert opinions. |
| 12/01/2020 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10712392 | Billed | Email correspondence with Jarred Simmons regarding case status and evaluation. |
| 12/01/2020 | 0011 | Myles, Donald L. | 0.10 | 21.00 | 210.00 | 10712392 | Billed | Telephone conference with Jarred Simmons regarding case status. |
| 12/01/2020 | 0011 | Myles, Donald L. | 0.60 | 126.00 | 210.00 | 10712392 | Billed | Final review and preparation of comprehensive status report to Erica Bachmann. |
| 12/02/2020 | 0745 | Reiman, Clarissa B. | 0.80 | 144.00 | 180.00 | 10712392 | Billed | Draft Executive Summary to the Evaluation Letter. |
| 12/02/2020 | 0745 | Reiman, Clarissa B. | 1.50 | 270.00 | 180.00 | 10712392 | Billed | Continue drafting and revising Factual Background Section of the Evaluation Letter. |
| 12/02/2020 | 0745 | Reiman, Clarissa B. | 0.60 | 108.00 | 180.00 | 10712392 | Billed | Continue drafting and revising Pleadings Section of Evaluation Letter. |
| 12/02/2020 | 0745 | Reiman, Clarissa B. | 1.80 | 324.00 | 180.00 | 10712392 | Billed | Continue drafting Liability Assessment Section of Evaluation Letter. |
| 12/02/2020 | 0745 | Reiman, Clarissa B. | 0.50 | 90.00 | 180.00 | 10712392 | Billed | Continue drafting Damages Section of Evaluation. |
| 12/02/2020 | 0745 | Reiman, Clarissa B. | 0.90 | 162.00 | 180.00 | 10712392 | Billed | Continue drafting and revising Conclusion Section of Evaluation Letter. |
| 12/02/2020 | 0011 | Myles, Donald L. | 0.60 | 126.00 | 210.00 | 10712392 | Billed | Review changes to current case status and evaluation letter. |
| 12/02/2020 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10712392 | Billed | Email correspondence with Erica Bachmann regarding case status and evaluation. |
| 12/02/2020 | 0011 | Myles, Donald L. | 0.50 | 105.00 | 210.00 | 10712392 | Billed | Extended telephone conference with Jared Simmons ██████████ |
| 12/02/2020 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10712392 | Billed | Email correspondence to Jarred Simmons regarding case status and evaluation. |
| 12/02/2020 | 0690 | Ackerman, Justin M. | 2.50 | 450.00 | 180.00 | 10712392 | Billed | Continue review and analysis of Motion for Summary Judgment arguments and future arguments to be made based on new discovery. |
| 12/04/2020 | 0690 | Ackerman, Justin M. | 2.10 | 378.00 | 180.00 | 10712392 | Billed | Review and analysis of Grant Winthrop's testimony for Motion for Summary Judgment (180+ pages). |
| 12/04/2020 | 0690 | Ackerman, Justin M. | 1.40 | 252.00 | 180.00 | 10712392 | Billed | Continue review of discovery responses/file record for Motion for Summary Judgment arguments. |
| 12/04/2020 | 0011 | Myles, Donald L. | 6.50 | 1,365.00 | 210.00 | 10712392 | Billed | Review of deposition transcripts and pleadings (highlighting same for inclusion in Statement of Facts for Motion for Summary Judgment). |
| 12/05/2020 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10712392 | Billed | Receive and review Ex Parte Motion to Withdraw as counsel Ball, Santin & Mcleran. |
| 12/07/2020 | 0745 | Reiman, Clarissa B. | 0.10 | 18.00 | 180.00 | 10712392 | Billed | Review Motion to Withdraw as Counsel filed by Kesha Hodge. |
| 12/09/2020 | 0690 | Ackerman, Justin M. | 2.10 | 378.00 | 180.00 | 10712392 | Billed | Continued review of prior motion for summary judgment and record in preparation for drafting motion for summary judgment (revised). |
| 12/09/2020 | 0690 | Ackerman, Justin M. | 1.50 | 270.00 | 180.00 | 10712392 | Billed | ████████████████████████████ |

| 12/10/2020 | 0745 | Reiman, Clarissa B. | 0.10 | 18.00 | 180.00 | 10712392 | Billed | Review court's order granting Kesha Hodge and Jeff Messing's Motion to Withdraw. |
|---|---|---|---|---|---|---|---|---|
| 12/11/2020 | 0011 | Myles, Donald L. | 1.50 | 315.00 | 210.00 | 10712392 | Billed | Review of deposition transcripts and amended disclosure statements regarding Statement of Facts for Motion for Summary Judgment. |
| 12/11/2020 | 0690 | Ackerman, Justin M. | 1.70 | 306.00 | 180.00 | 10712392 | Billed | Continued analysis of motion for summary judgment issues and began to draft MSJ argument outline. |
| 12/15/2020 | 0745 | Reiman, Clarissa B. | 0.90 | 162.00 | 180.00 | 10712392 | Billed | Review and analyze court's order denying and granting in part Winthrop's Motion to Dismiss and AZ Ranger's Motion to Dismiss. |
| 12/15/2020 | 0011 | Myles, Donald L. | 1.20 | 252.00 | 210.00 | 10712392 | Billed | Receive and review and analysis of Court's 24 page Minute Entry Order regarding Motions to Dismiss. |
| 12/15/2020 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10712392 | Billed | Email correspondence to Erica Bachmann regarding current case status and evaluation. |
| 12/15/2020 | 0690 | Ackerman, Justin M. | 1.40 | 252.00 | 180.00 | 10712392 | Billed | Review and analysis of 24-page Order granting in part and denying in part our Motion to Dismiss and Plaintiff's Motion to Dismiss for impact on Motion for Summary Judgment arguments. |
| 12/16/2020 | 0690 | Ackerman, Justin M. | 1.40 | 252.00 | 180.00 | 10712392 | Billed | Continue review and analysis of 29-page 12/15/20 Minute Entry and impact on potential Motion for Summary Judgment arguments and case strategy. |
| 12/16/2020 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10712392 | Billed | Email correspondence with Jared Simons regarding current case status and evaluation. |
| 12/17/2020 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10712392 | Billed | Email correspondence to and from Corey Braddock regarding court's ruling on motion to dismiss. |
| 12/18/2020 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10712392 | Billed | Extended telephone conference with Corey Braddock regarding case status, amendment to motions; possible mediation. |
| 12/18/2020 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10712392 | Billed | Receipt and review of court's minute entry order extending time for disclosure of experts. |
| 12/23/2020 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10712392 | Billed | Email correspondence to and from Jeff Messing regarding case status evaluation and 30(B)(6) deposition. |
| 12/31/2020 | 0011 | Myles, Donald L. | 0.80 | 168.00 | 210.00 | 10712392 | Billed | Comprehensive review of plaintiff's motion for sanctions and exhibits regarding response responsive pleading. |
| 12/31/2020 | 0745 | Reiman, Clarissa B. | 2.00 | 360.00 | 180.00 | 10712392 | Billed | Review and analyze WEC's Motion for Spoliation and Sanctions and attached Exhibits. |
| 01/04/2021 | 0745 | Reiman, Clarissa B. | 1.50 | 270.00 | 180.00 | 10714300 | Billed | Continue reviewing and analyzing Plaintiff's Motion for Spoliation and Sanctions and attached exhibits to determine who to strategy for responding to motion. |
| 01/04/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10714300 | Billed | Email correspondence to Kesha Hodge and Jeff Messing regarding case status and Plaintiff's Motion for Sanctions. |
| 01/04/2021 | 0011 | Myles, Donald L. | 7.50 | 1,575.00 | 210.00 | 10714300 | Billed | Comprehensive review of file documents regarding initial preparation of declarations in response to Plaintiff's Motion for Sanctions. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01/05/2021 | 0745 | Reiman, Clarissa B. | 1.50 | 270.00 | 180.00 | 10714300 | Billed | Review prior discovery motions and minute entry orders that address the same issues in Plaintiff's current Motion for Spoliation and Sanctions to determine what affidavits to obtain. |
| 01/05/2021 | 0690 | Ackerman, Justin M. | 2.10 | 378.00 | 180.00 | 10714300 | Billed | Review and analysis of Plaintiff's motion for sanctions in order to understand arguments in preparation for drafting response. |
| 01/05/2021 | 0690 | Ackerman, Justin M. | 1.50 | 270.00 | 180.00 | 10714300 | Billed | Review and analysis regarding 200 + pages of exhibits in support of plaintiff's motion for sanctions. |
| 01/05/2021 | 0690 | Ackerman, Justin M. | 0.40 | 72.00 | 180.00 | 10714300 | Billed | Analysis and strategy regarding response to Plaintiff's motion for sanctions. |
| 01/05/2021 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10714300 | Billed | Extended telephone conference with Jared Simmons regarding Plaintiff's Motion for Sanctions and response thereto. |
| 01/05/2021 | 0011 | Myles, Donald L. | 6.70 | 1,407.00 | 210.00 | 10714300 | Billed | Review of exhibits to Plaintiff's Motion for Sanctions and review of deposition transcripts of Rangers in response thereto. |
| 01/05/2021 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10714300 | Billed | Email correspondence with Kesha Hodge regarding response to Plaintiff's Motion for Sanctions. |
| 01/06/2021 | 0745 | Reiman, Clarissa B. | 0.50 | 90.00 | 180.00 | 10714300 | Billed | Draft Joint Motion to Extend Deadline to Respond to Motion for Spoliation and Sanctions. |
| 01/06/2021 | 0745 | Reiman, Clarissa B. | 0.30 | 54.00 | 180.00 | 10714300 | Billed | Draft proposed form of Order Granting Joint Motion to Extend Deadline to Respond to Motion for Spoliation and Sanction. |
| 01/06/2021 | 0745 | Reiman, Clarissa B. | 0.20 | 36.00 | 180.00 | 10714300 | Billed | Draft email to Cory Braddock, plaintiff's counsel, regarding motion to extend deadline to respond to Motion for Spoliation and Sanctions. |
| 01/06/2021 | 0745 | Reiman, Clarissa B. | 1.50 | 270.00 | 180.00 | 10714300 | Billed | Continue reviewing prior orders, pleadings, motions and letters exchanged between the parties to determine strategy in responding to WEC's Motion for Spoliation and Sanctions. |
| 01/06/2021 | 0745 | Reiman, Clarissa B. | 1.50 | 270.00 | 180.00 | 10714300 | Billed | Continue reviewing WEC's Motion for Spoliation and Sanctions and attached exhibits to determine strategy of responding to Motion and drafting MSJ. |
| 01/06/2021 | 0690 | Ackerman, Justin M. | 1.10 | 198.00 | 180.00 | 10714300 | Billed | Began drafting outline of response to motion for sanctions. |
| 01/06/2021 | 0690 | Ackerman, Justin M. | 0.70 | 126.00 | 180.00 | 10714300 | Billed | Analysis regarding potential motion to str ke plaintiff's motion for sanctions. |
| 01/06/2021 | 0690 | Ackerman, Justin M. | 0.30 | 54.00 | 180.00 | 10714300 | Billed | Analysis regarding motion to continue dispositive motion deadline |
| 01/06/2021 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10714300 | Billed | Email correspondence with Cory Braddock regarding extension of time which to file response to Plaintiff's Motion for Sanctions and case status. |
| 01/06/2021 | 0011 | Myles, Donald L. | 6.30 | 1,323.00 | 210.00 | 10714300 | Billed | Review of deposition testimony regarding initial preparation of Declarations of the eight Rangers for opposition regarding Plaintiff's Motion for Sanctions. |
| 01/07/2021 | 0745 | Reiman, Clarissa B. | 0.40 | 72.00 | 180.00 | 10714300 | Billed | Draft email exchanges with Cory Braddock, opposing counsel, regarding modifications to the Joint Motion to Extend Deadline to Respond to Motion for Spoliation and Sanctions. |

| 01/07/2021 | 0745 | Reiman, Clarissa B. | 0.40 | 72.00 | 180.00 | 10714300 | Billed | Revise and finalize changes to Joint Motion to Extend Deadline to Respond to Motion for Spoliation and Sanctions. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2021 | 0745 | Reiman, Clarissa B. | 0.80 | 144.00 | 180.00 | 10714300 | Billed | Review discovery to gather facts for draft of our Response to Motion for Spoliation and Sanctions. |
| 01/07/2021 | 0745 | Reiman, Clarissa B. | 0.30 | 54.00 | 180.00 | 10714300 | Billed | Review and analyze rough draft of introductory section of our Response to Motion for Spoliation and Sanctions. |
| 01/07/2021 | 0690 | Ackerman, Justin M. | 1.50 | 270.00 | 180.00 | 10714300 | Billed | Began drafting introduction and outline of response to plaintiff's motion for sanctions. |
| 01/07/2021 | 0690 | Ackerman, Justin M. | 2.10 | 378.00 | 180.00 | 10714300 | Billed | Research and analysis regarding federal standards governing spoliation and sanctions. |
| 01/07/2021 | 0690 | Ackerman, Justin M. | 3.50 | 630.00 | 180.00 | 10714300 | Billed | Began drafting argument section of response to motion for sanctions. |
| 01/07/2021 | 0011 | Myles, Donald L. | 5.80 | 1,218.00 | 210.00 | 10714300 | Billed | Comprehensive review of deposition transcripts regarding further preparation of Declarations and response to Plaintiff's Motion for Sanctions. |
| 01/08/2021 | 0690 | Ackerman, Justin M. | 1.30 | 234.00 | 180.00 | 10714300 | Billed | Continued editing response to motion for sanctions (structurally) for argument and organization. |
| 01/08/2021 | 0690 | Ackerman, Justin M. | 2.80 | 504.00 | 180.00 | 10714300 | Billed | Continued review and analysis of plaintiff's motion for sanctions in order to ensure all issues are covered or will be addressed in responsive motion. |
| 01/08/2021 | 0011 | Myles, Donald L. | 2.10 | 441.00 | 210.00 | 10714300 | Billed | Review of Grant Winthrop's deposition and creation of factual support in opposition for Motion for Sanctions and initial preparation of Declarations for multiple Rangers to be attached to motion. |
| 01/11/2021 | 0690 | Ackerman, Justin M. | 2.40 | 432.00 | 180.00 | 10714300 | Billed | Continued analysis of potential summary judgment arguments based on record. |
| 01/12/2021 | 0745 | Reiman, Clarissa B. | 0.20 | 36.00 | 180.00 | 10714300 | Billed | Telephone conference with Chambers regarding with Judge Brnovich will adopt Judge Logan's prior June 6, 2018 order and whether to file a motion to strike the motion for spoliation and or a response to such motion. |
| 01/12/2021 | 0745 | Reiman, Clarissa B. | 1.00 | 180.00 | 180.00 | 10714300 | Billed | ███████████████████████████████ |
| 01/12/2021 | 0690 | Ackerman, Justin M. | 0.70 | 126.00 | 180.00 | 10714300 | Billed | Continued drafting outline for Rangers MSJ. |
| 01/12/2021 | 0690 | Ackerman, Justin M. | 2.60 | 468.00 | 180.00 | 10714300 | Billed | Continued drafting argument section of response to motion for sanctions regarding relevant sanctions standards and elements to be prove by Plaintiffs to obtain requested sanctions. |
| 01/12/2021 | 0690 | Ackerman, Justin M. | 3.10 | 558.00 | 180.00 | 10714300 | Billed | ██████████████████████████ al rules in support of response |
| 01/12/2021 | 0690 | Ackerman, Justin M. | 0.80 | 144.00 | 180.00 | 10714300 | Billed | Continued analysis of case file regarding discovery efforts and preservation efforts made by co-counsel regarding relevant e-mails from rangers and board meeting notes. |

| 01/12/2021 | 0011 | Myles, Donald L. | 3.80 | 798.00 | 210.00 | 10714300 | Billed | Comprehensive review of Plaintiff's Motion for Sanctions and preparation of Declarations and opposition to Plaintiff's exhibits. |
| 01/13/2021 | 0745 | Reiman, Clarissa B. | 1.80 | 324.00 | 180.00 | 10714300 | Billed | ████████████████████████████████ |
| 01/13/2021 | 0690 | Ackerman, Justin M. | 2.50 | 450.00 | 180.00 | 10714300 | Billed | Continued review of 200+ pages of exhibits in support of Plaintiff's motion for sanctions. |
| 01/13/2021 | 0690 | Ackerman, Justin M. | 0.40 | 72.00 | 180.00 | 10714300 | Billed | Conference call with Don Myles and Carrie Reiman regarding case strategy for response to motion for sanctions. |
| 01/13/2021 | 0690 | Ackerman, Justin M. | 0.80 | 144.00 | 180.00 | 10714300 | Billed | Continued analysis regarding separate motion to strike Plaintiff's motion for sanctions for failing to comply with proper discovery dispute procedures before the Court. |
| 01/13/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10714300 | Billed | Email correspondence with Jared Simmons regarding Declaration of Rangers Tim Tuzonn and Vickie Martzha. |
| 01/13/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10714300 | Billed | Email correspondence to and from Jared Simmons regarding case status, hold letter and declaration. |
| 01/13/2021 | 0011 | Myles, Donald L. | 3.50 | 735.00 | 210.00 | 10714300 | Billed | Review of discovery documents regarding initial preparation of declarations and Statement of Facts in response to motion for sanctions. |
| 01/14/2021 | 0690 | Ackerman, Justin M. | 1.80 | 324.00 | 180.00 | 10714300 | Billed | Review and analysis of discovery correspondence letters (over twenty) for response to motion for sanctions arguments. |
| 01/14/2021 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10714300 | Billed | Email correspondence to and from Jared Simmons regarding letters to Rangers to preserve documents and text message. |
| 01/14/2021 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10714300 | Billed | Email correspondence with Kesha Hodge regarding declarations and opposition to motion for sanctions. |
| 01/14/2021 | 0011 | Myles, Donald L. | 2.90 | 609.00 | 210.00 | 10714300 | Billed | Review of prior Disclosure Statements and discovery including documents produced, preparation for Statement of Facts supporting Motion in Opposition to Sanctions. |
| 01/14/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10714300 | Billed | Extended telephone conference with State Webmaster Mike Montalvo regarding declaration and search of Ranger website. |
| 01/15/2021 | 0745 | Reiman, Clarissa B. | 0.40 | 72.00 | 180.00 | 10714300 | Billed | Telephone conference with Vicki Martzke, secretary for AZ Rangers, regarding facts to put into her Affidavit in support of opposition to Motion for Spoliation and Sanctions. |
| 01/15/2021 | 0745 | Reiman, Clarissa B. | 0.30 | 54.00 | 180.00 | 10714300 | Billed | Telephone conference with Steve Lant, AZ Ranger member, regarding information to place in his declaration in support of our Response to Motion for Spoliation and Sanctions. |
| 01/15/2021 | 0690 | Ackerman, Justin M. | 2.60 | 468.00 | 180.00 | 10714300 | Billed | ████████████████████████████████ |

| 01/15/2021 | 0690 | Ackerman, Justin M. | 1.80 | 324.00 | 180.00 | 10714300 | Billed | Drafted arguments in response to motion for sanctions regarding lack of control over individual rangers and their e-mail accounts. |
|---|---|---|---|---|---|---|---|---|
| 01/18/2021 | 0690 | Ackerman, Justin M. | 2.50 | 450.00 | 180.00 | 10714300 | Billed | Continued research and analysis regarding sanctions standard an intent standards for response to spoliation sanctions. |
| 01/18/2021 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10714300 | Billed | Email correspondence with Erica Bachmann regarding current case status and evaluation. |
| 01/18/2021 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10714300 | Billed | Email correspondence with Mike Montalvo regarding declaration and discovery regarding AC Rangers.gov. |
| 01/18/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10714300 | Billed | Multiple email correspondence to Kesha Hodge and Jared Simmons regarding affidavits and information regarding opposition to motion for Plaintiff on sanctions. |
| 01/19/2021 | 0690 | Ackerman, Justin M. | 3.10 | 558.00 | 180.00 | 10714300 | Billed | Began drafting Motion to Strike Plaintiff's Motion for Sanctions. |
| 01/19/2021 | 0690 | Ackerman, Justin M. | 0.70 | 126.00 | 180.00 | 10714300 | Billed | Review and analysis of Documents 46, 47, 60 and 3/6/20 Discovery Dispute Conference (41 pages) for motion to strike arguments. |
| 01/19/2021 | 0690 | Ackerman, Justin M. | 0.60 | 108.00 | 180.00 | 10714300 | Billed | Review and analysis of third discovery dispute letters (doc. 101) and motion to strike arguments. |
| 01/19/2021 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10714300 | Billed | Email correspondence with Jared Simmons regarding contact information for Mike Montalvo. |
| 01/20/2021 | 0690 | Ackerman, Justin M. | 3.40 | 612.00 | 180.00 | 10714300 | Billed | Continue to draft Motion to Strike Motion for Sanctions. |
| 01/20/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10714300 | Billed | Email correspondence with Mike Montalvo regarding document request and email retriever of the Rangers. |
| 01/21/2021 | 0745 | Reiman, Clarissa B. | 1.20 | 216.00 | 180.00 | 10714300 | Billed | Draft Declaration of Clarissa B. Reiman in support of Response to the Motion for Spoliation and Sanctions. |
| 01/21/2021 | 0745 | Reiman, Clarissa B. | 0.50 | 90.00 | 180.00 | 10714300 | Billed | Telephone conference with Steve Lant, AZ Rangers, regarding drafting his declaration. |
| 01/21/2021 | 0745 | Reiman, Clarissa B. | 1.00 | 180.00 | 180.00 | 10714300 | Billed | Draft Declaration of Steve Lant, AZ Rangers, in support of Response to Motion for Spoliation and Sanctions. |
| 01/21/2021 | 0745 | Reiman, Clarissa B. | 0.50 | 90.00 | 180.00 | 10714300 | Billed | Telephone conference with Tim Tuzon, Arizona Rangers State Curator, ███████████████████████████████ ███████████ |
| 01/21/2021 | 0745 | Reiman, Clarissa B. | 1.00 | 180.00 | 180.00 | 10714300 | Billed | Draft Declaration of Vicki Martzke in support of response to Motion for Spoliation and Sanctions. |
| 01/21/2021 | 0011 | Myles, Donald L. | 2.50 | 525.00 | 210.00 | 10714300 | Billed | Review and drafting of affidavits of Rangers including Mike Montalvo in final preparation of response to motion for sanctions. |
| 01/21/2021 | 0011 | Myles, Donald L. | 0.90 | 189.00 | 210.00 | 10714300 | Billed | Review and redraft of declaration of Mike Montalvo, review of Plaintiff's motion for sanctions and initial drafting of multiple Rangers declarations. |
| 01/22/2021 | 0745 | Reiman, Clarissa B. | 1.00 | 180.00 | 180.00 | 10714300 | Billed | Telephone conference with Vicki Martzke, State Secretary for AZ Rangers, regarding facts to put into her declaration. |

| 01/22/2021 | 0745 | Reiman, Clarissa B. | 0.40 | 72.00 | 180.00 | 10714300 | Billed | Telephone conference with Gary Jordan, Commander of Verde Valley Company, regarding his knowledge of facts to respond to the Motion for Spoliation and Sanctions. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2021 | 0745 | Reiman, Clarissa B. | 0.30 | 54.00 | 180.00 | 10714300 | Billed | Telephone conference with Tim Tuzon, state curator of records, to confirm facts for his declaration. |
| 01/22/2021 | 0745 | Reiman, Clarissa B. | 1.50 | 270.00 | 180.00 | 10714300 | Billed | Continue drafting Declaration of Vicki Martzke, State Secretary, for response to Motion for Spoliation and Sanctions. |
| 01/22/2021 | 0745 | Reiman, Clarissa B. | 0.80 | 144.00 | 180.00 | 10714300 | Billed | Continue drafting Declaration of Clarissa B. Reiman for response to Motion for Spoliation and Sanctions. |
| 01/22/2021 | 0745 | Reiman, Clarissa B. | 0.40 | 72.00 | 180.00 | 10714300 | Billed | Draft correspondence to Erica Bachmann, Western Litigation, addressing and answering her discovery questions. |
| 01/22/2021 | 0745 | Reiman, Clarissa B. | 0.30 | 54.00 | 180.00 | 10714300 | Billed | Draft email to Vicki Martzke, State Secretary, regarding changes she might have to her declaration to attach to the response to the motion for spoliation and sanctions. |
| 01/22/2021 | 0745 | Reiman, Clarissa B. | 0.30 | 54.00 | 180.00 | 10714300 | Billed | Draft email to Tim Tuzon, State curator of records, regarding his declaration and any changes he might have to the declaration before submitting as exhibit to response to motion for spoliation and sanctions. |
| 01/22/2021 | 0690 | Ackerman, Justin M. | 2.60 | 468.00 | 180.00 | 10714300 | Billed | Continue to edit Motion to Strike arguments based on discovery sanctions hearing regarding emails and text messages from individual rangers. |
| 01/22/2021 | 0690 | Ackerman, Justin M. | 0.50 | 90.00 | 180.00 | 10714300 | Billed | Continued analysis and strategy regarding motion to strike and response to motion for sanctions arguments. |
| 01/22/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10714300 | Billed | Multiple email correspondence with Erica Bachmann regarding current case status and evidence on grant restrictions. |
| 01/23/2021 | 0745 | Reiman, Clarissa B. | 0.40 | 72.00 | 180.00 | 10714300 | Billed | Telephone conference with Jim Durham, prior curator, regarding his knowledge regarding the documents in the storage lockers to draft his declaration in support of response to Motion for Spoliation and Sanctions. |
| 01/23/2021 | 0690 | Ackerman, Justin M. | 1.50 | 270.00 | 180.00 | 10714300 | Billed | Review and analysis of 6 declarations prepared in support of response to motion for sanctions. |
| 01/23/2021 | 0745 | Reiman, Clarissa B. | 1.00 | 180.00 | 180.00 | 10714300 | Billed | Draft declaration of Jim Durham, prior curator, in support of response in opposition to motion for spoliation and sanctions. |
| 01/24/2021 | 0690 | Ackerman, Justin M. | 1.30 | 234.00 | 180.00 | 10714300 | Billed | Finalized draft motion to strike motion for sanctions and circulated to Don Myles and team for review. |
| 01/25/2021 | 0745 | Reiman, Clarissa B. | 0.20 | 36.00 | 180.00 | 10714300 | Billed | Telephone conference with Vicki Martzke, AZ Ranger's State Secretary, following up on her changes to her Declaration. |
| 01/25/2021 | 0745 | Reiman, Clarissa B. | 0.10 | 18.00 | 180.00 | 10714300 | Billed | Telephone conference with Tim Tuzon, State Curator of Records, regarding his changes to his declaration. |
| 01/25/2021 | 0745 | Reiman, Clarissa B. | 0.10 | 18.00 | 180.00 | 10714300 | Billed | Telephone conference with Steve Lant, AZ Rangers State Treasurer, regarding his changes to his declaration. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01/25/2021 | 0745 | Reiman, Clarissa B. | 1.00 | 180.00 | 180.00 | 10714300 | Billed | Draft and incorporate my changes to Kesha Hodge's, Jared Simmons', Doug Sankey's, Michael Dargus', and Michael Cressman's declaration in support of our Response to the Motion for Spoliation and Sanction. |
| 01/25/2021 | 0745 | Reiman, Clarissa B. | 0.10 | 18.00 | 180.00 | 10714300 | Billed | Draft email correspondence to Cory Braddock, plaintiff's counsel, regarding reply to counterclaim. |
| 01/25/2021 | 0690 | Ackerman, Justin M. | 1.30 | 234.00 | 180.00 | 10714300 | Billed | Continued editing motion to strike (overall) for grammar, analysis and citation. |
| 01/25/2021 | 0690 | Ackerman, Justin M. | 2.50 | 450.00 | 180.00 | 10714300 | Billed | Continued to edit response to motion for sanctions fact background section. |
| 01/25/2021 | 0690 | Ackerman, Justin M. | 2.10 | 378.00 | 180.00 | 10714300 | Billed | Continued review and analysis of discovery (to date) regarding email dispute and central archive for response to motion for sanctions. |
| 01/25/2021 | 0690 | Ackerman, Justin M. | 2.30 | 414.00 | 180.00 | 10714300 | Billed | Incorporated various affidavit cites into response to motion for sanctions. |
| 01/25/2021 | 0011 | Myles, Donald L. | 0.60 | 126.00 | 210.00 | 10714300 | Billed | Review and finalization of Motion to Strike Plaintiff's Motion for Sanctions. |
| 01/25/2021 | 0745 | Reiman, Clarissa B. | 0.30 | 54.00 | 180.00 | 10714300 | Billed | Continue drafting declaration of Jim Durham, prior curator, to attach to response in opposition to motion for spoliation and sanctions. |
| 01/25/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10714300 | Billed | Extended telephone conference with Erica Bachmann regarding current case status and draft motions for summary Judgement and motion to exclude sanctions. |
| 01/25/2021 | 0011 | Myles, Donald L. | 0.80 | 168.00 | 210.00 | 10714300 | Billed | Review of draft motion to strike sanctions and preliminary declarations for Motion for Summary Judgment. |
| 01/25/2021 | 0011 | Myles, Donald L. | 0.80 | 168.00 | 210.00 | 10714300 | Billed | Further preparation of multiple Ranger affidavits/declarations for use in response to Plaintiff's motion for sanctions. |
| 01/26/2021 | 0745 | Reiman, Clarissa B. | 0.20 | 36.00 | 180.00 | 10714300 | Billed | Draft email correspondence to Jim Durham, prior curator, regarding finalizing his declaration. |
| 01/26/2021 | 0745 | Reiman, Clarissa B. | 0.10 | 18.00 | 180.00 | 10714300 | Billed | Telephone conference with Vicki Martzke, State Secretary for Arizona Rangers, regarding finalizing her declaration in support of our response to motion for spoliation and sanctions. |
| 01/26/2021 | 0745 | Reiman, Clarissa B. | 0.10 | 18.00 | 180.00 | 10714300 | Billed | Telephone conference with Steve Lant, AZ Rangers' State Treasurer, regarding follow up on his declaration in support of response to motion for spoliation and sanctions. |
| 01/26/2021 | 0745 | Reiman, Clarissa B. | 0.10 | 18.00 | 180.00 | 10714300 | Billed | Telephone conference with Tim Tuzon, the AZ Rangers State Curator, regarding finalizing his declaration in support of response to motion for spoliation and sanctions. |
| 01/26/2021 | 0745 | Reiman, Clarissa B. | 0.20 | 36.00 | 180.00 | 10714300 | Billed | Draft email correspondence to Tim Tuzon, AZ Rangers State Curator, regarding changes to his declaration. |
| 01/26/2021 | 0745 | Reiman, Clarissa B. | 0.60 | 108.00 | 180.00 | 10714300 | Billed | Review draft of Response to Motion for Spoliation and Sanctions to see if it corresponds with information from Declarations. |

| 01/26/2021 | 6241 | Knop, Jaclyne A. | 0.10 | 10.00 | 100.00 | 10714300 | Billed | Conduct a review of the deposition file for all relevant marked deposition exhibits and transcripts for Steve Lant in preparation of motion practice. |
|---|---|---|---|---|---|---|---|---|
| 01/26/2021 | 0745 | Reiman, Clarissa B. | 0.40 | 72.00 | 180.00 | 10714300 | Billed | Draft email exchanges with Cory Braddock, plaintiff's counsel, regarding Winthrop's Amended Counterclaim and Third-party Complaint, court's order dismissing such, Winthrop's Second Amended Counterclaim. |
| 01/26/2021 | 0745 | Reiman, Clarissa B. | 0.30 | 54.00 | 180.00 | 10714300 | Billed | Review email from Tim Tuzon, curator, regarding his changes to his declaration in support of response to Motion for Spoliation and Sanctions. |
| 01/26/2021 | 0745 | Reiman, Clarissa B. | 0.40 | 72.00 | 180.00 | 10714300 | Billed | Re-Draft Tim Tuzon's Declaration to incorporate his changes. |
| 01/26/2021 | 0745 | Reiman, Clarissa B. | 0.20 | 36.00 | 180.00 | 10714300 | Billed | Draft email to Tim Tuzon, curator, regarding his revised declaration. |
| 01/26/2021 | 0690 | Ackerman, Justin M. | 3.40 | 612.00 | 180.00 | 10714300 | Billed | Draft response to motion to strike for sanctions regarding central archive issues. |
| 01/26/2021 | 0690 | Ackerman, Justin M. | 2.70 | 486.00 | 180.00 | 10714300 | Billed | Review and analysis of declarations from Reiman, Tuzon, Martzke and Durham regarding central archive issues for response to motion for sanctions arguments. |
| 01/26/2021 | 0690 | Ackerman, Justin M. | 0.50 | 90.00 | 180.00 | 10714300 | Billed | Edit motion to strike motion for sanctions based on client input/comments. |
| 01/26/2021 | 0690 | Ackerman, Justin M. | 1.50 | 270.00 | 180.00 | 10714300 | Billed | Drafted response to motion for sanctions argument regarding document preservation efforts by Rangers. |
| 01/27/2021 | 6241 | Knop, Jaclyne A. | 1.70 | 170.00 | 100.00 | 10714300 | Billed | Review the motion to strike and conduct a detailed view of the case file, correspondence, letters and discovery for the pertinent and supportive evidence for the motion to be filed. |
| 01/27/2021 | 0745 | Reiman, Clarissa B. | 0.10 | 18.00 | 180.00 | 10714300 | Billed | Email exchanges with Jim Durham, prior Curator, regarding follow up on his declaration in support of our response to the motion for spoliation and sanctions. |
| 01/27/2021 | 0745 | Reiman, Clarissa B. | 0.20 | 36.00 | 180.00 | 10714300 | Billed | Draft correspondence to Vicki Martze and Steve Lant requesting that they reach out to Jim Durham and advise him that it is okay for him to deal with our firm. |
| 01/27/2021 | 0745 | Reiman, Clarissa B. | 0.20 | 36.00 | 180.00 | 10714300 | Billed | Telephone conference with Vicki Martzke, AZ Ranger's State Secretary, regarding contacting Rich Lockery, second in command, to contact Jim Durham and advise that it is okay for him to discuss case with me. |
| 01/27/2021 | 0745 | Reiman, Clarissa B. | 0.20 | 36.00 | 180.00 | 10714300 | Billed | Telephone conference with Steve Lant, AZ Rangers' State Treasurer, regarding Richard Fisher, of Development Committee, and Jim Durham, prior curator. |
| 01/27/2021 | 0745 | Reiman, Clarissa B. | 0.40 | 72.00 | 180.00 | 10714300 | Billed | Telephone conference with Richard Fisher, member of Development Committee, regarding his knowledge of the Development Committee to include into his declaration in support of our response to the motion for sanctions and spoliation. |

| 01/27/2021 | 0745 | Reiman, Clarissa B. | 0.10 | 18.00 | 180.00 | 10714300 | Billed | Telephone conference with Tim Tuzon, current curator, regarding follow up on his declaration. |
| 01/27/2021 | 0745 | Reiman, Clarissa B. | 0.20 | 36.00 | 180.00 | 10714300 | Billed | Draft correspondence to Tim Tuzon, current curator, regarding changes to his Declaration in support of our response to motion for spoliation and sanctions. |
| 01/27/2021 | 0745 | Reiman, Clarissa B. | 0.80 | 144.00 | 180.00 | 10714300 | Billed | Draft Declaration of Richard Fisher, Development Committee, in support of our response to motion for spoliation and sanctions. |
| 01/27/2021 | 0745 | Reiman, Clarissa B. | 0.20 | 36.00 | 180.00 | 10714300 | Billed | Draft email to Richard Fisher, AZ Ranger, regarding rough draft of his Declaration. |
| 01/27/2021 | 0690 | Ackerman, Justin M. | 3.10 | 558.00 | 180.00 | 10714300 | Billed | Draft response to sanctions argument regarding central archive and lack of spoilation. |
| 01/27/2021 | 0690 | Ackerman, Justin M. | 2.60 | 468.00 | 180.00 | 10714300 | Billed | Drafted response to sanctions argument regarding lack of intent to destroy and/or preserve relevant evidence. |
| 01/27/2021 | 0690 | Ackerman, Justin M. | 3.30 | 594.00 | 180.00 | 10714300 | Billed | Drafted response to sanctions argument regarding case dispositive sanctions standards and plaintiff's alternative sanctions instructions. |
| 01/27/2021 | 0690 | Ackerman, Justin M. | 0.40 | 72.00 | 180.00 | 10714300 | Billed | Continued editing motion to strike based on Kinnedy decision from Judge Teilborg. |
| 01/27/2021 | 0690 | Ackerman, Justin M. | 0.80 | 144.00 | 180.00 | 10714300 | Billed | Edit response to sanctions motion (overall) for grammar, spelling, analysis and compliance with 17 page limit. |
| 01/27/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10714300 | Billed | Email correspondence to and from Cory Braddock regarding reservation of rights letter and settlement. |
| 01/27/2021 | 0011 | Myles, Donald L. | 0.60 | 126.00 | 210.00 | 10714300 | Billed | Review of reservation of rights letter regarding conversation with Cody Braddock. |
| 01/27/2021 | 0011 | Myles, Donald L. | 1.80 | 378.00 | 210.00 | 10714300 | Billed | Review of Dargus and Cressman's depositions regarding factual basis to include in motion in reply to motion for sanctions. |
| 01/28/2021 | 0745 | Reiman, Clarissa B. | 0.50 | 90.00 | 180.00 | 10714300 | Billed | Review email and attached curator report from Jim Durham, prior curator, for facts to include in his declaration. |
| 01/28/2021 | 6241 | Knop, Jaclyne A. | 0.70 | 70.00 | 100.00 | 10714300 | Billed | Conduct a review of the response in opposition and search the case file for the pertinent and supporting evidence referenced in preparation of filing with the court. |
| 01/28/2021 | 0745 | Reiman, Clarissa B. | 2.00 | 360.00 | 180.00 | 10714300 | Billed | Draft Reply to Grant Winthrop's Amended Counterclaim. |
| 01/28/2021 | 0745 | Reiman, Clarissa B. | 1.20 | 216.00 | 180.00 | 10714300 | Billed | Review, analyze and incorporate my changes to our Response to the Motion for Spoliation and Sanctions. |
| 01/28/2021 | 0690 | Ackerman, Justin M. | 0.30 | 54.00 | 180.00 | 10714300 | Billed | Edit Response to Motion for Sanctions based on Clarissa Reiman's edits and feedback. |
| 01/28/2021 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10714300 | Billed | Review and finalization of answer to Wine/Winthrop's third-party complaint. |
| 01/29/2021 | 6241 | Knop, Jaclyne A. | 0.10 | 10.00 | 100.00 | 10714300 | Billed | Communicate with Tim Luzon via telephone regarding the declaration for the response in opposition to be filed. |

| 01/29/2021 | 0745 | Reiman, Clarissa B. | 0.40 | 72.00 | 180.00 | 10714300 | Billed | Draft email exchanges with Kesha Hodge, prior AZ Rangers' counsel, and Jared Simmons, AZ Ranger's general counsel, regarding declarations from them and the individual rangers for opposition to motion for spoliation and sanctions. |
|---|---|---|---|---|---|---|---|---|
| 01/29/2021 | 6241 | Knop, Jaclyne A. | 2.70 | 270.00 | 100.00 | 10714300 | Billed | Continue to conduct a review of the case file, emails, depositions, letters and declarations for the pertinent and supporting evidence referenced in the motion to strike and the response in opposition in preparation of filing with the court. |
| 01/29/2021 | 0745 | Reiman, Clarissa B. | 1.30 | 234.00 | 180.00 | 10714300 | Billed | Continue drafting reply to Grant Winthrop's Amended Counterclaim and incorporating changes from changes in declarations. |
| 01/29/2021 | 0745 | Reiman, Clarissa B. | 0.60 | 108.00 | 180.00 | 10714300 | Billed | Continue drafting my declaration in opposition to motion for spoliation and sanctions to include my telephone conversation with Tim Tuzon. |
| 01/29/2021 | 0745 | Reiman, Clarissa B. | 0.30 | 54.00 | 180.00 | 10714300 | Billed | Review email and finalized declaration signed by Jared Simmons incorporate his changes to the response in opposition to motion for spoliation and sanctions. |
| 01/29/2021 | 0745 | Reiman, Clarissa B. | 0.40 | 72.00 | 180.00 | 10714300 | Billed | Review Kesha Hodge's proposed changes to her declaration in support of opposition to motion for spoliation and sanctions to incorporate her changes into response to opposition to motion for spoliation and sanctions. |
| 01/29/2021 | 0745 | Reiman, Clarissa B. | 0.60 | 108.00 | 180.00 | 10714300 | Billed | Draft changes to Declaration of Mike Montalvo, State Webmaster, in support of our opposition to motion for spoliation and sanctions. |
| 01/29/2021 | 0745 | Reiman, Clarissa B. | 0.20 | 36.00 | 180.00 | 10714300 | Billed | Telephone call with Mike Montalvo, State Webmaster, regarding changes to his declaration. |
| 01/29/2021 | 6241 | Knop, Jaclyne A. | 0.40 | 40.00 | 100.00 | 10714300 | Billed | Draft the declaration of Don Myles in substitution of pending declaration from Ranger individuals in preparation of filing the motion and response. |
| 01/29/2021 | 0745 | Reiman, Clarissa B. | 0.20 | 36.00 | 180.00 | 10714300 | Billed | Draft email to Mike Montalvo, State Webmaster, regarding modifications to his declaration. |
| 01/29/2021 | 0745 | Reiman, Clarissa B. | 0.50 | 90.00 | 180.00 | 10714300 | Billed | Draft multiple email exchanges with Tim Tuzon, State Curator, regarding his finalized declaration. |
| 01/29/2021 | 0745 | Reiman, Clarissa B. | 0.40 | 72.00 | 180.00 | 10714300 | Billed | Multiple Telephone conference with Tim Tuzon, state curator, regarding finalizing his declaration. |
| 01/29/2021 | 0745 | Reiman, Clarissa B. | 1.00 | 180.00 | 180.00 | 10714300 | Billed | Draft Response in Opposition to Motion for Spoliation and Sanctions to include changes from changes to declarations and exhibits. |
| 01/29/2021 | 0690 | Ackerman, Justin M. | 2.40 | 432.00 | 180.00 | 10714300 | Billed | Finalized Response to Motion for Sanctions for filing in Arizona District Court. |
| 01/29/2021 | 0690 | Ackerman, Justin M. | 2.10 | 378.00 | 180.00 | 10714300 | Billed | Finalized Motion to Strike Motion for Sanctions for filing in Arizona District Court. |

| 01/29/2021 | 0690 | Ackerman, Justin M. | 2.70 | 486.00 | 180.00 | 10714300 | Billed | Finalized Declarations and various exhibits in support of Response to Motion for Sanctions for filing in Arizona District Court. |
|---|---|---|---|---|---|---|---|---|
| 01/29/2021 | 0745 | Reiman, Clarissa B. | 1.00 | 180.00 | 180.00 | 10714300 | Billed | Draft and finalize response in opposition to motion to spoliation and sanctions to include changes in declarations from Jared Simmons, Kesha Hodge, Mike Montalvo and Tim Tuzon. |
| 01/29/2021 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10714300 | Billed | Email correspondence with Cody Braddock regarding case status and motions. |
| 01/29/2021 | 0011 | Myles, Donald L. | 1.80 | 378.00 | 210.00 | 10714300 | Billed | Final review and finalization of multiple declarations to attach to motion for opposition to motion for sanctions. |
| 01/29/2021 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10714300 | Billed | Email correspondence with Erica Bachmann regarding filed motions. |
| 02/01/2021 | 0745 | Reiman, Clarissa B. | 0.30 | 54.00 | 180.00 | 10716301 | Billed | Draft email exchanges with Jared Simmons regarding declarations from AZ Rangers in support of Response to Opposition to Motion for Spoliation and Sanctions. |
| 02/01/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10716301 | Billed | Email correspondence to and from Cory Braddock regarding case status, extension of time for reply to spoliation motion. |
| 02/04/2021 | 0011 | Myles, Donald L. | 0.50 | 105.00 | 210.00 | 10716301 | Billed | Review of deposition transcripts regarding initial preparation of Statement of Facts to Motion for Summary Judgment. |
| 02/04/2021 | 0690 | Ackerman, Justin M. | 0.40 | 72.00 | 180.00 | 10716301 | Billed | Continue analysis regarding potential Motion for Summary Judgment arguments. |
| 02/04/2021 | 0690 | Ackerman, Justin M. | 0.50 | 90.00 | 180.00 | 10716301 | Billed | Outlined Motion for Summary Judgment arguments in lieu of Motion for Summary Judgment deadline. |
| 02/04/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10716301 | Billed | Receive and review Court's Minute Entry Order confirming reply deadline and extension on Motion for Spoliation and Sanctions Response. |
| 02/12/2021 | 0745 | Reiman, Clarissa B. | 0.70 | 126.00 | 180.00 | 10716301 | Billed | Review and analyze Wine Education Council's response to Arizona Rangers' Motion to Strike Motion for Spoliation and Sanctions to determine strategy in filing reply. |
| 02/12/2021 | 0745 | Reiman, Clarissa B. | 0.80 | 144.00 | 180.00 | 10716301 | Billed | Review and analyze Wine Education Council's reply in support of motion for spoliation and sanctions. |
| 02/12/2021 | 0690 | Ackerman, Justin M. | 1.50 | 270.00 | 180.00 | 10716301 | Billed | ███████████████████████████████████ |
| 02/12/2021 | 0690 | Ackerman, Justin M. | 1.70 | 306.00 | 180.00 | 10716301 | Billed | Analysis of court's previous ruling on motion to dismiss regarding Winthrop's counterclaims to ascertain issues left to be briefed and what, if any, claims were still at issue for summary judgment. |
| 02/12/2021 | 0690 | Ackerman, Justin M. | 2.10 | 378.00 | 180.00 | 10716301 | Billed | Began drafting outline of summary judgment arguments on Winthrop's counterclaims. |
| 02/12/2021 | 0690 | Ackerman, Justin M. | 1.80 | 324.00 | 180.00 | 10716301 | Billed | Review and analysis of relevant discovery taken regarding Winthrop's counterclaims. |

| 02/12/2021 | 0690 | Ackerman, Justin M. | 2.50 | 450.00 | 180.00 | 10716301 | Billed | Review and analysis of prior summary judgment motion exhibits (700+ pages) for Winthrop counterclaim summary judgment arguments. |
|---|---|---|---|---|---|---|---|---|
| 02/12/2021 | 0690 | Ackerman, Justin M. | 0.80 | 144.00 | 180.00 | 10716301 | Billed | Review and analysis of Plaintiff's reply in support of motion for sanctions/spoliation. |
| 02/12/2021 | 0690 | Ackerman, Justin M. | 0.70 | 126.00 | 180.00 | 10716301 | Billed | Review and analysis of Plaintiffs' Response to Motion to Strike for potential arguments that needed to be made in reply motion. |
| 02/12/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10716301 | Billed | Email correspondence with Ellis Carter regarding response to Plaintiff's Motion to Exclude. |
| 02/13/2021 | 0690 | Ackerman, Justin M. | 4.20 | 756.00 | 180.00 | 10716301 | Billed | Began drafting summary judgment arguments regarding Winthrop's claims for breach of contract, good faith, and unjust enrichment. |
| 02/13/2021 | 0690 | Ackerman, Justin M. | 2.10 | 378.00 | 180.00 | 10716301 | Billed | Continued review and analysis of Grant Winthrop and Steven Lant's deposition testimony to support summary judgment arguments on Winthrop's counterclaims. |
| 02/13/2021 | 0690 | Ackerman, Justin M. | 0.60 | 108.00 | 180.00 | 10716301 | Billed | ███████████████████████████████████ |
| 02/13/2021 | 0690 | Ackerman, Justin M. | 0.60 | 108.00 | 180.00 | 10716301 | Billed | Edit summary judgment motion on Winthrop's counterclaims based on Don Myles comments and suggestions. |
| 02/13/2021 | 0011 | Myles, Donald L. | 2.20 | 462.00 | 210.00 | 10716301 | Billed | Review and finalization of draft Motion for Summary Judgment No. Two on Winthrop claims. |
| 02/13/2021 | 0011 | Myles, Donald L. | 2.50 | 525.00 | 210.00 | 10716301 | Billed | Review and finalization of exhibits and draft Motion for Summary Judgment. |
| 02/14/2021 | 0690 | Ackerman, Justin M. | 1.10 | 198.00 | 180.00 | 10716301 | Billed | Continued to edit summary judgment motion regarding Winthrop's counterclaims (overall) for grammar, citation and analysis. |
| 02/14/2021 | 0011 | Myles, Donald L. | 3.10 | 651.00 | 210.00 | 10716301 | Billed | Review and finalization of Statement of Facts and deposition excerpts for Motion for Summary Judgment One and Two. |
| 02/15/2021 | 0011 | Myles, Donald L. | 1.20 | 252.00 | 210.00 | 10716301 | Billed | Review and final changes to Motion for Summary Judgment Two regarding Winthrop's claims. |
| 02/15/2021 | 0690 | Ackerman, Justin M. | 2.10 | 378.00 | 180.00 | 10716301 | Billed | Began drafting outline of arguments in support of reply to motion to strike. |
| 02/15/2021 | 0690 | Ackerman, Justin M. | 2.40 | 432.00 | 180.00 | 10716301 | Billed | Continued to edit motion for summary judgment regarding Grant Winthrop's counterclaims (overall) for analysis, spelling and grammar. |
| 02/15/2021 | 0690 | Ackerman, Justin M. | 0.80 | 144.00 | 180.00 | 10716301 | Billed | █████████████████████████ |
| 02/15/2021 | 0690 | Ackerman, Justin M. | 1.10 | 198.00 | 180.00 | 10716301 | Billed | Began drafting argument for reply in support of motion to strike Plaintiffs' spoliation motion regarding Plaintiff's motion for spoliation being a discovery dispute motion that falls within the Court's discovery dispute procedures. |

| 02/15/2021 | 0690 | Ackerman, Justin M. | 0.50 | 90.00 | 180.00 | 10716301 | Billed | Further edits to summary judgment motion regarding Winthrop's counterclaims based on second round of edits from Don Myles. |
|---|---|---|---|---|---|---|---|---|
| 02/16/2021 | 6241 | Knop, Jaclyne A. | 1.20 | 120.00 | 100.00 | 10716301 | Billed | Conduct a review of the motion for summary judgment re: Winthrop, the case file, disclosures and depositions for all supporting records and evidence to be filed with the motion for summary judgment. |
| 02/16/2021 | 6241 | Knop, Jaclyne A. | 1.60 | 160.00 | 100.00 | 10716301 | Billed | Conduct a review of the motion for summary judgment re: Arizona Rangers, the case file, disclosures and depositions for all supporting records and evidence to be filed with the motion for summary judgment. |
| 02/16/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10716301 | Billed | Email correspondence with Erica Bachmann and review of motion edits and changes. |
| 02/16/2021 | 0011 | Myles, Donald L. | 0.80 | 168.00 | 210.00 | 10716301 | Billed | Multiple email correspondence with Jared Simmons, Kesha Hodge and Jeff Messing regarding changes to Motion for Summary Judgment. |
| 02/16/2021 | 0690 | Ackerman, Justin M. | 3.10 | 558.00 | 180.00 | 10716301 | Billed | Edited motion for summary judgment on Winthrop's counterclaims based on client input and edits. |
| 02/16/2021 | 0690 | Ackerman, Justin M. | 1.70 | 306.00 | 180.00 | 10716301 | Billed | Further review of discovery and disclosure statements regarding any evidence of unpaid bills from Grant Winthrop between November 8, 2017 and November 21, 2017 for MSJ arguments regarding same. |
| 02/16/2021 | 0690 | Ackerman, Justin M. | 0.70 | 126.00 | 180.00 | 10716301 | Billed | Finalize exhibits in support of motion for summary judgment regarding Winthrop counterclaims. |
| 02/16/2021 | 0690 | Ackerman, Justin M. | 1.50 | 270.00 | 180.00 | 10716301 | Billed | Continued review and analysis regarding Plaintiffs' response to Motion to Str ke for Reply Arguments. |
| 02/16/2021 | 0690 | Ackerman, Justin M. | 1.50 | 270.00 | 180.00 | 10716301 | Billed | Initial review and analysis of Plaintiffs' Partial Motion for Summary Judgment on WEC's breach of contract claims and WEC's Motion for Summary Judgment on Ranger's counterclaims. |
| 02/17/2021 | 0690 | Ackerman, Justin M. | 3.50 | 630.00 | 180.00 | 10716301 | Billed | Continued to draft reply in support of motion to strike Plaintiffs' motion for sanctions. |
| 02/17/2021 | 0690 | Ackerman, Justin M. | 1.60 | 288.00 | 180.00 | 10716301 | Billed | ███████████████████████ |
| 02/17/2021 | 0690 | Ackerman, Justin M. | 1.60 | 288.00 | 180.00 | 10716301 | Billed | Continued review and analysis of Plaintiffs' Motion for Summary Judgment on Rangers' counterclaims. |
| 02/17/2021 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10716301 | Billed | Email correspondence with Erica Bachmann regarding case status and response to Plaintiff's Motion for Summary Judgment. |

| 02/17/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10716301 | Billed | Multiple email correspondence with Cory Braddock regarding pending Motions for Summary Judgment and joint motion to request additional time tor respond to Plaintiff's Motions for Summary Judgment. |
| 02/17/2021 | 0011 | Myles, Donald L. | 2.80 | 588.00 | 210.00 | 10716301 | Billed | Review of Plaintiff's Motions for Summary Judgment and exhibits regarding initial preparation of response to same. |
| 02/18/2021 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10716301 | Billed | Email correspondence and extended telephone conference with Cory Braddock regarding case status and settlement opportunities. |
| 02/18/2021 | 0690 | Ackerman, Justin M. | 3.90 | 702.00 | 180.00 | 10716301 | Billed | Continued to draft reply in support of motion for spoliation addressing Rule 37 arguments and standard for discovery dispute arguments raised by Plaintiffs in their response. |
| 02/18/2021 | 0690 | Ackerman, Justin M. | 2.50 | 450.00 | 180.00 | 10716301 | Billed | ████████████████████████████████████████ |
| 02/18/2021 | 0690 | Ackerman, Justin M. | 2.60 | 468.00 | 180.00 | 10716301 | Billed | Continued to draft reply in support of motion to strike Plaintiffs' motion for spoliation regarding their argument they did not need to meet and confer before filing a spoliation motion under the court's local rules and scheduling order. |
| 02/18/2021 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10716301 | Billed | Email correspondence to Jared Simmons regarding Plaintiff's Motions and conference call next week regarding same. |
| 02/18/2021 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10716301 | Billed | Extended telephone conference with Cory Braddock regarding case status and dismissal of cross-claims between Winthrop and Rangers. |
| 02/18/2021 | 0011 | Myles, Donald L. | 3.20 | 672.00 | 210.00 | 10716301 | Billed | Review of Plaintiff's Motions for Summary Judgment, review of development depositions and initial preparation of Statement of Facts in response to Plaintiff's Motion for Summary Judgment. |
| 02/19/2021 | 0690 | Ackerman, Justin M. | 3.40 | 612.00 | 180.00 | 10716301 | Billed | Finalized and filed Reply in Support of Motion to Strike Plaintiffs' Motion for Spoliation. |
| 02/19/2021 | 0690 | Ackerman, Justin M. | 0.80 | 144.00 | 180.00 | 10716301 | Billed | ████████████████████████████████ |
| 02/19/2021 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10716301 | Billed | Final review and changes to Motion for Joint Briefing Deadlines/Scheduled. |
| 02/19/2021 | 0011 | Myles, Donald L. | 0.60 | 126.00 | 210.00 | 10716301 | Billed | Review and finalization of reply in support of Defendant's Motion to Str ke WEC's Motion for Sanctions. |
| 02/22/2021 | 0745 | Reiman, Clarissa B. | 0.50 | 90.00 | 180.00 | 10716301 | Billed | Review and analyze Reply in Support of Motion to Strike Motion for Spoliation. |
| 02/22/2021 | 0690 | Ackerman, Justin M. | 0.30 | 54.00 | 180.00 | 10716301 | Billed | Finalized motion for stipulated briefing schedule regarding summary judgment responses and replies. |
| 02/22/2021 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10716301 | Billed | Confirmation email with Cory Braddock regarding filing of Joint Motion for Extension of Time regarding outstanding motions. |

| 02/23/2021 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10716301 | Billed | Review and final preparation of Joint Motion to Extend Briefing Deadlines and email correspondence with Cory Braddock regarding same. |
| 02/25/2021 | 0745 | Reiman, Clarissa B. | 0.10 | 18.00 | 180.00 | 10716301 | Billed | Review court's order extending scheduling deadlines to determine plan of action and strategy for proceeding forward in case. |
| 03/01/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10718360 | Billed | Email correspondence to and from Cody Braddock regarding case status and settlement. |
| 03/02/2021 | 0745 | Reiman, Clarissa B. | 1.00 | 180.00 | 180.00 | 10718360 | Billed | Review and analyze third party defendant Grant Winthrop's Motion for Summary Judgment to determine strategy for responding. |
| 03/02/2021 | 0690 | Ackerman, Justin M. | 1.70 | 306.00 | 180.00 | 10718360 | Billed | Detail review and analysis of Winthrop's Motion for Summary Judgment on Rangers' claims. |
| 03/02/2021 | 0690 | Ackerman, Justin M. | 0.60 | 108.00 | 180.00 | 10718360 | Billed | Analysis of Courts ruling on Motion to Dismiss per Rangers Third Party Complaint against Winthrop. |
| 03/02/2021 | 0690 | Ackerman, Justin M. | 0.50 | 90.00 | 180.00 | 10718360 | Billed | Conference call with Don Myles, Clarissa Reiman and Alejandro Barrientos regarding Motion for Summary Judgment Response strategy. |
| 03/02/2021 | 0011 | Myles, Donald L. | 3.10 | 651.00 | 210.00 | 10746692 | Billed | Comprehensive review of deposition testimony and Plaintiff's Statement of Facts regarding preparation for oral argument on Motion for Spoilation and Motion to Strike Plaintiff's Spoilation Motion. |
| 03/03/2021 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10746692 | Billed | Multiple email correspondence with Jared Simmons and review and finalization of proposed letter for Grant Winthrop as part of settlement. |
| 03/04/2021 | 0011 | Myles, Donald L. | 1.70 | 357.00 | 210.00 | 10718360 | Billed | Comprehensive review of Vargas and John Winthrop's deposition ███████████████████████████████████ |
| 03/04/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10718360 | Billed | Multiple exchanges of emails with Cory Braddock regarding case status and potential settlement/fee request to dismiss counterclaim versus Winthrop. |
| 03/05/2021 | 0011 | Myles, Donald L. | 0.80 | 168.00 | 210.00 | 10718360 | Billed | Extended telephone conference with Cody Braddock regarding Motions for Summary Judgment. |
| 03/05/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10718360 | Billed | Extended telephone conference with Jared Simmons regarding case status and settlement discussion. |
| 03/05/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10718360 | Billed | Email correspondence to and from Erica Bachmann regarding current case status, evaluation and Plaintiff's settlement proposal/letter. |
| 03/06/2021 | 0011 | Myles, Donald L. | 0.50 | 105.00 | 210.00 | 10718360 | Billed | Review and redaction changes to Grant Winthrop letter and email to Jared Simmons regarding same. |
| 03/08/2021 | 0690 | Ackerman, Justin M. | 1.60 | 288.00 | 180.00 | 10718360 | Billed | Begin drafting Response to Plaintiff's Motion for Summary Judgment regarding Third Party Complaint outline. |

| 03/08/2021 | 0690 | Ackerman, Justin M. | 3.20 | 576.00 | 180.00 | 10718360 | Billed | Begin drafting Response to Plaintiff's Motion for Summary Judgment regarding Third Party Complaint for factual and procedural background. |
| 03/08/2021 | 0690 | Ackerman, Justin M. | 0.80 | 144.00 | 180.00 | 10718360 | Billed | Begin drafting Response Motion for Summary Judgment arguments regarding WEC's claims. |
| 03/08/2021 | 0690 | Ackerman, Justin M. | 0.70 | 126.00 | 180.00 | 10718360 | Billed | Review and analysis of Plaintiff's exhibits in support of Motion for Summary Judgment. |
| 03/08/2021 | 0011 | Myles, Donald L. | 2.40 | 504.00 | 210.00 | 10746692 | Billed | Review of Anthony Ramirez and Jeff East depositions regarding preparation of facts/law in opposition of Plaintiff's Motions for Summary Judgment. |
| 03/09/2021 | 0690 | Ackerman, Justin M. | 2.30 | 414.00 | 180.00 | 10718360 | Billed | Edit Rangers Motion for Summary Judgment Response argument regarding Winthrop's grant fund expenditures. |
| 03/09/2021 | 0690 | Ackerman, Justin M. | 1.40 | 252.00 | 180.00 | 10718360 | Billed | Edit Rangers Motion for Summary Judgment Response argument regarding fiduciary duty and negligence. |
| 03/09/2021 | 0690 | Ackerman, Justin M. | 2.30 | 414.00 | 180.00 | 10718360 | Billed | Continue review and analysis of John Winthrop and Grant Winthrop's depositions in support of Motion for Summary Judgment Response arguments. |
| 03/09/2021 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10718360 | Billed | Multiple exchanges of emails with Cory Braddock and revisions of letter to be signed by Rangers regarding settlement. |
| 03/10/2021 | 0011 | Myles, Donald L. | 1.30 | 273.00 | 210.00 | 10718360 | Billed | Review and highlight of deposition of Steve Land and Dargas regarding case status in preparation of reply to pending Motion for Summary Judgment. |
| 03/11/2021 | 0011 | Myles, Donald L. | 0.90 | 189.00 | 210.00 | 10718360 | Billed | Review of Cressman deposition regarding facts applicable to pending Motion for Summary Judgment. |
| 03/11/2021 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10746692 | Billed | Email correspondence to and from Erica Bachmann regarding case status, vendor bills and payment issues regarding depositions. |
| 03/12/2021 | 0011 | Myles, Donald L. | 3.10 | 651.00 | 210.00 | 10718360 | Billed | Review of Doug Sankey, Aaron Fritz and Tim Cummings depositions regarding factual basis and quotes to be used in Motion for Summary Judgment and opposition thereto. |
| 03/16/2021 | 0011 | Myles, Donald L. | 0.80 | 168.00 | 210.00 | 10718360 | Billed | Review of deposition of Tim Cummings regarding case status and evaluation and preparation response to Motion for Summary Judgment. |
| 03/22/2021 | 0011 | Myles, Donald L. | 0.50 | 105.00 | 210.00 | 10746692 | Billed | Initial review of deposition of Grant Winthrop regarding preparation of response to Plaintiff's dismissal/motion for summary judgement on cross-claim. |
| 03/23/2021 | 0011 | Myles, Donald L. | 1.20 | 252.00 | 210.00 | 10746692 | Billed | Review of Lant deposition and exhibits regarding response to Plaintiff's motion for pending summary judgment. |
| 03/25/2021 | 0690 | Ackerman, Justin M. | 0.90 | 162.00 | 180.00 | 10718360 | Billed | Continue to edit Response to Ranger Motion for Summary Judgment regarding TPC on prevailing party and attorneys' fees. |

| 03/26/2021 | 0011 | Myles, Donald L. | 1.20 | 252.00 | 210.00 | 10718360 | Billed | Review and finalization of draft response to the Rangers Motion for Summary Judgment and review of depositions for exhibits for motion. |
| 03/26/2021 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10718360 | Billed | Multiple email correspondence with Jeff Messing and Gina Sluga regarding outstanding court reporter bills. |
| 03/28/2021 | 0690 | Ackerman, Justin M. | 3.30 | 594.00 | 180.00 | 10718360 | Billed | Began drafting objections to Plaintiff's Statement of Facts in support of Winthrop's Motion for Summary Judgment. |
| 03/29/2021 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10746692 | Billed | Email correspondence with Jared Smmons and Erica Bachmann regarding current case status and oral argument on spoliation motions. |
| 03/29/2021 | 0011 | Myles, Donald L. | 1.20 | 252.00 | 210.00 | 10746692 | Billed | Review of SOF for Motion for Summary Judgment and review changes for final form. |
| 03/30/2021 | 0745 | Reiman, Clarissa B. | 0.90 | 162.00 | 180.00 | 10718360 | Billed | Review and analyze AZ Rangers response to Grant Winthrop's Motion for Summary Judgment to determine whether additional arguments or law is needed. |
| 03/30/2021 | 0690 | Ackerman, Justin M. | 1.30 | 234.00 | 180.00 | 10718360 | Billed | Edit response to Grant Winthrop's summary judgment motion for analysis and grammar. |
| 03/30/2021 | 0690 | Ackerman, Justin M. | 1.10 | 198.00 | 180.00 | 10718360 | Billed | Edit Response to plaintiff's statement of facts and additional statements of fact in support of our Response to summary judgment from Grant Winthrop. |
| 03/30/2021 | 0011 | Myles, Donald L. | 2.80 | 588.00 | 210.00 | 10746692 | Billed | Review of Plaintiff's Motions for Sanctions, response and reply in preparation for oral argument. |
| 03/31/2021 | 0745 | Reiman, Clarissa B. | 0.40 | 72.00 | 180.00 | 10718360 | Billed | Review court's order setting oral argument on Motion for Spoliation and Sanctions and all the pleadings associated with such motion i preparation for the oral argument. |
| 03/31/2021 | 6241 | Knop, Jaclyne A. | 0.40 | 40.00 | 100.00 | 10718360 | Billed | Review and analyze the statement of facts to be filed for knowledge of the contents and anticipated identified exh bits. |
| 03/31/2021 | 6241 | Knop, Jaclyne A. | 1.40 | 140.00 | 100.00 | 10718360 | Billed | Conduct a review of the deposition transcripts and obtain the relevant testimony of John Winthrop, Grant Winthrop, Doug Sankey, Anthony Ramirez and Steve Lant supportive of the statement of facts in preparation of filing with the court. |
| 03/31/2021 | 0690 | Ackerman, Justin M. | 0.70 | 126.00 | 180.00 | 10718360 | Billed | Finalized statement of facts and exhibits in support of response to Grant Winthrop's motion for summary judgment. |
| 04/01/2021 | 0690 | Ackerman, Justin M. | 0.80 | 144.00 | 180.00 | 10746696 | Billed | Correspond with Erica Bachmann regarding Winthrop Response Motion for Summary Judgment/Statement of Facts comments and edits. |
| 04/01/2021 | 0690 | Ackerman, Justin M. | 2.40 | 432.00 | 180.00 | 10746696 | Billed | Finalize and file Response to Grant Winthrop's Motion for Summary Judgment and Statement of Facts. |
| 04/01/2021 | 0690 | Ackerman, Justin M. | 1.30 | 234.00 | 180.00 | 10746696 | Billed | Review and analysis of Response to Motion for Summary Judgment regarding Winthrop's counterclaim against Arizona Rangers. |
| 04/01/2021 | 0011 | Myles, Donald L. | 0.80 | 168.00 | 210.00 | 10746696 | Billed | Multiple email correspondence with Kesha Hodge and Jared Simmons regarding review and finalization of declarations to motion opposing sanctions. |

| 04/01/2021 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10746696 | Billed | Email correspondence and corrections from Erica Bachmann regarding motion response to motion for sanctions. |
| 04/01/2021 | 0011 | Myles, Donald L. | 0.80 | 168.00 | 210.00 | 10746696 | Billed | Review of Erica Bachmann's changes to Response to Motion for Summary Judgment and suggestion of further changes and finalization of same before filing. |
| 04/02/2021 | 6241 | Knop, Jaclyne A. | 0.20 | 20.00 | 100.00 | 10746696 | Billed | Conduct a review of the transcripts and marked exhibits of the depositions for Brandon Rogers and Jessica Ramirez for completeness and in preparation for motion practice. |
| 04/04/2021 | 0011 | Myles, Donald L. | 1.10 | 231.00 | 210.00 | 10746696 | Billed | Review of cases cited by Plaintiff's briefing for preparation of Opposition to Motion for Sanctions. |
| 04/05/2021 | 0011 | Myles, Donald L. | 6.50 | 1,365.00 | 210.00 | 10746696 | Billed | Comprehensive review of motions, exh bits and case law regarding preparation for Plaintiff's Motion for Sanctions. |
| 04/05/2021 | 0690 | Ackerman, Justin M. | 1.30 | 234.00 | 180.00 | 10746696 | Billed | Analysis of oral argument high points for Don Myles. |
| 04/06/2021 | 0011 | Myles, Donald L. | 2.70 | 567.00 | 210.00 | 10746696 | Billed | Preparation for and attendance at hearing on Motion to Strike Plaintiff's Sanctions in opposition to Plaintiff's Motion for Sanctions. |
| 04/06/2021 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10746696 | Billed | Receive and review Court's Minute Entry Order on all pending Motions for Summary Judgment and hearing. |
| 04/06/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10746696 | Billed | Email correspondence to Erica Bachmann regarding current case status of Motions for Summary Judgment and Motion for Sanctions. |
| 04/12/2021 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10746696 | Billed | Review and analyze Minute Entry Order from the court changing hearing on pending Motions for Summary Judgment. |
| 04/14/2021 | 0690 | Ackerman, Justin M. | 1.70 | 306.00 | 180.00 | 10746696 | Billed | Continue review and analysis of Response to Motion for Summary Judgment on Winthrop's claims and associated Statement of Facts. |
| 04/14/2021 | 0690 | Ackerman, Justin M. | 2.40 | 432.00 | 180.00 | 10746696 | Billed | Begin drafting Reply in support of Motion for Summary Judgment regarding Winthrop's claims. |
| 04/15/2021 | 0690 | Ackerman, Justin M. | 4.30 | 774.00 | 180.00 | 10746696 | Billed | Continue drafting Reply in support of Motion for Summary Judgment on Winthrop's counterclaims against Arizona Rangers. |
| 04/15/2021 | 0690 | Ackerman, Justin M. | 2.10 | 378.00 | 180.00 | 10746696 | Billed | Continue review of the record to draft Reply in support of Motion for Summary Judgment on Rangers' claims. |
| 04/15/2021 | 0690 | Ackerman, Justin M. | 2.60 | 468.00 | 180.00 | 10746696 | Billed | Continue review and analysis of Plaintiff's Response to Motion for Summary Judgment regarding Winthrop's counterclaims and associated Statement of Facts/exhibits. |
| 04/16/2021 | 0011 | Myles, Donald L. | 1.20 | 252.00 | 210.00 | 10746696 | Billed | Review, comments, changes of facts and further preparation of Ranger's Motion for Summary Judgment on Grant Winthrop's counterclaims. |
| 04/21/2021 | 0690 | Ackerman, Justin M. | 3.20 | 576.00 | 180.00 | 10746696 | Billed | Continue to edit AZ Rangers Reply in support of Motion for Summary Judgment on Winthrop's claims. |
| 04/21/2021 | 0690 | Ackerman, Justin M. | 0.80 | 144.00 | 180.00 | 10746696 | Billed | Continue analysis of arguments in light of comments, suggestions from Jeffrey Messing. |

| 04/21/2021 | 0011 | Myles, Donald L. | 0.80 | 168.00 | 210.00 | 10746696 | Billed | Review and finalization of reply to Winthrop's Motion for Summary Judgment. |
|---|---|---|---|---|---|---|---|---|
| 04/21/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10746696 | Billed | Extended telephone conference with Jared Simmons regarding case status, payment and pending Motions for Summary Judgment. |
| 04/22/2021 | 6241 | Knop, Jaclyne A. | 0.30 | 30.00 | 100.00 | 10746696 | Billed | Conduct a review of the correspondence and produced evidence by the parties for the supporting records to the reply to the motion for summary judgment in preparation of filing the same with the court. |
| 04/22/2021 | 0690 | Ackerman, Justin M. | 2.30 | 414.00 | 180.00 | 10746696 | Billed | Finalize and file Reply in support of Motion for Summary Judgment regarding Winthrop's counterclaims. |
| 04/22/2021 | 0690 | Ackerman, Justin M. | 1.10 | 198.00 | 180.00 | 10746696 | Billed | Finalize exhibits in support of Reply to Motion for Summary Judgment regarding Winthrop's counterclaims. |
| 04/22/2021 | 0690 | Ackerman, Justin M. | 0.70 | 126.00 | 180.00 | 10746696 | Billed | Review and analysis of Court's 4/22/21 Order granting Motion to Strike regarding expert. |
| 04/22/2021 | 0690 | Ackerman, Justin M. | 0.80 | 144.00 | 180.00 | 10746696 | Billed | Edit Motion for Summary Judgment Reply based on Erica Bachmann's edits and comments. |
| 04/22/2021 | 0690 | Ackerman, Justin M. | 0.40 | 72.00 | 180.00 | 10746696 | Billed | Review and analysis of WEC's Reply in support of Summary Judgment on partial counterclaims. |
| 04/22/2021 | 0690 | Ackerman, Justin M. | 1.10 | 198.00 | 180.00 | 10746696 | Billed | Review and analysis of Winthrop's Motion for Summary Judgment on AZ Rangers' Third Party Complaint. |
| 04/22/2021 | 0011 | Myles, Donald L. | 0.60 | 126.00 | 210.00 | 10746696 | Billed | Review final versions of Reply in Opposition to Winthrop's Motions for Summary Judgment. |
| 04/22/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10746696 | Billed | Extended telephone conference with Gena Sluga regarding case status and Grant Winthrop's indemnity and attorney fee claim against the Rangers. |
| 04/22/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10746696 | Billed | Telephone conference with Jared Simmons regarding current case status, attorney fee issues and coverage for Grant Winthrop. |
| 04/26/2021 | 0690 | Ackerman, Justin M. | 2.70 | 486.00 | 180.00 | 10746696 | Billed | Draft Motion to Strike Winthrop's Response to our additional Statement of Facts and 16 exhibits submitted in Winthrop's Reply Motion for Summary Judgment. |
| 04/26/2021 | 0037 | Osborne, James J. | 0.40 | 84.00 | 210.00 | 10746696 | Billed | Review and finalization of Motion to Strike Winthrop/Wine's Statement of Facts as a supplement. |
| 04/27/2021 | 0690 | Ackerman, Justin M. | 1.80 | 324.00 | 180.00 | 10746696 | Billed | Finalize and file Motion to Strike Winthrop's opposition to our additional statements of fact and 16 exhibits attached to his reply summary judgment motion. |
| 05/11/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10722773 | Billed | Email correspondence to and from Cory Braddock regarding contents of proposed Rule 408 settlement discussion and draft letter regarding Grant Winthrop. |
| 05/11/2021 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10722773 | Billed | Email to Jared Simmons regarding Winthrop's proposed settlement discussions. |
| 05/12/2021 | 0690 | Ackerman, Justin M. | 2.40 | 432.00 | 180.00 | 10722773 | Billed | Review and analysis of Response to our Motion to Strike. |

| 05/12/2021 | 0690 | Ackerman, Justin M. | 1.70 | 306.00 | 180.00 | 10722773 | Billed | Begin drafting outline of Reply in support of our Motion to Strike. |
|---|---|---|---|---|---|---|---|---|
| 05/12/2021 | 0011 | Myles, Donald L. | 0.50 | 105.00 | 210.00 | 10722773 | Billed | Receive and review Plaintiff's Motion to Strike, Statement of Facts in Reply to Defendant Ranger's Motion to Strike Winthrop's Objections to Statement of Facts. |
| 05/12/2021 | 0011 | Myles, Donald L. | 3.50 | 735.00 | 210.00 | 10722773 | Billed | Comprehensive review of Plaintiff's WEC's Motions and Statements of Facts regarding preparation for oral argument on upcoming Motions for Summary Judgment. |
| 05/13/2021 | 0690 | Ackerman, Justin M. | 2.10 | 378.00 | 180.00 | 10722773 | Billed | Draft Reply in support of Motion for Summary Judgment regarding Winthrop's improper separate responses to AZ Rangers' additional Statement of Facts in support of its opposition to Winthrop's Motion for Summary Judgment on AZ Rangers' Third Party Complaint. |
| 05/13/2021 | 0690 | Ackerman, Justin M. | 2.30 | 414.00 | 180.00 | 10722773 | Billed | Draft Reply in support of Motion for Summary Judgment regarding irrelevance of 16 exhibits attached to Winthrop's Reply Motion for Summary Judgment on AZ Rangers' Third Party Complaint against Winthrop. |
| 05/13/2021 | 0690 | Ackerman, Justin M. | 0.60 | 108.00 | 180.00 | 10722773 | Billed | Review and analysis of Judge Rayes' ruling in Hunton for Reply to Motion for Summary Judgment arguments. |
| 05/13/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10722773 | Billed | Review and finalization of Reply in Opposition to Grant Wood's Supplemental Statement of Facts. |
| 05/17/2021 | 0690 | Ackerman, Justin M. | 1.30 | 234.00 | 180.00 | 10722773 | Billed | Finalize and file Reply in support of Motion to Strike Winthrop's separate Response to our Statement of Facts and 16 exhibits filed with Winthrop's Reply Motion for Summary Judgment. |
| 05/17/2021 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10722773 | Billed | Review and finalization of Ranger's Opposition to Grant Winthrop's Supplemental Statement of Facts and email correspondence to clients regarding same. |
| 05/17/2021 | 0011 | Myles, Donald L. | 1.30 | 273.00 | 210.00 | 10722773 | Billed | Review of Motions to Strike and Plaintiff's Supplementary Facts to Grant Winthrop's Motion for Summary Judgment regarding case status and evaluation. |
| 05/19/2021 | 0745 | Reiman, Clarissa B. | 0.40 | 72.00 | 180.00 | 10722773 | Billed | Review and analyze email from Plaintiff's counsel, Cory Braddock, and attached proposed letter of exoneration for Grant Winthrop in anticipation of settlement discussions. |
| 05/24/2021 | 0745 | Reiman, Clarissa B. | 1.50 | 270.00 | 180.00 | 10722773 | Billed | Review pleadings and discovery in preparation for drafting Motion for Leave to Amend Complaint. |
| 05/27/2021 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10722773 | Billed | Telephone conference with Jared Simmons regarding updated case status and evaluation prior to Rangers board meeting. |
| 06/08/2021 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10724932 | Billed | Email correspondence to Cory Braddock and Jared Simmons regarding upcoming motions and feedback on any potential settlement agreement including letter from Rangers. |
| 06/09/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10724932 | Billed | Email correspondence to and from Cory Braddock regarding pending motions and initial settlement discussions. |

| 06/09/2021 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10724932 | Billed | Email correspondence with Jared Simmons regarding settlement discussions and upcoming motions to be argued. |
|---|---|---|---|---|---|---|---|---|
| 06/14/2021 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10724932 | Billed | Email correspondence with Erica Bachman regarding current case status and pending motions. |
| 06/16/2021 | 0011 | Myles, Donald L. | 2.30 | 483.00 | 210.00 | 10724932 | Billed | Initial review of comprehensive motions to be decided by the court; motions for summary judgment: motion to strike; initial preparation for oral argument of same. |
| 06/17/2021 | 0690 | Ackerman, Justin M. | 0.30 | 54.00 | 180.00 | 10724932 | Billed | Analysis of Jon Winthrop's affidavit for Don Myles' oral argument preparation on Motion for Summary Judgment arguments. |
| 06/21/2021 | 0011 | Myles, Donald L. | 2.10 | 441.00 | 210.00 | 10724932 | Billed | Review of Grant Winthrop's Statement of Facts and Motion for Summary Judgment and Cross-Motion for Summary Judgment regarding preparation for oral argument. |
| 06/22/2021 | 0011 | Myles, Donald L. | 4.50 | 945.00 | 210.00 | 10724932 | Billed | Comprehensive review of Winthrop's Statement of Facts and deposition testimony referenced by Wine Education Council regarding preparation for oral argument. |
| 06/23/2021 | 0011 | Myles, Donald L. | 3.30 | 693.00 | 210.00 | 10724932 | Billed | Comprehensive review of Cross-Motion for Motion for Summary Judgment on Third-Party Complaint and Statement of Facts regarding preparation for oral argument. |
| 06/23/2021 | 0690 | Ackerman, Justin M. | 0.70 | 126.00 | 180.00 | 10724932 | Billed | Analysis of issues for oral argument for Don Myles. |
| 06/24/2021 | 0011 | Myles, Donald L. | 1.50 | 315.00 | 210.00 | 10724932 | Billed | Review of Motions to Strike additional Statement of Facts not timely submitted by Winthrop/Wine Education Council. |
| 06/28/2021 | 0011 | Myles, Donald L. | 3.10 | 651.00 | 210.00 | 10724932 | Billed | Review of various motions including motion to limit statement of facts regarding preparation for oral argument. |
| 06/29/2021 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10724932 | Billed | Email correspondence with Erica Bachmann and Jared Simmons regarding case status and upcoming oral argument on Motions for Summary Judgment. |
| 06/29/2021 | 0011 | Myles, Donald L. | 5.50 | 1,155.00 | 210.00 | 10724932 | Billed | Comprehensive review of Motions for Summary Judgment in preparation for upcoming oral argument. |
| 06/30/2021 | 0011 | Myles, Donald L. | 3.50 | 735.00 | 210.00 | 10724932 | Billed | Continued review of Motions for Summary Judgment in preparation for upcoming oral argument. |
| 06/30/2021 | 0011 | Myles, Donald L. | 3.00 | 630.00 | 210.00 | 10724932 | Billed | ███████████████████████████████ |
| 07/01/2021 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10727070 | Billed | Multiple extended email exchanges with counsel and Court regarding possible cancellation and reset motions for hearing. |
| 07/01/2021 | 0011 | Myles, Donald L. | 2.50 | 525.00 | 210.00 | 10727070 | Billed | Preparation for oral argument on Cross-Motions for Summary Judgment and Motions to Strike and email correspondence to client and carrier regarding current case status. |
| 07/06/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10727070 | Billed | Finalization of Motion to Amend Answer pursuant to Court's request and Minute Entry Order. |
| 07/09/2021 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10727070 | Billed | Receive and review Minute Entry Order from Court regarding Plaintiff's concession at Motion for Summary Judgment and taking motions under advisement. |

| 07/22/2021 | 0011 | Myles, Donald L. | 0.10 | 21.00 | 210.00 | 10727070 | Billed | Email correspondence from Judge Brnovich regarding transcript of motion hearing filed by Plaintiff. |
|---|---|---|---|---|---|---|---|---|
| 07/29/2021 | 0745 | Reiman, Clarissa B. | 1.40 | 252.00 | 180.00 | 10727070 | Billed | Review and analyze Court's 25 page order on court's ruling on the respective parties' summary judgment motions to determine which claims have been dismissed and which claims and issues are still pending. |
| 07/29/2021 | 0011 | Myles, Donald L. | 0.80 | 168.00 | 210.00 | 10727070 | Billed | Review and analysis of Court's 24 page Minute Entry Order regarding Motion for Summary Judgment. |
| 07/29/2021 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10727070 | Billed | Extended telephone conference with Jared Simmons regarding rulings on Motion for Summary Judgment, current case and conversations with Plaintiff's counsel regarding settlement. |
| 07/29/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10727070 | Billed | Email correspondence with Erica Bachmann regarding case status and Court's ruling on Motion for Summary Judgment. |
| 07/29/2021 | 0690 | Ackerman, Justin M. | 2.10 | 378.00 | 180.00 | 10727070 | Billed | Review and analysis of Court's 24 page order granting in part and denying in part the various pending summary judgment motions before it. |
| 07/30/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10727070 | Billed | Multiple extended email exchanges with Cory Braddock regarding Court's ruling and potential mediation/settlement. |
| 07/31/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10727070 | Billed | Telephone conference with Cory Braddock regarding Court's rulings and possible mediation/settlement. |
| 07/31/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10727070 | Billed | Telephone conference with Gena Sluga regarding case status and potential settlement. |
| 08/01/2021 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10729130 | Billed | Telephone conference with Plaintiff's counsel, Corey Braddock, regarding case status and mediation. |
| 08/01/2021 | 0011 | Myles, Donald L. | 0.10 | 21.00 | 210.00 | 10729130 | Billed | Email correspondence with Gena Sluga regarding ruling on behalf of Arizona Rangers. |
| 08/03/2021 | 0011 | Myles, Donald L. | 0.10 | 21.00 | 210.00 | 10729130 | Billed | Email correspondence with Erica Bachmann regarding case status and conference call. |
| 08/04/2021 | 0011 | Myles, Donald L. | 0.10 | 21.00 | 210.00 | 10729130 | Billed | Email correspondence to and from Erica Bachmann regarding conference call and case status. |
| 08/05/2021 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10729130 | Billed | Extended telephone conference with Corey Braddock regarding potential mediation and settlement issues. |
| 08/05/2021 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10729130 | Billed | Meeting with Gena Sluga to discuss potential mediation of all claims and review of bad coverage issues set forth in the Complaint by Grant Winthrop. |
| 08/05/2021 | 0011 | Myles, Donald L. | 0.10 | 21.00 | 210.00 | 10729130 | Billed | Email correspondence with Erica Bachmann regarding case status and conference call. |
| 08/10/2021 | 0011 | Myles, Donald L. | 0.70 | 147.00 | 210.00 | 10729130 | Billed | Extended telephone conference with Erica Bachmann and Gena Sluga and others regarding case status update and mediation. |
| 08/11/2021 | 0011 | Myles, Donald L. | 1.00 | 210.00 | 210.00 | 10729130 | Billed | Conference call with Erica Bachmann and Rex Ramos regarding case status and evaluation. |
| 08/11/2021 | 0690 | Ackerman, Justin M. | 0.50 | 90.00 | 180.00 | 10729130 | Billed | Review and analysis regarding Order on spoilation sanctions Motion to Str ke. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 08/12/2021 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10729130 | Billed | Receive and review and analysis of Judge's ruling on Motion to Strike Spoliation argument. |
| 08/12/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10729130 | Billed | Email correspondence with Erica Bachmann regarding current case status, mediation and Court's granting Motion for Sanctions. |
| 08/17/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10729130 | Billed | Extended telephone conference with mediator, Tom Slacket, regarding case status and mediation dates. |
| 08/17/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10729130 | Billed | Email correspondence to and from Plaintiff's counsel, Cory Braddock regarding mediation with Tom Slacket. |
| 08/23/2021 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10729130 | Billed | Email correspondence with Judge Zlaket regarding mediation dates. |
| 08/23/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10729130 | Billed | Email correspondence from Corey Braddock regarding agreement to mediate and dates of availability. |
| 08/23/2021 | 0011 | Myles, Donald L. | 0.10 | 21.00 | 210.00 | 10729130 | Billed | Email correspondence to Erica Bachmann regarding mediation. |
| 08/23/2021 | 0011 | Myles, Donald L. | 0.10 | 21.00 | 210.00 | 10729130 | Billed | Email correspondence to and from Gena Sluga regarding participation at mediation. |
| 08/23/2021 | 0011 | Myles, Donald L. | 0.10 | 21.00 | 210.00 | 10729130 | Billed | Email correspondence from Corey Braddock regarding mediation. |
| 08/26/2021 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10729130 | Billed | Extended telephone conference with Corey Braddock regarding court rulings, case status and mediators. |
| 08/26/2021 | 0011 | Myles, Donald L. | 0.10 | 21.00 | 210.00 | 10729130 | Billed | Telephone call with Corey Braddock regarding mediation. |
| 08/30/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10729130 | Billed | Email correspondence to and from Erika Bachmann regarding selection of mediators and mediation. |
| 09/08/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10731323 | Billed | Multiple extended email exchanges with Plaintiff's counsel, Corey Braddock regarding mediators and agreement to mediate with stipulations. |
| 09/08/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10731323 | Billed | Multiple email correspondence with Erica Bachmann and Jared Simons regarding case status and terms of mediation. |
| 09/09/2021 | 0690 | Ackerman, Justin M. | 0.20 | 36.00 | 180.00 | 10731323 | Billed | Review and analysis of Order denying Motion to Strike Plaintiff's Reply Motion for Summary Judgment as moot. |
| 09/09/2021 | 0011 | Myles, Donald L. | 0.10 | 21.00 | 210.00 | 10731323 | Billed | Minute Entry Order from Judge Brnovich denying Motion to Strike Wine's Motion for Partial Summary Judgment. |
| 09/13/2021 | 0745 | Reiman, Clarissa B. | 0.40 | 72.00 | 180.00 | 10731323 | Billed | Review email exchanges with Cory Braddock, plaintiff's counsel, and Jared Simmons, regarding mediation, Plaintiff's proposed mediator, Plaintiff's terms and conditions with participating at mediation to determine strategy. |
| 09/13/2021 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10731323 | Billed | Email correspondence from Erica Bachmann regarding approval for mediation. |
| 09/13/2021 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10731323 | Billed | Email correspondence with Corey Braddock and Jared Simons regarding potential mediators and dates. |
| 09/14/2021 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10731323 | Billed | Email correspondence to and from Gena Sluga regarding case status and mediation. |

| 09/14/2021 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10731323 | Billed | Telephone conference with Gena Sluga regarding selection of mediators and participation of coverage counsel. |
|---|---|---|---|---|---|---|---|---|
| 09/16/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10731323 | Billed | Email correspondence to and from Cory Braddock regarding case status, mediators and mediation dates. |
| 09/16/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10731323 | Billed | Multiple email correspondence with Erica Bachmann and all parties to the mediation regarding scheduling dates. |
| 09/17/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10731323 | Billed | Multiple email correspondence with Amy Sandberg and Jared Simmons regarding case status and mediation dates. |
| 09/17/2021 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10731323 | Billed | Multiple email correspondence with Amy Samberg, Erica Bachmann, Gena Sluga and Cody Braddock regarding mediation. |
| 09/18/2021 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10731323 | Billed | Email correspondence with Jared Simmons and Amy Sandberg regarding mediation. |
| 09/20/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10731323 | Billed | Email correspondence with Amy Sandberg and Gena Sluga regarding case status and mediation dates. |
| 09/20/2021 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10731323 | Billed | Email correspondence with Kimberly Emberson regarding case status and mediation. |
| 09/21/2021 | 0011 | Myles, Donald L. | 0.10 | 21.00 | 210.00 | 10731323 | Billed | Email correspondence with Jared Simmons regarding mediation. |
| 09/21/2021 | 0011 | Myles, Donald L. | 0.10 | 21.00 | 210.00 | 10731323 | Billed | Email correspondence with Erica Bachmann regarding mediation. |
| 09/21/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10731323 | Billed | Email correspondence to all clients and Cory Braddock regarding mediation date of December 8th. |
| 09/28/2021 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10731323 | Billed | Email correspondence to and from Cory Braddock regarding confirmation of mediation. |
| 09/28/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10731323 | Billed | Multiple extended email exchanges with Jared Simmons and Erica Bachmann regarding mediation schedule, memo dates and pre-mediation conference |
| 10/05/2021 | 0745 | Reiman, Clarissa B. | 0.30 | 54.00 | 180.00 | 10735258 | Billed | Email exchanges with Jordana Hale, with Kevin Ahern's office (mediator), and other counsel regarding meet and confer. |
| 10/05/2021 | 0011 | Myles, Donald L. | 0.50 | 105.00 | 210.00 | 10735258 | Billed | Extended telephone conference with mediator, Kevin Ahearn, regarding case status, mediation and settlement. |
| 10/06/2021 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10735258 | Billed | Email correspondence with mediator, Kevin Ahearn, regarding case status. |
| 10/15/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10735258 | Billed | Email correspondence to and from Jared Simmons and Erica Bachmann regarding mediation date and Court hearing on trial setting conference. |
| 10/18/2021 | 0745 | Reiman, Clarissa B. | 0.60 | 108.00 | 180.00 | 10735258 | Billed | Review pleadings in preparation for meet and confer before Kevin Ahern, mediator. |
| 10/18/2021 | 0745 | Reiman, Clarissa B. | 0.40 | 72.00 | 180.00 | 10735258 | Billed | Attend meet and confer before Mediator, Kevin Ahern, and all counsel participating in mediation. (No Travel Time included.) |

| 10/18/2021 | 0745 | Reiman, Clarissa B. | 0.30 | 54.00 | 180.00 | 10735258 | Billed | Telephone conference with Jared Simmons, co-counsel for AZ Rangers, regarding preparing for mediation, how to forward submissions to Kevin Ahern, mediator, and whether to agreed to i person or virtual mediation. |
| 10/21/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10735258 | Billed | Extensive email correspondence with Kevin Ahearn regarding mediation policies, procedures and scheduling. |
| 10/21/2021 | 0011 | Myles, Donald L. | 0.10 | 21.00 | 210.00 | 10735258 | Billed | Email correspondence to Erica Bachmann regarding $10,000 mediation fee to be paid. |
| 10/21/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10735258 | Billed | Receive and review Plaintiff's designation of mechanical expert ar review of credentials. |
| 10/26/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10735258 | Billed | Review and sign Submission Agreement and email to mediator, Kevin Ahearn confirming payment and mediation. |
| 11/04/2021 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10735552 | Billed | Email correspondence to and from the Court regarding case statu and trial setting conference. |
| 11/05/2021 | 0745 | Reiman, Clarissa B. | 1.00 | 180.00 | 180.00 | 10735552 | Billed | Review case file to analyze status, factual issues still in controversy, and remaining causes of actions that are still viable for trial to analyze and strategize for mediation and trial. |
| 11/05/2021 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10735552 | Billed | File review and extended telephone conference with the Court regarding pretrial conference and trial date. |
| 11/05/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10735552 | Billed | Email correspondence to Erica Bachmann and Gena Sluga regarding updated case status and Court's allowance of amended answer to allege illegality. |
| 11/07/2021 | 0745 | Reiman, Clarissa B. | 0.30 | 54.00 | 180.00 | 10735552 | Billed | Email exchanges with Jared Simons, prior counsel for AZ Rangers, ▮▮▮▮▮ |
| 11/08/2021 | 0745 | Reiman, Clarissa B. | 0.20 | 36.00 | 180.00 | 10735552 | Billed | Email exchanges with Jared Simmons, AZ  Rangers prior counsel, regarding latest version of Answer. |
| 11/10/2021 | 0745 | Reiman, Clarissa B. | 0.10 | 18.00 | 180.00 | 10735552 | Billed | Email exchanges with Cory Braddock, opposing counsel, regardin Trial Setting Conference. |
| 11/10/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10735552 | Billed | Review of Court rulings and prior Motion for Summary Judgment. |
| 11/10/2021 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10735552 | Billed | Attendance at status conference with Judge Brnovich regarding additional Motions for Summary Judgment, discovery and trial date. |
| 11/10/2021 | 0011 | Myles, Donald L. | 0.10 | 21.00 | 210.00 | 10735552 | Billed | Receive and review Minute Entry Order from Judge Brnovich regarding additional discovery and Motion for Summary Judgment deadline. |
| 11/10/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10735552 | Billed | Email correspondence to and from Erica Bachmann and Gena Sluga regarding current case status, evaluation and recommendations regarding further handling. |
| 11/11/2021 | 0745 | Reiman, Clarissa B. | 0.30 | 54.00 | 180.00 | 10735552 | Billed | Review mediation agreement retaining Kevin Ahern as mediator prior to execution of agreement. |
| 11/11/2021 | 0745 | Reiman, Clarissa B. | 0.20 | 36.00 | 180.00 | 10735552 | Billed | Email Jordan Hale, Mediator's Office, regarding retainer payment and executed retainer agreement. |

| 11/11/2021 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10735552 | Billed | Extended telephone conference with Corey Braddock case status court rulings and mediation. |
|---|---|---|---|---|---|---|---|---|
| 11/17/2021 | 0011 | Myles, Donald L. | 0.10 | 21.00 | 210.00 | 10735552 | Billed | Email correspondence with Kevin Ahearn's office returned retainer check. |
| 11/17/2021 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10735552 | Billed | Multiple email correspondence with Amy Sandberg, Kevin Ahearn and Cory Braddock regarding case status, mediation date and fees. |
| 11/17/2021 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10735552 | Billed | Email correspondence to and from Kevin Ahearn regarding cancellation of mediation. |
| 11/23/2021 | 0011 | Myles, Donald L. | 0.10 | 21.00 | 210.00 | 10735552 | Billed | Minute Entry Order from Court regarding February 18th hearing o trial date. |
| 11/30/2021 | 0745 | Reiman, Clarissa B. | 0.10 | 18.00 | 180.00 | 10735552 | Billed | Telephone conference with Steve Lant, Arizona Rangers, regarding mediation and status of case. |
| 01/10/2022 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10746585 | Billed | Extended telephone conference with Corey Braddock regarding case status, mediation and witness Scott Ellis. |
| 04/27/2022 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10749335 | Billed | Email correspondence to and from Cory Braddock regarding case status and settlement negotiations. |
| 04/28/2022 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10749335 | Billed | Extended telephone conference with Cory Braddock regarding potential settlement. |
| 05/02/2022 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10749335 | Billed | Telephone conference with Plaintiff's counsel regarding case status and mediation. |
| 05/05/2022 | 0011 | Myles, Donald L. | 1.90 | 399.00 | 210.00 | 10749335 | Billed | Review of expert reports regarding preparation for deposition of M Alcorn. |
| 05/18/2022 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10749335 | Billed | Extensive email correspondence to and from Erica Bachmann and Jared Simmons regarding current case status and Plaintiff's settlement proposal. |
| 05/18/2022 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10749335 | Billed | Multiple email correspondence with Cory Braddock regarding settlement discussions and allegations that Grant Winthrop will operate his own Ranger Troop. |
| 05/18/2022 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10749335 | Billed | Multiple email correspondence with Cory Braddock regarding supplemental discovery regarding Grant Winthrop operating separate Ranger Troops in Arizona. |
| 05/18/2022 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10749335 | Billed | Email correspondence to and from Jared Simmons regarding Grant Winthrop's conducting in operating Arizona Rangers Troop. |
| 05/19/2022 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10749335 | Billed | Email correspondence with Jared Simmons regarding email correspondence with Erica Bachmann. |
| 05/20/2022 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10749335 | Billed | Receive and review correspondence from Plaintiff's counsel, Cory Braddock proposing settlement and telephone conference regarding resolution of WEC's claims. |
| 05/20/2022 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10749335 | Billed | Telephone conference and multiple email correspondence with Jared Simmons regarding potential settlement and deposition of Richard Ellis in underlying coverage matter. |

| 05/23/2022 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10749335 | Billed | Email correspondence to and from Cory Braddock regarding current case status of underlying Ranger depositions and companion lawsuit and potential settlement issues. |
|---|---|---|---|---|---|---|---|---|
| 05/23/2022 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10749335 | Billed | Email correspondence to and from Jared Simmons regarding case status, depositions of Rangers and companion lawsuit and rejection of Plaintiff's settlement demand. |
| 06/10/2022 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10754168 | Billed | Extended telephone conference with Cory Braddock regarding status of pending Motion for Summary Judgment, settlement discussions, discussion regarding mediators and mediation. |
| 07/18/2022 | 0745 | Reiman, Clarissa B. | 0.10 | 18.00 | 180.00 | 10754168 | Billed | Review court's order setting matter for a trial setting conference fo July 26, 2022. |
| 07/18/2022 | 0745 | Reiman, Clarissa B. | 0.40 | 72.00 | 180.00 | 10754168 | Billed | ███████████████████████████ |
| 07/20/2022 | 0745 | Reiman, Clarissa B. | 0.20 | 36.00 | 180.00 | 10754168 | Billed | Email exchanges with court confirming that we will be participating in July 26, 2022 conference before court regarding setting trial. |
| 07/21/2022 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10754168 | Billed | Email correspondence with Judge Brnovich regarding telephonic conference and hearing on further discovery and trial date. |
| 07/26/2022 | 0745 | Reiman, Clarissa B. | 1.00 | 180.00 | 180.00 | 10754168 | Billed | Review case to analyze what needs to be done between now and October 12, 2022 trial setting conference. |
| 07/26/2022 | 0745 | Reiman, Clarissa B. | 0.20 | 36.00 | 180.00 | 10754168 | Billed | Email Erica Bachmann, Western Litigation, regarding trial schedule, pre-trial conference and plan for preparing for trial. |
| 07/26/2022 | 0745 | Reiman, Clarissa B. | 0.20 | 36.00 | 180.00 | 10754168 | Billed | Review court's order to determine what judge expects of the parties for joint pretrial statement. |
| 07/26/2022 | 0745 | Reiman, Clarissa B. | 0.10 | 18.00 | 180.00 | 10754168 | Billed | Review court's minute entry summarizing trial setting conference discussions. |
| 07/26/2022 | 0011 | Myles, Donald L. | 0.40 | 84.00 | 210.00 | 10754168 | Billed | Telephone conference with Judge Brnovich regarding case status and trial setting conference. |
| 07/26/2022 | 0011 | Myles, Donald L. | 0.50 | 105.00 | 210.00 | 10754168 | Billed | Extended telephone conference with Cory Braddock regarding cases, witnesses and potential settlement discussions. |
| 07/26/2022 | 0011 | Myles, Donald L. | 0.30 | 63.00 | 210.00 | 10754168 | Billed | Email correspondence to and from Gena Sluga regarding case status and Plaintiff's settlement proposal. |
| 07/26/2022 | 0690 | Ackerman, Justin M. | 0.30 | 63.00 | 210.00 | 10754168 | Billed | Review and analysis of Order setting trial and requirements for pre-trial Motions. |
| 07/26/2022 | 0011 | Myles, Donald L. | 0.50 | 105.00 | 210.00 | 10754168 | Billed | Preparation for and attendance at Court hearing regarding pre-trial conference and deadlines for pretrial motions. |
| 07/27/2022 | 0745 | Reiman, Clarissa B. | 0.40 | 72.00 | 180.00 | 10754168 | Billed | Multiple email exchanges with Jared Simmons, general counsel for AZ Rangers, regarding trial, trial setting conference, who at AZ Rangers needs to be notified of trial and who needs to be retained as witnesses. |

| 07/31/2022 | 0011 | Myles, Donald L. | 0.20 | 42.00 | 210.00 | 10754168 | Billed | Email correspondence with Gena Sluga regarding trial date and Plaintiffs' demand. |
|---|---|---|---|---|---|---|---|---|
| 08/02/2022 | 0011 | Myles, Donald L. | 0.60 | 165.00 | 275.00 | 10756768 | Billed | Review of deposition testimony of Grant Winthrop and Tony Ramirez regarding potential Motions in Limine. |
| 08/10/2022 | 0745 | Reiman, Clarissa B. | 0.60 | 135.00 | 225.00 | 10756768 | Billed | Conference with Jared Simmons, AZ Rangers' general counsel, regarding trial preparation. |
| 08/12/2022 | 0011 | Myles, Donald L. | 0.20 | 55.00 | 275.00 | 10756768 | Billed | Email correspondence with Jared Simmons regarding counterclaim by the Rangers against Grant Winthrop and his defense. |
| 08/12/2022 | 0011 | Myles, Donald L. | 0.30 | 82.50 | 275.00 | 10756768 | Billed | Telephone conference with Jared Simmons regarding case status and cross-claim. |
| 08/31/2022 | 0745 | Reiman, Clarissa B. | 1.60 | 360.00 | 225.00 | 10756768 | Billed | Continue reviewing Grant Winthrop's deposition testimony to analyze him as a witness and to strategize for trial. |
| 09/08/2022 | 0745 | Reiman, Clarissa B. | 1.30 | 292.50 | 225.00 | 10759431 | Billed | Review and analyze Court's prior rulings in preparation for drafting Motion in Limine precluding WEC and Grant Winthrop from contradicting or contesting the court's prior rulings and findings of fact. |
| 09/08/2022 | 0011 | Myles, Donald L. | 0.40 | 110.00 | 275.00 | 10759431 | Billed | Extended telephone conference with Cody Braddock regarding current case status and settlement. |
| 09/09/2022 | 0745 | Reiman, Clarissa B. | 0.40 | 90.00 | 225.00 | 10759431 | Billed | Continue drafting Motion in LImine No. 1: Testimony, Facts, Evidence and Argument Contradicting Facts and Conclusions of Law which the Court has Already Recognized as Undisputed. |
| 09/09/2022 | 0745 | Reiman, Clarissa B. | 0.10 | 22.50 | 225.00 | 10759431 | Billed | Continue drafting Proposed Order for Motion in LImine No. 1: Testimony, Facts, Evidence and Argument Contradicting Facts and Conclusions of Law which the Court has Already Recognized as Undisputed. |
| 09/09/2022 | 0745 | Reiman, Clarissa B. | 0.40 | 90.00 | 225.00 | 10759431 | Billed | Continue drafting Motion in Limine No. 3 RE: Charges, Disposition of Charges and Arrest |
| 09/09/2022 | 0745 | Reiman, Clarissa B. | 0.30 | 67.50 | 225.00 | 10759431 | Billed | Draft proposed order to MIL No. 3 Re: Allegations of Destruction of Documents. |
| 09/09/2022 | 0745 | Reiman, Clarissa B. | 1.30 | 292.50 | 225.00 | 10759431 | Billed | Correspondence to Erica Bachman, Lloyds of London legal counsel, regarding trial preparation outline, motions in limine, trial strategy, budget approval and settlement negotiations. |
| 09/09/2022 | 0745 | Reiman, Clarissa B. | 0.10 | 22.50 | 225.00 | 10759431 | Billed | Telephone call to Anthony Ramirez, AZ Rangers witness, regarding needing to discuss his appearance at trial. |
| 09/09/2022 | 0745 | Reiman, Clarissa B. | 0.30 | 67.50 | 225.00 | 10759431 | Billed | Email to Anthony Ramirez, former AZ Rangers and witness, following up on phone call, our representation of the AZ Rangers, his testimony, and trial. |
| 09/09/2022 | 0745 | Reiman, Clarissa B. | 0.10 | 22.50 | 225.00 | 10759431 | Billed | Telephone call to Jeff East, East Valley Company Commander, regarding trial and his testimony. |

| 09/09/2022 | 0745 | Reiman, Clarissa B. | 0.40 | 90.00 | 225.00 | 10759431 | Billed | Multiple email exchanges with Jeff East, East Valley Company Commander, regarding our representation of the AZ Rangers, trial, his testimony at trial, and his assistance in preparation for trial. |
| 09/09/2022 | 0745 | Reiman, Clarissa B. | 0.40 | 90.00 | 225.00 | 10759431 | Billed | Multiple email exchanges with Erica Bachmann, Lloyds of London, regarding budget of trial presentation vendor, the motions in limine the final report prior to trial. |
| 09/09/2022 | 0690 | Ackerman, Justin M. | 0.50 | 137.50 | 275.00 | 10759431 | Billed | Review and analysis of Motions in Limine No. 1 and 3. |
| 09/09/2022 | 0690 | Ackerman, Justin M. | 1.50 | 412.50 | 275.00 | 10759431 | Billed | Draft Motion in Limine No. 3 regarding spoilation argument for destruction of evidence. |
| 09/10/2022 | 0011 | Myles, Donald L. | 6.30 | 1,732.50 | 275.00 | 10759431 | Billed | Comprehensive review of multiple depositions regarding deposition designations of Rangers Cressman, Aaron Fritz, Jeffrey East, Anthony Ramirez, Steve Lant and Timothy Cummings. |
| 09/10/2022 | 0011 | Myles, Donald L. | 0.20 | 55.00 | 275.00 | 10759431 | Billed | Multiple email correspondence with Erica Bachmann regarding case status, settlement and budget report. |
| 09/10/2022 | 0011 | Myles, Donald L. | 0.30 | 82.50 | 275.00 | 10759431 | Billed | Email correspondence and telephone conference with Cory Braddock regarding new settlement proposal for $400,000. |
| 09/12/2022 | 0745 | Reiman, Clarissa B. | 1.00 | 225.00 | 225.00 | 10759431 | Billed | Continue reviewing court's order regarding Trial Management, discovery, disclosures, grants and documents both parties have disclosed to analyze and strategize in preparation for trial. |
| 09/12/2022 | 0011 | Myles, Donald L. | 0.20 | 55.00 | 275.00 | 10759431 | Billed | Email correspondence with Erica Bachmann regarding case status and meeting with underwriters to discuss trial. |
| 09/30/2022 | 0011 | Myles, Donald L. | 0.30 | 82.50 | 275.00 | 10759431 | Billed | Extended telephone conference with Cory Braddock regarding case status, Joint Pre-Trial Statement and settlement authority. |
| 09/30/2022 | 0011 | Myles, Donald L. | 0.20 | 55.00 | 275.00 | 10759431 | Billed | Email correspondence to Erica Bachmann regarding pretrial case status and settlement authority. |
| 10/04/2022 | 0690 | Ackerman, Justin M. | 0.70 | 192.50 | | | unbilled | Analysis of fee application and timing against John Winthrop. |
| 10/06/2022 | 0745 | Reiman, Clarissa B. | 0.40 | 90.00 | | | unbilled | Review Grant Winthrop's Motion to Dismiss Remaining Claims and to Direct Entry of Judgment under Rule 54(b) to analyze whether a response is necessary |
| 10/07/2022 | 0745 | Reiman, Clarissa B. | 0.10 | 22.50 | | | unbilled | Review court's minute entry regarding Grant Winthrop's Motion to Dismiss, AZ Ranger's response and hearing regarding Motion to Dismiss. |
| 10/06/2022 | 0690 | Ackerman, Justin M. | 1.40 | 385.00 | | | unbilled | Analysis of Plaintiff's Notice and Request for entry of Rule 54(b) Judgment for impact on request for fees/costs. |
| 10/06/2022 | 0690 | Ackerman, Justin M. | 0.80 | 220.00 | | | unbilled | Analysis of prior Motion for Summary Judgment Order for scope for fees/costs that could be requested in this action. |
| 10/06/2022 | 0690 | Ackerman, Justin M. | 0.60 | 165.00 | | | unbilled | Analysis of correspondence from Plaintiff's counsel and viability of any fee request by Winthrop. |

| 10/10/2022 | 0745 | Reiman, Clarissa B. | 0.40 | 90.00 | | | unbilled | Review and analyze Grant Winthrop's Motion to Dismiss Remaining Claim and Direct Entry of Final Judgment Under Rule 54(b) to prepare response. |
|---|---|---|---|---|---|---|---|---|
| 10/10/2022 | 0745 | Reiman, Clarissa B. | 0.70 | 157.50 | | | unbilled | Draft response to Grant Winthrop's Motion to Dismiss and Direct Entry of Final Judgment pursuant to Rule 54(b). |
| 10/10/2022 | 0745 | Reiman, Clarissa B. | 0.30 | 67.50 | | | unbilled | Email Jared Simmons, AZ Ranger's General Counsel, regarding response to Motion to Dismiss, changes to Settlement Agreement and Release and list of items still in AZR's possession. |
| **Total** | | | 741.90 | 143,235.50 | | | | |

# *EXHIBIT C*

# BALL, SANTIN & MCLERAN, PLC
## ATTORNEYS AT LAW

2999 NORTH 44TH STREET
SUITE 500
PHOENIX, ARIZONA 85018
Telephone: (602) 840-1400
Facsimile: (602) 840-4411

Jeffrey Messing

Direct: (602) 808-5816
E-mail: messing@bsmplc.com

April 9, 2019

**VIA EMAIL**

Mike Droll, CEO
Arizona Rangers
mdroll@azrangers.us

> Re:   **Engagement regarding *Wine Education Council v. Arizona Rangers*, U.S.
> District Court Case No. CV-19-02235-PHX-DWL**

Dear Mr. Droll,

I am pleased to confirm in writing, your engagement of our law firm to act as co-counsel with Jared Simmons, to represent the Arizona Rangers in connection with the above-referenced litigation. We have discussed and we will make every effort to coordinate our efforts with Jared's law firm to avoid duplication of work, but whenever multiple attorneys and firms are involved in litigation, some duplication is inevitable.

It is the custom of this law firm to reduce its fee arrangement to writing at the beginning of any new representation. We have found that this policy avoids later misunderstanding between our clients and ourselves. Moreover, the ethical rules of our profession require that our fee arrangement be communicated to our clients, in writing, at the commencement of any new representation regardless of what the terms of that fee arrangement are.

We will ask you to compensate us for our legal services on the basis of our prevailing hourly rates. My time is currently charged at $375.00 per hour. Other lawyers and legal assistants in the firm are billed at different rates. We will, of course, discuss any change in, or additional staffing with you beforehand. We reserve the right to change our rates from time to time; however, no increase in our rate structure will be made without prior notice to you.

During our representation, the firm may incur expenses on your behalf for such things as filing or recording fees, litigation related expenses, telefax charges, long distance telephone charges, transportation charges, photocopying and messenger services. Litigation expenses may include court reporter fees, deposition transcript costs, consultant's charges and investigation expenses. All separately invoiced, outside services will be billed at the firm's actual cost. In-house charges, such as long distance telephone charges, in office photocopying (at $.15 per page) will include an allocation of the firm's overhead relating to such services. We ask that you agree to pay these expenses as they fall due. While many of the lesser costs and expenses will be advanced by us and will be charged to you on a monthly basis, some of the more significant costs

OFFICES IN PHOENIX, ARIZONA AND LAS VEGAS, NEVADA

BALL, SANTIN & MCLERAN, PLC
ATTORNEYS AT LAW

Mike Droll, CEO
Arizona Rangers
April 9, 2019
Page 2

and expenses will be forwarded to you for direct payment. The law firm will not incur in excess of $250 on your behalf without your prior knowledge and consent.

Our statements for legal services will be provided to you approximately once each month. These monthly statements will provide you with a detailed summary of the legal services we have provided and any costs we have incurred or advanced on your behalf during the proceeding billing period. Fees and direct expenses are due and payable upon presentation. At the end of each monthly statement will be a table which will provide you with information relating to the particular attorneys or staff members which worked on your matter for that billing period, along with information regarding the rates charged, the number of hours worked by that individual (whether billed or "No Charged"), and the total fee charged by that individual for the billing period. Attorney and legal assistant time is charged in units of .10 hours.

In the event you have a dispute over any portion of our bill, we ask that you contact us immediately by telephone or email to discuss the matter. If we agree with your comments, we will, of course, immediately issue a credit. If, however, there is a dispute, you will still be obligated to pay any undisputed portion of the invoice. If we cannot resolve the dispute informally, we all agree to submit the dispute within 90 days of the invoice date to the State Bar of Arizona for fee dispute resolution/arbitration under the laws of the State of Arizona. Venue for that proceeding will be in Maricopa County, Arizona.

On occasion, some of our clients become involved in business transactions or other matters to which their interests conflict with those of other clients. At times, these situations ripen into litigation. In these situations, were it not for the consent manifested in this matter, the firm might be precluded from representing either client with respect to the particular matter.

By signing a copy of this letter and returning it to us, you will be acknowledging and agreeing to these conditions of our engagement. We look forward to working with you.

Very truly yours,

Jeffrey Messing

cc:      Jared C. Simmons, Esq. (via email)

AGREED TO THIS __25th__ DAY OF APRIL, 2019:

ARIZONA RANGERS, an Arizona non-profit corporation

By:___*Michael Droll*_____
        Mike Droll
Its:___Chief Executive Offer_____



# *EXHIBIT D*

**Karen Gawel**

| | |
|---|---|
| **From:** | Erica Bachmann <Erica_Bachmann@westernlitigation.com> |
| **Sent:** | Tuesday, August 18, 2020 1:31 PM |
| **To:** | DON MYLES |
| **Subject:** | Retention letter, 44-423974, AZR/Wine |
| **Attachments:** | We found suspicious links (19.2 KB); BRIT UTBMS Codeset Definitions.pdf; BRIT Billing Guidelines.pdf; ce.041420 Ltr (Notice to Lloyds).pdf; Sched order 5-29-20.pdf |

**Re**: **Criminal Justice Systems Operations Insurance Policy**
Western Claim No.:       44-423974
Insured:                        Arizona Rangers
Claimant:                     Wine Education Council

Hello Mr. Myles,

As you are aware, Western Litigation serves as a third-party claims administrator for Certain Underwriters at Lloyds London, Brit Syndicate 2987, an insurer of Arizona Rangers. This letter is to confirm that you have been retained to defend and investigate a lawsuit against Arizona Rangers in the District of Arizona, No. 19-2235. A copy is attached, as well as a copy of the current scheduling order.

Please begin your investigation immediately and assume defense of the suit. Within 30 days I will expect you to submit your preliminary evaluation of this matter to me. It should include the findings of your initial investigation, legal analysis of the facts, an estimate of potential damages, a proposed course of action, and an estimated budget.

As a third-party claims administrator, Western Litigation is in no way responsible for payment of any portion of loss or claim expenses. Please note that the Insured has a $10,000 deductible. The Insured is solely responsible for paying all expenses, loss, and costs within the deductible. Please send your bills to us on a <u>monthly</u> basis so that we can review them and put them in line for payment by the appropriate entity. Do not request payment of bills directly from the Insured. Please charge at the agreed upon rates for matters that you handle for Western Litigation.

Attached are copies of the Brit Billing Guidelines and the Western Litigation set of Litigation Guidelines for your use and reference. As on all cases in the criminal justice program, in the event of any conflict, the Brit guidelines and this email will control (as such, time should be billed monthly, regardless of the invoice total). Please adhere to the Western Litigation guidelines as previously directed (disregarding section III B in full). Please copy this office with any future correspondence and/or responsive pleadings, referencing the Western Litigation Claim Number on all of your correspondence and invoices. Please note that all time must be billed in six minute increments, no block billing is permitted, and all research in excess of one hour must be approved by Western Litigation in advance, with a copy of the research sent to Western Litigation. Please provide us with supporting documentation for all individual expenses. Finally, as Western Litigation has transitioned to a "paperless" environment, please send me all correspondence as a .pdf file by e-mail. Necessary attachments should be sent as a .pdf file via email and saved with an identifiable file name (i.e. Complaint.pdf as opposed to BMT216.pdf).

Additionally:

1.        All invoices must be submitted monthly via the online Brit Advocator LSG system. Please note the system charges a 2% administrative fee. Please email me directly copies of pdf support for any invoices over $100. If this is your first time working with us, you will receive a separate email from LSG with a login, password and instructions for the person(s) who will be uploading your invoices. After the deductible is met, you will be paid by e-check; a separate email

will follow to request your firm's W9 and payment email and providing e-check instructions. Please contact me directly if you have not received the LSG set-up email and the e-check email within 3 days.

2.      No paper copies of anything should be sent to me. All files should be as .doc, .docx or .pdf only. Documents should not be combined into a single, large .pdf; each document, if sent as a .pdf, should be a separate .pdf.

3.      All e-mails on this file to contain the file number and the plaintiff's last name in the subject line. Also, when sending emails, please include a short description of the email subject in the subject line. We electronically store email correspondence; it is easier for us to archive and search prior emails when additional information is included in the subject line.

I look forward to working with you on the successful resolution of this lawsuit. Call me if you have any questions or comments. My contact information is below.

Let me know if you need anything else.

Thanks,
Erica

_____

**Erica J. Bachmann**
**Assistant Vice President**



8401 N. Central Expressway, Suite 900 | Dallas, TX 75225
**Direct:** 214.265.2470 | **Fax:** 469.249.6958
www.westernlitigation.com | Erica_Bachmann@westernlitigation.com

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed.  This communication may contain material protected by the attorney-client privilege.  If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited.

*EXHIBIT E*

| Date | Description | Vendor | Status | Narrative | Rev Amt |
|------|-------------|--------|--------|-----------|---------|
| 03/02/20 | Service of Process | Buckeye Attorney & Courier Service | | Service of Process Invoice #BAC-2020000295 | $   65.00 |
| 09/21/20 | Deposition Cost | Carrie Reporting, LLC | | Deposition cost, Invoice 201390 | $   555.50 |
| 09/28/20 | Deposition Cost | Esquire Deposition Solutions, LLC | | Deposition Cost, Esquire Deposition Solutions, LLC, INV1759147, 9/28/20, on 9/4/20 regarding Grant G. Winthrop, approved by claim handler Erica Bachmann. | $   2,372.46 |
| 01/22/21 | Deposition Cost | Esquire Deposition Solutions, LLC | | Deposition Cost, Esquire Deposition Solutions, LLC, INV1834489, on 9/4/20 regarding Grant G. Winthrop | $   782.50 |
| 10/05/22 | Court Filing | Bryan Blair Process Serving | | Service of Process, Bryan Blair Process Serving, BYN-2022000402 | $   55.00 |
| 10/05/22 | Court Filing | Bryan Blair Process Serving | | Messenger Service, Bryan Blair Process Serving, BYN-2022000640 | $   35.00 |
| | | | | | 3,865.46 |

*3499.001*

Buckeye Attorney & Courier Service
1361 Millikin Place N.E.
Warren, OH 44483
Phone: (330) 647-4685
Fax: (330) 469-5317
26-4072981

**INVOICE**

Invoice #BAC-2020000295
3/2/2020

Ball, Santin & McLeran, P.C.
2999 North 44th Street
Suite 500
Phoenix, AZ 85018

Reference Number: Wine Education Counciel v. AZ Rangers

**Case Number: CV-19-02235-PHX-MTL**

Plaintiff:
**Wine Education Council, a Delaware non-profit corporation**

Defendant:
**Arizona Rangers, an Arizona non-profidt corporation**

Received: 3/2/2020   Served: 3/2/2020 11:09 am  .CORPORATE
To be served on: American Endowment Foundation

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Hudson, OH | 1.00 | 65.00 | 65.00 |
| TOTAL CHARGED: | | | $65.00 |

**BALANCE DUE:** $65.00

Please enclose a copy of this invoice with your payment.  (5% finance charge after 30 days)
**"LET US HANDLE YOUR LEGWORK, WHILE YOU DO THE CASEWORK!"**

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1e



**CARRIE•REPORTING** LLC
CERTIFIED REPORTERS

2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

# INVOICE

Ball, Santin & McLeran, PLC
ATTN: Ms. Kesha A. Hodge
2999 North 44th Street
Suite 500
Phoenix, AZ  85018

**Invoice Number:** **201390**
Invoice Date: 09/21/2020
Job Number: 1078

In Re:   Wine Education Council vs. Arizona Rangers, et al.
Case Number: CV-19-02235-PHX-MTL
Witness(s): 30(b)(6) of Arizona Rangers by Harold Stephen Lant
Attendance Date: 08/18/2020, 9:00 a.m.
Reporter: Carrie A. Cariati

| Description | Amount |
|---|---|
| Deposition Transcript of 30(b)(6) of Arizona Rangers by Harold Stephen Lant, 144 pages - Copy | 432.00 |
| Exhibits - scanned | 88.50 |
| E-Transcript | 25.00 |
| Processing | 10.00 |

|  |  |
|---|---|
| Invoice Total: | 555.50 |
| Payments: | 555.50 |
| Total Amount Due: | 0.00 |

Payment Information
04/06/2021 - Check: 307011

---

**We Appreciate Your Business!**

This invoice complies with the ethical obligations set forth
in ACJA 7-206 J(1)(g)(1) through (6).

Past due invoices are subject to finance charges of 1.5% per month of the balance due.

---

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

 **ESQUIRE**
DEPOSITION SOLUTIONS

*Invoice* **INV1759147**

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 9/28/2020 |
| **Terms** | Net 30 |
| **Due Date** | 10/28/2020 |

| | |
|---|---|
| **Client Number** | C04572 |
| **Esquire Office** | Phoenix |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**

Jones Skelton & Hochuli, PLC
40 North Central Avenue
Suite 2700
Phoenix AZ 85004

**Services Provided For**

Jones Skelton & Hochuli - Phoenix
Myles, Donald L
40 North Central Avenue
Suite 2700
Phoenix AZ 85004

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 9/4/2020 | J5946172 | Seattle, WASHINGTON | WINE EDUCATION COUNCIL V ARIZONA RANGERS |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| APP FEE: FIRST HOUR | Grant G. Wint... | 1 | 80.00 | 80.00 |
| APP FEE: ADDITIONAL HOURS | Grant G. Wint... | 4.5 | 80.00 | 360.00 |
| TRANSCRIPT - O&1-VC-VID-EXP-WI | Grant G. Wint... | 243 | 6.55 | 1,591.65 |
| EXHIBITS W/TABS | Grant G. Wint... | 148 | 0.55 | 81.40 |
| CONDENSED TRANSCRIPT | Grant G. Wint... | 1 | 25.00 | 25.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Grant G. Wint... | 1 | 50.00 | 50.00 |
| PROCESSING & COMPLIANCE | Grant G. Wint... | 1 | 45.00 | 45.00 |
| REMOTE VIDEO CONFERENCING - COMPLIMENTARY | Grant G. Wint... | 2 | 0.00 | 0.00 |
| EXHIBITS COLOR | Grant G. Wint... | 16 | 1.95 | 31.20 |

*Representing Client: Jones Skelton & Hochuli - Phoenix*

| | |
|---|---|
| **Subtotal** | 2,264.25 |
| **Shipping Cost (FedEx)** | 108.21 |
| **Total** | 2,372.46 |
| **Amount Due** | $2,372.46 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Jones Skelton & Hochuli - Phoe... |
| **Client #** | C04572 |
| **Invoice #** | INV1759147 |
| **Invoice Date** | 9/28/2020 |
| **Due Date** | 10/28/2020 |
| **Amount Due** | **$ 2,372.46** |



*Invoice*  **INV1834489**

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 1/22/2021 | **Client Number** | C04572 |
| **Terms** | Net 30 | **Esquire Office** | Phoenix |
| **Due Date** | 2/21/2021 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Bill To**
Jones Skelton & Hochuli, PLC
40 North Central Avenue
Suite 2700
Phoenix AZ 85004

**Services Provided For**
Jones Skelton & Hochuli - Phoenix
Myles, Donald L
40 North Central Avenue
Suite 2700
Phoenix AZ 85004

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 9/4/2020 | J5946172 | Seattle, WASHINGTON | WINE EDUCATION COUNCIL V ARIZONA RANGERS |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| REMOTE VIDEO HOURLY | Grant G. Winthrop | 6 | 95.00 | 570.00 |
| SYNCHRONIZED VIDEO-SAN-SUM-T/C MAP-TD | Grant G. Winthrop | 5.5 | 35.00 | 192.50 |
| HANDLING FEE | Grant G. Winthrop | 1 | 20.00 | 20.00 |

*Representing Client: Jones Skelton & Hochuli - Phoenix*

| | |
|---|---|
| **Total** | 782.50 |
| **Amount Due** | $782.50 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight**
Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Jones Skelton & Hochuli - Phoe... |
| **Client #** | C04572 |
| **Invoice #** | INV1834489 |
| **Invoice Date** | 1/22/2021 |
| **Due Date** | 2/21/2021 |
| **Amount Due** | $ 782.50 |

Bryan Blair Process Serving
21373 W Brittle Bush Ln.
Buckeye, AZ 85396
Phone: (623) 300-8468

# INVOICE

Invoice #BYN-2022000402
10/5/2022

Original Date: 9/26/2022



Jones Skelton & Hochuli, PLC
40 North Central Avenue
Suite 2700
Phoenix, AZ 85004

Reference Number: 16494.00030
Your Contact: Rachel Barajas
**Case Number: Maricopa 2:19-cv-02235-SMB**

Plaintiff:
**Wine Ed.**

Defendant:
**AZ Rangers**

Received: 9/13/2022   Completed: 9/13/2022   FILE ONLY
To be served on: United States District Court

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Rush Fee | 1.00 | 20.00 | 20.00 |
| Court Delivery | 1.00 | 35.00 | 35.00 |
| TOTAL CHARGED: | | | $55.00 |

**BALANCE DUE:** **$55.00**

Please enclose a copy of this invoice with your payment.
Invoices are payable upon receipt.

Copyright © 1992-2022 DreamBuilt Software, Inc. - Process Server's Toolbox V

Bryan Blair Process Serving
21373 W Brittle Bush Ln.
Buckeye, AZ 85396
Phone: (623) 300-8468

# INVOICE

Invoice #BYN-2022000640
10/5/2022

Original Date: 10/2/2022



Jones Skelton & Hochuli, PLC
40 North Central Avenue
Suite 2700
Phoenix, AZ 85004

Reference Number: 16494.00030
Your Contact: Rachel Barajas
**Case Number: Maricopa 2:19-cv-02235-SMB**

Plaintiff:
**Wine Ed.**

Defendant:
**AZ Rangers**

UNITED STATES DISTRICT COURT
401 W Washington Street
Phoenix, AZ 85003

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Court delivery | 1.00 | 35.00 | 35.00 |
| TOTAL CHARGED: | | | $35.00 |

**BALANCE DUE:** **$35.00**

**Comments pertaining to this invoice:**
9/27/2022  2:00 pm   Delivered responses to MIL to Judge Brnovich's chambers.

Please enclose a copy of this invoice with your payment.
Invoices are payable upon receipt.