Cory L. Braddock (#024668)
Colin P. Ahler (#023879)
Amanda Z. Weaver (#034644)
SNELL & WILMER L.L.P.
One East Washington, Suite 2700
Phoenix, Arizona 85004
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: cbraddock@swlaw.com
         cahler@swlaw.com
         aweaver@swlaw.com

*Attorneys for Wine Education Council and Grant G. Winthrop*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wine Education Council, a Delaware non-profit corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Arizona Rangers, an Arizona non-profit corporation,<br><br>    Defendant. | No. 2:19-cv-02235-PHX-SMB<br><br>**COUNTERCLAIMANT GRANT G. WINTHROP'S NOTICE OF APPEAL** |
| Arizona Rangers, an Arizona non-profit corporation,<br><br>    Defendant/Third-Party Plaintiff,<br><br>v.<br><br>Grant G. Winthrop, an individual,<br><br>    Third Party-Defendant/Counterclaimant. | |

Third Party Defendant/Counterclaimant Grant G. Winthrop appeals to the United States Court of Appeals for the Ninth Circuit from the order entered on June 29, 2023 (Doc. 341) and the final judgment entered on October 14, 2022 (Doc. 286).[1]

The Representation Statement required by Federal Rule of Appellate Procedure 12 and Ninth Circuit Rule 3-2 is attached to this Notice as **Exhibit A**.

DATED this 7th day of July, 2023.

SNELL & WILMER L.L.P.

By: *s/ Colin P. Ahler*
Cory L. Braddock
Colin P. Ahler
Amanda Z. Weaver
One East Washington, Suite 2700
Phoenix, Arizona 85004
*Attorneys for Wine Education Council and Grant G. Winthrop*

---

[1] The June 29, 2023, Order is an order described in Fed. R. App. P. 4(a)(4)(A); accordingly, this Notice encompasses the October 14, 2022, final judgment. Fed. R. App. P. 3(c)(5(B).

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of July, 2023 I caused the foregoing Notice of Appeal to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/  Abigail Bahorich